Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

```
           FILED        RECEIVED
           ENTERED      SERVED ON
                    COUNSEL/PARTIES OF RECORD

             SEP 30 2019

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
     BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2:19-cv-01697-KJD-DJA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.<br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS** |

Pursuant to Local Rule IA 11-3, the Commodity Futures Trading Commission respectfully requests that this honorable Court permit Timothy J. Mulreany and Danielle E. Karst to practice before this honorable Court in all matters relating to the above-captioned case. Mr. Mulreany and Ms. Karst are attorneys with the U.S. Commodity Futures Trading Commission, an agency of the federal government. Mr. Mulreany is a member in good standing of the State Bar of Maryland (Bar No. 8812160123). Ms. Karst is a member in good standing of the Bar of the District of Columbia (Bar No. 481881) and the State Bar of Virginia (Bar No. 47780). The following contact information is provided to the Court:

///
///
///

1

Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5306
Facsimile: (202) 418-5523
tmulreany@cftc.gov

Danielle E. Karst (D.C. Bar No. 481881)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-6158
Facsimile: (202) 418-5523
dkarst@cftc.gov

Accordingly, the Commodity Futures Trading Commission respectfully requests that an order be issued allowing Timothy J. Mulreany and Danielle E. Karst to practice before this honorable Court.

Dated: __09/24__, 2019

Respectfully submitted,

By: _____
Paul G. Hayeck
Deputy Director
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5312
phayeck@cftc.gov
Massachusetts Bar No. 554815

2