



SDKD-Uphold-0000000060



SDKD-Uphold-0000000061



SDKD-Uphold-0000000061



**NETVERIFY** BY JUMIO

Lola Lima (Netverify Merchant Risk Agent)

Dashboard | Verifications | Create verification | Settings | Support | My profile | Log out

# Verification

## Bitreserve - Production

| | |
|---|---|
| Customer ID | ████████████████bh74 |
| Additional information | - |
| Merchant reference | uphold/fe290872-3470-4c0f-6acb-61478aa309e0 |
| Merchant reporting criteria | - |
| Personal number | - |

## Document data

| | | | |
|---|---|---|---|
| Document type | Passport | Expiry | - |
| Document subtype | - | Issuing date | - |
| Number | - | State | - |
| Optional data 1 | - | Issuing country | 🇦🇺 Australia |
| Optional data 2 | - | Issuing authority | - |
| | | Issuing place | - |

## Customer data

❤ Personal

| | |
|---|---|
| First name | - |
| Last name | - |
| Date of birth | - |

👤 Address

## Security checks

| | | | |
|---|---|---|---|
| Similarity | N/A | Reason | N/A |
| Validity | N/A | Handwritten note | N/A |
| | | | |
| MRZ code | N/A | Signature | N/A |
| Data positions | N/A | Microprint | N/A |
| Security features | N/A | Hologram | N/A |
| ID check document validation | N/A | | |

## Transaction log

| | |
|---|---|
| Status | Done |
| Verification status | Error (not readable ID) |
| Scan reference | 859e29bb-05d7-4dfc-9092-e769f25a4409 Copy |
| Source | WEB-UPLOAD |
| Transaction date | 2018-04-21 03:45:44 |
| Client IP | 2d 120.53.37 |
| Reject reason | Not readable document |
| Reason details | Part of the document is hidden; Blurred |

NEXT

## Events

| Timestamp | Category | Payload |
|---|---|---|
| 2018/04/21 04 02 17 762 | CALLBACK_SUCCESS | { "httpStatus": "204", "callbackUrl": "https://api.uphold.com/webhooks/netverify" } |

SDKD-Uphold-0000000062

© 2010 - 2018 Jumio | Legal Information Information Security Policy | Privacy Policy

SDKD-Uphold-0000000062



SDKD-Uphold-0000000063



SDKD-Uphold-0000000064









SDKD-Uphold-0000000069

Exhibit 9 – David Saffron Gemini Virtual Currency Account Records



SDKD-Gemini-0000000007

Search   Cash Mgmt   Compliance   Wallet   General   Settings   Sign out

**DAVIDSAFRON@MAIL.COM'S ACCOUNT**
- Account [ ] 206697 Summary
- Go to User 206204 Page »
- AML View »
- Account History (cbsx) »
- Account GeoIP History (cbsx) »
- BlockScore Watchlist Candidatures
- FinScan Watchlist Records
- Bank Accounts »
- Admin Credit/Debit
- ACH Deposit Limits
- FBX Management »
- Withdrawal Whitelister »
- Withdrawal Fee Overrides »
- Update Account Settings
- Name / Company ID
- Account Address
- Exchange Controls
- IP Restrictions
- Account Invites
- Linked Accounts
- Crypto Withdrawal Ban

## DAVIDSAFRON@MAIL.COM'S ACCOUNT'S BANK SETUP

New Bank Account

Account number

Name on account

Bank name*

* Display name will be displayed to the user. Leave this blank to auto-generate based on the routing number and account type.

Name

○ Checking   ○ Savings   ○ Prepaid   ○ Other

○ Corporate   ○ Personal

[Create Bank Account]

### ACTIVE ACCOUNTS

Show 50 entries                                         Search:

| ID | Ref ID | Created | Name on Account | Display Name | ACH Routing number | Account number | Type | Verified? | Primary? | Wire ABA/SWIFT | International? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 553216 | 5955356 | 8/15/18 23:12:01 | SDFDR1 LXOTT | Chase Checking-3059 | 124085045 | ...7055 | Prepaid Checking | RK verified, 0 attempts | No | n/a | |

Showing 1 to 1 of 1 entries

Previous   Next

### DELETED ACCOUNTS

Show 50 entries                                         Search:

| ID | Ref ID | Created | Name on Account | Display Name | ACH Routing number | Account number | Type | Verified? | Primary? | Wire ABA/SWIFT | International? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | No data available in table | | | | | |

Showing 0 to 0 of 0 entries

Previous   Next

SDKD-Gemini-0000000008





SDKD-Gemini-0000000010



SDKD-Gemini-0000000011

Exhibit 10 – David Saffron KuCoin Virtual Currency Account Records

Message

| From: | Nina Lee [nina.li@kucoin.com] |
|---|---|
| Sent: | 8/13/2019 5:26:54 AM |
| To: | Malas, George [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=gmalas] |
| Subject: | [EXTERNAL] Re: Re: Re: Request for the Information of David Gilbert Saffron |
| Attachments: | Attachment A-davidsaffron@live.com.xlsx |

Dear Sirs,

1. We write on behalf of KuCoin in response to your letter of 1 August 2019 ( "the Letter" ), requesting the assistance of KuCoin in connection with the above captioned matter. We shall adopt the same abbreviations where appropriate.

2. At the outset, we would like to clarify that KuCoin has no U.S. presence and is not subject to the jurisdiction of United States Commodity Futures Trading Commission, which issued the Letter, nor of any other federal court, agency or department.

3. Nevertheless, KuCoin is pleased to cooperate **voluntarily** with your office to provide information responsive to the Letter, **while expressly reserving and not waiving any jurisdictional, service or other defences or objections**.

4. We would like to highlight the following:-
   (a) On 1 August 2019 , We have provided an excel form named Attachment A-davidsaffron@live.com;
   (b) The said excel form has clearly addressed your concern and all spefic questions;
   (c) Please read the said excel form carefully.

5. With regards to your first question, Mr.Saffron's account was ever funded with any type of deposit. For more specific information, please refer to the sub-tables of this form, named Deposit& Withdraw.

| email | coin_type | type | address | | amount | created_at |
|---|---|---|---|---|---|---|
| davidsaffron@live.com | DGB | DEPOSIT | ██████ | xRRQ | 200000 | 2018-04-26 10:15:02.0 |
| davidsaffron@live.com | PAY | DEPOSIT | ████████ | 46T3 | 7000 | 2018-04-26 10:09:01.0 |
| davidsaffron@live.com | BTC | WITHDRAW | ████████ | QhDG | 0.98495887 | 2018-08-23 08:16:48.0 |
| davidsaffron@live.com | BTC | DEPOSIT | ██████ | 1GPu | 1 | 2018-04-26 09:35:54.0 |
| davidsaffron@live.com | BTC | WITHDRAW | ██████ | QhDG | 1.099 | 2018-04-26 15:56:34.0 |
| davidsaffron@live.com | BTC | WITHDRAW | ████████ | QhDG | 0.826 | 2018-05-01 10:29:57.0 |

6. With regards to your second question, please refer to the sub-tables of this form, named transaction.

7. With regards to your third question, all information related to the account is well covered by the said form.

We hope the above clarifies.

KuCoin

'Malas, George' via rbenquiries <rbenquiries@kucoin.com> 于2019年8月1日周四 下午9:27写道：
  Hello,

Thank you very much for your response. I have a few follow-up questions:

1.  Can you tell me if Mr. Saffron's account was ever funded with any type of deposit?

2.  Were there any transactions entered or executed in the account from the time the account was opened through today?

3.  Are there any account opening or other documents related to the account that you can provide?

Thank you again for time and cooperation.

Best regards,
George


On: 01 August 2019 02:33, "rbenquiries@kucoin.com" <rbenquiries@kucoin.com> wrote:

Dear                                                                                                                                    Sirs,

RESPONSE TO REQUEST FOR INFORMATION RELATING TO CETAIN CLIENTS OF DAVID SAFFRON            AND            CIRCLE            SOCIETY            CORP.

1.We write on behalf of KuCoin in response to your letter of 26 June 2019 (the "**1st Letter**") and your letter dated 26 July 2019 (the "**2nd Letter**"), requesting the assistance of KuCoin in connection with the above captioned    matter.    We    shall    adopt    the    same    abbreviations    where    appropriate.

2.At the outset, we would like to clarify that KuCoin has no U.S. presence and is not subject to the jurisdiction of United States Commodity Futures Trading Commission, which issued the Letter, nor of any other federal court,                        agency                        or                        department.

3.Nevertheless, KuCoin is pleased to cooperate **voluntarily** with your office to provide information responsive to the Letter, **while expressly reserving and not waiving any jurisdictional, service or other defences or objections**.

4.In our 1st response letter to you dated 10 July 2019 which stated that we have failed to find the relevant information as per your request. However, upon the receipt of your 2nd Letter we have appointed another senior officer to conduct a specific research with the following vital identification tags in relation to one David

SDKD-KuCoin-0000000004_0002

Saffron:
'first_name':                                                                                                'david'
'last_name': 'saffron'
'birthday':                                                                                                '1972-09-24'
'contact_city':                                                    'los                                              angles'
'contact_province':                                                                                    'california'
in our database, as a result, we have found that one digital asset account with its registration email
address davidsaffron@live.com may possibly match your request in relation to one **David Saffron** (hereinafter
referred               to               as               the               **"Alleged               Account"**).

5.We would like to provide the following information to help your office to have a better understanding of the
status                        of                        the                        Alleged                        Account:
(a)The Alleged Account was opened on 26 April 2018, however, the owner of the Alleged Account has
refused, neglected or otherwise failed to complete the KYC procedure in light with the AML & KYC policies
of                                                                                                                KuCoin;
(b)For the above-mentioned reasons, KuCoin must set a withdrawal limitation for the Alleged Account in light
with our existing AML & KYC policies, more specifically, the owner of the Alleged Account is unable to
withdrawal any digital asset which the substantial value exceeds two (2) Bitcoin in each calendar day;
(c)From December 2018, KuCoin has refused to accept any and/or all new registration application filed by the
United                        States                        customers;
(d)For more specific information arising out of and/or in connection with the Alleged Account, please kindly
refer               to               Attachment               A               in               our               email.

6.We are regret to tell you that we have failed to find any record or any users or any accounts in the name of,
or               associated               with               one               Circle               Society               Corp.

7.We hope that any further enquirers from CFTC can be directly sent to the email
address rbenquiries@kuocoin.com, otherwise KuCoin is unable to response your office in a timely manner.

8.We           trust           the           above-mentioned           clarification           is           useful           to           you.

9.Please do not hesitate to contact us if you have any questions or wish to discuss this matter.

Regards,
KuCoin

<rbenquiries@kucoin.com> 于2019年8月1日周四 下午2:30写道：
Dear                                                                                                                Sirs,

RESPONSE TO REQUEST FOR INFORMATION RELATING TO CETAIN CLIENTS OF DAVID
SAFFRON               AND               CIRCLE               SOCIETY               CORP.

1.We write on behalf of KuCoin in response to your letter of 26 June 2019 (the **"1st Letter"**) and your letter
dated 26 July 2019 (the **"2nd Letter"**), requesting the assistance of KuCoin in connection with the above
captioned       matter.       We       shall       adopt       the       same       abbreviations       where       appropriate.

2.At the outset, we would like to clarify that KuCoin has no U.S. presence and is not subject to the
jurisdiction of United States Commodity Futures Trading Commission, which issued the Letter, nor of any
other       federal       court,       agency       or       department.

3.Nevertheless, KuCoin is pleased to cooperate **voluntarily** with your office to provide information
responsive to the Letter, **while expressly reserving and not waiving any jurisdictional, service or other**

defences                                    or                                    objections.

4.In our 1st response letter to you dated 10 July 2019 which stated that we have failed to find the relevant information as per your request. However, upon the receipt of your 2nd Letter we have appointed another senior officer to conduct a specific research with the following vital identification tags in relation to one David                                                                                            Saffron:
'first_name':                                                                                            'david'
'last_name': 'saffron'
'birthday':                                                                                            '1972-09-24'
'contact_city':                                    'los                                            angles'
'contact_province':                                                                            'california'
in our database, as a result, we have found that one digital asset account with its registration email address davidsaffron@live.com may possibly match your request in relation to one **David Saffron** (hereinafter referred                to                as                the                "**Alleged                Account**").

5.We would like to provide the following information to help your office to have a better understanding of the status                        of                    the                Alleged                Account:
(a)The Alleged Account was opened on 26 April 2018, however, the owner of the Alleged Account has refused, neglected or otherwise failed to complete the KYC procedure in light with the AML & KYC policies of                                                                                            KuCoin;
(b)For the above-mentioned reasons, KuCoin must set a withdrawal limitation for the Alleged Account in light with our existing AML & KYC policies, more specifically, the owner of the Alleged Account is unable to withdrawal any digital asset which the substantial value exceeds two (2) Bitcoin in each calendar day;
(c)From December 2018, KuCoin has refused to accept any and/or all new registration application filed by the United                                    States                                    customers;
(d)For more specific information arising out of and/or in connection with the Alleged Account, please kindly refer                to                Attachment                A                in                our                email.

6.We are regret to tell you that we have failed to find any record or any users or any accounts in the name of, or                associated                with                one                Circle                Society                Corp.

7.We hope that any further enquirers from CFTC can be directly sent to the email address rbenquiries@kuocoin.com, otherwise KuCoin is unable to response your office in a timely manner.

8.We            trust            the            above-mentioned            clarification            is            useful            to            you.

9.Please do not hesitate to contact us if you have any questions or wish to discuss this matter.

Regards,
KuCoin

'Malas, George' via rbenquiries <rbenquiries@kucoin.com> 于2019年7月26日周五 上午4:05写道：

Hello,


Thank you for your response (included below) to my inquiry made on June 26, 2019. I have a follow-up request that I'm hoping you can assist with. In your response below, it states that a search was done on the "users" in your database based on the information that I previously provided.

To clarify and make sure that I understand your response, can you please confirm that KuCoin has no record of any **users** OR any **accounts in the name of**, OR **associated with**, the following individual and/or entity:

1. **David Gilbert Saffron or David Saffron a/k/a David Gilbert** / SS#: xxx-xx-0877 / DOB: xx/xx/1972 / last known address: ███████████ Las Vegas, Nevada █████; many previous addresses in Los Angeles, California.

2. **Circle Society Corp.** / 2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074

Thank you again for your prompt attention to this matter and please contact me should you have any questions or require further information.

Best regards,

George

George H. Malas, CAMS, CFE

Futures Trading Investigator

Commodity Futures Trading Commission, Division of Enforcement

1155 21st Street, NW | Washington, DC 20581  |  Tel: 202.418.5249  |  Fax: 202.818.3129

**gmalas@cftc.gov  |  www.cftc.gov**

**From:** rbenquiries@kucoin.com [mailto:rbenquiries@kucoin.com]
**Sent:** Wednesday, July 10, 2019 5:17 AM
**To:** Malas, George
**Subject:** [EXTERNAL] Re: Request for the Information of David Gilbert Saffron

Dear Sirs,

Your email has been well received by KuCoin. We write on behalf of KuCoin in response to your letter of 26 June and 8 July 2019, requesting the assistance of KuCoin in connection with production of  David G. Saffron/David Kagel.

At the outset, we would like to clarify that KuCoin has no U.S. presence and is not subject to the jurisdiction of United States Commodity Futures Trading Commission, which issued the Letter, nor of any other federal court, agency or department.

Upon received your email, we conducted search on the database of our users based on the information you disclosed below:

a.    David Gilbert Saffron or David Saffron a/k/a David Gilbert / SS#: xxx-xx-0877 / DOB: xx/xx/1972 / last known address: ▇▇▇▇▇▇▇▇, Las Vegas, Nevada ▇▇▇▇; many previous addresses in Los Angeles, California;

b.    Circle Society Corp. / 2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074

However, we have not found any users matching the above information.

We hope that any further enquirers from CFTC can be directly sent to the email address rbenquiries@kuocoin.com, otherwise KuCoin is unable to response your office in a timely manner.

Thanks for your patience.

Regards,

KuCoin

Message

| | |
|---|---|
| **From:** | Nina Lee [nina.li@kucoin.com] |
| **Sent:** | 8/18/2019 10:23:09 PM |
| **To:** | Malas, George [/o=CFTC/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=gmalas] |
| **Subject:** | [EXTERNAL] Re: Re: Re: Re: Request for the Information of David Gilbert Saffron |

Dear George,

It is possible that even though Mr. Saffron never deposited any ETN into his account but his balance is sitting in ETN and not BTC. That's because, Mr. Saffron can trade his other virtual currencies he deposited in the account and converted them into ENT.

Best regards,

Nina

'Malas, George' via rbenquiries <rbenquiries@kucoin.com> 于2019年8月16日周五 上午6:14写道 :

Hello Nina,


I have one more follow-up question please.  Mr. Saffron's account shows a current balance of 0.0065 Electroneum ("ETN"); however, Mr. Saffron's deposits into his account consisted of DigiByte ("DGB"), TenX ("PAY"), and BTC.


Is it possible that even though Mr. Saffron never deposited any ETN into his account that his balance is sitting in ETN and not BTC?  I'm assuming this is possible in that Mr. Saffron could have traded his other virtual currencies he held in the account and converted them into ETN?


I would appreciate it if you could please confirm my understanding noted above.  Thank you again in advance for your prompt attention to this matter.



Best regards,

George




**From:** Nina Lee [mailto:nina.li@kucoin.com]
**Sent:** Tuesday, August 13, 2019 5:27 AM
**To:** Malas, George
**Subject:** [EXTERNAL] Re: Re: Re: Request for the Information of David Gilbert Saffron

| email | id | created_at | last_login_at |
|---|---|---|---|
| davidsaffron@live.com | 5ae12820c7c1881ca8c752d5 | 4/26/2018 9:15 | 12/3/2018 7:42 |

SDKD-KuCoin-0000000005_0001
SDKD-KuCoin-0000000005

| email | coin_type | coin_type_pair | amount_coin | direction | created_at |
|---|---|---|---|---|---|
| davidsaffron@live.com | PAY | BTC | 830.6822 | SELL | 2018-04-26 10:30:17.0 |
| davidsaffron@live.com | PAY | BTC | 1410.875 | SELL | 2018-04-26 10:30:24.0 |
| davidsaffron@live.com | PAY | BTC | 72.491 | SELL | 2018-04-26 10:30:24.0 |
| davidsaffron@live.com | PAY | BTC | 885.566 | SELL | 2018-04-26 10:30:24.0 |
| davidsaffron@live.com | PAY | BTC | 1284.2932 | SELL | 2018-04-26 11:31:26.0 |
| davidsaffron@live.com | PAY | BTC | 33.5622 | SELL | 2018-04-26 11:31:29.0 |
| davidsaffron@live.com | PAY | BTC | 258.071 | SELL | 2018-04-26 11:31:30.0 |
| davidsaffron@live.com | PAY | BTC | 72.749 | SELL | 2018-04-26 11:31:31.0 |
| davidsaffron@live.com | PAY | BTC | 59.32 | SELL | 2018-04-26 11:31:31.0 |
| davidsaffron@live.com | PAY | BTC | 2027.877 | SELL | 2018-04-26 11:31:36.0 |
| davidsaffron@live.com | PAY | BTC | 45.137 | SELL | 2018-04-26 11:31:40.0 |
| davidsaffron@live.com | PAY | BTC | 19.376 | SELL | 2018-04-26 11:31:51.0 |
| davidsaffron@live.com | PAY | BTC | 0.0004 | SELL | 2018-04-26 11:49:06.0 |
| davidsaffron@live.com | DGB | BTC | 317.4429 | SELL | 2018-04-26 15:59:34.0 |
| davidsaffron@live.com | DGB | BTC | 2651.0384 | SELL | 2018-04-26 16:57:33.0 |
| davidsaffron@live.com | DGB | BTC | 1384.447 | SELL | 2018-04-26 16:57:34.0 |
| davidsaffron@live.com | DGB | BTC | 5145.09 | SELL | 2018-04-26 16:57:43.0 |
| davidsaffron@live.com | DGB | BTC | 12689.6262 | SELL | 2018-04-26 16:57:44.0 |
| davidsaffron@live.com | DGB | BTC | 5118.244 | SELL | 2018-04-26 16:58:20.0 |
| davidsaffron@live.com | DGB | BTC | 14563.1068 | SELL | 2018-04-26 16:58:22.0 |
| davidsaffron@live.com | DGB | BTC | 14545.4545 | SELL | 2018-04-26 16:58:30.0 |
| davidsaffron@live.com | DGB | BTC | 1257.027 | SELL | 2018-04-26 16:58:43.0 |
| davidsaffron@live.com | DGB | BTC | 1678.332 | SELL | 2018-04-26 16:59:53.0 |
| davidsaffron@live.com | DGB | BTC | 1509.1945 | SELL | 2018-04-26 16:59:54.0 |
| davidsaffron@live.com | DGB | BTC | 1384.447 | SELL | 2018-04-26 16:59:56.0 |
| davidsaffron@live.com | DGB | BTC | 5964.9975 | SELL | 2018-04-26 17:00:23.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:00:32.0 |
| davidsaffron@live.com | DGB | BTC | 6542.398 | SELL | 2018-04-26 17:00:36.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:00:41.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:00:48.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:00:56.0 |
| davidsaffron@live.com | DGB | BTC | 1255.769 | SELL | 2018-04-26 17:01:02.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:01:05.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:01:17.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:01:28.0 |
| davidsaffron@live.com | DGB | BTC | 518.0365 | SELL | 2018-04-26 17:01:35.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:01:35.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:01:42.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:01:56.0 |
| davidsaffron@live.com | DGB | BTC | 148.5155 | SELL | 2018-04-26 17:02:04.0 |
| davidsaffron@live.com | DGB | BTC | 1295.0714 | SELL | 2018-04-26 17:04:43.0 |
| davidsaffron@live.com | DGB | BTC | 12376.2376 | SELL | 2018-04-26 17:06:11.0 |
| davidsaffron@live.com | DGB | BTC | 12376.2376 | SELL | 2018-04-26 17:06:16.0 |

SDKD-KuCoin-0000000005_0002
SDKD-KuCoin-0000000005

| | | | | | |
|---|---|---|---|---|---|
| davidsaffron@live.com | DGB | BTC | 12376.2376 | SELL | 2018-04-26 17:06:22.0 |
| davidsaffron@live.com | DGB | BTC | 2288 | SELL | 2018-04-26 17:07:25.0 |
| davidsaffron@live.com | DGB | BTC | 2559 | SELL | 2018-04-26 17:07:32.0 |
| davidsaffron@live.com | DGB | BTC | 4535 | SELL | 2018-04-26 17:07:32.0 |
| davidsaffron@live.com | DGB | BTC | 3821.866 | SELL | 2018-04-26 17:08:23.0 |
| davidsaffron@live.com | DGB | BTC | 1999 | SELL | 2018-04-26 17:08:36.0 |
| davidsaffron@live.com | DGB | BTC | 2000 | SELL | 2018-04-26 17:08:42.0 |
| davidsaffron@live.com | DGB | BTC | 4601.6351 | SELL | 2018-04-26 17:08:50.0 |
| davidsaffron@live.com | DGB | BTC | 928.4133 | SELL | 2018-04-26 17:08:51.0 |
| davidsaffron@live.com | DGB | BTC | 7550.487 | SELL | 2018-04-26 17:08:59.0 |
| davidsaffron@live.com | DGB | BTC | 7222.205 | SELL | 2018-04-26 17:09:10.0 |
| davidsaffron@live.com | DGB | BTC | 6061.8472 | SELL | 2018-04-26 17:09:54.0 |
| davidsaffron@live.com | DGB | BTC | 746.2686 | SELL | 2018-04-26 17:10:10.0 |
| davidsaffron@live.com | DGB | BTC | 1933.2871 | SELL | 2018-04-26 17:11:56.0 |
| davidsaffron@live.com | DGB | BTC | 12349.948 | SELL | 2018-04-26 17:12:57.0 |
| davidsaffron@live.com | DGB | BTC | 12349.948 | SELL | 2018-04-26 17:12:58.0 |
| davidsaffron@live.com | DGB | BTC | 1838.23 | SELL | 2018-04-26 17:13:14.0 |
| davidsaffron@live.com | DGB | BTC | 10632.7587 | SELL | 2018-04-26 17:13:37.0 |
| davidsaffron@live.com | ETN | BTC | 72470.63 | BUY | 2018-04-26 10:10:36.0 |
| davidsaffron@live.com | ETN | BTC | 715 | BUY | 2018-04-26 10:24:54.0 |
| davidsaffron@live.com | ETN | BTC | 220.36 | BUY | 2018-04-26 10:25:31.0 |
| davidsaffron@live.com | ETN | BTC | 14263.67 | BUY | 2018-04-26 10:26:02.0 |
| davidsaffron@live.com | ETN | BTC | 4149.02 | BUY | 2018-04-26 10:34:37.0 |
| davidsaffron@live.com | ETN | BTC | 702.12 | BUY | 2018-04-26 10:34:58.0 |
| davidsaffron@live.com | ETN | BTC | 2000 | BUY | 2018-04-26 10:35:22.0 |
| davidsaffron@live.com | ETN | BTC | 103279.58 | BUY | 2018-04-26 10:40:51.0 |
| davidsaffron@live.com | ETN | BTC | 15412.6 | BUY | 2018-04-26 10:41:12.0 |
| davidsaffron@live.com | ETN | BTC | 220.58 | BUY | 2018-04-26 10:45:26.0 |
| davidsaffron@live.com | ETN | BTC | 3437 | BUY | 2018-04-26 10:45:29.0 |
| davidsaffron@live.com | ETN | BTC | 3315 | BUY | 2018-04-26 10:45:34.0 |
| davidsaffron@live.com | ETN | BTC | 220.58 | BUY | 2018-04-26 10:45:35.0 |
| davidsaffron@live.com | ETN | BTC | 220.58 | BUY | 2018-04-26 10:45:57.0 |
| davidsaffron@live.com | ETN | BTC | 3751 | BUY | 2018-04-26 10:46:00.0 |
| davidsaffron@live.com | ETN | BTC | 220.58 | BUY | 2018-04-26 10:46:03.0 |
| davidsaffron@live.com | ETN | BTC | 3300 | BUY | 2018-04-26 10:46:03.0 |
| davidsaffron@live.com | ETN | BTC | 220.51 | BUY | 2018-04-26 10:53:55.0 |
| davidsaffron@live.com | ETN | BTC | 124704.96 | BUY | 2018-04-26 10:56:10.0 |
| davidsaffron@live.com | ETN | BTC | 12139.73 | BUY | 2018-04-26 10:59:47.0 |
| davidsaffron@live.com | ETN | BTC | 18567.74 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 16390.93 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 15095.19 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 14970.96 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 18450.19 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 400 | SELL | 2018-05-23 08:15:01.0 |

SDKD-KuCoin-0000000005_0003
SDKD-KuCoin-0000000005

| davidsaffron@live.com | ETN | BTC | 17631.52 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 39.81 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 9085.13 | SELL | 2018-05-23 08:15:01.0 |
| davidsaffron@live.com | ETN | BTC | 253967.06 | SELL | 2018-05-23 08:15:01.0 |

SDKD-KuCoin-0000000005_0004
SDKD-KuCoin-0000000005

| email | coin_type | type | address | amount |
|---|---|---|---|---|
| davidsaffron@live.com | DGB | DEPOSIT | DJCwzhpqYq5mPyABQHJeidsXWEc68mk8RQ | 200000 |
| davidsaffron@live.com | PAY | DEPOSIT | 0xb4d3d6fc238f4a86f5c1f469a60e592b811f4673 | 7000 |
| davidsaffron@live.com | BTC | WITHDRAW | 15A2mC4MfTX7wvdeTRvR8trLFGiJvtQbDG | 0.98495687 |
| davidsaffron@live.com | BTC | DEPOSIT | 1DBtrLp6E4SVERPcJoe3wEJkMJDoFW1GWu | 1 |
| davidsaffron@live.com | BTC | WITHDRAW | 15A2mC4MfTX7wvdeTRvR8trLFGiJvtQbDG | 1.099 |
| davidsaffron@live.com | BTC | WITHDRAW | 15A2mC4MfTX7wvdeTRvR8trLFGiJvtQbDG | 0.826 |

SDKD-KuCoin-0000000005_0005
SDKD-KuCoin-0000000005

created_at
2018-04-26 10:15:02.0
2018-04-26 10:09:01.0
2018-05-23 08:16:48.0
2018-04-26 09:35:54.0
2018-04-26 15:56:34.0
2018-05-01 10:29:57.0

SDKD-KuCoin-0000000005_0006
SDKD-KuCoin-0000000005

| email | event | ip |
|---|---|---|
| davidsaffron@live.com | LOGIN | 172.250.74.82 |
| davidsaffron@live.com | LOGIN | 23.241.241.80 |
| davidsaffron@live.com | LOGIN | 24.120.53.37 |
| davidsaffron@live.com | LOGIN | 24.120.53.37, 172.24.0.66 |
| davidsaffron@live.com | LOGIN | 23.241.241.80 |
| davidsaffron@live.com | LOGIN | 172.250.59.10, 162.158.59.252, 172.24.253.10 |
| davidsaffron@live.com | LOGIN | 72.11.232.253 |
| davidsaffron@live.com | WITHDRAW | 72.11.232.253, 172.24.10.229 |
| davidsaffron@live.com | LOGIN | 72.11.232.253 |
| davidsaffron@live.com | REGISTER | 72.11.232.253 |
| davidsaffron@live.com | LOGIN | 72.11.232.253 |
| davidsaffron@live.com | LOGIN | 172.250.59.10, 172.24.10.126 |
| davidsaffron@live.com | LOGIN | 23.241.241.80, 172.24.0.69 |
| davidsaffron@live.com | WITHDRAW | 24.120.53.37, 172.24.0.87 |
| davidsaffron@live.com | LOGIN | 24.120.53.37 |
| davidsaffron@live.com | LOGIN | 12.130.125.214 |
| davidsaffron@live.com | LOGIN | 172.124.80.12 |
| davidsaffron@live.com | WITHDRAW | 172.124.80.12, 172.24.10.229 |
| davidsaffron@live.com | LOGIN | 172.250.59.10 |
| davidsaffron@live.com | LOGIN | 172.250.59.10 |

SDKD-KuCoin-0000000005_0007
SDKD-KuCoin-0000000005

| context | created_at |
|---|---|
| NULL | 2018-05-14 16:07:31.0 |
| NULL | 2018-05-07 15:17:02.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-06-14 13:31:56.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-09-28 01:54:11.0 |
| NULL | 2018-05-12 11:46:18.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-11-08 11:08:36.0 |
| NULL | 2018-04-26 15:54:52.0 |
| NULL | 2018-04-26 15:56:34.0 |
| NULL | 2018-04-26 09:21:48.0 |
| NULL | 2018-04-26 09:15:12.0 |
| NULL | 2018-04-26 09:15:12.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-09-11 05:13:56.0 |
| {"system":"iOS 11 (iPhone)","browser":"Mobile Safari"} | 2018-06-24 09:04:20.0 |
| {"system":"Unknown","browser":"Robot/Spider"} | 2018-05-23 08:16:48.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-05-23 08:10:24.0 |
| NULL | 2018-04-29 23:35:24.0 |
| NULL | 2018-05-01 10:28:15.0 |
| NULL | 2018-05-01 10:29:57.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-12-03 07:41:04.0 |
| {"system":"Windows 10","browser":"Chrome"} | 2018-12-03 07:42:41.0 |

SDKD-KuCoin-0000000005_0008
SDKD-KuCoin-0000000005

| ods_ucenter_user_kyc_daily. id | ods_ucenter_user_kyc_daily. user_id | ods_ucen ter_user_ kyc_daily. commit_s tatus | ods_ucen ter_user_ kyc_daily. verify_sta tus | ods_ucen ter_user_ kyc_daily. verify_res ult | ods_ucen ter_user_ kyc_daily. operator | ods_ucen ter_user_ kyc_daily. verify_us er |
|---|---|---|---|---|---|---|
| 5c6a972d99a1d859f85f2191 | 5ae12820c7c1881ca8c752d5 | 2 | 0 | NULL | | NULL |

SDKD-KuCoin-0000000005_0009
SDKD-KuCoin-0000000005

| ods_ucenter_user_kyc_daily.commit_at | ods_ucenter_user_kyc_daily.apply_at | ods_ucenter_user_kyc_daily.verify_at | ods_ucenter_user_kyc_daily.verify_fail_reason | ods_ucenter_user_kyc_daily.final_kyc_status | ods_ucenter_user_kyc_daily.source | ods_ucenter_user_kyc_daily.first_name | ods_ucenter_user_kyc_daily.gender | ods_ucenter_user_kyc_daily.nationality |
|---|---|---|---|---|---|---|---|---|
| NULL | NULL | NULL | {} | false | | david | 0 | |

SDKD-KuCoin-0000000005_0010
SDKD-KuCoin-0000000005

| ods_ucenter_user_kyc_daily.id_type | ods_ucenter_user_kyc_daily.id_number | ods_ucenter_user_kyc_daily.id_expire_date | ods_ucenter_user_kyc_daily.telephone | ods_ucenter_user_kyc_daily.telephone_verify_checked | ods_ucenter_user_kyc_daily.front_photo | ods_ucenter_user_kyc_daily.back_photo | ods_ucenter_user_kyc_daily.handle_photo | ods_ucenter_user_kyc_daily.employment_status | ods_ucenter_user_kyc_daily.trades |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | +1-3109093272 | checked |  |  |  |  | NULL |

SDKD-KuCoin-0000000005_0011
SDKD-KuCoin-0000000005

| ods_ucenter_user_kyc_daily.position | ods_ucenter_user_kyc_daily.company | ods_ucenter_user_kyc_daily.company_country | ods_ucenter_user_kyc_daily.company_province | ods_ucenter_user_kyc_daily.company_city | ods_ucenter_user_kyc_daily.company_street | ods_ucenter_user_kyc_daily.company_home | ods_ucenter_user_kyc_daily.company_postcode | ods_ucenter_user_kyc_daily.capital_source | ods_ucenter_user_kyc_daily.capital_source_comment |
|---|---|---|---|---|---|---|---|---|---|
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |

SDKD-KuCoin-0000000005_0012
SDKD-KuCoin-0000000005

| ods_ucenter_user_kyc_daily.year_income | ods_ucenter_user_kyc_daily.investment_amount | ods_ucenter_user_kyc_daily.status | ods_ucenter_user_kyc_daily.contact_country | ods_ucenter_user_kyc_daily.contact_province | ods_ucenter_user_kyc_daily.contact_city | ods_ucenter_user_kyc_daily.contact_postcode | ods_ucenter_user_kyc_daily.old | ods_ucenter_user_kyc_daily.created_at |
|---|---|---|---|---|---|---|---|---|
| NULL | NULL | 0 | US | california | los angles | 90019 | true | 2019-02-18 19:29:50.0 |

SDKD-KuCoin-0000000005_0013
SDKD-KuCoin-0000000005

| ods_ucenter_user_kyc _daily.updated_at | ods_ucente r_user_kyc _daily.dt | ods_ucen ter_user_ kyc_daily. dbname | ods_ucen ter_user_ kyc_daily. tbname |
|---|---|---|---|
| 2019-02-18 19:29:50.0 | 2019-07-30 | UCENTER | user_kyc |

SDKD-KuCoin-0000000005_0014
SDKD-KuCoin-0000000005

currency balance
ETN      0.0065

SDKD-KuCoin-0000000005_0015
SDKD-KuCoin-0000000005

Exhibit 11 – Preston Sterling Kerr Virtual Currency Account Records


# coinbase

548 Market Street #23008
San Francisco, CA 94104
Phone: 1-888-908-7930

| Account Information |
| --- |
| Preston Kerr |
| pskllaw@aol.com |
| Henderson NV, ▮▮▮▮<br>US |

| Account Statement Period | 10/13/2017 - 03/21/2019 |
| --- | --- |

## Account Summary

| Account Name | Balance on 03/21/2019 |
| --- | --- |
| BAT Wallet | 0.0000 BAT |
| BCH Wallet | 0.0000 BCH |
| BSV Wallet | 0.0000 BSV |
| BTC Vault | 0.0000 BTC |
| BTC Wallet | 18.04706587 BTC |
| Cash (USD) | $0.00 USD |
| ETC Wallet | 0.0000 ETC |
| ETH Wallet | 6.24808279 ETH |
| LTC Wallet | 9.6402941 LTC |
| USDC Wallet | 0.0000 USDC |
| XRP Wallet | 0.0000 XRP |
| ZEC Wallet | 0.0000 ZEC |
| ZRX Wallet | 100.0000 ZRX |

## Transaction History

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
| --- | --- | --- | --- | --- | --- |
| 03/08/2019 | BTC Wallet | You received Bitcoin from an external account | 5.0000 BTC | $19,460.68 USD | 18.04706587 BTC |
| 02/28/2019 | BTC Wallet | You received Bitcoin from an external account | 0.1000 BTC | $380.19 USD | 13.04706587 BTC |
| 02/27/2019 | BTC Wallet | You received Bitcoin from an external account | 5.0000 BTC | $19,030.18 USD | 12.94706587 BTC |
| 02/20/2019 | LTC Wallet | You purchased Litecoin | 9.6402941 LTC | $500.00 USD | 9.6402941 LTC |
| 02/15/2019 | BTC Wallet | You received Bitcoin from an external account | 0.48052155 BTC | $1,712.96 USD | 7.94706587 BTC |
| 02/04/2019 | Cash (USD) | You withdrew funds | -$5,000.00 USD | $5,000.00 USD | $0.00 USD |
| 02/04/2019 | Cash (USD) | You purchased United States Dollar | $5,000.00 USD | | $5,000.00 USD |
| 02/04/2019 | BTC Wallet | You sold Bitcoin | -1.49662757 BTC | $5,000.00 USD | 7.46654432 BTC |
| 02/04/2019 | BTC Wallet | You received Bitcoin from an external account | 1.52625153 BTC | $5,202.42 USD | 8.96317189 BTC |

SDKD-Coinbase-0000000001_0001

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 01/11/2019 | BTC Wallet | You received Bitcoin from an external account | 0.22637114 BTC | $824.81 USD | 7.43692036 BTC |
| 01/10/2019 | BTC Wallet | You received Bitcoin from an external account | 0.36487218 BTC | $1,324.49 USD | 7.21054922 BTC |
| 12/07/2018 | BTC Wallet | You received Bitcoin from an external account | 0.86785821 BTC | $2,965.48 USD | 6.84567704 BTC |
| 11/15/2018 | BTC Wallet | You received Bitcoin from an external account | 0.13912393 BTC | $771.72 USD | 5.97781883 BTC |
| 11/13/2018 | BTC Wallet | You received Bitcoin from an external account | 0.56123632 BTC | $3,537.83 USD | 5.8386949 BTC |
| 11/09/2018 | BTC Wallet | You received Bitcoin from an external account | 0.63104488 BTC | $3,995.44 USD | 5.27745858 BTC |
| 10/16/2018 | ZRX Wallet | You purchased 0x | 100.0000 ZRX | $94.45 USD | 100.0000 ZRX |
| 10/16/2018 | BTC Wallet | You received Bitcoin from an external account | 0.769366 BTC | $4,963.96 USD | 4.6464137 BTC |
| 10/04/2018 | BTC Wallet | You received Bitcoin from an external account | 1.52848684 BTC | $9,994.55 USD | 3.8770477 BTC |
| 09/21/2018 | BTC Wallet | You received Bitcoin from an external account | 1.380957 BTC | $9,295.22 USD | 2.35056086 BTC |
| 09/10/2018 | BTC Wallet | You received Bitcoin from an external account | 0.79966743 BTC | $5,010.82 USD | 0.96960386 BTC |
| 09/10/2018 | BTC Wallet | You received Bitcoin from an external account | 0.15993348 BTC | $1,002.16 USD | 0.16993643 BTC |
| 09/09/2018 | BTC Wallet | You received Bitcoin from an external account | 0.00016023 BTC | $1.00 USD | 0.01000295 BTC |
| 09/09/2018 | BTC Wallet | You sent Bitcoin to ██████████GVgh | -7.68072317 BTC | -$49,000.17 USD | 0.00984272 BTC |
| 09/07/2018 | BTC Wallet | You received Bitcoin from an external account | 6.86234755 BTC | $43,987.65 USD | 7.69056589 BTC |
| 09/05/2018 | BTC Wallet | You received Bitcoin from an external account | 0.28954 BTC | $1,999.04 USD | 0.82821834 BTC |
| 08/22/2018 | BTC Wallet | You received Bitcoin from an external account | 0.2000 BTC | $1,330.00 USD | 0.53867834 BTC |
| 08/21/2018 | BTC Wallet | You sent Bitcoin to ██████████Kcy8 | -3.00001911 BTC | -$19,323.12 USD | 0.33867834 BTC |
| 08/21/2018 | BTC Wallet | You received Bitcoin from an external account | 0.2000 BTC | $1,286.39 USD | 3.33869745 BTC |
| 08/18/2018 | BTC Wallet | You received Bitcoin from an external account | 1.2000 BTC | $7,639.20 USD | 3.13869745 BTC |
| 08/17/2018 | Cash (USD) | You sold United States Dollar | -$2,000.00 USD | | $0.00 USD |
| 08/17/2018 | ETH Wallet | You purchased Ethereum | 6.24808279 ETH | $2,000.00 USD | 6.24808279 ETH |
| 08/17/2018 | Cash (USD) | You sold United States Dollar | -$12,000.00 USD | | $2,000.00 USD |
| 08/17/2018 | BTC Wallet | You purchased Bitcoin | 1.79501181 BTC | $12,000.00 USD | 1.93869745 BTC |
| 08/17/2018 | BTC Wallet | You received Bitcoin from an external account | 0.0160 BTC | $103.79 USD | 0.14368564 BTC |

SDKD-Coinbase-0000000001_0002

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 08/16/2018 | BTC Wallet | You received Bitcoin from an external account | 0.0060 BTC | $38.46 USD | 0.12768564 BTC |
| 08/15/2018 | BTC Wallet | You received Bitcoin from an external account | 0.0040 BTC | $25.50 USD | 0.12168564 BTC |
| 08/11/2018 | Cash (USD) | You withdrew funds | -$10,000.00 USD | $10,000.00 USD | $14,000.00 USD |
| 08/11/2018 | Cash (USD) | You deposited funds | $10,000.00 USD | $10,000.00 USD | $24,000.00 USD |
| 08/11/2018 | Cash (USD) | You sold United States Dollar | $9,000.00 USD | | $14,000.00 USD |
| 08/11/2018 | BTC Wallet | You sold Bitcoin | -1.43389842 BTC | $9,000.00 USD | 0.11768564 BTC |
| 08/01/2018 | BTC Wallet | You sent Bitcoin to ████████████2DqJ | -0.01303531 BTC | -$100.10 USD | 1.55158406 BTC |
| 07/11/2018 | Cash (USD) | You deposited funds | $5,000.00 USD | $5,000.00 USD | $5,000.00 USD |
| 07/11/2018 | BTC Wallet | You purchased Bitcoin | 1.54532645 BTC | $10,000.00 USD | 1.56461937 BTC |
| 07/11/2018 | BTC Wallet | You sent Bitcoin to ████████████bSu7 | -0.40001411 BTC | -$2,545.43 USD | 0.01929292 BTC |
| 07/11/2018 | BTC Wallet | You sent Bitcoin to ████████████TkAn | -11.00001411 BTC | -$70,025.54 USD | 0.41930703 BTC |
| 07/10/2018 | BTC Wallet | You received Bitcoin from an external account | 10.0000 BTC | $63,951.60 USD | 11.41932114 BTC |
| 07/10/2018 | BTC Wallet | You sent Bitcoin to ████████████RHZp | -49.80001 BTC | -$318,479.03 USD | 1.41932114 BTC |
| 07/10/2018 | BTC Wallet | You sent Bitcoin to ████████████RHZp | -0.20001411 BTC | -$1,273.18 USD | 51.21933114 BTC |
| 07/09/2018 | BTC Wallet | You received Bitcoin from an external account | 50.0000 BTC | $333,250.50 USD | 51.41934525 BTC |
| 07/05/2018 | BTC Wallet | You received Bitcoin from an external account | 0.2000 BTC | $1,311.08 USD | 1.41934525 BTC |
| 07/05/2018 | BTC Wallet | You sent Bitcoin to ████████████z8ed | -0.10000976 BTC | -$657.36 USD | 1.21934525 BTC |
| 06/15/2018 | BTC Wallet | You sent Bitcoin to ████████████EpJx | -1.00002099 BTC | -$6,553.10 USD | 1.31935501 BTC |
| 06/15/2018 | BTC Wallet | You received Bitcoin from an external account | 0.4000 BTC | $2,607.73 USD | 2.319376 BTC |
| 06/15/2018 | BTC Wallet | You sent Bitcoin to ████████████kR8S | -0.20002609 BTC | -$1,310.19 USD | 1.919376 BTC |
| 05/18/2018 | BTC Wallet | You purchased Bitcoin | 0.11949554 BTC | $1,000.00 USD | 2.11940409 BTC |
| 05/18/2018 | BTC Wallet | You sent Bitcoin to ████████████bpsD | -0.06782049 BTC | -$556.23 USD | 1.99990855 BTC |
| 05/10/2018 | BTC Wallet | You received Bitcoin from an external account | 0.5497 BTC | $4,993.79 USD | 2.06772904 BTC |
| 05/10/2018 | BTC Wallet | You received Bitcoin from an external account | 0.1101 BTC | $997.67 USD | 1.51802904 BTC |
| 05/10/2018 | BTC Wallet | You received Bitcoin from an external account | 0.0005511 BTC | $4.99 USD | 1.40792904 BTC |

SDKD-Coinbase-0000000001_0003

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 05/10/2018 | BTC Wallet | You received Bitcoin from an external account | 0.00010716 BTC | $1.00 USD | 1.40737794 BTC |
| 05/09/2018 | BTC Wallet | You received Bitcoin from an external account | 0.12880318 BTC | $1,200.00 USD | 1.40727078 BTC |
| 05/02/2018 | BTC Wallet | You received Bitcoin from an external account | 0.2800 BTC | $2,578.80 USD | 1.2784676 BTC |
| 04/20/2018 | BTC Wallet | You purchased Bitcoin | 0.29907074 BTC | $2,600.00 USD | 0.9984676 BTC |
| 04/07/2018 | BTC Wallet | You purchased Bitcoin | 0.69939686 BTC | $5,000.00 USD | 0.69939686 BTC |

SDKD-Coinbase-0000000001_0004

USER ATTRIBUTES ***
USER ID          59e146beb8770300ca6a78d8
NAME             Preston Kerr
EMAIL            psklaw@aol.com
CREATED          October, 13 2017 04:05pm PDT


TRANSACTIONS ***

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT |
|---|---|---|---|---|---|
| 4/7/2018 10:21 | BTC Wallet | Buy | Complete | 0.69939686 | 0.69939686 |
| 4/20/2018 13:47 | BTC Wallet | Buy | Complete | 0.9984676 | 0.29907074 |
| 5/2/2018 16:32 | BTC Wallet | Receive | Complete | 1.2784676 | 0.28 |
| 5/9/2018 10:53 | BTC Wallet | Receive | Complete | 1.40727078 | 0.12880318 |
| 5/10/2018 10:16 | BTC Wallet | Receive | Complete | 1.40737794 | 0.00010716 |
| 5/10/2018 13:15 | BTC Wallet | Receive | Complete | 1.40792904 | 0.0005511 |
| 5/10/2018 13:17 | BTC Wallet | Receive | Complete | 1.51802904 | 0.1101 |
| 5/10/2018 15:20 | BTC Wallet | Receive | Complete | 2.06772904 | 0.5497 |
| 5/18/2018 19:59 | BTC Wallet | Send | Complete | 1.99990855 | -0.06782049 |
| 5/18/2018 20:01 | BTC Wallet | Buy | Complete | 2.11940409 | 0.11949554 |
| 6/15/2018 10:11 | BTC Wallet | Send | Complete | 1.919376 | -0.20002809 |
| 6/15/2018 10:41 | BTC Wallet | Receive | Complete | 2.319376 | 0.4 |
| 6/15/2018 11:43 | BTC Wallet | Send | Complete | 1.31935501 | -1.00002099 |
| 7/5/2018 10:44 | BTC Wallet | Send | Complete | 1.21934525 | -0.10000976 |
| 7/5/2018 11:12 | BTC Wallet | Receive | Complete | 1.41934525 | 0.2 |
| 7/9/2018 18:46 | BTC Wallet | Receive | Complete | 51.41934525 | 50 |
| 7/10/2018 10:43 | BTC Wallet | Send | Complete | 51.21933114 | -0.20001411 |
| 7/10/2018 13:56 | BTC Wallet | Send | Complete | 1.41932114 | -49.80001 |
| 7/10/2018 14:00 | BTC Wallet | Receive | Complete | 11.41932114 | 10 |
| 7/11/2018 9:01 | BTC Wallet | Send | Complete | 0.41930703 | -11.00001411 |

| Date/Time | Wallet | Type | Status | Amount | Balance |
|---|---|---|---|---|---|
| 7/11/2018 9:06 | BTC Wallet | Send | Complete | 0.01929292 | -0.40001411 |
| 7/11/2018 9:34 | BTC Wallet | Buy | Complete | 1.56461937 | 1.54532645 |
| 7/11/2018 9:35 | Cash (USD) | Deposit | Complete | 5000 | 5000 |
| 8/1/2018 18:25 | BTC Wallet | Send | Complete | 1.55158406 | -0.01303531 |
| 8/11/2018 12:45 | BTC Wallet | Sell | Complete | 0.11768564 | -1.43389842 |
| 8/11/2018 12:45 | Cash (USD) | Sell | Complete | 14000 | 9000 |
| 8/11/2018 12:57 | Cash (USD) | Deposit | Complete | 24000 | 10000 |
| 8/11/2018 12:58 | Cash (USD) | Withdrawal | Complete | 14000 | -10000 |
| 8/15/2018 13:00 | BTC Wallet | Receive | Complete | 0.12168564 | 0.004 |
| 8/16/2018 11:16 | BTC Wallet | Receive | Complete | 0.12768564 | 0.006 |
| 8/17/2018 8:38 | BTC Wallet | Receive | Complete | 0.14368564 | 0.016 |
| 8/17/2018 16:37 | BTC Wallet | Buy | Complete | 1.93869745 | 1.79501181 |
| 8/17/2018 16:37 | Cash (USD) | Sell | Complete | 2000 | -12000 |
| 8/17/2018 16:39 | ETH Wallet | Buy | Complete | 6.24808279 | 6.24808279 |
| 8/17/2018 16:39 | Cash (USD) | Sell | Complete | 0 | -2000 |
| 8/18/2018 14:18 | BTC Wallet | Receive | Complete | 3.13869745 | 1.2 |
| 8/21/2018 10:10 | BTC Wallet | Receive | Complete | 3.33869745 | 0.2 |
| 8/21/2018 12:20 | BTC Wallet | Send | Complete | 0.33867834 | -3.00001911 |
| 8/22/2018 8:42 | BTC Wallet | Receive | Complete | 0.53867834 | 0.2 |
| 9/5/2018 15:39 | BTC Wallet | Receive | Complete | 0.82821834 | 0.28954 |
| 9/7/2018 15:35 | BTC Wallet | Receive | Complete | 7.69056589 | 6.86234755 |
| 9/9/2018 8:51 | BTC Wallet | Send | Complete | 0.00984272 | -7.68072317 |
| 9/9/2018 17:00 | BTC Wallet | Receive | Complete | 0.01000295 | 0.00016023 |
| 9/10/2018 11:33 | BTC Wallet | Receive | Complete | 0.16993643 | 0.15993348 |
| 9/10/2018 11:34 | BTC Wallet | Receive | Complete | 0.96960386 | 0.79966743 |
| 9/21/2018 14:18 | BTC Wallet | Receive | Complete | 2.35056086 | 1.380957 |
| 10/4/2018 23:40 | BTC Wallet | Receive | Complete | 3.8770477 | 1.52648684 |
| 10/16/2018 17:27 | BTC Wallet | Receive | Complete | 4.6464137 | 0.769366 |
| 10/16/2018 18:39 | ZRX Wallet | Buy | Complete | 100 | 100 |

| Date | Wallet | Type | Status | | |
|---|---|---|---|---|---|
| 11/9/2018 15:48 | BTC Wallet | Receive | Complete | 5.27745858 | 0.63104488 |
| 11/13/2018 10:11 | BTC Wallet | Receive | Complete | 5.8386949 | 0.56123632 |
| 11/15/2018 17:17 | BTC Wallet | Receive | Complete | 5.97781883 | 0.13912393 |
| 12/7/2018 16:52 | BTC Wallet | Receive | Complete | 6.84567704 | 0.86785821 |
| 1/10/2019 15:48 | BTC Wallet | Receive | Complete | 7.21054922 | 0.36487218 |
| 1/11/2019 16:37 | BTC Wallet | Receive | Complete | 7.43692036 | 0.22637114 |
| 2/4/2019 15:07 | BTC Wallet | Receive | Complete | 8.96317189 | 1.52625153 |
| 2/4/2019 15:18 | BTC Wallet | Sell | Complete | 7.46654432 | -1.49662757 |
| 2/4/2019 15:18 | Cash (USD) | Buy | Complete | 5000 | 5000 |
| 2/4/2019 21:08 | Cash (USD) | Withdrawal | Complete | 0 | -5000 |
| 2/15/2019 15:11 | BTC Wallet | Receive | Complete | 7.94706587 | 0.48052155 |
| 2/20/2019 9:20 | LTC Wallet | Buy | Complete | 9.6402941 | 9.6402941 |
| 2/27/2019 6:56 | BTC Wallet | Receive | Complete | 12.94706587 | 5 |
| 2/28/2019 19:22 | BTC Wallet | Receive | Complete | 13.04706587 | 0.1 |
| 3/8/2019 10:20 | BTC Wallet | Receive | Complete | 18.04706587 | 5 |

SDKD-Coinbase-0000000003_0003
SDKD-Coinbase-0000000003

| CURRENCY | TO | NOTES |
|---|---|---|
| | | Bought 0.69939686 BTC for $5,000.00 USD. |
| BTC | 59e146bfb8770300ca6a78f7 | Paid for with Chase - TOTAL BUS CHK *****2652. Your digital currency will arrive by the end of day on Tuesday Apr 17, 2018. |
| | | Bought 0.29907074 BTC for $2,600.00 USD. |
| BTC | 59e146bfb8770300ca6a78f7 | Paid for with Chase - TOTAL BUS CHK *****2652. Your digital currency will arrive by the end of day on Friday Apr 27, 2018. |
| BTC | | |
| BTC | 3KxuriewrZsxC6n5mc9hvVq4F9absjX5N2 | attorneys fees |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | 16yvX3ehQoPjvbAFB68trKYmswT5T1ppsD | |
| | | Bought 0.11949554 BTC for $1,000.00 USD. |
| BTC | 59e146bfb8770300ca6a78f7 | Paid for with Chase - TOTAL BUS CHK *****2652. Your digital currency will arrive by the end of day on Saturday May 26, 2018. |
| BTC | 155K7KLQcWrsRCxNpDCnyvj28J1X5NkR8S | test |
| BTC | | |
| BTC | 1LQdbLvXbiQVhqWzvzqwSH87krimFQEpJx | omicron |
| BTC | 1KThhzmQTWTnrc1mtFKD4P2pvrJ1h7z8ed | test |
| BTC | | |
| BTC | | |
| BTC | 17VxPC9vmkiZw3qDSDQ65BjTNGScu2RHZp | |
| BTC | 17VxPC9vmkiZw3qDSDQ65BjTNGScu2RHZp | |
| BTC | | |
| BTC | 1GH9XkUd5nYs9nEwqdgwpXUFBv96qnTkAn | Omicron |

| | | |
|---|---|---|
| BTC | 1DTwypGXanoM3oxZNPki7Hy4ZiaLnpSu7 | bread<br>Bought 1.54532645 BTC for $10,000.00 USD. |
| | | |
| | | Paid for with Chase - TOTAL BUS CHK |
| | | *****2652. Your digital currency will arrive by |
| BTC | 59e146bfb8770300ca6a78f7 | the end of day on Wednesday Jul 18, 2018. |
| USD | | |
| BTC | 1A8nH8kBVxCejyD1D4mjhjen3M6mBf2DqJ | test |
| BTC | 5083a5425b4a5b0200000001 | 5b6f3cbfa44b440a3bde439e |
| USD | | |
| USD | | |
| USD | | |
| BTC | | |
| BTC | | |
| BTC | | |
| | | Bought 1.79501181 BTC for $12,000.00 USD. |
| | | |
| | | Paid for with Cash (USD). Your digital currency |
| | | will arrive by the end of day on Saturday Aug |
| BTC | 59e146bfb8770300ca6a78f7 | 18, 2018. |
| USD | | |
| | | Bought 6.24808279 ETH for $2,000.00 USD. |
| | | |
| | | Paid for with Cash (USD). Your digital currency |
| | | will arrive by the end of day on Saturday Aug |
| ETH | 59e146bfb8770300ca6a78fb | 18, 2018. |
| USD | | |
| BTC | | |
| BTC | | |
| BTC | 1FxzjzDTf1sfNXbG6gnvz5K6RGzDe9Kcy8 | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | 1QJNpquXXA87krGY7MsSFUyS5QuujfGVgh | Bitex |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| ZRX | 5bb792a06ac54c0cdfeac43f | Bought 100.0000 ZRX for $94.45 USD. |

| | | |
|---|---|---|
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | | |
| BTC | 5083a5425b4a5b0200000001 | 5c58c7edd9cd760718c6f009 |
| USD | | |
| USD | | |
| BTC | | |
| LTC | 59e146bfb8770300ca6a78ff | Bought 9.6402941 LTC for $500.00 USD. |
| BTC | | |
| BTC | | |
| BTC | | |

SDKD-Coinbase-0000000003_0006
SDKD-Coinbase-0000000003

EQUIV USD   TRANSACTION HASH


4909.89


2547.43
2578.8 c0064b4cbe0e62fae6430e9cd7e2caaf2f5a1c07c42dee733da5af3a8c0ef102
1200 af84893b828d8b9b2fcef12e33af7f05d3c6f9b30794d839f22e9dab254fe4dd
0.99 4f95298a44c56a19c18cffcebc5e7683cf58a95102c04809471a543aa20377fc
4.99 881c36c00e9765cf55e09efe5c9100f7f8d7932520bc00a170dc6a12724c42cd
997.67 43293641adfe9fd3676d017471030a817903fd5c488aee4fcd545bc9f8bb9eac
4993.78 d6bd1339dd7c9a58b65258d432cde0b7e81ad9486e872e942427a01fea3bd7ab
-556.22 2aff099c00c8a786a8d3eac110507e3e04f56a8aa994ff813066ecb5eea6d389


980.04
-1310.18 21d4b5dc94b728d0003d40c740d2cf713784af195765fa934c06e6a9b9afdfff
2607.73 29db52f6890e11768fed59af4dae7dfabd95cd608df2b6e04c7c36907656c63b
-6553.09 f4b2ac58705b114877cf17c9f039b74d4de46ccec5bea9b657cb3ba88cbee4c2
-657.35 cf60e3d586914617ae4d04cd2e210e409e6865cd411cf4e9236f5850554f4237
1311.07 46565f9b875717353b110c00e08212c8873d223ab1fde71265b7e51c9c24ba16
333250.5 daddbc81d91708baeb2ab80dfd5126d0096b92c683884e9c22b060947a17a8dd
-1273.18 b3b157daff928be0b94696ee3a185e066011f824de219a5a84680f90e8a43379
-318479.03 f984893961b90d92e2d4144d677c7ac5e8d4ead7cd5f32bcb3f0724d22e3c3c5
63951.6 92218e47afb57f747d2ee3e5e2694891161e31e166751056a89eefb0055a6565
-70025.53 2caf1093e79b795b9ad386c6bbf48cb4243a86d4d75488a323b7090208d01a27


SDKD-Coinbase-0000000003_0007
SDKD-Coinbase-0000000003

-2545.42  8b033c39eb10233acfefed3d508cc4ea2389fd689c7bdc51e17c42de7aa28d34

9798.34
    5000
 -100.09  1828f0a187aa42640c0e4ae88fe0f7f3194a2e0c8dabc3ca8c95e8a60316b192
-9162.61
    9000
   10000
  -10000
   25.49  82106b13de5375d3c618e47b394ed24e06f30b206ce8ae391992c2be410840f0
   38.46  63045103806df401fd9e115119e26aabecb740445b7e0b9307c78b95f729277a
  103.79  8bcd6c0f6b9a6444db9e63c914438b7aa6eda6b6885cd2f3f0ea7a1b9e953629

11757.32
  -12000

1960.89
   -2000
  7639.2  ffc0511b413ac9c224cff43a916e067e10eb3cc9d61bb8ac2b721c29cc1cdc56
 1286.39  4b743942ce0e25881d24a497f20baab1e707e12897620d66774f72334aa94e83
-19323.12 9c4e944c951f2c5c41af24b0248ad3eb2863fee37ccc7d685eaa383a8c41c1ba
    1330  4b0ecce67ff7f2af7c531d6f82d26d323754bf9603ce02a4cbb45a44ed3ea4b1
 1999.04  8e566e14d7b2f002f37f3e88fdbea5a515d0303e2c0a11b25e4ac6cec19af23a
43987.64  660fd5b6b7c1e0555ffb1e08f7aa52a0f284f386adccdf0223fd0e7461dc72e0
-49000.17 d40cc1aca7792de0b59b5e37985423675010b10913a71372df62aea54ccaa139
    0.99  30b8f1d7cdeb731acc055a956c65a8c1effded3fcb0dbbed3212b1d7f8a5fbcb
 1002.16  7d572d37190bc1d2ad70ab5fce949b93d5b8e0e228f6191e0009f719f21d7d0d
 5010.82  d03365eb2641950464fc9756276d5933a75f18ad7a94535d752f3d9171387d29
 9295.22  5184a4b3b0ef7c435809b0fe5b5192769d795ba8948ed83b319ed1a2e6d2ab13
 9994.55  9c5d43b50b16fc7db1ae05e48cbd5aad5bf7046ea2242d157bed52ee013e1968
 4963.95  10a69ce8528fe73c3717d298bc96e55930be99459ca64e8955b2eacbd12e738c
      92

SDKD-Coinbase-0000000003_0008
SDKD-Coinbase-0000000003

3995.44 283433aba95c00ceac8b25ea83335cd4b0932716bf004eb0a3c76ce6eec2e7e3
3537.83 73762c6aa039c7d4b5e3b66fdec1ee25b216768572478f689f87a5d32e9d741f
 771.72 021854ad681b3051ab491b205400bbea750ec83c417f81793698dffddfa3acf2
2965.47 e189ef074a62e89e0698fdd57a2430f0df2a8b486af4641aadc79a415f608ac5
1324.48 54d4a16bdc88207a40c72e9b10fa2e5419813a993322c7bddba957e3ec468e11
 824.8 b583d5224d484ce2158e124a7445c23070efc1af0672c5aba4fa3c4d8e7224c9
5202.41 e343661577fcb8993e97b287216dc46fb60fe657a761bda00e0d9bb9e08057dc
-5101.15
   5000
  -5000
1712.95 fcc018486ef57e3e4a54b6758db939b730b14f1d979e7d9189d64125cfddf3d5
 490.54
19030.17 656ad5ec5765c5a86ba8eb1091a1af95c30112dfb2595671e2d7b7aea0051576
 380.19 95a08c5314167db3eefca27916a412a4cf39496f28de34c18984a0e2b240b17d
19460.67 938ae47f33fa7e13da66c02daf5847e70d76681e66e18eb5e82586c4b1d19cfe

Exhibit 12 - Omnicron, Circle Society, & BinBot Pro Website
Records



BinBot Pro is the robot designed to trade for you on binary options

Watch users experience

REGISTRATION

SDKD-CFTC-WEB-0000000005-PDF01_0001

SDKD-CFTC-WEB-0000000005-PDF01

SDKD-CFTC-WEB-0000000005-PDF01_0002

SDKD-CFTC-WEB-0000000005-PDF01

SDKD-CFTC-WEB-0000000005-PDF01_0003

SDKD-CFTC-WEB-0000000005-PDF01

English ▾

# Register

First Name

Last Name

+1 · Phone

USD (Account currency)

E-Mail Address

**Choose your broker**

**BINARYCENT**          $500          $0.1          90%
                       Min Deposit   Min Invest   Max Returns

I'm not a robot

reCAPTCHA
Privacy - Terms

By selecting checkbox, I agree with the disclaimer below

SDKD-CFTC-WEB-0000000005-PDF01_0004

SDKD-CFTC-WEB-0000000005-PDF01

# Domain Profile

*As of August 27, 2019*

## Ownership

| | |
|---|---|
| Registered Owner | **Privacy Protect, LLC (PrivacyProtect.org)** |
| Owned Domains | **About 1442915 other domains** |
| Email Addresses | **abuse@ilovewww.com** |
| | **contact@privacyprotect.org** |
| Registrar | **shinjiru technology sdn bhd** |

## Registration

| | |
|---|---|
| Created | **May 15, 2018** |
| Expires | **May 15, 2020** |
| Updated | **Apr 16, 2019** |
| Domain Status | **No Website** |
| Whois Server | **whois.ilovewww.com** |
| Name Servers | **dynect.net** |

## Website

| | |
|---|---|
| Site Title | **TheOmicronTrust** |

SDKD-CFTC-WEB-0000000022_0003
SDKD-CFTC-WEB-0000000022

# Current Whois Record

*Reported on Aug 27, 2019*

```
Domain Name: THEOMICRONTRUST.COM
Registry Domain ID: 2263532408_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.ilovewww.com
Registrar URL: http://www.ilovewww.com
Updated Date: 2019-04-16T06:23:23Z
Creation Date: 2018-05-15T03:33:41Z
Registrar Registration Expiration Date: 2020-05-15T03:33:41Z
Registrar: Shinjiru MSC Sdn Bhd
Registrar IANA ID: 1741
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain Admin
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant Street: 10 Corporate Drive
Registrant City: Burlington
Registrant State/Province: MA
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8022274003
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC (PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns1.p27.dynect.net
Name Server: ns2.p27.dynect.net
```

SDKD-CFTC-WEB-0000000022_0004

SDKD-CFTC-WEB-0000000022



# Domain Report - CircleSociety.com

Domain Name    **CircleSociety.com**

Prepared On    **August 26, 2019**



Website Screenshot taken 06/14/2019

SDKD-CFTC-WEB-0000000018

# Domain Profile

*As of August 26, 2019*

## Ownership

| | |
|---|---|
| Registered Owner | **Domains By Proxy, LLC** |
| Owned Domains | **About 17611895 other domains** |
| Email Addresses | **abuse@godaddy.com** |
| | **circlesociety.com@domainsbyproxy.com** |
| Registrar | **godaddy.com, llc** |

## Registration

| | |
|---|---|
| Created | **May 9, 2011** |
| Expires | **May 9, 2020** |
| Updated | **Aug 15, 2018** |
| Domain Status | **Active** |
| Whois Server | **whois.godaddy.com** |
| Name Servers | **dynect.net** |

## Network

| | |
|---|---|
| Website IP Address | **108.61.166.13** |
| IP Location | **Netherlands-Noord-Holland-Amsterdam** |
| | **Vultr Holdings Llc** |
| IP ASN | **AS20473** |

© 2019 DomainTools, LLC All Rights Reserved

SDKD-CFTC-WEB-0000000018

# Current Whois Record

## *Reported on Aug 16, 2019*

```
Domain Name: circlesociety.com
Registry Domain ID: 1655235131_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-08-11T02:46:14Z
Creation Date: 2011-05-09T18:35:31Z
Registrar Registration Expiration Date: 2020-05-09T18:35:31Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: circlesociety.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: circlesociety.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
```

SDKD-CFTC-WEB-0000000018

Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: circlesociety.com@domainsbyproxy.com
Name Server: NS1.P27.DYNECT.NET
Name Server: NS2.P27.DYNECT.NET
Name Server: NS3.P27.DYNECT.NET
Name Server: NS4.P27.DYNECT.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

SDKD-CFTC-WEB-0000000018



C I R C L E

S O C I E T Y

# Site Update

Circle Society's site is currently in maintenance.

Please join the official telegram channel for updates:
https://t.me/joinchat/AAAAAEkIykTv0JtU00C7kg

For those needing to complete forms please select the relevant link below:
- Balloon Payment Form
- Individual KYC Form
- Corporate KYC Form

Thank You,
CS Management

SDKD-CFTC-WEB-0000000019_0001

Exhibit 13 - Transcript of Participant 7 Testimony Under Oath

# Saffron, David G; Kagel, David

# *Van Tuyl, Nathan 03/01/2019*

### *3/1/2019*

**Condensed Transcript**

**Prepared by:**

George Malas
CFTC

Monday, September 23, 2019

Page 1

```
 1            UNITED STATES OF AMERICA
 2                 Before the
 3        COMMODITY FUTURES TRADING COMMISSION
 4
 5    ---------------------------*
 6    ---------------------------*
 7  In the Matter of:          *
 8  David G. Saffron and David L. Kagel  *
 9    ---------------------------*
10
11
12         INVESTIGATIVE TESTIMONY
13            NATHAN VAN TUYL
14             PAGES 1 - 173
15
16         Friday, March 1, 2019
17         Los Angeles, California
18
19
20
21
22
23    Reported by: Marty E. McArver, CA-CSR No. 2769
24         NCRA Registered Diplomate Reporter
25
```

Page 2

```
 1            UNITED STATES OF AMERICA
 2                 Before the
 3        COMMODITY FUTURES TRADING COMMISSION
 4
 5    ---------------------------*
 6    ---------------------------*
 7  In the Matter of:          *
 8  David G. Saffron and David L. Kagel  *
 9    ---------------------------*
10
11
12
13
14
15
16     INVESTIGATIVE TESTIMONY OF NATHAN VAN TUYL, taken
17  by the Commodity Futures Trading Commission, pursuant to
18  Subpoena Ad Testificandum, at Securities and Exchange
19  Commission, 444 South Flower Street, Los Angeles,
20  California, on Friday, March 1, 2019, from 10:35 a.m. to
21  4:49 p.m., before Marty E. McArver, Certified Shorthand
22  Reporter No. 2769 in and for the State of California,
23  and Registered Diplomate Reporter.
24
25
```

Page 3

```
 1  APPEARANCES:
 2
 3  COUNSEL FOR COMMODITY FUTURES TRADING COMMISSION
 4  DIVISION OF ENFORCEMENT
 5  1155 21st Street, N.W.
 6  Washington, DC  20581
 7  BY:  DANIELLE E. KARST, ESQ.
 8      Trial Attorney
 9      202.418.6158
10      dkarst@cftc.gov
11      -- and --
12      GEORGE H. MALAS
13      Futures Trading Investigator
14      202.418.5249
15      gmalas@cftc.gov
16
17  COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION
18  DIVISION OF ENFORCEMENT
19  444 South Flower Street
20  Los Angeles, California  90071
21  BY:  MORGAN B. WARD DORAN, ESQ.
22      Senior Special Counsel, Cyber Unit
23      323.965.3230
24      warddoranm@sec.gov
25
```

Page 4

```
 1              I N D E X
 2
 3  WITNESS                      PAGE
 4  NATHAN VAN TUYL
 5
 6  Examination by Ms. Karst            10
 7
 8
 9
10
11         DOCUMENTS/INFORMATION REQUESTED
12             Pages 58, 64, 116
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

1               E X H I B I T S
2
3 NATHAN VAN TUYL
4 (COMMISSION'S)        DESCRIPTION        MARKED
5    No. 1:     Letter of January 30, 2019,      12
6              to Nathan Van Tuyl from CFTC
7              with Subpoena Ad Testificandum
8              and Statement to Persons
9              Providing Information about
10             Themselves to the CFTC
11             (15 pages)
12   No. 2:    Information from Hitesh Juneja   38
13             entitled "Original Information
14             shared with our attorney";
15             SDKD-Hitesh-0000000003
16             P.0001-03
17   No. 3:    Spreadsheet              39
18             SDKD-Tuyl-0000000007 P.0001
19   No. 4:    Screenshots of text messages   80
20             between Nathan Van Tuyl and
21             David Saffron;
22             SDKD-Murrin-0000000402 P.0001
23             SDKD-Murrin-0000000406 P.0001
24
25

Page 6

1          E X H I B I T S (continued)
2
3 NATHAN VAN TUYL
4 (COMMISSION'S)        DESCRIPTION        MARKED
5    No. 5:    Letter of January 8, 2018,     80
6              to Nathan Van-Tuyl from     (104)
7              David L. Kagel;
8              SDKD-Tuyl-0000000006 P.0001
9    No. 6:    Screenshots from David        80
10             Saffron's group Facebook     (108)
11             Pages;
12             SDKD-Tuyl-0000000008 P.0001
13             SDKD-Tuyl-0000000009 P.0001
14             SDKD-Tuyl-0000000010 P.0001
15             SDKD-Tuyl-0000000011 P.0001
16   No. 7:    Letter of February 5, 2018,    113
17             to David L. Kagel, Ina Kagel,  (114)
18             and David Saffron from J. Owen
19             Murrin; SDKD-Murrin-0000000011
20             P.0001-03
21   No. 8:    Letter of February 12, 2018,   113
22             to J. Owen Murrin from David   (116)
23             L. Kagel;
24             SDKD-Murrin-0000000047 P.001
25

Page 7

1          E X H I B I T S (continued)
2
3 NATHAN VAN TUYL
4 (COMMISSION'S)        DESCRIPTION        MARKED
5    No. 9:    Letter of February 15, 2018,   113
6              to David L. Kagel, Ina Kagel,  (119)
7              and David Saffron from J. Owen
8              Murrin; SDKD-Murrin-0000000051
9              P.0001-04
10   No. 10:   E-mail from Devonna Murrin    113
11             to Laura Malnar, February 17,  (119)
12             2018, with attached post by
13             Alan Saffron to David Saffron's
14             Facebook page;
15             SDKD-Murrin-0000000381
16             P.0001-03
17   No. 11:   Letter of March 2, 2018, to    122
18             State Bar of California from
19             J. Owen Murrin Re: David
20             Kagel; SDKD-Murrin-0000000024
21             .P.0001-013
22   No. 11-A:  Color photocopy of color photo 121
23             of David Saffron
24
25

Page 8

1          E X H I B I T S (continued)
2
3 NATHAN VAN TUYL
4 (COMMISSION'S)        DESCRIPTION        MARKED
5    No. 12:   Screenshots of David         124
6              Saffron's text messages;
7              SDKD-Tuyl-0000000012 P.0001
8              SDKD-Tuyl-0000000016 P.0001
9    No. 13:   Saffron Video;               126
10             SDKD-Tuyl-0000000001
11             NOTE: Original DVD retained
12             by CFTC; photocopy of label
13             substituted
14   No. 14:   Screenshot from Exhibit 13   126
15             taken at 4 minutes, 28 seconds (129)
16   No. 15:   Screenshot from Exhibit 13   126
17             taken at 4 minutes, 31 seconds (131)
18   No. 16:   Screenshot from Exhibit 13   126
19             taken at 8 minutes, 7 seconds (133)
20   No. 17:   Screenshot from Exhibit 13   126
21             taken at 8 minutes, 16 seconds (133)
22   No. 18:   Screenshot from Exhibit 13   126
23             taken at 9 minutes, 37 seconds (137)
24   No. 19:   Screenshot from Exhibit 13   126
25             taken at 10 minutes, 15 seconds(138)

Page 9

1        E X H I B I T S (continued)
2  NATHAN VAN TUYL
3  (COMMISSION'S)          DESCRIPTION          MARKED
4     No. 20:     Screenshot from Exhibit 13      126
5                 taken at 10 minutes, 17 seconds(138)
6     No. 21:     Saffron Audio;              139
7                 SDKD-Tuyl-0000000002
8                 NOTE:  Original DVD retained
9                 by CFTC; photocopy of label
10                substituted
11    No. 22:     Los Angeles Police Department,  153
12                Data Sheet, Booking #5231959,
13                with color photocopy of color
14                photo of Faiq, Ahmed (Ali)
15    No. 23:     Screenshot of text messages     146
16                and color photocopy of color
17                photo of laptop, cell phone,
18                and notebook with handwritten
19                notes; SDKD-Murrin-0000000414
20    No. 24:     DVD played for witness        150
21                NOTE:  Original DVD retained
22                by CFTC; photocopy of DVD
23                substituted
24  (Original Exhibits No 13, No 21, and No 24 were retained
25  by counsel for Commodity Futures Trading Commission.)

Page 10

1        FRIDAY, MARCH 1, 2019, 10:35 A.M.
2            LOS ANGELES, CALIFORNIA
3
4        MS. KARST:  We are on the record at 10:35 a.m.
5  on Friday, March 1, 2019, in connection with the CFTC's
6  investigation in the matter of David Saffron and David
7  Kagel.
8
9        Would you please swear in the witness.
10           NATHAN VAN TUYL,
11  having been first duly sworn, testifies as follows:
12       THE WITNESS:  Yes.
13           EXAMINATION
14  BY MS. KARST:
15    Q   Please state and spell your full name.
16    A   Nathan Van Tuyl.  N-a-t-h-a-n V-a-n T-u-y-l.
17    Q   Are you represented by counsel?
18    A   No.
19    Q   I'm Danielle Karst.  With me is my colleague,
20  George Malas.  We're officers of the Commodity Futures
21  Trading Commission, or CFTC, for purposes of this
22  proceeding.
23       Also present today is Morgan Ward Doran, who
24  is an SEC attorney.  And he is here in connection with
25  a separate investigation that the SEC is conducting

Page 11

1  under the laws and regulations that it administers.
2        I will be the primary questioner today.
3  Mr. Malas, my colleague, may also ask you questions.
4        At this time I'll ask the others present on
5  behalf of the CFTC and SEC to please identify themselves
6  for the record.
7        MR. MALAS:  George Malas, investigator,
8  Commodity Futures Trading Commission.
9        MR. DORAN:  Morgan Ward Doran, Senior Special
10 Counsel, United States Securities and Exchange
11 Commission.
12 BY MS. KARST:
13    Q   Mr. Van Tuyl, this is an investigation by the
14 CFTC to determine whether or not there have been or
15 are violations of the Commodity Exchange Act or its
16 regulations.  The facts developed in this investigation
17 might also constitute violations of other federal or
18 state civil or criminal laws.
19        Prior to opening the record, I showed you a copy
20 of the formal order of investigation.
21        Do you have any questions about it?
22    A   No.
23    Q   You have the right to be accompanied,
24 represented, and advised by counsel.  This means that
25 you may have an attorney present and that your attorney

Page 12

1  can advise you before, during, and after the examination
2  here today.
3    A   Yes.
4    Q   Do you understand that there are criminal
5  penalties for knowingly providing false testimony or
6  knowingly using false documents in connection with this
7  investigation?
8    A   Yes.
9        (Exhibit No 1 marked for identification.)
10 BY MS. KARST:
11    Q   I've already handed you what has been marked as
12 Exhibit 1, which is the subpoena for your testimony here
13 today.
14        Exhibit 1 also contains an eight-page document
15 entitled "Statement to Persons Directed to Provide
16 Information Pursuant to a Commission Subpoena," which
17 I will refer to as a privacy warning.
18        Have you seen Exhibit 1?
19    A   If this is -- Is this the same document I
20 received via mail?
21    Q   Yes.
22    A   Yeah.  I kind of skipped through it, but, yeah,
23 looks like it.
24    Q   Are you appearing today in response to the
25 subpoena?

Page 25

```
 1  is, it's like -- What I found out later was, this guy
 2  Trevor -- Yeah, just like I said, Trevor talked to Dion
 3  and said:  Hey, like -- I don't know what he said --
 4  want to make some money, or whatever.
 5       And Dion meets with him.
 6       And he calls me and says, Hey, you should come
 7  look at this, because I don't know what's going on here.
 8       So that's how I met David Saffron.
 9  Q   This was in Las Vegas on January 2, 2018?
10  A   Yes.  That's the meeting I recorded.
11  Q   Was it a hotel in Las Vegas, or where was it?
12  A   I believe it was at the Cosmopolitan.
13  Q   And you said you recorded it?
14  A   Yes.
15  Q   Is it an audio or a video?
16  A   Audio.
17  Q   And you provided that to the CFTC?
18  A   Yes.
19  Q   We're going to play an audio later in the
20  testimony today, and I'll confirm that that's the audio
21  you're referring to.
22  A   Okay.
23       MR. MALAS:  Can I ask a follow-up question,
24  Mr. Van Tuyl?
25  BY MR. MALAS:
```

Page 26

```
 1  Q   So you mentioned Trevor, who introduced your
 2  friend Dion to Mr. Saffron.  And then you mentioned a
 3  promoter of Mr. Saffron.  Is the promoter Trevor?
 4  A   Yes.  Trevor is the only person that I know --
 5       Trevor talked to Dion, and that's my friend.
 6  And I was more knowledgeable, so he brought me to meet
 7  Saffron.  Yes.
 8  Q   So when you had previously testified that one
 9  of Mr. Saffron's promoters was paid to pull people --
10  A   Oh, I'm sorry.  Yes, that was the Trevor I was
11  referring to.
12       MR. MALAS:  Thank you.
13  BY MS. KARST:
14  Q   Going back to the meeting in Las Vegas on
15  January 2nd -- it's the meeting that you recorded --
16  who was at that meeting?
17  A   There was David Saffron.  There was Dion Jaffee.
18  There was a guy named Devion.
19  Q   Can you spell that?
20  A   D-e-v-i-o-n.
21  Q   Do you know his last name?
22  A   I don't.
23  Q   Who is Devion?
24  A   He was just another friend who -- a friend of
25  Dion.
```

Page 27

```
 1       So I'll just give a little background so this
 2  makes more sense.
 3       So, I don't go to Las Vegas too much.  Dion lives
 4  in Vegas and is there constantly.
 5       So I went out with him.  And those -- all those
 6  people, every one I met in this, every name that's been
 7  brought up, I just met in Vegas.  So Devion, Trevor,
 8  Saffron -- these are all people I had never seen in my
 9  life prior to this.
10  Q   Anyone else you remember?
11  A   It was just those four in that room.
12  Q   Saffron, Dion Jaffee, Devion --
13  A   And me.
14  Q   -- and you.
15       Not Trevor?
16  A   Oh, I'm sorry.  I'm sorry.  No, Trevor was not
17  there.
18  Q   What happened at the meeting?
19  A   Well, that was -- In the recording, it's Saffron
20  explaining that he's a world-renowned bitcoin trader and
21  has some crazy AI trading software and that -- He was
22  just trying to convince us that --
23       He was scamming us.  That's what was happening.
24  Q   Did he show you a trading demo or pull up
25  anything on the computer?
```

Page 28

```
 1  A   Unfortunately, I don't have video of it; but he
 2  showed a couple of things briefly, that I couldn't even
 3  tell you.  But, I mean, I saw his computer.  He did what
 4  he needed to do to fool us, so...
 5  Q   What, if anything, did he explain about his
 6  background?
 7       I think you said he was a master trader.
 8  A   Yeah.  He said that he had clients like Mark
 9  Cuban.  And he just started naming off big people that
10  he works with, that he has their direct phone number.
11       I think even at one point he even showed us --
12  I can't say for certain, but he was showing us evidence
13  of, like -- I can't think of the exact --
14       I'm sorry.  What was the question again?
15  Q   The question was:  What did he explain about his
16  background, which we've discussed --
17  A   Oh, that he has high-level clientele, that he's a
18  world-renowned bitcoin trader.
19       He described himself as being that, like, awkward
20  guy who just needs cool friends to hang around, to show
21  him the town and stuff like that, kind of just making
22  us feel like he -- I don't know -- that he just doesn't
23  have friends.
24  Q   Did he explain at that meeting what he was
25  trading or doing?
```

1  bitcoin that Rodney deposited on January 2, 2018?
2    A   A few weeks after everything had happened, I
3  talked to Rodney.  Everybody got on the phone call to
4  sort of piece stuff together.  And we realized that
5  that's a possibility, that there wasn't a trading
6  software and that he had just been giving us -- that
7  he possibly gave us other people's money.
8    Q   In January 2018 how did you think it was possible
9  to get a return of 30 bitcoin, 24 hours after you
10  provided it?
11    A   How did I think it was possible?
12    Q   Yes.
13    A   David Saffron's very convincing.  And he has a
14  British accent, which also kind of threw me off, and
15  everybody else.  He sounds very intelligent -- He is
16  very intelligent and very manipulative.
17        And me being naive -- I mean, I've seen -- I've
18  seen big things happen like this.  And I just thought --
19  I thought I was getting lucky.
20    Q   From the list of investors on this chart, were
21  you the first one to receive a payout?
22    A   Yes.
23        And that -- and I'll just state that that was a
24  collective payout.  Only a few of those coins were mine.
25  I'd have to look to see the exact amount that I sent;

1  but that 10 represents, I believe, four or five people.
2    Q   What people?  Who?
3    A   They're actually -- I'll have to get those names.
4  I'll put that on the list, to get those names.
5    Q   How much of the 10 bitcoin were your bitcoin?
6    A   Between 2 to 4.  I'd have to, like -- I wasn't --
7  The prices were fluctuating so fast that, like, it's
8  hard for me to remember.  But I believe -- I'll just
9  say between 2 to 4.  That's the best answer I can give.
10    Q   And how did you obtain, then, the other bitcoin
11  to come up with the 10 total to give to Saffron?
12    A   Everybody that --
13        Let's see.  Who were the other people...
14        I'll just have to get those names.
15    Q   Did you organize it?  Did you ask the other
16  individuals for bitcoin?
17    A   So because me and Dion met with Saffron, and once
18  we got back to our house, people started to call us,
19  like, about our meeting and everything.  And a few other
20  people wanted to put a couple of bitcoin in to see if
21  it works.  And so that 10 number represents a few
22  people, which I'll have to get.
23    Q   The 10 bitcoin, is part of that from Dion?
24    A   I can't -- I don't exactly remember who, but I
25  can -- That's something that I'll write down to figure

1  out.
2    Q   And then what did you do with the 30 bitcoin
3  return?
4    A   Sent it right back to him.
5    Q   You sent it right back to whom?
6    A   David Saffron.
7    Q   You sent it back to his address?
8    A   Yes.
9    Q   Through the same wallet?
10    A   Through -- My wallet was the same, the Exodus
11  wallet.  But not David's -- I noticed that every time
12  that we sent him, it was a different bitcoin wallet.
13        I don't even know if that matters.  Sorry.  I
14  just --
15    Q   He provided you different bitcoin wallet
16  addresses --
17    A   Yes.  Yes.
18    Q   -- each time you sent him money?
19    A   Yes.
20    Q   Do you know why?
21    A   I think he would know (indicating Mr. Doran).
22        Just because -- I mean, because he's doing
23  unhonest stuff, unhonest activities.
24    Q   By "he," you mean Saffron?
25    A   Yeah, constantly needing to refresh your bitcoin

1  wallet.
2    Q   So when did you redeposit the 30 bitcoin return
3  with Saffron?
4    A   I'm sorry.  Can you say that one more time?
5    Q   When did you provide the 30 bitcoin return back
6  to Saffron?
7    A   On the 4th.
8    Q   On the 4th how many bitcoin did you deposit with
9  Saffron?  The chart states 16.  Is that wrong?
10    A   I believe this chart is incorrect.
11    Q   So 16 is not the right number of bitcoin that you
12  provided on January 4, 2018?
13    A   What would be a better -- It would be a better
14  fact -- It would be a better document to pull facts from
15  would be just the bitcoin wallet itself to confirm.  But
16  I just know that I'm no accountant.  And it's possible
17  that my numbers are flawed because of how I was trying
18  to simplify it, but...
19    Q   So you provided Mr. Saffron with at least
20  16 bitcoin --
21    A   Yes.
22    Q   -- on January 4th?
23    A   Yes.
24    Q   And did you receive a return of 48 bitcoin on
25  January 7, 2018, as the chart reflects?

**Page 77**

1  Q  Okay. And looking at the timeline, about halfway
2  down there's a time 3:25 to 4:00.
3    Do you see that?
4  A  Uh-huh.
5  Q  And then it says, "Event," "Explains our
6  compensation."
7  A  Uh-huh.
8  Q  What does that mean?
9  A  Should we pull up the recording?
10    MS. KARST: I was planning to do that at the
11  end.
12    MR. MALAS: Yes, we don't need to do that
13  right now. We'll get to it.
14    THE WITNESS: Okay.
15    He explains that if we put in a bitcoin, we
16  get three back. And, yeah, that's...
17  BY MR. MALAS:
18  Q  So it was explaining the returns or payout
19  scenarios?
20  A  Yeah. How we can make money with him. Explains
21  our compensation.
22  BY MS. KARST:
23  Q  Let's go back to the spreadsheet just once more,
24  Exhibit 3. If you look down at the Total column at the
25  bottom, let's start with BTC Lent, total 206.5. Is that

**Page 78**

1  an accurate number of the bitcoin deposited with
2  Mr. Saffron?
3  A  If I had to guess, I would say not 100 percent
4  accurate, but --
5  Q  Why not?
6  A  Because I believe the third row on the 4th where
7  it says my name and 16, I believe that number is
8  incorrect. So that would make the entire math on that
9  column incorrect.
10  Q  You think 16 is too high? too low?
11  A  I thought it was -- I don't know.
12  Q  Do you have records that would show what the
13  actual deposit was on January 4, 2018?
14  A  Yeah. The bitcoin address that was originally
15  provided, that would reflect it. And I could probably
16  identify the transaction on the blockchain if it was
17  presented.
18  Q  How about the Return column or estimated return
19  column, 509 bitcoin, is that accurate?
20  A  That's an accurate number of all those Excel
21  cells added up.
22  Q  Do you know how much, from these investors,
23  was actually returned besides the 30 bitcoin to you?
24  A  Nothing.
25    MR. MALAS: One last question, sorry, and then

**Page 79**

1  we'll move on.
2  BY MR. MALAS:
3  Q  Exhibit 2, the third page of Exhibit 2, which is
4  the timeline again.
5  A  The third page, okay.
6  Q  So in looking at -- There's two columns.
7  Starting with the first, 5:05 to 5:15, it states:
8  "Saffrons created Genesis Mining (USI Tech)."
9    And I believe earlier you testified that
10  Mr. Saffron indicated he had created the software for
11  USI Tech.
12    Was Mr. Saffron's statement that he created the
13  Genesis Mining or the software for USI Tech, important
14  in your decision to invest?
15  A  Yes.
16  Q  And next line down, 5:15 to 5:30 -- Strike that.
17    Second-to-last row, 7:00 to 7:10 states:
18  "Saffrons client list (Evan) -- E-v-a-n -- "Ahem" --
19  A-h-e-m -- "Mark Cuban, Maloof."
20    Was Mr. Saffron's statement that his client list
21  included Evan Ahem, Mark Cuban, and Maloof important in
22  your decision to invest?
23  A  I will say it, for the record, everything that
24  he said equally contributed towards the decision. It
25  was just impressive fact after -- Well, not fact.

**Page 80**

1  Impressive statement after impressive statement
2  consecutively for eight minutes, so --
3    And, in fact, I just want to say that Evan Ahem
4  is spelled incorrectly. It's actually Evan Ahren. And
5  this is the individual that was supposedly a key person
6  in USI Tech. And Rodney Burton knew him or had met him
7  personally.
8    And because David Saffron brought his name up --
9  I'm just throwing that out there -- that's another
10  reason why we called Rodney, to verify.
11  Q  Sure.
12    And just to clarify and make sure I got your
13  answer right, so the statement Mr. Saffron made that his
14  client list included Evan Ahem, Mark Cuban, and Maloof,
15  was that an important factor in your decision to invest?
16  A  Yes.
17    MS. KARST: I'm going to show you three
18  exhibits. I'll ask the court reporter to mark
19  Exhibits 4, 5, and 6.
20    (Exhibits No 4, No 5, and No 6
21    marked for identification.)
22  BY MS. KARST:
23  Q  Handing you what's been marked as Exhibits 4, 5,
24  and 6, take a look -- Let's start with Exhibit 4. Take
25  a look and let me know when you've had time to review

Page 129

1   Q   And who is performing the training demo on the
2   video?
3   A   That is David Saffron.
4   Q   Are there other people in the room?
5   A   Yes.
6   Q   Who are they?
7   A   Vincent Ortega Jr.  And there was a couple of
8   people that I couldn't identify -- that I didn't know
9   prior.
10  Q   Who is Vincent Ortega Jr.?
11  A   A friend of mine.
12  Q   Did Mr. Ortega invest?
13  A   He did.
14  Q   Do you know how much?
15  A   Not exactly.  I'd have to confirm, just like
16  everyone else.
17  Q   Could I direct you to Exhibits 14 and 15,
18  which are screenshots of the video you just watched.
19      Let's start with Exhibit 14, which is a
20  screenshot of the video at 4 minutes and 28 seconds.
21  A   Okay.
22  Q   In the top left of the screen do you see where
23  it says "BinBot PRO"?
24  A   Yes.
25  Q   Do you know what BinBot PRO is?

Page 130

1   A   Yes.
2   Q   What is it?
3   A   It is a -- Well, this is a demo account for
4   an online crypto-trading software not made by David
5   Saffron.
6   Q   Does Mr. Saffron use BinBot PRO?
7   A   No.  He was just having me record this.
8       And he wanted me to cut out the left panel that
9   says "BinBot PRO" so it looks like this is his software.
10  He was hoping that I would take out the left side of the
11  screen and that I would edit this video and send it out
12  to people to get more clients of his.
13  Q   He asked you to edit the video, the part of the
14  computer screen that says "BinBot PRO"?
15  A   Yes, the whole left panel on the screen in
16  Exhibit 14.  He wanted me to take that out before
17  sending that to people.
18  Q   When did he ask you to do that?
19  A   Earlier in this video.  He's not -- He's not
20  really -- You can hear what he's saying.  "Just cut
21  this out," he's saying.
22      Prior to filming -- Prior to filming, and in
23  order to allow me to film him, I had to be careful with
24  my words.
25      I had to say, like, you know:  If there's nothing

Page 131

1   that you don't want everything seen, just we'll take out
2   prior.
3       I gave him confidence that no one's going to
4   see this until he approves it.
5   Q   Until Mr. Saffron approved it?
6   A   Yes.
7   Q   Did you know that BinBot PRO at that time was not
8   actually Mr. Saffron's when you recorded the video?
9   A   No.
10  Q   You did not know.
11      Let's look at Exhibit 15, which is a screenshot
12  of the video at 4 minutes and 31 seconds.
13      What is this showing here?
14  A   Am I looking at the right thing?
15  Q   Yes.  Exhibit 15, do you see the columns, the
16  white part of the computer screen?
17  A   Yes.
18  Q   Do you know what that is?
19  A   Well, those are --
20      Not really, but it's suggesting that these are
21  currency pairs and that he's trading -- that he's
22  trading currency pairs.
23  Q   Is that what you understood at the time, that
24  Mr. Saffron was actually doing?
25      Did you think Mr. Saffron was trading currency

Page 132

1   pairs?
2   A   Yes.
3   Q   And did you think he was trading currency pairs
4   with deposits given to him by investors?
5   A   Not necessarily.  He said that this was a demo
6   account that only had $1,000 in it, and that he was just
7   showing us an example of how this works, so not that
8   this was necessarily our money that he was trading, but
9   more so we were filming this video to show people.
10      MS. KARST:  I will ask Mr. Doran to
11  fast-forward or play the video starting at 6 minutes
12  and 34 seconds, and stopping at 7 minutes.
13      (Exhibit No 13, DVD, plays.)
14  BY MS. KARST:
15  Q   All right.  Did you hear Mr. Saffron say in the
16  video that was just playing that he had 57 different
17  computers?
18  A   Yes.
19  Q   Is this something that you had heard before?
20  A   He might have mentioned in one of our original
21  meetings that he had a bunch of servers set up
22  somewhere.
23  Q   Do you know if he actually had 57 computers?
24  A   I doubt it.
25  Q   Did you think at the time you were filming, that

**Original Information shared with our attorney:**

Nathan will be providing you with complete timelines. I am including my experience here:

January 1st and 2nd I received calls from Nathan and Dion informing me that they were in Las Vegas meeting with David Saffron who had promised them 3 to 1 returns in as little as 3 days on Bitcoin investments. I was put on call with David who made the following claims:
- Mr. Saffron was trading and managing a portfolio of over 5000 bitcoin (roughly $75million)
- He was using an automated robot/AI/trading software that was able to open and close positions automatically and net him a 5 to 8 times return on the trades.
- He required more funds to be able to scale up his trading.
- He had 1000 BTC (about $15m) in a private escrow that David Kagel (his attorney) had access to. In case he was unable to provide the promised returns within the provided timeframe, Mr. Kagel would access the escrow to pay out to the investor. The letter shared with me for this purpose is here ->
https://drive.google.com/open?id=0B73W4ajUYPF6MmxRTjk4dmZGYUo4NDZTcWFpS FJ1LXFUazVF

On January 3rd, I received text from Nathan confirming that he had done a 10btc investment ($150,000) and received 30btc ($450,000) payment in a 24 hour period. I was told the source of this increase was the cutting edge software trading that David Saffron was utilizing.

On January 4th I flew out to Vegas to meet David Saffron and his group. We had a preliminary meeting where he re-stated the points he made over the phone (noted above). At this point he invited us (Nathan, Dion, and I) to his room so he could share more evidence of returns.

He showed a few screenshots of returns to other clients. He said he had open positions available that would mature on Sunday and would provide a 3 to 1 return, failing which the escrow would cover this investment, and excused himself to attend some phone calls. Based on Nathans' experience and the information presented I personally had my business partner send in 20btc with the expectation of 60 BTC return on the following sunday, 3 days later.

On Sunday, David Saffron got on a phone call with me and suggested that I invest additional funds and that I should expect to receive 60btc in a few hours. He put me on call with David Kagel and had him confirm again that he indeed had an escrow and also sent me the attached letter. I promised further investment after the first return was done.

Over the course of the next 20 days David Saffron made tens of excuses including demonstrably false statements (such as claiming he sent the funds to Nathan, that it was stuck in the banking channels and so on). He further apologized for the delay and promised to increase the return to 65btc, then 70 btc, and eventually 130btc with the



promise to return the funds 21 days from initial investment (January 25-26). He claimed that his usual cycle was 21 days but in an effort to please Nathan he promised it in 3 days which he was unable to keep.

During this time he continued to push for more investments, which I continued to promise only on delivery of the initial deal.

On January 13th, I spoke with David Kagel and asked him to release the funds from the escrow. Mr. Kagel promised to do so. A few hours later, I asked again for a status update and he claimed to have released the funds to Mr. Saffron after stating he wasn't in town to do so, and then claiming he had "done what was needed and now David Saffron will handle things".

Mr. Saffron meanwhile claimed that Mr. Kagel didn't know how to work with Bitcoin properly and had misled me about releasing the bitcoin. Over the next few days the same excuses continued and Mr. Saffron stated he was closing additional clients and would use those funds to "leverage his positions" and would be able to pay me back. As of today, the same excuses continue. During this time I have been able to research further into Mr. Saffron and Mr. Kagel's backgrounds and discovered this is typical for them. I also spoke with other victims not related to Nathan's group who have been put through the same process and are currently trying to recover their funds.

Nathan will be able to furnish more complete timelines including his experience, audio and video recordings of David Saffron making such claims and trying to close clients.


**Information from Nathan:**


Here is an audio recording of the initial meeting I had with David Saffron at his hotel room at the Cosmopolitan hotel in Las Vegas on January 2nd at 3:04pm:

https://drive.google.com/open?id=1DnbwVgR9AofVcy3HUnRYC_f8sGAQ7ohO


This is a timeline of the audio recording

| Timeline | Event |
| --- | --- |
| 0:00 - 0:55 | His Pitch |
| 0:55 - 3:10 | Sob Story (also part of pitch) |
| 3:10 - 3:25 | Explain why he needs us |
| 3:25 - 4:00 | Explains our compensation |
| 4:00 - 4:50 | Pitch |
| 4:50 - 5:05 | Testimonials |

| 5:05 - 5:15 | Saffrons created Genesis Mining (USI Tech) |
| 5:15 - 5:30 | Saffron created USI Tech's renewable energy technology |
| 5:40 - 6:00 | Saffrons an inventor |
| 6:00 - 7:00 | Saffron wants other to rise with him |
| 7:00 - 7:10 | Saffrons client list (Evan Ahem, Mark Cuban, Maloof |
| 7:10 - 8:00 | How to get started |

Over the next 5 days, Bitcoin was given to David Saffron daily as shown in this spreadsheet:

https://drive.google.com/open?id=1OqCliipMvHh5-ooThuKiAatsSGdXFrP2

On the 11th of January Saffron allowed me to record video of his "trading bot":

https://drive.google.com/open?id=1meOLkCiW1YmFBZplyNiwR3a3A5kLyRJh

**Updates Since the above:**

David created and launched bitm8.io, then theomicrontrust.com, which was renamed to circlesociety.com over a course of 5 months. I kept in touch with him and continued to request that he pay out what is owed to us. At this point David stated that he would be able to pay us should I promise to get him more investment in his websites. He finally paid a portion of what he owed (100btc) to us with the condition that we reinvest a portion on his new site or get more investors.

Being unwilling to publicize of promote David at all, we simply reinvested a portion under various pseudonyms which is now stuck in his website pending release. From the conversations with other investors like Rodney Burton, they have still not been paid by David and various excuses have been implemented.

SDKD-Hitesh-0000000003 P.0003

| Lending Date | Name | BTC Lent | Return | Delay Bonus | Return | Referrer | Release Date |
|---|---|---|---|---|---|---|---|
| 1/2/18 | Rodney | 25 | 75 | | 3-1 | Nathan | 1/8/18 |
| 1/3/18 | Nathan | 10 | 30 | | 3-1 | | 1/5/18 |
| 1/4/18 | Nathan | 16 | 48 | | 3-1 | | 1/7/18 |
| 1/4/18 | Hitesh | 20 | 60 | 70 | 3-1 | Nathan | 1/7/18 |
| 1/4/18 | Kam | 2.5 | 5 | 2.5 | 2-1 | Nathan | 1/7/18 |
| 1/5/18 | Rodney | 27 | 79 | 25 | 3-1 | Nathan | 1/8/18 |
| 1/5/18 | Jamison | 50 | 100 | 50 | 2-1 | Rodney | 1/8/18 |
| 1/6/18 | Dee W | 5 | 10 | 5 | 2-1 | Rodney | 1/9/18 |
| 1/6/18 | Tavon | 1 | 2 | 1 | 2-1 | Rodney | 1/9/18 |
| 1/6/18 | Frank | 50 | 100 | 50 | 2-1 | Rodney | 1/9/18 |
| | Total | 206.5 | 509 | 203.5 | | | |



EXHIBIT
(N. Van Tuyl)
3
PENGAD 800-631-6989
3/1/19   mem

SDKD-Tuyl-0000000007 P.0001

To:  David Saffron                                                    Details

https://zoom.us/j/2519973628

1:30 now

                              1/3/18, 1:30 PM

                                                       [redacted/illegible]

Yep

                                                       [illegible]

Send me your wallet address for return of
30BtC

                              [illegible]
                              Exodus BTC address:

                              ████████████████████████████

                              Carry a check on me then no missory note
                              [illegible]

Yes for what position?

                                                       [illegible 10 in 3]

                                                       [illegible]

                              1/3/18, 4:11 PM

These ten are from you and Vincent
correct ??

                                                       Yes

Okie

                              If you want to only deal with one name then
                              10k my name ... n ... otherwise look at
                              Vince and I as a partnership

                                                       Nate/Vince?

Okie
I was just curious

Iv already made 49 coin on the 10 in 3
sessions

iMessage                                              ☺   🎤

**1/15/18, 2:37:32 PM**

Details

Yes
Security has not vetted him yet



On my plane tommorow

Need your
Dob
First last



Got both of you already

Gotta get Rodney 50
The min we send 50
He will re-pop with 500

If you can get Jerome in for 100
Fix Rodney and Hitesh that's all the
leverage needed

https://www.1hotels.com/south-beach/sear
ch

Book yourself a room here

For you and j

You arent booking me a room??? 

My client booked and paid for my room and
security

iMessage                                           

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 8, 2018

Nathan Van-Tuyl
NVanthuyl@gmail.com

Dear Mr. Van-Tuyl;

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours.

Kagel Law, a Professional Corporation

By _____
David L. Kagel

EXHIBIT
(N. Van Tuyl)
5
3/1/19   mEn
PENGAD 800-601-6989



SDKD-Tuyl-0000000008 P.0001



David Saffron

Nathan Van Tuyl ▸ Bitcoin Multiplier ...
January 7 at 5:46 PM · 

Hi everyone,

This is how this works.

You send me a minimum of 5 BTC and we'll double it and send it back in 14 days.

(100% after 7 days + 100% after 14 days = 200%)

If you would like to participate with less than 5 BTC, team up with others.

We only accept FULL Bitcoins (No fractions of a BTC)

Please confirm with me via text once you have sent BTC and I'll respond with your BTC release

SDKD-Tuyl-0000000009 P.0001



Search

Nathan   Home

David Saffron

BTC)

Please confirm with me via text once you have sent BTC and I'll respond with your BTC release dates.

The day of your release, I'll ask for your BTC address to confirm it is correct.

Bitcoin multiplier

Posts in your Groups

sent BTC and I'll respond with your BTC release dates.

The day of your release, I'll ask for your BTC address to confirm it is correct.

Text me for my BTC address to get started.

Provide your name and how much BTC you want to send and I'll call you back as soon as possible.

714-415-8585

Remove this

JAN 19TH, 11:49PM

I will do. Please send me fine 6 or so Merkle issue

I'm trying to help but people are getting impatient

ey Burton, ...   Wed
com/reports/da...

Tue

tter was sent o...

Tue

every move...   Sun

n/thewildlifechu...   Sun

Sat

Sat

Fri

Lald=BitcoinRo...   Fri

Options

Search

Edit Ni

Chang

Chang

Notific

Facebook Ph

https://facet

Shared Phot



David Saffron

Nathan | Home

Search

Options

🔍 Searc

✏️ Edit N

😊 Chan

👥 Chan

🔔 Notifi

The day of your release, I'll ask for your BTC address to confirm it is correct.

Text me for my BTC address to get started.

Provide your name and how much BTC you want to send and I'll call you back as soon as possible.

714-415-8586

Remove this

JAN 19TH, 11:49PM

Nick, please send me the Bitcoin for Mehdi asap.

I'm trying to help out people are getting impatient.

KH 00

JAN 24TH, 12:28PM

Hello??

JAN 24TH, 3:13PM

Where are you??

JAN 24TH, 11:39PM

David, please call me.

Facebook 8

https://face

Shared Pho

January 24th, 3:13

EXHIBIT
(N. Van Deyl)

11 A

3/1/19   McArver

PENGAD 800-501-6989



David Saffron
Mobile



David it has been a few weeks, let's connect soon. Your Dad said you were in rough shape but now doing better. Looking forward to hearing about our results. When is the next meeting? Things are looking up.

Sorry who is this ???
My phone blanked

The biggest producer on the planet!

Music or film



 Type a message...  

      



EXHIBIT
(N. Van Tuyl)
12
3/1/19   McAnver



David Saffron
Mobile

I never wanted that
I was in a coma for 1 week after
robbery then in jail on a stupid fix it
ticket
When I came out
I went submitted to unlock bot
And started contacting people
I said 7 days it will all be paid giving
me time to recoup

Then this lawyer sent letter

Plus I'm hearing from detectives
that Rodney paid the guy
that attacked me and that's
disconnecting

So that's where I am
Take your name of the lawsuit I'll
pay you the 150 as original planned
by Monday

Leave it you'll get the money on
paper Friday

D

Type a message...  

  











EXHIBIT
(R. Van Tuyl)
16
3/1/19 McArver
PENGAD 800-631-6989



















Data Sheet                                                                                    Page 1 of 1



**FOR OFFICIAL LAW
ENFORCEMENT USE
ONLY**



**FAIQ, AHMED**

| | |
|---|---|
| **BOOKING#:** | 5231959 |
| **MAIN#:** | 36005856 |
| **SID#:** | 37442143 |
| **FBI#:** | 71E97E5KF |
| **SEX:** | MALE |
| **RACE:** | OTHER |
| **HGT:** | 507 |
| **WGT:** | 120 |
| **HAIR COLOR:** | BLACK |
| **EYE COLOR:** | BROWN |
| **DOB:** | ████ 2000 |
| **AGE AT ARREST:** | 17 |
| **DL#:** | CA |

**ARREST DATE:**    02/13/2018
**ARREST LOC:**      3152 SPECTRUM
**CHARGES:**         211 ROBBERY

THE IMAGES AND DATA CONTAINED HEREIN WERE PRINTED FROM THE LOS ANGELES COUNTY REGIONAL IDENTIFICATION SYSTEM BY **Lopez, Raul**  ON  **02/19/2018**  AT  **13:21:03 FOR OFFICIAL LAW ENFORCEMENT USE ONLY**



EXHIBIT
(N. VanTnyl)
22
3/6/19  McAtver

No

You will talk to the accountant I'm paying
You will provide her list so she can cross
check all payments

Then all payments will be made
She has 2000 coins to do everything

The bank is owed 866.5 BTC. Doesnt seem
realistic at the point. Please prove me
wrong

Im literally concerned people are following
me



EXHIBIT

23

Exhibit 14 - Transcript of David Kagel Testimony Under Oath

# Saffron, David G; Kagel, David

# *Kagel, David 02/28/2019*

### *2/28/2019 12:55 PM*

**Condensed Transcript**

**Prepared by:**

George Malas
CFTC

Monday, September 23, 2019

Page 1

```
 1            UNITED STATES OF AMERICA
 2                  Before the
 3         COMMODITY FUTURES TRADING COMMISSION
 4
 5
 6    ------------------------*
 7    In the Matter of:        *
 8    David G. Saffron and David L. Kagel  *
 9    ------------------------*
10
11
12            INVESTIGATIVE TESTIMONY
13            DAVID L. KAGEL, ESQ.
14               Pages 1 - 115
15
16          Thursday, February 28, 2019
17             Los Angeles, California
18
19
20
21
22
23    Reported by: Marty E. McArver, CA-CSR No. 2769
24         NCRA Registered Diplomate Reporter
25
```

Page 2

```
 1            UNITED STATES OF AMERICA
 2                  Before the
 3         COMMODITY FUTURES TRADING COMMISSION
 4
 5
 6    ------------------------*
 7    In the Matter of:        *
 8    David G. Saffron and David L. Kagel  *
 9    ------------------------*
10
11
12
13
14
15
16        INVESTIGATIVE TESTIMONY OF DAVID L. KAGEL, ESQ.,
17    taken by the Commodity Futures Trading Commission,
18    pursuant to Subpoena Ad Testificandum, at Securities
19    and Exchange Commission, 444 South Flower Street, Los
20    Angeles, California, on Thursday, February 28, 2019,
21    from 9:31 a.m. to 12:55 p.m before Marty E. McArver,
22    Certified Shorthand Reporter No. 2769 in and for the
23    State of California, and Registered Diplomate Reporter.
24
25
```

Page 3

```
 1  APPEARANCES:
 2
 3  COUNSEL FOR COMMODITY FUTURES TRADING COMMISSION
 4  DIVISION OF ENFORCEMENT
 5  1155 21st Street, N.W.
 6  Washington, DC  20581
 7  BY:  DANIELLE E. KARST, ESQ.
 8     Trial Attorney
 9     202.418.6158
10     dkarst@cftc.gov
11     -- and --
12     GEORGE H. MALAS
13     Futures Trading Investigator
14     202.418.5249
15     gmalas@cftc.gov
16
17  COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION
18  DIVISION OF ENFORCEMENT
19  444 South Flower Street
20  Los Angeles, California  90071
21  BY:  MORGAN B. WARD DORAN, ESQ.
22     Senior Special Counsel, Cyber Unit
23     323.965.3230
24     warddoranm@sec.gov
25
```

Page 4

```
 1               I N D E X
 2
 3  WITNESS                        PAGE
 4  DAVID L KAGEL, ESQ.
 5
 6    Examination by Ms. Karst           9
 7
 8
 9        DOCUMENTS/INFORMATION REQUESTED
10    Pages 43, 52, 61, 75, 80, 101, 106, 108, 113
11
12
13      QUESTIONS THE WITNESS DID NOT ANSWER
14  DUE TO FIFTH AMENDMENT AND/OR ATTORNEY-CLIENT PRIVILEGE
15    Page  Line         Page  Line
16    25   5,12,14,18      35   2,22
17    27   22             36   21
18    28   16             37   2
19    30   23             41   11
20    31   3              42   4,9,20
21    32   10,18          44   9
22    33   7,13,17,21,25   47   14
23    34   4,8,17,24       50   3,7
24                        81   9
25
```

Page 5

1              E X H I B I T S
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 1     Letter of January 30, 2019,     11
6              to David L. Kagel from CFTC
7              with Subpoena Ad Testificandum
8              and Statement to Persons
9              Providing Information about
10             Themselves to the CFTC
11             (15 pages)
12    No 2     Letter of January 7, 2018, to     23
13             Hitesh Juneja and Jason Rose     (24)
14             from David L. Kagel;
15             SDKD-Hitesh-0000000006 P.0001
16    No 3     Letter of January 8, 2018, to     23
17             Nathan Van-Tuyl from David L.     (40)
18             Kagel; SDKD-Tuyl-0000000006
19             P.0001
20    No 4     Letter of January 10, 2018, to     23
21             Frank Calabro, Jr., from David     (43)
22             L. Kagel; SDKD-Calabro-0000000018
23             P.0001
24
25

Page 6

1           E X H I B I T S (continued)
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 5     Letter of February 5, 2018,     44
6              to David L. Kagel, Ina Kagel,
7              and David Saffron from J. Owen
8              Murrin; SDKD-Murrin-0000000011
9              P.0001-03
10    No 6     Letter of February 12, 2018,     44
11             to J. Owen Murrin from David L.     (53)
12             Kagel; SDKD-Murrin-0000000047
13             P.001
14    No 7     Letter of February 15, 2018,     59
15             to David L. Kagel, Ina Kagel,
16             and David Saffron from J. Owen
17             Murrin; SDKD-Murrin-0000000051
18             P.0001-04
19    No 8     E-mail from David Kagel to J.     63
20             Owen Murrin, March 01, 2018,
21             with forwarded e-mails between
22             David L. Kagel and QM Finace of
23             Feb 27 and 28, 2018; SDKD-Murrin-
24             0000000018 P.0001 - 04
25

Page 7

1           E X H I B I T S (continued)
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 9     Letter of March 2, 2018, to     76
6              State Bar of California from
7              J. Owen Murrin Re:  David
8              Kagel; SDKD-Murrin-0000000024
9              P.0001-013
10    No 10     Saffron Video;SDKD-Tuyl-     84
11             0000000001
12             NOTE:  Original DVD retained
13             by CFTC; photocopy of label
14             substituted
15    No 11     Screenshot from Exhibit 10     85
16             taken at 4 minutes, 28 seconds  (86)
17    No 12     Screenshot from Exhibit 10     85
18             taken at 4 minutes, 31 seconds  (87)
19    No 13     Screenshot from Exhibit 10     92
20             taken at 8 minutes, 7 seconds   (93)
21    No 14     Screenshot from Exhibit 10     92
22             taken at 8 minutes, 16 seconds  (93)
23    No 15     Screenshot from Exhibit 10     94
24             taken at 9 minutes, 37 seconds
25

Page 8

1           E X H I B I T S (continued)
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 16     Screenshot from Exhibit 10     96
6              taken at 10 minutes, 15 seconds
7     No 17     Screenshot from Exhibit 10     96
8              taken at 10 minutes, 17 seconds
9     No 18     Saffron Audio;SDKD-Tuyl-     98
10             0000000002
11             NOTE:  Original DVD retained
12             by CFTC; photocopy of label
13             substituted
14    No 19     DVD played for witness     104
15             NOTE:  Original DVD retained
16             by CFTC; photocopy of DVD
17             substituted
18
19
20
21
22             (Original Exhibits No 10, No 18, and
23             No 19 were retained by counsel for the
24             Commodity Futures Trading Commission.)
25

Page 49

1   Q   Did Mr. Saffron's clients contact you?
2   A   I don't recall that they did.  They may have,
3   but I don't -- I don't recall whether or not they did.
4   Q   You don't know if they called you on the phone?
5   A   I don't recall receiving telephone calls.
6   Q   What about writing you any letters?
7   A   No.
8   Q   What about sending you any e-mails?
9   A   No.
10  Q   Do you see the last part of the sentence where
11  it states: "...it now appears that Mr. Kagel seems to
12  be back-pedaling on whether or not he has access to the
13  cryptocurrency wallet"?
14  A   Yes, I see it.
15  Q   Is that a true statement?
16  A   No.
17  Q   Why not?
18  A   Back-pedaling, I don't --
19      I responded to Mr. Murrin's letter and explained
20  the situation to him.
21  Q   Okay.  Well, we'll get to that.
22      Did your position change on whether or not you
23  had access to the wallet that was referenced in the
24  January 2018 letters?
25  A   Yes.

Page 50

1   Q   How so?
2   A   The wallet was stolen from Mr. Saffron.
3   Q   So when you wrote the letters, you had access
4   to the wallet?
5   A   Again, that's -- I'm going to stand on the
6   privilege for that, both privileges.
7   Q   You're asserting the privilege over a question
8   of fact as to whether or not you had access to
9   Mr. Saffron's wallet as you represented in the letters
10  to the third parties?
11  A   There's a question of attorney-client privilege,
12  and I think I have to stand on the privilege.
13  Q   How is it attorney-client privilege?  I'm asking
14  you a fact.
15  A   Communications between Mr. Saffron and me --
16  Q   I'm not asking you about communications with
17  Mr. Saffron.  I'm simply asking you whether or not you,
18  indeed, had access to the wallet as you reference in the
19  letters.
20  A   I believe I did.
21  Q   You believe you did?
22  A   Yes.
23  Q   How did you have access to the wallet?
24  A   Mr. Saffron showed me what I believed to be
25  access to the wallet.

Page 51

1   Q   What did he show you?
2   A   A computer screen.
3   Q   What did the computer screen show?
4   A   It said 1,000 bitcoins, BTC, or -- I don't
5   remember exactly.
6   Q   Did you have a log-in or a pass-code for this
7   wallet?
8   A   He gave it to me, yes.
9   Q   Did you ever try to use it?
10  A   No.
11  Q   Why not?
12  A   I had no need to.
13  Q   Why?
14  A   Well, by that time the wallet had been stolen.
15  Q   When did you first get access to the wallet?
16  A   I'm not sure exactly, but prior to the time these
17  letters were written.
18  Q   So prior to January 7, 2018, you had access to a
19  wallet?
20  A   I believe I did, yeah.
21  Q   Do you still have access?
22  A   No.
23  Q   When did you lose access?
24  A   When the wallet was stolen.
25  Q   When was the wallet stolen?

Page 52

1   A   I think it was January 23.
2   Q   What is the log-in and pass-code you were
3   provided?
4   A   It was a series of -- a series of words.
5   Q   Do you have the pass-code?
6   A   I believe I do, yes.
7   Q   In your files?
8   A   Yes.
9   Q   Can you provide me with a copy?
10  A   Yes.
11  Q   Let's go back to page 2 of Exhibit No 5,
12  Mr. Kagel.  Do you see a list of names there'in the
13  middle of the page?
14  A   Yes.
15  Q   And do you recognize those names?
16  A   Yes.
17  Q   And who are they?
18  A   They were people who supposedly deposited money
19  or bitcoins with Mr. Saffron.
20  Q   Did you talk to any of these individuals?
21  A   I don't recall speaking to any of them.
22  Q   Did you write letters to these individuals in
23  January 2018?
24  A   Yes.
25  Q   To all of them?

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 7, 2018

Hitesh Juneja
Jason Rose
J&H Business Institute Corp., LLC
21402 Harbor Water Drive
Cypress TX 77433

Gentlemen:

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours,

Kagel Law, a Professional Corporation

By
David L. Kagel

EXHIBIT
(David Kagel)
2
7/28/19 McAnes
PENGAD 800-631-6989