

David Saffron
Mobile



David it has been a few weeks, let's connect soon. Your Dad said you were in rough shape but now doing better. Looking forward to hearing about our results. When is the next meeting? Things are looking up.

Sorry who is this ???
My phone blanked

The biggest producer on the planet!

Music or film



+ Type a message...



SDKD-Tuyl-0000000012 P.0001



**David Saffron**
Mobile

I never wanted that
I was in a coma for 1 week after
robbery then in jail on a stupid fix it
ticket
When I came out
I went submitted to unlock bot
And started contacting people
I said 7 days it will all be paid giving
me time to recoup

Then this lawyer sent letter

Plus I'm hearing from detectives
that Rodney paid the guy
that attacked me and that's
disconnecting

So that's where I am
Take your name of the lawsuit I'll
pay you the 150 as original planned
by Monday

Leave it you'll get the money on
paper Friday

D



Type a message...

 



Saffron Video

SDKD-Tuyl-0000000001







EXHIBIT
(N, Van Tuy)
16
3/1/19 McAteer
PENGAD 800-631-6989



EXHIBIT
(N. VanTuyl)
17
3/1/19  McAtee
PENGAD 800-631-6989













Data Sheet

Page 1 of 1



FOR OFFICIAL LAW
ENFORCEMENT USE
ONLY



LACRIS
LOS ANGELES COUNTY
REGIONAL IDENTIFICATION SYSTEM

**FAIQ, AHMED**

| | |
|---|---|
| BOOKING#: | 5231959 |
| MAIN#: | 36005856 |
| SID#: | 37442143 |
| FBI#: | 71E97E5KF |
| SEX: | MALE |
| RACE: | OTHER |
| HGT: | 507 |
| WGT: | 120 |
| HAIR COLOR: | BLACK |
| EYE COLOR: | BROWN |
| DOB: | ▓▓▓▓ 2000 |
| AGE AT ARREST: | 17 |
| DL#: | CA |
| ARREST DATE: | 02/13/2018 |
| ARREST LOC: | 3152 SPECTRUM |
| CHARGES: | 211 ROBBERY |

THE IMAGES AND DATA CONTAINED HEREIN WERE PRINTED FROM THE LOS ANGELES COUNTY
REGIONAL IDENTIFICATION SYSTEM BY **Lopez, Raul**   ON **02/19/2018**   AT **13:21:03 FOR**
**OFFICIAL LAW ENFORCEMENT USE ONLY**

EXHIBIT
(N. Van Tuyl)
22
3/6/19   McAtver



No

You will talk to the accountant I'm paying
You will provide her list so she can cross
check all payments

Then all payments will be made
She has 2000 coins to do everything

The bank is owed 866.5 BTC. Doesnt seem
realistic at the point. Please prove me
wrong

Im literally concerned people are following
me



EXHIBIT

23

PENGAD 800-631-6989

Exhibit 14 - Transcript of David Kagel Testimony Under Oath

**Saffron, David G; Kagel, David**

*Kagel, David 02/28/2019*

*2/28/2019 12:55 PM*

**Condensed Transcript**

**Prepared by:**

George Malas
CFTC

Monday, September 23, 2019

Page 1

1    UNITED STATES OF AMERICA
2         Before the
3    COMMODITY FUTURES TRADING COMMISSION
4
5
6    ----------------------------------*
7    In the Matter of:                 *
8    David G. Saffron and David L. Kagel *
9    ----------------------------------*
10
11
12        INVESTIGATIVE TESTIMONY
13        DAVID L. KAGEL, ESQ.
14          Pages 1 - 115
15
16      Thursday, February 28, 2019
17       Los Angeles, California
18
19
20
21
22
23   Reported by: Marty E. McArver, CA-CSR No. 2769
24      NCRA Registered Diplomate Reporter
25

Page 2

1    UNITED STATES OF AMERICA
2         Before the
3    COMMODITY FUTURES TRADING COMMISSION
4
5
6    ----------------------------------*
7    In the Matter of:                 *
8    David G. Saffron and David L. Kagel *
9    ----------------------------------*
10
11
12
13
14
15
16     INVESTIGATIVE TESTIMONY OF DAVID L. KAGEL, ESQ.,
17   taken by the Commodity Futures Trading Commission,
18   pursuant to Subpoena Ad Testificandum, at Securities
19   and Exchange Commission, 444 South Flower Street, Los
20   Angeles, California, on Thursday, February 28, 2019,
21   from 9:31 a.m. to 12:55 p.m before Marty E. McArver,
22   Certified Shorthand Reporter No. 2769 in and for the
23   State of California, and Registered Diplomate Reporter.
24
25

Page 3

1    APPEARANCES:
2
3    COUNSEL FOR COMMODITY FUTURES TRADING COMMISSION
4    DIVISION OF ENFORCEMENT
5    1155 21st Street, N.W.
6    Washington, DC  20581
7    BY:  DANIELLE E. KARST, ESQ.
8       Trial Attorney
9       202.418.6158
10      dkarst@cftc.gov
11      -- and --
12      GEORGE H. MALAS
13      Futures Trading Investigator
14      202.418.5249
15      gmalas@cftc.gov
16
17
18   COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION
19   DIVISION OF ENFORCEMENT
20   444 South Flower Street
21   Los Angeles, California  90071
22   BY:  MORGAN B. WARD DORAN, ESQ.
23      Senior Special Counsel, Cyber Unit
24      323.965.3230
25      warddoranm@sec.gov

Page 4

1           I N D E X
2
3    WITNESS                        PAGE
4    DAVID L KAGEL, ESQ.
5
6    Examination by Ms. Karst          9
7
8
9       DOCUMENTS/INFORMATION REQUESTED
10   Pages 43, 52, 61, 75, 80, 101, 106, 108, 113
11
12
13     QUESTIONS THE WITNESS DID NOT ANSWER
14   DUE TO FIFTH AMENDMENT AND/OR ATTORNEY-CLIENT PRIVILEGE
15     Page  Line         Page  Line
16     25   5,12,14,18     35   2,22
17     27   22            36   21
18     28   16            37   2
19     30   23            41   11
20     31   3             42   4,9,20
21     32   10,18         44   9
22     33   7,13,17,21,25  47   14
23     34   4,8,17,24     50   3,7
24                        81   9
25

Page 5

```
1                E X H I B I T S
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 1    Letter of January 30, 2019,    11
6            to David L. Kagel from CFTC
7            with Subpoena Ad Testificandum
8            and Statement to Persons
9            Providing Information about
10           Themselves to the CFTC
11           (15 pages)
12    No 2    Letter of January 7, 2018, to   23
13           Hitesh Juneja and Jason Rose   (24)
14           from David L. Kagel;
15           SDKD-Hitesh-0000000006 P.0001
16    No 3    Letter of January 8, 2018, to   23
17           Nathan Van-Tuyl from David L.   (40)
18           Kagel; SDKD-Tuyl-0000000006
19           P.0001
20    No 4    Letter of January 10, 2018, to  23
21           Frank Calabro, Jr., from David  (43)
22           L. Kagel; SDKD-Calabro-0000000018
23           P.0001
24
25
```

Page 7

```
1           E X H I B I T S (continued)
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 9    Letter of March 2, 2018, to    76
6            State Bar of California from
7            J. Owen Murrin Re:  David
8            Kagel; SDKD-Murrin-0000000024
9            P.0001-013
10    No 10   Saffron Video;SDKD-Tuyl-        84
11           0000000001
12           NOTE:  Original DVD retained
13           by CFTC; photocopy of label
14           substituted
15    No 11   Screenshot from Exhibit 10     85
16           taken at 4 minutes, 28 seconds (86)
17    No 12   Screenshot from Exhibit 10     85
18           taken at 4 minutes, 31 seconds (87)
19    No 13   Screenshot from Exhibit 10     92
20           taken at 8 minutes, 7 seconds (93)
21    No 14   Screenshot from Exhibit 10     92
22           taken at 8 minutes, 16 seconds (93)
23    No 15   Screenshot from Exhibit 10     94
24           taken at 9 minutes, 37 seconds
25
```

Page 6

```
1           E X H I B I T S (continued)
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 5    Letter of February 5, 2018,    44
6            to David L. Kagel, Ina Kagel,
7            and David Saffron from J. Owen
8            Murrin; SDKD-Murrin-0000000011
9            P.0001-03
10    No 6    Letter of February 12, 2018,   44
11           to J. Owen Murrin from David L. (53)
12           Kagel; SDKD-Murrin-0000000047
13           P.001
14    No 7    Letter of February 15, 2018,   59
15           to David L. Kagel, Ina Kagel,
16           and David Saffron from J. Owen
17           Murrin; SDKD-Murrin-0000000051
18           P.0001-04
19    No 8    E-mail from David Kagel to J.  63
20           Owen Murrin, March 01, 2018,
21           with forwarded e-mails between
22           David L. Kagel and QM Finace of
23           Feb 27 and 28, 2018; SDKD-Murrin-
24           0000000018 P.0001 - 04
25
```

Page 8

```
1           E X H I B I T S (continued)
2
3  DAVID L KAGEL, ESQ.
4  (COMMISSION'S)        DESCRIPTION        MARKED
5     No 16   Screenshot from Exhibit 10     96
6            taken at 10 minutes, 15 seconds
7     No 17   Screenshot from Exhibit 10     96
8            taken at 10 minutes, 17 seconds
9     No 18   Saffron Audio;SDKD-Tuyl-        98
10           0000000002
11           NOTE:  Original DVD retained
12           by CFTC; photocopy of label
13           substituted
14    No 19   DVD played for witness        104
15           NOTE:  Original DVD retained
16           by CFTC; photocopy of DVD
17           substituted
18
19
20
21
22           (Original Exhibits No 10, No 18, and
23           No 19 were retained by counsel for the
24           Commodity Futures Trading Commission.)
25
```

Page 49

1    Q   Did Mr. Saffron's clients contact you?
2    A   I don't recall that they did.  They may have,
3  but I don't -- I don't recall whether or not they did.
4    Q   You don't know if they called you on the phone?
5    A   I don't recall receiving telephone calls.
6    Q   What about writing you any letters?
7    A   No.
8    Q   What about sending you any e-mails?
9    A   No.
10   Q   Do you see the last part of the sentence where
11  it states: "...it now appears that Mr. Kagel seems to
12  be back-pedaling on whether or not he has access to the
13  cryptocurrency wallet"?
14   A   Yes, I see it.
15   Q   Is that a true statement?
16   A   No.
17   Q   Why not?
18   A   Back-pedaling, I don't --
19      I responded to Mr. Murrin's letter and explained
20  the situation to him.
21   Q   Okay.  Well, we'll get to that.
22      Did your position change on whether or not you
23  had access to the wallet that was referenced in the
24  January 2018 letters?
25   A   Yes.

Page 50

1    Q   How so?
2    A   The wallet was stolen from Mr. Saffron.
3    Q   So when you wrote the letters, you had access
4  to the wallet?
5    A   Again, that's -- I'm going to stand on the
6  privilege for that, both privileges.
7    Q   You're asserting the privilege over a question
8  of fact as to whether or not you had access to
9  Mr. Saffron's wallet as you represented in the letters
10  to the third parties?
11   A   There's a question of attorney-client privilege,
12  and I think I have to stand on the privilege.
13   Q   How is it attorney-client privilege?  I'm asking
14  you a fact.
15   A   Communications between Mr. Saffron and me --
16   Q   I'm not asking you about communications with
17  Mr. Saffron. I'm simply asking you whether or not you,
18  indeed, had access to the wallet as you reference in the
19  letters.
20   A   I believe I did.
21   Q   You believe you did?
22   A   Yes.
23   Q   How did you have access to the wallet?
24   A   Mr. Saffron showed me what I believed to be
25  access to the wallet.

Page 51

1    Q   What did he show you?
2    A   A computer screen.
3    Q   What did the computer screen show?
4    A   It said 1,000 bitcoins, BTC, or -- I don't
5  remember exactly.
6    Q   Did you have a log-in or a pass-code for this
7  wallet?
8    A   He gave it to me, yes.
9    Q   Did you ever try to use it?
10   A   No.
11   Q   Why not?
12   A   I had no need to.
13   Q   Why?
14   A   Well, by that time the wallet had been stolen.
15   Q   When did you first get access to the wallet?
16   A   I'm not sure exactly, but prior to the time these
17  letters were written.
18   Q   So prior to January 7, 2018, you had access to a
19  wallet?
20   A   I believe I did, yeah.
21   Q   Do you still have access?
22   A   No.
23   Q   When did you lose access?
24   A   When the wallet was stolen.
25   Q   When was the wallet stolen?

Page 52

1    A   I think it was January 23.
2    Q   What is the log-in and pass-code you were
3  provided?
4    A   It was a series of -- a series of words.
5    Q   Do you have the pass-code?
6    A   I believe I do, yes.
7    Q   In your files?
8    A   Yes.
9    Q   Can you provide me with a copy?
10   A   Yes.
11   Q   Let's go back to page 2 of Exhibit No 5,
12  Mr. Kagel.  Do you see a list of names there in the
13  middle of the page?
14   A   Yes.
15   Q   And do you recognize those names?
16   A   Yes.
17   Q   And who are they?
18   A   They were people who supposedly deposited money
19  or bitcoins with Mr. Saffron.
20   Q   Did you talk to any of these individuals?
21   A   I don't recall speaking to any of them.
22   Q   Did you write letters to these individuals in
23  January 2018?
24   A   Yes.
25   Q   To all of them?

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 7, 2018

Hitesh Juneja
Jason Rose
I&H Business Institute Corp., LLC
21402 Harbor Water Drive
Cypress TX 77433

Gentlemen:

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours,

Kagel Law, a Professional Corporation

By _____
David L. Kagel

EXHIBIT
(David Kagel)
2
2/28/19  McAtee
PENGAD 800-631-6989

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 8, 2018

Nathan Van-Tuyl
NVanthuyl@gmail.com

Dear Mr. Van-Tuyl,

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours,

Kagel Law, a Professional Corporation

By _____
David L. Kagel

EXHIBIT
(David Kagel)
3
9/28/19 McAnn 4

SDKD-Tuyl-0000000006 P.0001

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 10, 2018

Frank Calabro, Jr.
frankiecalabrojr@gmail.com

Dear Mr. Calabro:

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours.

Kagel Law, a Professional Corporation

By _____
David L. Kagel

EXHIBIT
(David Kagel)
4
2/28/19  McArvey

SDKD-Calabro-0000000018 P.0001

Exhibit 15 - Transcript of Preston Sterling Kerr Testimony
Under Oath

# Saffron, David G; Kagel, David

## *Kerr, Sterling 03/27/2019*

### *3/27/2019 9:20 AM*

**Condensed Transcript**

**Prepared by:**

George Malas
CFTC

Monday, September 23, 2019

Page 1

```
 1                      )
 2                      )
 3                      )
 4  IN RE:  DAVID G. SAFFRON and   )
    DAVID L. KAGEL             )
 5                      )
 6                      )
 7  _____)
 8
 9
10
11
12       EXAMINATION UNDER OATH OF P. STERLING KERR
13                   VOLUME I
14         Taken on Wednesday, March 27, 2019
15             By a Certified Court Reporter
16                  At 9:20 a.m.
17           At 501 Las Vegas Boulevard South
18                 Las Vegas, Nevada
19
20
21
22  Reported by:  Wendy Sara Honable, CCR No. 875
    Nevada CSR No. 875
23  California CSR No. 13186
    Washington CCR No. 2267
24  Utah CCR No. 7357039-7801
25
```

Page 2

```
 1
 2
 3
 4                  APPEARANCES
 5
 6    For the Commodity Futures Trading Commission:
 7         Timothy J. Mulreany
           George H. Malas
 8         Division of Enforcement
           1155 21st Street Northwest
 9         Washington, DC  20581
           202.418.5000
10         202.818.3129 Fax
           tmulreany@cftc.gov
11         gmalas@cftc.gov
12    For the Deponent:
13
           Russell E. Marsh
14         Wright Marsh & Levy
           300 South Fourth Street
15         Suite 701
           Las Vegas, Nevada  89101
16         702.382.4004
           russ@wmllawlv.com
17
18
19
20         <<<<<<  >>>>>>
21
22
23
24
25
```

Page 3

```
 1
 2
 3
 4               EXAMINATION INDEX
 5
    EXAMINATION BY:                    PAGE NO.
 6
 7  MR. MULREANY                          4
 8  MR. MARSH                           207
 9
10               <<<<<<  >>>>>>
11
12
13               EXHIBIT INDEX
14
    EXHIBIT NO.  DESCRIPTION            PAGE NO.
15
16
17  (All Exhibits Retained by Counsel for CFTC)
18
19
20               <<<<<<  >>>>>>
21
22
23
24
25
```

Page 4

```
 1          P R O C E E D I N G S
 2     (Counsel stipulated to waive
 3      the reporter requirements
 4      under Rule 30(b)(4).)
 5     (Witness sworn.)
 6
 7          P. STERLING KERR,
 8  having been first duly sworn, was
 9  examined and testified as follows:
10
11
12              EXAMINATION
13  BY MR. MULREANY:
14     Q.   Could you please state your full name for
15  the record, sir.
16     A.   My full name is Preston Sterling Kerr.
17     Q.   And what's your home address?
18     A.   ████████████, Henderson,
19  Nevada.
20     Q.   All right.  Mr. Kerr, my name is Timothy
21  Mulreany, and I'm a chief trial attorney at the
22  United States Commodity Futures Trading Commission.
23         If it's acceptable to you, I'm going to
24  refer to the United States Commodity Futures Trading
25  Commission as the CFDC.
```

Page 45

1  were deposited into your personal Coinbase account?
2     A.   I don't know offhand.  I would have to go
3  through the records and total it up.  I know
4  recently that I received two retainers from him.
5     Q.   Okay.  Do you recall those recently
6  received retainer amounts?
7     A.   Yeah.  They were 5 Bitcoin each, so
8  roughly 19,000.
9     Q.   Okay.  While we're getting these together
10  -- and it's my fault, not George's -- are you aware
11  of any Instagram, Twitter, or phone applications,
12  otherwise known as apps, utilized by Circle Society?
13     A.   I'm not.
14     Q.   Okay.  Sir, I'm going to show you what we
15  are going to identify as Exhibit No. 36, and I will
16  represent for the record that it's a copy of your
17  Coinbase transaction history received by the CFTC
18  pursuant to subpoena served upon Coinbase.
19          And I will further note that we received
20  that as part of your voluntary corporation with the
21  CFTC as well.
22          Have you seen that before, sir?
23     A.   I have.
24     Q.   For the record, that's a four-page
25  document; is that correct?

Page 46

1     A.   Yes.
2     Q.   If I were to hand you a highlighter,
3  could you highlight those transactions that are
4  associated with Mr. Saffron?
5     A.   I'm going to highlight what I recall from
6  my memory.
7     Q.   That's all I can ask.  I also have, for
8  the record, which we received just recently, a
9  spreadsheet which contains notations and hash
10  transaction numbers from Coinbase that were not
11  supplied in the original production.
12          For the record, I'm going to provide a
13  copy to your counsel --
14     MR. MULREANY:  -- which you can keep,
15  Mr. Marsh, because we indicated to you that we would
16  provide you with the documents that we received from
17  Coinbase, and that is one of the documents we
18  received from Coinbase.
19     MR. MARSH:  I have it as well.
20     MR. MULREANY:  Oh, you have it?
21     MR. MARSH:  I think I have it in a larger
22  version, though.
23     MR. MULREANY:  For the record, the
24  detailed transaction data has been marked as Exhibit
25  37.

Page 47

1          (Exhibit Nos. 36 and 37 marked
2           for identification.)
3
4     MR. MULREANY:  Let's go off the record at
5  10:12 while Mr. Kerr is reviewing that document.
6          (Recess 10:12 to 10:13 a.m.)
7
8
9     MR. MULREANY:  Back on the record at
10  10:13.
11     THE WITNESS:  So I know some from memory,
12  which I have highlighted here, but I know he also
13  paid his bills during the course of the fall and
14  early -- of 2018 and 2019 via Bitcoin.
15          So I know some of these transactions in
16  October, November, and December are probably from
17  David.  I'm guessing on -- the ones I'm guessing on,
18  I will put an X by, because that looks like what the
19  bill amount was, and just the timing of it because
20  they send bills out the first week.
21
22          EXAMINATION (Continuing)
23  BY MR. MULREANY:
24     Q.   Of the month?
25     A.   Yeah.

Page 48

1     Q.   And when you say "David," for the record,
2  you're referring to Mr. Saffron?
3     A.   Correct.
4     Q.   Okay.  Thank you, sir.
5     MR. MULREANY:  For the record, Mr. Kerr
6  has handed me what's been marked as Exhibit 36,
7  which he has been kind enough to highlight certain
8  transactions.  If we can go through them.
9          For the record, there's a transaction of
10  5 Bitcoin --
11  BY MR. MULREANY:
12     Q.   And just so our record's clear, when the
13  document refers to "BTC," that's an acronym for
14  Bitcoin; is that correct, sir?
15     A.   Correct.
16     Q.   All right.  And so dated March 8th, 2019,
17  there's 5 Bitcoins you received; is that correct?
18     A.   Correct.
19     Q.   Okay.  And on February 27, 2019, you also
20  received 5 Bitcoins; is that correct?
21     A.   Correct.
22     Q.   Okay.  And each of those transactions
23  were worth approximately $19,000; is that correct?
24     A.   That's right.
25     Q.   Okay.  There is also a highlighted entry

Page 49

1  on September 5, 2018, in which you received just
2  over 0.2 Bitcoins; is that correct?
3      A.   Correct.
4      Q.   Okay.
5      A.   I think that corresponds with the fee
6  that I charged to set up the corporation Circle
7  Society Corp.
8      Q.   And then you have a number of
9  transactions highlighted, of which you are unsure if
10 they are associated with Mr. Saffron; is that
11 correct?
12     A.   Yeah.  There actually could be more --
13     Q.   Okay.
14     A.   -- Bitcoin transfers, but I know that --
15 my understanding is, is that when we would send out
16 a bill, he could review it in the portal, and he
17 would pay it via Bitcoin billed via Bitcoin, and so
18 I've highlighted and put an X next to the ones that
19 I think are payments against a fee.
20     Q.   Okay.  So on Page 2 of 4 of Exhibit 36, a
21 transaction dated December 7, 2018, there's a -- you
22 received just over 0.8 Bitcoin; is that correct?
23     A.   Based on that record, yes, I think that's
24 correct.
25     Q.   And then there's a second transaction on

Page 50

1  Page 2 of 4 of Exhibit 36 dated November 9, 2018, in
2  which you received just over 0.6 Bitcoin; is that
3  correct?
4      A.   Correct.
5      Q.   And there's a third transaction on Page 2
6  of 4 of Exhibit 36 dated September 10, 2018, for
7  just over 0.7 Bitcoin; is that correct?
8      A.   I think so.
9      Q.   There's a fourth on Page 3 of 4 dated
10 June 15, 2018, in which you received 0.4 Bitcoin; is
11 that correct?
12     A.   Yes, but 0.4 -- I think 0.2 of that was
13 Bitcoin that I had sent to David, and then I think
14 within half an hour he sent back that amount, so it
15 doubled the amount of coin that I sent him.
16     Q.   Okay.  And that all took place on June
17 15, 2018?
18     A.   Yes.
19     Q.   Okay.  And that's reflected in the
20 immediately preceding transaction in which it
21 indicates that, on 6/15/2018, you sent Bitcoin to a
22 wallet with the last four digits kR8S 0.2 Bitcoin;
23 is that correct?
24     A.   Yes.
25     Q.   Okay.  And there's nothing on Page 4 of 4

Page 51

1  of Exhibit 36 that's been highlighted; is that
2  correct?
3      A.   However, I -- for the record, there may
4  be more transactions than that.  Those are the ones
5  that I'm fairly certain of or know for sure, like
6  the two 5 coin ones that were just recent that were
7  in my Coinbase account, which, by the way, just so
8  it's clear, I have one Coinbase account, and I use
9  it -- and it's in conjunction with my own personal
10 things.
11         But it's also the same account I use for
12 business-related transactions.  Since it's a new
13 thing and it's -- you know, at the end of the day,
14 not a lot of revenue is generated through that.
15     Q.   When you receive Bitcoin from a client
16 into your personal Coinbase account for unearned
17 fees, when those fees are earned, how do you --
18 what's the disposition of the funds in your Coinbase
19 account?
20     A.   So sometimes it is the -- let's put it
21 this way:  The Coinbase account is connected to a
22 Chase Bank account that I have, so I can take the
23 Bitcoin and convert it into US dollars and then
24 write it a check and bring that back into the firm's
25 general account.

Page 52

1          I -- I have not done that in very many
2  cases.  I think there's a few times that I've done
3  that.  I do have a recollection of one time with
4  Mr. Saffron, because I had to pay for inspections on
5  a house that he was interested in buying, and that's
6  what he had retained my firm to do.
7          And so I was providing -- I was paying
8  the inspectors that were doing it, like the home
9  inspectors, from those funds, and he had paid the
10 firm through the Coinbase account in Bitcoin.
11     Q.   Let me see if I can break that down a
12 little bit.
13         Saffron deposits Bitcoin into your
14 personal Coinbase account, correct?
15     A.   Yeah.  Like I said, it's my personal
16 account, but I'm also the sole owner of the Law
17 Offices of P. Sterling Kerr, Professional
18 Corporation, and so, yes.
19     Q.   The Law Offices of P. Sterling Kerr,
20 Professional Corporation is a professional
21 corporation, correct?
22     A.   Correct.
23     Q.   It is a legal entity recognized by the
24 State of Nevada, correct?
25     A.   Correct.

Page 57

1    A.   I don't know.  I don't think it has, but
2 it's -- I mean, it's possible.
3    Q.   Why would you think it has not?
4    A.   I don't know.  I would assume that there
5 would have been some discussion between my firm and
6 a CPA regarding tax paperwork or corporate paperwork
7 for the return.
8    Q.   Okay.  Who is David Gilbert Saffron?
9    A.   He's an Australian citizen, and he's a
10 man.
11    Q.   Okay.  How is it you came to meet or be
12 associated with Mr. Saffron?
13    A.   So I have two clients -- a gentleman
14 named Brian Johnson and another client named Justin
15 Baraglia -- who hired my law firm to help them set
16 up some business entities.
17        And in the course of my representation,
18 they indicated to me that they had met this person
19 who was trading Bitcoin and making phenomenal
20 returns and they wanted to do business with him, and
21 they wanted me to meet him.
22        And so they asked if the next time they
23 were up from California they could meet in my office
24 and invite Mr. Saffron to come.  I said that would
25 be fine.

Page 58

1    Q.   Do you recall when that conversation took
2 place?
3    A.   I'm guessing in May of 2018.
4    Q.   Okay.  And did there come a time when you
5 met Mr. Saffron at your office?
6    A.   I did.
7    Q.   And do you recall what date that was?
8    A.   Not specifically, but it would be
9 sometime in May, I believe.
10    Q.   Of 2018?
11    A.   Yes.
12    Q.   And can you describe the circumstances
13 surrounding your initial introduction and meeting
14 with Mr. Saffron purportedly in May of 2018?
15    A.   Yeah.  So these two clients were planning
16 on doing business with him, and I think they wanted
17 me to talk to this guy and vet him somewhat.
18        So he showed up at my office with Justin
19 and Brian, and he had like five security guards with
20 him.  So they came into my office and we had a
21 meeting.
22    Q.   Okay.  Do you recall the names of any of
23 the security guards Mr. Saffron had accompanying him
24 to your initial meeting?
25    A.   I don't.  I don't know that they

Page 59

1 introduced themselves, actually.
2    Q.   And do you recall what you talked about
3 with Mr. Saffron at that initial meeting?
4    A.   They -- yeah.  There was just a general
5 discussion.  He was talking about what he did, that
6 he was a -- you know, a genius when it came to
7 mathematics and computer programming and that he had
8 created some algorithms that he called bots.
9    Q.   B-o-t-s?
10    A.   Yeah, I'm assuming, robot, bots.
11        And that these bots would generate trades
12 at, you know, lightning speed on the various
13 exchanges and that by making trades so quickly
14 through these bots that he was able to take an
15 amount of Bitcoin and multiply it exceedingly
16 quickly.
17    Q.   Did Mr. Saffron provide you with any
18 websites to review or documents to review at that
19 time?
20    A.   They probably showed me a website called
21 Omicron.
22    Q.   And that would be for Omicron Trust; is
23 that correct?
24    A.   I think so.
25    Q.   That website is no longer active; is that

Page 60

1 correct?
2    A.   I don't know.
3    Q.   When's the last time you reviewed that
4 website?
5    A.   Maybe July or August of 2018.
6    Q.   Did you have anything to do with the
7 formation of Omicron Trust?
8    A.   No.
9    Q.   So after your initial meeting and
10 Mr. Saffron's description of himself as a genius and
11 creator of algorithmic bots, what, if anything,
12 happened?
13    A.   I think that was it, and I think maybe a
14 week or so later, Justin and Brian came --
15    Q.   Mr. Johnson and Mr. Baraglia?
16    A.   Right.
17        And asked me to help them figure out a
18 way that they could do business with Mr. Saffron,
19 and I proposed to them doing a hedge fund where
20 Saffron would not be the one out soliciting and that
21 any investors would be accredited investors through
22 a fund and that those guys would get their licenses
23 as registered investment advisers and that if they
24 solicited someone who wanted to be in the
25 cryptocurrency fund that -- potentially that would

1  be a legal way of doing it.
2        And the fund could have an investment
3  adviser contract with Saffron where he would trade
4  on behalf of the fund rather than on behalf of
5  numerous individuals.
6        Because they were -- Mr. Johnson and
7  Mr. Baraglia had friends and associates that they
8  wanted to bring in and be able to, obviously, make
9  money and make returns for through using
10  Mr. Saffron's algorithms.
11    Q.    Prior to that discussion, had you ever
12  set up such a business structure?
13    A.    I had done non-offshore deals, you know,
14  where we have a private placement memorandum that's
15  generated. Typically, my firm doesn't do that. We
16  typically don't create the private placement
17  memorandum.
18        That's kind of outside of what I want to
19  do, and it has a lot of liability that goes along
20  with it, but over the years, I have reviewed several
21  for clients and helped them structure and do regular
22  filings with the SEC.
23    Q.    How many SEC Rule 506(c) Regulation D
24  filings have you done in the past?
25    A.    Where I've actually been the one that has

1  done the filing?
2    Q.    Yes, sir.
3    A.    Probably not many. I would guess maybe
4  in 30 -- or 28 years, maybe three --
5    Q.    Okay.
6    A.    -- but there are often times where the
7  attorney is not involved in that at all. The client
8  does it, does the filing themselves, and you, know,
9  they just come to the counsel for advice, which I
10  would guess I have done that several times over the
11  years.
12    Q.    Why were you concerned that no
13  solicitations take place?
14    A.    Well, I mean, from what they were
15  explaining to me and after meeting with Saffron, I
16  thought that he had a pretty big liability issue.
17    Q.    Why would you think that?
18    A.    Because, as I understood it, he was
19  soliciting clients that were giving him Bitcoin that
20  he was trading and guaranteeing or -- in fact, he
21  was guaranteeing a return.
22    Q.    And if I can break that response down, so
23  at the time you had this discussion in or about May
24  of 2018, Mr. Saffron was not yet a client of
25  yourself or your firm, correct?

1    A.    In that first meeting, he was not a
2  client.
3    Q.    Okay. And at the time you had your
4  initial meeting and discussion with Mr. Saffron at
5  your office in -- is it Henderson, Nevada?
6    A.    Yes.
7    Q.    Did Mr. Saffron merely describe his
8  business activities, or did he show you documents?
9    A.    He just described it. There wasn't any
10  documents. It was really informal, and, again, it
11  was all those other people were in the conference
12  room.
13    Q.    And in that initial meeting in May of
14  2018 at your law office in Henderson, Nevada, did
15  Mr. Saffron indicate to you that he had been
16  soliciting customers in the past, prior to that
17  meeting?
18    A.    I don't think he said it that way, but,
19  you know, they -- he clearly indicated that there
20  was a website, and I think they showed me the
21  website.
22        It had different programs. You could,
23  you know, sign up for a program that was like a
24  30-day program that would double your money, or 45
25  days, you would get -- you know, put in 10 coin and

1  get 30 coin back within a certain time period.
2        And I'm just giving you examples from --
3  roughly from memory. I don't know exactly what the
4  plans were, but my discussion -- or I take that
5  back.
6        My thought was that that would create a
7  bunch of liability for Mr. Baraglia and Mr. Johnson
8  if they brought clients to David Saffron and had
9  them invest through his website.
10    Q.    Did Mr. Saffron indicate to you at that
11  initial meeting that Mr. Johnson or Mr. Baraglia
12  would receive a referral fee for any customers they
13  brought to Mr. Saffron to trade Bitcoin on their
14  behalf?
15    A.    Yeah. There was a referral fee payable
16  of 20 percent, I believe.
17    Q.    And just so I understand that, when you
18  say "20 percent," it would be a referral fee of 20
19  percent of any amount, no matter the amount, that
20  they brought in to Mr. Saffron to trade, correct?
21    A.    I believe so, yeah.
22    Q.    So if they brought in a customer or
23  client who traded 10 Bitcoin, Mr. Johnson and/or
24  Mr. Baraglia would receive 2 Bitcoin as their 20
25  percent referral fee, correct?

Page 65

1    A.   Yeah.  However, I get the sense from just
2 recalling that meeting and from other discussions I
3 had with Brian and Justin that they actually maybe
4 would not get the 20 percent, but it would be held
5 by Mr. Saffron and rolled over.
6        So they would have an account with
7 Saffron, too, and so if they brought in 10 Bitcoin
8 from a customer and got 2 Bitcoin as a commission,
9 the 2 Bitcoin commission or referral fee, or
10 whatever it was, would go into their account with
11 Saffron.
12   Q.   Was Mr. Saffron creating accounts for
13 clients, based upon your initial meeting?
14        Was that your understanding of what he
15 was doing?
16   A.   I mean, I don't know how to answer that
17 because I don't know exactly what he was doing.  I
18 just -- based on that initial meeting, I understood
19 that people would go to the website and sign up.
20   Q.   The Omicron Trust website?
21   A.   Correct.
22        And that if Justin or Brian had referred
23 them and advised David as such, that they would get
24 a commission or some finder's fee.
25   Q.   And I guess I'm being a little thick.

Page 66

1        Were Mr. Johnson and/or Mr. Baraglia
2 clients of Mr. Saffron as of this initial meeting at
3 your law office in May of 2018?
4    A.   I mean, they could have been.  I don't
5 know for sure.  I don't recall.
6    Q.   At any time, were they clients of
7 Mr. Saffron?
8    A.   Yes.
9    Q.   Okay.  How do you know that?
10   A.   Well, my clients advised me.
11   Q.   Okay.  At some point in time, Mr. Johnson
12 and Mr. Baraglia advised you that they were clients
13 of Mr. Saffron?
14   A.   Correct.
15   Q.   And they had provided Mr. Saffron Bitcoin
16 to trade, correct?
17   A.   Yes.
18   Q.   And Mr. Johnson is a US citizen; is that
19 correct?
20   A.   Yes.
21   Q.   And Mr. Baraglia is a US citizen; is that
22 correct?
23   A.   Correct.
24   Q.   And they were solicited by Mr. Saffron
25 while they were located somewhere in the United

Page 67

1 States; is that correct?
2    A.   I don't know.  I don't know how that went
3 down.  I wasn't privy.
4    Q.   Okay.  You would expect that to be the
5 case, given that they are residents of the United
6 States; is that correct?
7    A.   Yeah.  The part that I was not privy to
8 was how it went down in terms of solicitation.  Did
9 Saffron reach out to them?  Did they reach out to
10 Saffron?
11        Because you have to understand -- and I
12 think you guys do since you're in the business of
13 regulating Bitcoin -- it's a really small community
14 of people.
15        It seems like everybody knows everybody
16 else, and I think that's maybe how they were
17 connected with Saffron.
18   MR. MALAS:  Do you recall when,
19 approximately, Mr. Johnson and Mr. Baraglia met
20 Mr. Saffron initially?
21        THE WITNESS:  I don't know, but, as I
22 said, my connection with the whole business would
23 have occurred in May, so I would guess it would have
24 been before then.
25   MR. MALAS:  Do you think it was six

Page 68

1 months prior to that?  More than six months?
2        THE WITNESS:  I don't know, honestly.
3 BY MR. MULREANY:
4    Q.   How long has Mr. Johnson been your
5 client?
6    A.   Since maybe April or May of 2018.  They
7 came to me first, and then I know that -- I'm pretty
8 sure that I met Saffron sometime in May, so --
9    Q.   Okay.  And Mr. Baraglia, he's also been a
10 client of yours since April or May of 2018; is that
11 correct?
12   A.   Yeah.  They hired me to set up a company
13 called Meta-Tech.
14   MR. MULREANY:  Okay.  And that's
15 M-e-t-a-T-e-c-h.
16 BY MR. MULREANY:
17   Q.   What -- based upon the initial meeting
18 you had with Mr. Saffron before he was your client
19 in May of 2018, what was your understanding of how
20 he would trade Bitcoin on behalf of his clients?
21   A.   Through these bots that he created, these
22 algorithms.
23   Q.   Okay.  So the algorithms would
24 mechanically place trades.
25        Where were the trades placed?

Page 77

1    Q.   Yes, sir.
2    A.   I can --
3    Q.   Okay.
4    A.   -- but I do want to explain, because I
5  think we're going way far afield -- and you need to
6  understand -- that this potential to set up this
7  fund and work with Saffron never came to fruition.
8        Although the fund was set up, it was set
9  up for Justin, and David was no longer -- has not
10  been a part of that since probably two weeks after
11  we signed this May 18th agreement.
12   Q.   Why is that?
13   A.   Because Justin and Brian didn't feel
14  comfortable doing business with David because he had
15  made promises to them, I think, about a return on
16  coin they invested with him, and it didn't come to
17  fruition.
18       So they lost faith in him, and then they
19  actually bought -- they paid him back the legal
20  services fee that he paid to my law firm, and my law
21  firm went forward and created the fund without
22  Saffron involved.
23       So he's not an officer or director.
24  There's no contracts with Saffron.  He has nothing
25  to do with that fund, Meta Proprietary Fund.

Page 78

1    Q.   Okay.  When you say "coin," you're
2  referring to Bitcoin?
3    A.   Correct.
4    Q.   And when you say "the retainer," that's
5  the $100,000 retainer fee?
6    A.   Correct.
7    Q.   How did Mr. Saffron initially pay that
8  $100,000 retainer fee to your firm?
9    A.   I think it was wired to our trust account
10  in cash.
11   Q.   Could you provide your attorney with the
12  wire details for that transaction, please?
13   A.   I can, as long as there's no privilege
14  issue.
15       THE WITNESS:  Is there a privilege issue?
16       We will discuss it and we'll --
17  BY MR. MULREANY:
18   Q.   Yeah.  To the extent that anything I'm
19  asking you to testify about today or, more to the
20  point, any documents that I've asked you to provide,
21  I would ask that Mr. Marsh provide a privilege log,
22  to the extent he feels the privilege log is
23  appropriate, and that any documents will be withheld
24  pursuant to the claimed privilege.
25       Is that acceptable?

Page 79

1        MR. MARSH:  Yeah.
2        MR. MULREANY:  Thank you.
3  BY MR. MULREANY:
4    Q.   Have you ever been a customer of
5  Mr. Saffron?
6    A.   Yes, I have.
7    Q.   Okay.  Could you describe that, please?
8    A.   I think I invested with him like 1 or 1
9  and a half Bitcoin that I had in his Omicron
10  website, and then there's also one client that I
11  have, a gentleman named Michael Alexander, who --
12  Mr. Alexander met Mr. Saffron with me at a breakfast
13  meeting, and Mr. Alexander wanted to put coin of his
14  own with Mr. Saffron and have Mr. Saffron trade it.
15       So there's a Coinbase record of $300,000,
16  roughly, whatever the coin amount -- I think it was
17  50 Bitcoin -- going into my Coinbase account from
18  Michael Alexander, and then that went out, I
19  believe, the next day to David Saffron.
20   Q.   Okay.  Let me break that down.
21   A.   Yes.
22   Q.   Do you recall the approximate date that
23  you became a customer of Mr. Saffron?
24   A.   (Examining documents.)
25       MR. MULREANY:  For the record, Mr. Kerr

Page 80

1  is referring to Exhibit 36, which is his Coinbase
2  account transaction history.
3        THE WITNESS:  So I would guess July 10th,
4  I think.
5  BY MR. MULREANY:
6    Q.   Of 2018?
7    A.   Correct.
8    Q.   Okay.  Let's break that down before we
9  take a short break.
10       For the record, Page 3 of 4 of Exhibit
11  36, which has a Bates number at the bottom of
12  SDKD-COINBASE-10003, there are three separate July
13  10, 2018 transactions noted.
14       Could you identify which one is
15  associated with Mr. Saffron?
16   A.   On July 9, that 50 BTC that I received
17  was the Michael Alexander money --
18   Q.   Okay.
19   A.   -- and July 10th, there's two
20  transactions.
21   Q.   The first one for approximately 0.2
22  Bitcoin, the second one for approximately 49.8
23  Bitcoin, for a total of 50 Bitcoin were sent from
24  your Bitcoin wallet to a wallet ending in RHZp; is
25  that correct?

Page 81

1    A.   Correct.
2    Q.   And to your knowledge, that's a wallet
3 owned or controlled by David Gilbert Saffron,
4 correct?
5    A.   Correct.
6        And then the next day, 7/10, you see that
7 I received 10 Bitcoin.
8    Q.   Yes, sir.
9    A.   So Saffron transferred 10 Bitcoin to me
10 saying that that was my commission for Michael
11 Alexander's investment.  So I said, Well, all right.
12 I'll send that back to you.  So I sent him back the
13 10, plus, it looks like, 1 coin -- maybe 1.4 coin of
14 my own.
15   Q.   Okay.  And just so our record's clear,
16 you received Bitcoin on -- referring to Exhibit 36,
17 Page 3 of 4 ending in Bates Number 1003, in the
18 middle of the page there's a notation on July 10,
19 2018, which you received Bitcoin in the total amount
20 of 10 Bitcoin; is that correct?
21   A.   Right.
22   Q.   And the very next day, on July 11, 2018,
23 you sent approximately 11 Bitcoin to a wallet ending
24 in TkAn; is that correct?
25   A.   Yes, based on these records.

Page 82

1    Q.   And it's your testimony that that Bitcoin
2 wallet is owned or controlled by David Saffron?
3    A.   I believe so, yes.
4    Q.   So you invested the 10 Bitcoin you
5 received from Mr. Saffron as a referral fee on July
6 10, 2018, along with an additional 1 Bitcoin you
7 already held, for a total of 11 Bitcoin that you
8 sent to Mr. Saffron, correct?
9    A.   Yeah.  And I actually was surprised to
10 receive the 10 Bitcoin in my own wallet because I
11 don't think that's how he typically did it --
12   Q.   Okay.
13   A.   -- but I think he was trying to induce me
14 to go out and hustle clients for him.
15   Q.   Okay.  Was Mr. Alexander aware that you
16 received a referral fee from Mr. Bitcoin (sic) for
17 Mr. Alexander's participation in Mr. Saffron's
18 trading --
19       MR. MARSH:  Counsel, you need to rephrase
20 that.  You said "Mr. Bitcoin."
21       MR. MULREANY:  I'm sorry.  Let me
22 rephrase that.  I apologize.  Thank you, Counsel.
23 BY MR. MULREANY:
24   Q.   Was Mr. Alexander aware that you had
25 received a referral fee from Mr. Saffron for

Page 83

1 Mr. Alexander's participation in Mr. Saffron's
2 trading program?
3    A.   I don't know if he was aware that I
4 received it, but he was aware that a referral fee
5 would be paid because, as I indicated, I met Michael
6 Alexander and David Saffron at a breakfast meeting
7 either that day, July 10th, or the day before.
8        And the purpose of that meeting was for
9 me to have Michael, who Michael Alexander's a
10 longtime client of mine, for 20-plus years, who's
11 involved in this industry.
12       He knows a lot about it.  I invited him
13 to have breakfast with Saffron so he could vet him
14 for me, see whether or not he thought he was real
15 based on the way he talked and explained about the
16 coin and all of this.
17       And Saffron explained his program and
18 that he paid referral fees to -- and Michael was
19 impressed enough to put 300 grand with him, so --
20   Q.   Okay.
21   A.   He was reasonably impressed.  So that was
22 discussed.  I don't know if I told Michael I
23 received 10 into my Bitcoin account, but he knew
24 that there would have been a commission paid.
25   Q.   Okay.  You were a client of Mr. Saffron's

Page 84

1 on June 15, 2018, correct?
2    A.   June 15?  I don't think so.  I wouldn't
3 characterize it that way.
4    Q.   We will get into it in detail based upon
5 your June 15, 2018 correspondence that's been marked
6 as Exhibit 4 that we have yet to go over.
7        But am I correct generally in
8 understanding that on June -- on or about June 15 or
9 possibly before June 15, 2018, as part of a test you
10 conducted of Mr. Saffron's trading program, you sent
11 Mr. Saffron 0.2 Bitcoin and he purportedly executed
12 trades on that 0.2 Bitcoin and, later that same day,
13 deposited 0.4 Bitcoin into your Coinbase account,
14 correct?
15   A.   Yes.
16   Q.   Okay.  You never returned the 0.2 Bitcoin
17 you received in excess of your initial 0.2
18 Bitcoin --
19   A.   No.
20   Q.   -- deposit to Mr. Saffron, correct?
21   A.   That's correct.
22   Q.   Okay.  So am I correct in understanding,
23 therefore, that you -- your customer, Mr. Saffron,
24 on June 15 -- on or about June 15, 2018? (sic)
25   A.   I don't think that's a correct

Page 113

1 BY MR. MULREANY:
2    Q.   Okay.  Do you know why it's called
3 "Vensoft Irrevocable Trust"?
4    A.   I don't.
5    Q.   Okay.  I wanted to circle back around to
6 some of your prior testimony prior to the lunch
7 break.
8         You indicated that Mr. Johnson and
9 Mr. Baraglia, who are -- who have been clients of
10 yours, were also individuals who were clients of
11 Mr. Saffron; is that correct?
12   A.   Yes.
13   Q.   Okay.  And do you know the total amount
14 of Bitcoin that they transferred to Mr. Saffron's
15 ownership and control as part of his solicitation
16 for binary option trading?
17   A.   No.  It would have been before I
18 represented any of them.
19   Q.   Okay.  Did they ever indicate to you that
20 Mr. Saffron paid them the promised returns -- that
21 being 300 percent return -- in three weeks?
22   A.   No.
23   Q.   Okay.  Did they ever indicate to you that
24 he had failed to provide them with the promised
25 returns?

Page 114

1    A.   I think they indicated partial payment.
2    Q.   Okay.  Were they supposed to -- "they"
3 being Mr. Johnson and Mr. Baraglia.
4         Were they ever supposed to have received
5 referral fees from Mr. Saffron for referring other
6 clients to Mr. Saffron?
7    A.   I'm sure, in that initial meeting in my
8 office when I met Saffron for the first time, there
9 was a discussion about that.
10   Q.   That being that he owed them referral
11 fees?
12   A.   Not that he owed them, but that -- to the
13 extent that somebody brought an investor or another
14 person into the Omicron website, that they would get
15 a referral fee.
16   Q.   Okay.  When you decided to invest in the
17 Omicron Trust, can you tell me how you did it?
18        Did you visit the Web page?
19   A.   I think I was actually sitting in a hotel
20 room with Saffron, and I had some -- I had like 1
21 and a half Bitcoin of my own coin that I had paid US
22 dollars for back when I opened that Coinbase account
23 and I --
24   Q.   Okay.
25   A.   -- for me, it was just like, Hey, let's

Page 115

1 test this.
2    Q.   Well, what I'm trying to get is,
3 mechanically, what did you do?  You're sitting there
4 with Mr. Saffron.  You got a website open.
5         Then what?
6    A.   Actually, I think I handed him my phone
7 with my Coinbase account open, and he did the
8 transfer.
9    Q.   Mr. Saffron did?
10   A.   Uh-huh.
11   Q.   Is that a "yes"?
12   A.   Yes.
13   Q.   And did you hand Mr. Saffron your phone
14 and he effected the transfer?
15   A.   Correct.
16   Q.   Do you know mechanically what he was
17 doing or did he describe to you what he was doing?
18   A.   I assumed that he was transferring it to
19 a wallet that was under his control.
20   Q.   Are you aware that Mr. Saffron's Coinbase
21 account shows zero transaction history?
22   A.   Well, I don't have any knowledge about
23 any of that.  I don't know what it would show.  I
24 don't know if that's his only account.
25   Q.   When you transferred 0.2 Bitcoin to a

Page 116

1 wallet controlled by Mr. Saffron on June 15 of 2018,
2 did -- were you aware of how that wallet was held or
3 where it was held?
4    A.   I -- all I know is I assumed it was under
5 his control, David Saffron's control.
6    Q.   Okay.  But you didn't know if it was a
7 wallet?
8    A.   I don't know if it was Coinbase,
9 whatever -- whatever wallet.  There are a number of
10 them.
11   Q.   Okay.  Can you describe the difference
12 between a hot wallet and a cold wallet?
13   A.   A hot wallet would be in an online
14 application, like Coinbase, where you could see it
15 and immediately effectuate a transfer.
16        A cold wallet would be where you've got
17 Bitcoin and I guess that has a unique address or a
18 unique hash or something like that, and it has a key
19 for it.
20        And you can transfer that to a USB, and
21 it's cold meaning it's not online, so that it can't
22 be hacked or -- I mean, you can transport it with a
23 USB stick.
24   Q.   Are you aware if Mr. Saffron holds any
25 cold wallets?

Page 121

1  was?
2    A.   Well, I think there was a lawsuit filed,
3  which I think came down around the same time as that
4  telephone call to me, and I think he got my phone
5  number from -- because it came on my cell phone.
6        I think he got it from Michael Alexander
7  because Caramanis and Alexander know each other and
8  are friends.
9    Q.   Are you aware of whether Mr. Alexander
10 referred any other clients to Mr. Saffron?
11   A.   I'm pretty sure he did not.
12   Q.   Okay.  Did he -- do you know if
13 Mr. Alexander received the return he was promised
14 from Mr. Saffron?
15   A.   He did not; however, I do know he's still
16 investing with David, so I'm not sure what their
17 relationship is now.
18   Q.   Okay.  And can you explain how it is that
19 Mr. Alexander is continuing to invest after not
20 receiving the promised returns?
21   A.   I think his sense is that he's keeping
22 the lines of communication open so that he can
23 potentially get -- recover that 15 coin.
24   Q.   Okay.
25        MR. MALAS:  Do you know how much Bitcoin

Page 122

1  Mr. Alexander has invested since his initial
2  investment of 50 Bitcoin?
3        THE WITNESS:  I don't.  I don't think
4  it's a great deal.  I would guess it's probably less
5  than 5 coin.
6        MR. MALAS:  Do you know when he would
7  have invested that approximately 5 Bitcoin?
8        THE WITNESS:  Probably in the last 90
9  days, because I believe that all of Saffron's
10 accounts were frozen from like September until
11 January, Gemini and KuCoin were all frozen.
12 BY MR. MULREANY:
13   Q.   Do you know why they were frozen?
14   A.   As I understand it from what was put on
15 the website and from talking with that Jimmy Swan
16 guy, it was that the KuCoin and Gemini needed KYC on
17 every transaction that had ever been done in those
18 -- in David Saffron's accounts, and so they weren't
19 releasing coin until they got KYC.
20   Q.   Do you know if they ever received the KYC
21 data?
22   A.   I don't know.  I never was retained to be
23 involved in that and never was involved in it.  I
24 asked him if he wanted me to do work on those
25 matters to try and release the coin, and he said no.

Page 123

1    Q.   Mr. Saffron?
2    A.   Correct.
3        MR. MALAS:  You mentioned Gemini.
4        And what was the other entity?
5        THE WITNESS:  KuCoin.
6        MR. MALAS:  Can you spell that?
7        THE WITNESS:  K-u-C-o-i-n.  It's another
8  exchange, I think, or -- yeah, it must be an
9  exchange.
10       MR. MALAS:  Do you know if they're US
11 based or --
12       THE WITNESS:  They're in Singapore.
13       MR. MALAS:  Okay.
14 BY MR. MULREANY:
15   Q.   Do you know where Mr. Swan is located?
16   A.   I think he's in Texas.  I don't think he
17 works for him anymore.  I think he quit.
18   Q.   Do you know why he quit?
19   A.   I think because he wasn't paying in the
20 fall because of the coin being frozen, and I think
21 Jimmy Swan was kind of the face of some of the
22 investment people, and so I could tell from what he
23 -- he talked to me one time about it, and I could
24 tell he was stressed.
25   Q.   Let's -- we're going to show you a video

Page 124

1  at this point in time.
2    A.   Okay.
3    Q.   The court reporter's not going to
4  transcribe the video because it's too difficult,
5  so --
6        MR. MULREANY:  Why don't we go off the
7  record at 1:00.
8        (Video playing.)
9        (Discussion off the record.)
10
11       MR. MULREANY:  Okay.  Back on the record
12 at 1:01.
13       And right now, Mr. Kerr, we're going to
14 show you a video that's approximately a minute long,
15 and we're going to go off the record while the
16 video's playing and then we will go back on when it
17 terminates.
18       (Video playing.)
19
20       MR. MULREANY:  Back on the record at
21 1:03, and, for the record, that video is identified
22 as Exhibit 28.
23 BY MR. MULREANY:
24   Q.   Mr. Kerr, have you ever seen that video
25 before?

Page 145

1   Q.   And what was the total amount of their --
2   A.   No idea.
3   Q.   Okay.  Do you know the business purpose
4   of Meta-Tech Consultants, LLC, when it was formed?
5   A.   I'm not 100 percent sure what the
6   business purpose was.
7   Q.   What was its main business?
8   A.   I think they were going to do
9   cryptocurrency-related business; whether it was
10  consulting or whatever, I'm not sure of the exact
11  nature.
12  Q.   Did -- to your knowledge, was -- has
13  Justin Baraglia ever registered with the CFTC in any
14  capacity?
15  A.   No.
16  Q.   To your knowledge, has Meta-Tech
17  Consultants, LLC, ever registered with the
18  Commission in any capacity?
19  A.   No.
20  Q.   Okay.  Who -- of the two individuals you
21  mentioned, Mr. Baraglia and Mr. Johnson, who was the
22  managing member, or were they co-managing members?
23  A.   I think they were co-managing members.
24  Q.   All right.  You are the resident agent
25  for Meta-Tech Consultants, LLC?

Page 146

1   A.   Currently.  And also, currently, I have a
2   member interest in that company myself.
3   Q.   Okay.  Did you pay anything for that
4   membership?
5   A.   Maybe consideration for services
6   rendered.
7   Q.   So it was a substitution for a legal fee?
8   A.   I think so.  And for potential future
9   services, probably more than anything.
10  Q.   Okay.  Meta-Tech Consultants uses your
11  Henderson, Nevada, business address as its address,
12  correct?
13  A.   It does, yeah.
14  Q.   Okay.  Do you ever receive any mail for
15  Meta-Tech Consultants at your law office?
16  A.   No.  And as far as I understand, it's not
17  actively doing business.
18  Q.   When Meta-Tech Consultants paid you for
19  legal services, how did they pay?
20  A.   I think they paid by Bitcoin.
21  Q.   And was that a deposit made into your --
22  A.   Into their Coinbase account.
23  Q.   Coinbase account?  Okay.
24       Could you identify that transaction
25  referring to Exhibit 36?

Page 147

1   A.   (Examining documents.)
2        MR. MULREANY:  For the record, the
3   witness is reviewing Exhibit 36.
4        THE WITNESS:  You know, I'm not 100
5   percent sure, but it would have been one of these
6   early May transactions.  There's a couple.  I'm just
7   doing it trying to base it on what I did.
8        This one here, I'm fairly sure is theirs.
9   This is May 9th, 2018, for 1200 US dollars, 0.128
10  Bitcoin, because they had hired me to do the
11  company, and that's typically what I charge, is 1200
12  bucks.
13  BY MR. MULREANY:
14  Q.   Okay.  When you drafted this opinion
15  letter dated June 15, 2018, marked as Exhibit 31,
16  why did you draft that?
17  A.   Justin and Brian wanted a third party to
18  go in and see and talk to Saffron about the trading
19  platform and to give them comfort in what he was
20  doing.
21  Q.   But you weren't expressing any legal
22  opinions in this June 15, 2018 letter, correct?
23  A.   Well, let me read it.
24       Yeah.  I don't think they're strictly
25  legal opinions.  I think they're fact opinions.

Page 148

1   Q.   Okay.  Prior to drafting the June 15,
2   2018 opinion letter, can you tell me what your
3   assigned tasks were?
4   A.   I'm not sure I understand your question.
5   Q.   Did Mr. Baraglia and/or Mr. Johnson sit
6   you down and say, We want you to look at this, this,
7   and this, or was it more kind of a general, Talk to
8   Saffron and see what he's all about?
9   A.   Yeah, it was general.  I don't think
10  they -- I think they were relying on what he had
11  said to them.  I don't think he had shown them
12  anything except maybe some historical trades and
13  maybe the website at that point.
14  Q.   Did you bill them for this letter,
15  Mr. Baraglia and Mr. Johnson?
16  A.   I'm assuming I would have because I
17  probably spent a couple hours actually physically at
18  Saffron's hotel room looking at the computer.
19  Q.   And that was here in Las Vegas, Nevada?
20  A.   Yeah.
21  Q.   Did you bill Mr. Saffron for the creation
22  of this letter?
23  A.   Probably.
24  Q.   Is there any way you could check to
25  determine if you, in fact, did bill any of those

Page 149

1 three individuals or part or all of them?
2    A.   Yeah.  I mean, I can go back and look at
3 the billing and time records.  I keep
4 contemporaneous time records.
5    Q.   If you could do that and provide those to
6 your counsel, just so we can have an understanding
7 of if, when, and who was billed for this work.
8    A.   Okay.
9    Q.   Who was in charge of the day-to-day
10 operations of Meta-Tech Consultants in June of 2018?
11    A.   It would have been Justin and/or Brian,
12 but I don't know that they had any day-to-day
13 operations at that point.  It was -- we were still
14 in the process of trying to create the fund, and
15 that took months to do.
16    Q.   Have they ever had any employees?
17    A.   No.
18    Q.   Did they take this -- show any income
19 that may -- or losses that may have been generated
20 by Meta-Tech through their personal federal income
21 tax returns?
22    A.   I don't know that they have returns due
23 for 2018, so I have no way of knowing that, anyway.
24    Q.   To your knowledge, has Meta-Tech
25 Consultants, LLC, filed a federal tax return for

Page 150

1 calendar year 2018?
2    A.   I'm sure it has not because it had no
3 income in 2018.
4    Q.   Okay.  Is there a hierarchy to Meta-Tech
5 Consultants?
6         Was Mr. Baraglia in charge more than
7 Mr. Johnson or vice versa, or how did that work?
8    A.   I don't know that there's a hierarchy.  I
9 think it was two young guys that wanted to get
10 involved in the crypto space and were going to use
11 that vehicle to do so.
12    Q.   What do these two fellows do for a
13 living?
14         How do they make their money?
15    A.   I think previously -- I think they both
16 work, but I think previously, Justin -- I thought he
17 was in the military, and Brian Johnson had worked
18 for Morgan Stanley in their commercial loans
19 division, I think.
20    Q.   Okay.  Did you ever represent them
21 individually separate and apart from Meta-Tech?
22         Did you do a -- buy a house for them?
23 Help them buy a house?
24    A.   No.  Nothing like that.
25    Q.   Okay.

Page 151

1         MR. MALAS:  Mr. Kerr, just a couple
2 follow-up questions on Exhibit 31, which is the June
3 15th, 2008 letter addressed to Meta-Tech.
4         THE WITNESS:  Right.
5         MR. MALAS:  The first paragraph, the last
6 sentence reads, In such capacity, we have reviewed
7 certain documents, reports, and computer programs
8 and made general investigations with respect to the
9 following, and then lists five separate items.
10         Then the paragraph underneath that reads,
11 The information reviewed above was conducted in the
12 presence of consultant at consultant's hotel
13 accommodation, and goes on from there.
14         First, the consultant here is David
15 Saffron; is that correct?
16         THE WITNESS:  Correct.
17         MR. MALAS:  Okay.  And it mentions, in
18 these five items, that item one, there was a review
19 of trading history and client spreadsheets for
20 several separate items consultant.
21         Item two, review of demo trading history
22 report dated June 15, 2018, in four-hour time block
23 commencing on or about 2 a.m. to 6 a.m.
24         Item three, review trading program
25 BTC/fiat -- that's f-i-a-t -- currency trading

Page 152

1 pairs.  Item four, engaged in 26-minute test trade
2 of 0.2 BTC, and item five, review Omicron Trust Web
3 platform test transaction, discussion with
4 consultant.
5         First question is, do you recall which
6 hotel this was conducted at here in Las Vegas?
7         THE WITNESS:  I'm pretty sure it was the
8 MGM.
9         MR. MALAS:  Okay.  And just to walk
10 through the mechanics, so I understand, so you're
11 sitting in the hotel room with Mr. Saffron, and he
12 has a laptop of his own; is that correct?
13         THE WITNESS:  Right.  Sitting on the
14 sofa, David sitting next to me, coffee table with a
15 laptop on it.
16         MR. MALAS:  Okay.  And it mentions a
17 couple spreadsheets, reports.
18         Are these items that Mr. Saffron pulled
19 up on the laptop while you're sitting there with
20 him?
21         THE WITNESS:  Correct.
22         MR. MALAS:  Did he provide you any copies
23 of these spreadsheets or reports?
24         THE WITNESS:  No.
25         MR. MALAS:  Okay.

1 BY MR. MULREANY:
2   Q.   Do you have a way to currently access
3 those spreadsheets or reports?
4   A.   No.
5       MR. MALAS:  Do you know if these
6 spreadsheets or reports that Mr. Saffron showed you
7 were within a particular website; for example, the
8 Omicron website?
9       THE WITNESS:  No.  I mean, the
10 spreadsheets, as I recall, were on a desktop folder
11 that had multiple file folders, and he flipped open
12 a random number of them that had -- I think it had
13 client names, amounts, trade dates, I think, and
14 then return on investments.  Like ROI was a cell or
15 whatever in the spreadsheet.
16       MR. MALAS:  Okay.  And the demo trading
17 history report, was that also a file he accessed on
18 like a desktop folder?
19       THE WITNESS:  No.  That was different.
20 That was actually -- I think he was within a trading
21 program of some kind, and it was odd that -- I mean,
22 it's not something I know much about.
23       But the way it showed up on the screen is
24 that their trades were all in kind of a column on
25 one side of the screen.  It showed the trading desk,

1 you know, where it showed the actual chart or
2 whatever, you know, and then it showed like a
3 history of trades over a time period that you could
4 scroll through.
5       MR. MALAS:  Okay.  Bear with us one
6 second here.
7       MR. MULREANY:  Should be under 27.
8       MR. MALAS:  Mr. Kerr, if you can turn to
9 what's marked as Exhibit 27 in the binder, there are
10 several screenshots taken of a video that I believe
11 we may show you at some point here today.
12       The first screenshot of the upper
13 left-hand corner of the screen reads, BinBot PRO.
14 And that's B-i-n-B-o-t P-R-O.  Underneath that, it
15 has David Saffron's name.
16       And then to the right of that at the top
17 of the screen, it says Warren Bot, and then, in
18 parens, by David Saffron, end parens.
19       It indicates a current balance, and then
20 it looks like what it appear to be various foreign
21 currency pairs as well as maybe some other
22 crypto/foreign currency pairs.
23       Does this screenshot of this BinBot PRO
24 refresh your memory on maybe what the screen looked
25 like in terms of this trading report he showed you?

1       THE WITNESS:  I mean, it looks familiar
2 to me, but, honestly, in my mind, I'm thinking that
3 what they had was the actual graphic, you know, the
4 chart that would show the up and down of the market
5 during a period of time.
6       Then on the right-hand side of the
7 screen, it showed the trades and the amounts.  That
8 was a scroll-through for a period of time.
9       So it -- I may have seen this during that
10 due diligence, but what I'm thinking of when I refer
11 to that demo trading period is something different.
12       MR. MULREANY:  Let's show video one.
13 BY MR. MULREANY:
14   Q.   We're going to show you, Mr. Kerr, a
15 video marked as Exhibit 27, which is a video, and
16 it's about 10 minutes in length.
17       MR. MULREANY:  We're going to tee it up,
18 and then we will go back on the record after the
19 video's over.
20       Off the record at 1:45.
21       (Playing video.)
22
23       MR. MULREANY:  Let's go back on the
24 record at 1:52.
25 ////

1 BY MR. MULREANY:
2   Q.   All right.  So, Mr. Kerr, we have shown
3 you a video -- a second video.
4       Do you recognize the individual doing
5 most of the talking in that video?
6   A.   Yeah.  That's David Saffron.
7   Q.   All right.  Is that similar to what
8 Mr. Saffron showed you in -- on June 15 of 2018?
9   A.   It doesn't look the same to me, to be
10 honest with you.
11   Q.   You indicated in your opinion letter at
12 Exhibit 31 that -- the second item on Page 1 is that
13 you reviewed a demo trading history report?
14   A.   Correct.
15   Q.   Can you explain what you mean by "a demo
16 trading history report"?
17   A.   Well, what -- apparently, what it was,
18 according to Mr. Saffron -- he showed me a laptop
19 screen that, as I indicated before, showed a chart,
20 a graphical chart of the market.
21       And then on the right-hand side, it
22 showed trades over a period of four hours from this
23 block.  He said he had been up in the evening -- or
24 early in the morning the day before -- or, actually,
25 I guess the day of our meeting -- and was showing

Page 201

1    THE WITNESS:  Okay.
2       MR. MALAS:  If we could go off the record
3  at 2:57 p.m. for a minute, please.
4          (Recess 2:57 to 3:00 p.m.)
5
6
7       MR. MULREANY:  Back on the record at
8  3:00.
9
10         EXAMINATION (Continuing)
11  BY MR. MULREANY:
12     Q.   Good afternoon, Mr. Kerr.  If I could
13  draw your attention to Exhibit 32, please.  There's
14  a two-page document that you were kind enough to
15  provide us in response to our subpoena.
16      Is that a true and correct copy of the
17  Bitcoin transaction from your Coinbase account that
18  you referenced in your earlier testimony concerning
19  the June 15, 2018 Bitcoin test?
20     A.   Correct.  That's the screenshot of the
21  historical trade on June 15th, 2018, that occurred
22  in MGM by Mr. Saffron on my account --
23     Q.   Okay.
24     A.   -- and it's the actual screenshot of the
25  telephone app for Coinbase.

Page 202

1     Q.   If I could draw your attention, Mr. Kerr,
2  to Exhibit 34, could you identify that e-mail,
3  please?
4     A.   This is an e-mail that I was
5  carbon-copied on from Damien Scott to Conor Neu at
6  Pier Asset Management regarding the things we talked
7  about earlier where Pier was determining whether or
8  not to buy some Bitcoin from David Saffron.
9      And Saffron was trying to sell Bitcoin so
10  that he could fund the purchase of that residence
11  that he was interested in Beverly Hills.
12     Q.   And that transaction never took place?
13     A.   There was a contract entered into.
14  Escrow was opened, but the earnest money was never
15  funded, and so it was closed.
16     Q.   Mr. Kerr, if I could draw your attention
17  to Exhibit 10 in the binder in front of you, please.
18     A.   Yes.
19     Q.   This is a three-page -- a two-page
20  document with a photograph of an Australian passport
21  on the third page.  It's entitled "Custom Bot" --
22  B-o-t -- "Trade Agreement."
23      Have you ever seen this before?
24     A.   No.
25     Q.   If I could draw your attention to the

Page 203

1  bottom of the second page --
2     A.   Yeah.  I just saw that.
3     Q.   -- it indicates, Trader's legal firm is,
4  and then it has www.sterlingkerrlaw.com.
5     A.   That's my law firm's website, but I did
6  not give Mr. Saffron authority to use it.
7     Q.   Okay.  Are you familiar with a gentleman
8  by the name of Gavin, G-a-v-i-n, Dickson,
9  D-i-c-k-s-o-n?
10     A.   I don't know him.
11     Q.   How about Gene, G-e-n-e, Houston like
12  Houston, Texas?
13     A.   So I've never met nor talked to either of
14  those people, but their names are plaintiffs in a
15  lawsuit that my law firm is handling the defense of
16  for David Saffron and -- actually, not Saffron.
17  Just Circle Society.
18     Q.   There's a -- if you look in the middle of
19  the first page of Exhibit 10, there's an indication
20  of trader's wallet deposited to, and there's a 24
21  alphanumeric wallet address provided ending in, for
22  the record, F9QD.
23      Do you see that, sir?
24     A.   I do.
25     Q.   Are you familiar with that wallet

Page 204

1  address?
2     A.   I am not.
3     Q.   Okay.  At the bottom of the page, there's
4  another wallet address.  Once again, it's a 24-digit
5  alphanumeric code, the last four digits of which
6  are, rRJ8.
7      Do you see that, sir?
8     A.   I do.
9     Q.   Are you familiar with that particular
10  wallet address?
11     A.   I am not.
12     Q.   To your knowledge, has Mr. Saffron ever
13  advised you that he received 1,000 Bitcoins from
14  Gavin Dickson?
15     A.   He has not advised me of that.
16      Is this dated?
17     Q.   I don't show a date.
18     A.   It would have to be before June 20th,
19  2018, it looks like.
20     Q.   Which is when the first payment is due.
21     A.   Oh, on or before June 6th, 2018, yeah.
22  Again, I hadn't even met Saffron until June like --
23  I think it was the second week in June, almost
24  contemporaneous to that June 15th meeting.
25     Q.   Okay.  Okay.

Exhibit 16 - Materials Produced by Participant 1

Hello my name is Dee Washington, I'm writing back in reference of David Staffron and
David Kagel
pertaining all documentation that I have with the relations of my investments.
I'm writing to inform you all that Rodney Burton has all documentation for this case,
also Nathan Van Tuyl may still have information on David Staffron and David Kagel as
well.
The only thing that I can provide is the transaction ID when I sent to bitcoins Rodney
burton to give to David Staffron,
and the transaction id for the bitcoinI sent to Nathan Van Tuyl to start the case
against david staffron and David Kagel
At the time when I sent the 5 bitcoin jan 6 2017 it had a value of 84 thousand
dollarshowever it decrease in value since
then, I provide the conversation messages that I had with Nathan Van Tuyl and Rodney
Burton
I hope this helps Thank you.
Dee Washington





**Nathan Van Tuyl**

2 mutual friends: Tracie Jackson RN and James Mannah

Director at Top View Media

Lives in Irvine, California

JAN 27, 2018 AT 4:12 PM

You waved at Nathan!

Hey I gave 5 BTC in this program to Rodney to give to David Stafford so what do I need to do from here on out

You added Nathan Van Tuyl on Messenger.

Remove

That was over 85 thousand at that time

You can now call each other and see information like Active Status and when you've read messages.

Hey Dee. Everyones in the same boat. The plan is to go after the 1000 BTC escrow wallet David Saffrons attorney supposedly has. If they dont have it then both

Aa

SDKD-Washington-0000000004



Washingtondee1983@gmail.com

I've been working hard for everyone involved and the attorney I met with yesterday seemed optimistic about the situation since hes successfully sued Saffrons attorney multiple times and won!



So you been from State to state with this man and he has not said anything about our BTC

He has bullshit excuses every single day



Keeps pushing it back

Wow I will be looking for the email so hopefully we will get our BTC back in order

Well we are going after what was promised, not what we gave him...

So there is a chance this could be a good outcome

   

Aa

 

SDKD-Washington-0000000005





# Nathan Van Tuyl



Message          Audio          Video

Things in Common

2 mutual friends: Tracie Jackson RN and James
Mannah

About Nathan

Director at Top View Media

Followed by 390 people

SDKD-Washington-0000000006



Nathan
Active 1 hour ago

You can now call each other and see information like Active Status and when you've read messages.



Hey Dee. Everyones in the same boat. The plan is to go after the 1000 BTC escrow wallet David Saffrons attorney supposedly has. If they dont have it then both Saffron and his attorney are liable

This has been a nightmare for me as I've been following his ass around to different cities making sure he isnt bailing



And it doesnt appear he is trying to

Ok so what I need to do to participate in us going forward to getting our funds

Did I send you an email?

I need your legal name, phone, email address



Wow this is crazy it Dee Washington 5402822168



Aa

SDKD-Washington-0000000007



Nathan
Active 1 hour ago

I appreciate your help and yes 1000 BTC

Well I hope so if it's in the contract we should be good to go



No problem. I feel really bad about all this and despise this man with every bone in my body

Yeah but your trying to get it right he will reap what he sow for sure if he doesn't come correct

Thank you again Nathan

I dont understand why he let me film him and take photographs of his passport...

Thats why i was fooled. He is so open about everything

I have so much evidence against him its ridiculous actually lol



Not sure how he thought it would end

 Home 🛜   **5:09 PM**

< Home (13)   **Nathan Van Tuyi** >
Active 2h ago   📞  📹

> Me either it seem very strange but it's a plus on our end because he want get away from it

> Ok so I got the email so I just send in my legal name and my address and phone number

 You already gave that to me. Just need you to look over the lawyer agreement and sign

> Ok I sign in and email it back to you



JAN 27, 8:25 PM



    ( Aa  ) 

SDKD-Washington-0000000009

Question do I signed this document I don't need any one else to sign these

We need 3 committee members

Would you like to be one?

I can be if needed but we need 2 more

I think Rodney and Frank would be the best for this one

But sure if Rodney and Frank don't do it I will

SDKD-Washington-0000000010



Oh I see it now how do I get it paid lawyer

Hey were still figuring that out

I believe I made a mistake

JAN 31, 2018 AT 1:44 AM

Ok well let me know

JAN 31, 2018 AT 5:30 PM

hey

please check out the group chat. I explain everything there

JAN 31, 2018 AT 5:47 PM

Oh

Ok

FEB 2, 2018 AT 11:48 AM

Hey did you send me $625 yet? Double checking with everyone



SDKD-Washington-0000000011



I think we should sue for the maximum cause he played us

JAN 30, 2018 AT 11:55 PM



JAN 31, 2018 AT 12:06 AM

How much is the fee

For the lawyer

JAN 31, 2018 AT 12:20 AM

Oh I see it now how do I get it paid lawyer

Hey were still figuring that out

 I believe I made a mistake

JAN 31, 2018 AT 1:44 AM

Ok well let me know

JAN 31, 2018 AT 5:30 PM



SDKD-Washington-0000000012



⊛ Rahim Ellam is active now

← **Nathan**
Active 1 hour ago

FEB 2, 2018 AT 11:48 AM

 Hey did you send me $625 yet? Double checking with everyone 

No can you give me your wallet address again sorry for the delay I have been so busy

███████████RbzC

No worries

 Read my email when you can. Its the attorneys draft letter

I just sendt the payment and i have read the attorney draft it looks good

sent sorry typo errors



FEB 15, 2018 AT 2:39 PM



SDKD-Washington-0000000013



MAR 12, 2018 AT 7:29 PM

Ok thanks

MAR 13, 2018 AT 6:18 PM

 hey be sure to sign the document today please!

Ok I will get it done asap

 thanks. this complaint about Kagel will go a long way

You mean a long time process

 i mean we are sending complaints about Kagel so we can pursue him legally for the criminal acts hes done .. This will definitely be a long process if we as a group have delays on our end

Ok I will be getting my sign documents to you as soon as I get home



SDKD-Washington-0000000014



Nathan did you get your bitcoins back from David yet

 Absolutely not. What have you heard? Are they still playing games?



This is the letter i got in my email from the lawyer you might want to get in contact with them i would like to get my bitcoins back too

 I've heard way too many Saffron lies to believe anything they say..





SDKD-Washington-0000000015

Keeps pushing it back

Wow I will be looking for the email so hopefully we will get our BTC back in order

Well we are going after what was promised, not what we gave him...

So there is a chance this could be a good outcome

Not sure yet though

I appreciate your help and yes 1000 BTC

Well I hope so if it's in the contract we should be good to go

No problem. I feel really bad about all this and despise this man with every bone in my body

Yeah but your trying to get it right he will reap what he sow for sure if he doesn't come correct



➕ 📷 🖼 🎤 ( Aa ☺ ) 👍

SDKD-Washington-0000000016



Nathan
Active 1 hour ago

still say let go forward with this lawsuit didn't David have guard protecting him 😂😂😂

FEB 15, 2018 AT 2:56 PM

Yup. The contract specifically states that we are protecting in case anything happens to him. He told us it protects him even if he died



He told us it protects US***

FEB 15, 2018 AT 3:46 PM

Agreed

MAR 12, 2018 AT 6:33 PM



Hey Murrin lawfirm needs your signature for the letter they are sending to the State Bar regarding David Kagel. Please check your email. Thanks

MAR 12, 2018 AT 7:29 PM

Ok thanks



SDKD-Washington-0000000017

Call  Nathan Van Tuvl  ⌄

July 24, 2018

J. Owen Murrin, Esq.

7045 E. Los Santos Drive

Long Beach, CA 90815

jmurrin@murrinlawfirm.com

Re: Burton, Calabro, Palmer, Washington and Wilds

Dear Mr. Murrin;

This firm represents David Saffron, itself and its shareholders with respect to the matter referred to in your letter to us of February 5, 2018. We are informed by Mr. Saffron that settlements have been reached with and payment made to all persons named as your clients in your letter except the above persons, and that tentative agreements have been reached with them. We are also informed that you wish us to prepare a settlement agreement and release. The purpose of this letter is to confirm our understanding and to set forth the terms of the agreement as we understand it as well as additional provisions we deem appropriate.

The settlement agreement will contain customary provisions releasing Mr. Saffron, this firm, myself and Mrs. Kegel. It should also provide the following:

1.    Each of the Messrs. Burton, Palmer and Calabro will be paid 15 Bitcoins upon execution of the settlement agreement. The agreement will become binding upon payment of an additional 35 Bitcoins to each of them on each of August 5 and 25 Bitcoins to each of them on September 15, 2018. Mr. Washington will receive 5 Bitcoins and Mr. Wilds will receive one Bitcoin upon execution of the agreement. All Bitcoins will be deposited in a wallet designated by you.

2.    The agreement will provide for your clients to post on the internet a notice, approved by this firm, that all disputes between them and Mr. Saffron and this firm have been resolved to their satisfaction as well as non-disparagement and confidentiality provisions.

3.    Mr. Calabro will remove the posting on the internet of Mr. Saffron's passport.

4.    You will confirm that you do not represent any other persons having claims against this firm or Mr. Saffron.

If the above is consistent with your understanding and acceptable, please so inform me and I will draft the agreement and forward it to you. You may call me on my cell number above if you wish to discuss this. Please direct all communication in this matter to the undersigned.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Kegel Law, a Professional Corporation

By: _David L. Kegel_

[ camera ] Reply

More                                                    Remix

◁          ○          ▢

SDKD-Washington-0000000018



FEB
2

Sent

DATE
Friday, Feb 2nd 2018, 12:03:08 PM

TRANSACTION ID
d4c3dd82e2799b080b6fdda55b8eb02...

AMOUNT
$391.04 USD

FEE
0.00043569 BTC

0.06837431

$611.36 USD

SDKD-Washington-0000000019

# BLOCKCHAIN

WALLET   DATA   API   ABOUT

Q BLOCK HASH, TRANSACTION, ETC.

GET A FREE WALLET

# Transaction View information about a bitcoin transaction

e4c4a582c27d0c3b0b6d6e60b0e020e0c1275a7c4453c61b3bcd4f6abdcfc0



**Summary**

| | |
|---|---|
| Size | 225 (bytes) |
| Weight | 900 |
| Received Time | 2018-02-02 16:54:50 |
| Included in Blocks | 507265 ( 2018-02-02 17:03:08 + 8 minutes ) |
| Confirmations | 42828 |
| Visualize | View Tree Chart |

**Inputs and Outputs**

| | |
|---|---|
| Total Input | $ 31,582.40 |
| Total Output | $ 31,579.91 |
| Fees | $ 2.49 |
| Fee per byte | 193.84 sat/B |
| Fee per weight unit | 48.41 sat/WU |
| Estimated BTC Transacted | $ 391.07 |
| Scripts | Show scripts & coinbase |

$ 391.07
$ 31,188.83

$ 31,579.91

SDKD-Washington-0000000020



Rodney
Active 1 hour ago

I put 5 DTO in what will it give me how long will it take to get it back

JAN 6, 2018 AT 3:57 AM

 I'm here

Ok cool I am getting ready to send it to you now



Sent

 

👍 1

 I will be making a group in the moring

Ok great I appreciate you Rodney

 I will keep u posted



Rodney
Active 1 hour ago

of next week

whatever you can

How much

5 to 25 btc

Ok send me wallet info

I put in 100btc

87jT

send me full name as well and phone number

I need to know the amount that you send by the way so I can let them know so it can be tracked

5 BTC my full name is Dee Washington I will send it soon as I get home

did you seen it yet

SDKD-Washington-0000000022



Rodney
Active 1 hour ago

No I got to do it when I get home

I dropping my mom off it was my birthday so we went out

Heyyyyyy hbd to ya

JAN 6, 2018 AT 2:26 AM

dee they need this soon so keep me posted

👍 1

JAN 6, 2018 AT 3:40 AM

Thank Rodney I am home can we still do it

Heyy

You put in a 100 BTC did you get it back

When ever you give me the go I will send it

Full name Dee Washington 540 282 2168

😀 1

Aa

SDKD-Washington-0000000023



Send me some bitcoin and I will double it by tueday

trust me

How much

of next week

whatever you can

How much

5 to 25 btc

Ok send me wallet info

I put in 100btc

87jT

send me full name as well and phone number

I need to know the amount that you send by the way so I can let them know so it can be tracked

Aa

SDKD-Washington-0000000024



SDKD-Washington-0000000025

# BLOCKCHAIN

WALLET    DATA    API    ABOUT

BLOCK HASH, TRANSACTION, ETC.

GET A FREE WALLET

# Transaction View information about a bitcoin transaction

19ec15d0b25ac4574409f0b0b45ac0b41d8273199490b0ce0541e9f2cacea8b

NJNX
Q7M4p
sS56q
3J46A

B7JT
Zcad

## Summary

| | |
|---|---|
| Size | 962 (bytes) |
| Weight | 3846 |
| Received Time | 2018-01-05 08:56:44 |
| Included in Blocks | 502638 ( 2018-01-06 09:04:31 + 6 minutes ) |
| Confirmations | 47228 |
| Visualize | View Tree Chart |

## Inputs and Outputs

| | |
|---|---|
| Total Input | $ 36,881.64 |
| Total Output | $ 36,854.55 |
| Fees | $ 27.09 |
| Fee per byte | 444.64 sat/B |
| Fee per weight unit | 111.16 sat/WU |
| Estimated BTC Transacted | $ 31,670.45 |

$ 31,670.45
$ 5,184.10

$ 36,854.55

Exhibit 17 - Materials Produced by Participant 3

Feb 27, 2018

I Frank E Calabro Jr would like to file an official report of an investment scheme being ran by David Gilbert Saffron and his attorney David Kagel.

I personally invested 50 Bitcoin into the investment scam on **Jan 6th 2018**. On that date the equivalent to US dollars was **$17,161 per BTC or $858,050.00 USD.**

David Saffron through an online webinar and in person meetings promised, convinced and explained how he could multiply Bitcoin through strategic arbitrage tactics in the crypto currency markets. He promised to double my investment of Bitcoin in as fast as 3 days. He then offered total security and safety to protect my investment through his attorney David Kagel.

My first in person lunch meeting with David Saffron was in Las Vegas on January 10th 2018. This gathering included several other investors. During our discussions David Saffron called his attorney Mr. David Kagel. David's cell phone was passed around the table to each investor attending that meeting. When I spoke to attorney David Kagel and introduced myself he was very friendly & personable on the phone. Mr. Kagel collected my email addresses and immediately sent a letter that insured my Bitcoin investment was not only safe, but back by a Bitcoin wallet in his control. The letter stated that his law firm had unrestricted access. In addition, he held no less than 1,000 Bitcoin in this wallet. The letter also stated the exact instructions to follow in the event of that David Saffron was unwilling or unable to return my deposit.

The last time that I have seen David Saffron was at a party he held in his Penthouse Suite at the Cosmopolitan Hotel & Casino in Las Vegas. I arrived to that gathering at midnight and I departed around 3am on Saturday January 6th 2018.

Communication since has been through other investors pulled into Saffron's scheme. There was no organization as to how we would be paid and exactly who to contact. Also, after the in-person meeting in Vegas which I left being told by David Saffron that he could double my Bitcoin every week, the duration of time (1 week) kept changing. From my notes and through what other investors were telling me, the new time table to double my coins was once every 21 days. I was never told when that 21-day trading cycle started or ended.

My next and last communication from David Saffron was on February 26th 2018. He stated in a text message that he had received a letter from his attorney Mr. David Kagel. This letter was from my Attorney John Owen Murrin and as part of a group of investors, we were requesting that our original Bitcoin be returned. The total amount of Bitcoin collected from our group of 8 investors was 206.5 bitcoins or $3,543,746.50 in US dollars.

David Saffron stated that he had already made arrangements with our law firm to return the funds which is a lie as I had just gotten out of an hour-long meeting with our legal team just minutes before receiving Saffron's text.

I do not know how long or how many investors have been scammed in this ongoing charade. David Saffron and his attorney David Kagel must be arrested, charged and stopped from this criminal activity immediately. They have already stolen over 3 million dollars from our small group of 8 people.

In my last correspondence with David Saffron he boasted how is he continues to travel across the country presenting his fraudulent scheme. He has ties to organized crime in Australia and has a passport issued from that country. I fear that he will flee before being brought to justice. His actions are of a conniving felon and he must be stopped immediately!

Frank Calabro Jr
████████████████
Mcleansville, NC  ████
Phone: (252) 503-2092
frankiecalabrojr@gmail.com

SDKD-Calabro-0000000002



**David Saffron**
8 mins · 🔒

***

Dear All ,

My name is Alan Saffron David's father, Today I gained access to David's account for the first time and his phone
I've been answering all messages and reaching out to many.

My son has been in a coma from January 23rd till feb 12th , doctors say he will be fully back on his feet by this Wednesday however we do not know yet as to the extent of memory loss

Many rumors such as deportation or death or him being locked up are on the internet
Some of these spread by us to protect him
While he lays here recovering.

This is what happened

January 23rd at 11pm
David was assaulted in his home by an armed assailant he was struck in the face with a gun and forced to the ground.

At 11:30pm he was forced at gun point to read a statement on video about his trading platform being a scam, (which it is NOT)!!!

At 12pm the robber left David tied on the floor bleeding

Paramedics and cops arrived at 12:15am

By 12:25am paramedics noticed a clot on David's head (visible)!!
They rushed him to hospital

At 4am January 24th 2018
David entered a coma

He woke up on the 12th February 2018

I have been visiting him daily

Today he stated to write
He gave me access to his accounts and I'm writing this to you all.

Doctors say he should be fully recovered by 28th February 2018

And back on phone a few days prior

Message in comments your number and I'll call you with more details

Please no rumor or negative comments this has been a very hard time for our family.

Much love

Alan Saffron

SDKD-Calabro-0000000003



**David Saffron**
Mobile



David it has been a few weeks, let's connect soon. Your Dad said you were in rough shape but now doing better. Looking forward to hearing about our results. When is the next meeting? Things are looking up.

Sorry who is this ???
My phone blanked

The biggest producer on the planet!

Music or film



Type a message...

SDKD-Calabro-0000000004



**David Saffron**
Mobile



Affiliate marketing. #1 man in the world in 7 companies simotaniosly

Oh yes ok
I'm doing better
I'm currently in Boston for meetings
Nyc tomorrow
Then Atlanta
Then Texas

Your gonna have to remind me how many coins owed if any

My phone and computer where stolen

Just direct me to the account



➕ | Type a message...  

SDKD-Calabro-0000000005



David Saffron
Mobile

Just direct me to the account manager. I want to check my balance and submit a withdraw request. I am negotiating a <u>15 acre land deal in</u> North Carolina. Need some funds.



...had been unable and unwilling to return the bitcoin v
...as been nonresponsive to our clients' attempts to contact him. T
Saffron promised to pay the investors back. Moreover, throu...
...nade to Mr. Kagel seeking to return the investors' depos...
..., it now appears that Mr. Kagel seems to be back-pedaling on w...
...ryptocurrency wallet.

...re, please let this letter serve as our clients' ten business day n
...s of bitcoin or cryptocurrency in Mr. Saffron's Bot Investment
...tter is being sent to both David Saffron and David Kagel pursu
...018 letter.

...ally, the following investors are requesting the return of the b...
...the time period of January 2, 2018 through January 6, 2018:

...ial set of investors demanding a return of the above described in

| | |
|---|---|
| Rodney Burton | 50.0 Bitcoins |
| Frank E. Calabro Jr. | 50.0 Bitcoins |
| Hitesh Junega | 20.0 Bitcoins |
| Michael Jamison Palmer | 50.0 Bitcoins |
| Kameron Pollock | 2.5 Bitcoins |
| Nathan Van Tuyl | 28.0 Bitcoins |
| Dee Washington | 5.0 Bitcoins |
| Eddie Wilds | 1.0 Bitcoin |

For a total of 206.5 Bitcoins deposited and not returned.

...from Mr. Kagel in his January 7, 2018 letter to our client inves...

...David Saffron] has agreed to at all times maintain the deposit in
...tive this firm unrestricted access to it. If you have not received t...
...ur deposit from Mr. ........................ ...siness days' notice

Apparently there's a lawyer involved for you on the claim it's 50 coin I have all of the 206.5 going to him




Type a message...

SDKD-Calabro-0000000006



**David Saffron**
Mobile

Apparently there's a lawyer involved for you on the claim it's 50 coin
I have all of the 206.5 going to him in 3 days



That would be fine.

I take it our agreement is off the table?

Sent

I never wanted that
I was in a coma for 1 week after robbery then in jail on a stupid fix it ticket
When I came out
I went submitted to unlock bot
And started contacting people
I said 7 days it will all be paid giving me time to recoup

Then this lawyer sent letter

Plus I'm hearing from detectives

Type a message...

 

SDKD-Calabro-0000000007



← **David Saffron**
Mobile                              📞  ⋮

I never wanted that
I was in a coma for 1 week after
robbery then in jail on a stupid fix it
ticket
When I came out
I went submitted to unlock bot
And started contacting people
I said 7 days it will all be paid giving
me time to recoup

Then this lawyer sent letter

Plus I'm hearing from detectives
that Rodney paid the guy
that attacked me and that's
disconnecting

So that's where I am
Take your name of the lawsuit I'll
pay you the 150 as original planned
by Monday

Leave it you'll get the money on
paper Friday

D

＋  |Type a message...            



**David Saffron**
(310) 849-6408

There's already a lawyer hired you have a case against me I've answered lawyer with my lawyer There's nothing else I can do

That is a civil matter. I will pursue going to the FBI and SEC for criminal case. Like I said expedite quickly. I'm filing tomorrow. Today was the legal deadline.

Well I made agreement with your lawyer already
You would break that by filling
So go head

I'll inform my lawyer

Well I made agreement with your lawyer already
You would break that by filling
So go head

I'll inform my lawyer

Lawyer has informed me not to talk to you
Please talk via your lawyer thank you

Lawyer has informed me not to talk to you
Please talk via your lawyer thank you

SMS

SDKD-Calabro-0000000009



**David Saffron**
Mobile

Hello David, in our last correspond-ence on Monday you stated that you would be sending 206.5 bitcoin going to the lawyer representing our refund request. You stated that would take place in 3 days which would be on Thursday March 1st. I am a retired US Marine, a man of honor & integrity. As a professional courtesy I will accept your words as a contract of your responsibility. You have left everyone in the dark since the start of this venture and you have not been at all organized in communication or procedure for your clients. On Friday 9am pst if you have not honored your own promises as a man of your word I will report this entire incident which is all documented to a dozen local, state and federal government authorities. The ball is in your court. There is no need to reply back. This is my last attempt.

Type a message...



**David Saffron**
Mobile

would be on Thursday March 1st.
I am a retired US Marine, a man of
honor & integrity. As a professional
courtesy I will accept your words
as a contract of your responsibility.
You have left everyone in the dark
since the start of this venture and
you have not been at all organized
in communication or procedure
for your clients. On Friday 9am pst
if you have not honored your own
promises as a man of your word
I will report this entire incident
which is all documented to a dozen
local, state and federal government
authorities. The ball is in your
court. There is no need to reply
back. This is my last attempt.



Frank please text
Your wallet address if I can get
coins for you I'll send by midnight
Thursday
D



Type a message...



SDKD-Calabro-0000000011



**David Saffron**
Mobile



Thursday 13:36

Again
I have been fully transparent
My dad actually wants to talk and
explain from his point of view
Would you be willing to listen





This lawyer now handling
all payments please
contact him

Regards
David

Type a message...



**Perpetrator's in the Bitcoin Investment Fraud Scheme**

David G. Saffron
████████████████
North Hollywood, CA ██████
Phone: (310) 849-6408

Attorney David Kagel
9400 Readcrest Drive
Beverly Hills, CA 90201
Phone: (310) 993-2129
http://members.calbar.ca.gov/fal/Member/Detail/58961

Possible Accomplice -

Trevor Kohli - Worked for David Saffron and introduced our group of
investors to Saffron. He has been seen on social media the past couple
months spending money traveling and purchased an expensive car.

www.facebook.com/trevor.kohli

www.linkedin.com/in/trevor-kohli-47057957

SDKD-Calabro-0000000015

IC3 logo


  Complaint Referral Form
Internet Crime Complaint Center

--------------------------------------------------------------------------

Thank you for submitting your complaint to the IC3. Please save or print
a copy for your records. /*This is the only time you will have to make a
copy of your complaint.*/

Victim Information

Name: Frank Calabro Jr

Business Name:

Age: 50 - 59

Address: █████████████████

Address (continued):

Suite/Apt./Mail Stop:

City: McLeansville

County: NC

Country: United States of America

State: North Carolina

Zip Code/Route: ██████

Phone Number: 2525032092

Email Address: frankiecalabrojr@gmail.com

Business IT POC, if applicable:

Other Business POC, if applicable:

Financial Transaction(s)

Transaction Type: Virtual Currency

If other, please specify:

Transaction Amount: $858050.00

Transaction Date: 01/06/2018

Did you send the money? Yes

------------------------------------------------------------------

Victim Bank Name: Ledger Nano S

Victim Bank Address:

Victim Bank Address (continued):

Victim Bank Suite/Mail Stop:

Victim Bank City:

Victim Bank Country: [None]

Victim Bank State [None]

Victim Bank Zip Code/Route:

Victim Name on Account: Frank E Calabro Jr

Victim Account Number: btc wallet

------------------------------------------------------------------

Recipient Bank Name: Ledger Nano S

Recipient Bank Address:

Recipient Bank Address (continued):

Recipient Bank Suite/Mail Stop:

Recipient Bank City:

Recipient Bank Country: [None]

Recipient Bank State [None]

Recipient Bank Zip Code/Route:

Recipient Name on Account: Frank E Calabro Jr

Recipient Bank Routing Number:

Recipient Account Number: btc wallet address

Recipient Bank SWIFT Code:

Description of Incident

Provide a description of the incident and how you were victimized.
Provide information not captured elsewhere in this complaint form.
I Frank E Calabro Jr would like to file an official report of an investment scheme
being ran by David Gilbert Saffron and his attorney David Kagel.


I personally invested 50 Bitcoin into the investment scam on Jan 6th 2018. On that date
the equivalent to US dollars was $17,161 per BTC or $858,050.00 USD.


David Saffron through an online webinar and in person meetings promised, convinced and
explained how he could multiply Bitcoin through strategic arbitrage tactics in the
crypto currency markets. He promised to double my investment of Bitcoin in as fast as 3
days. He then offered total security and safety to protect my investment through his
attorney David Kagel.


My first in person lunch meeting with David Saffron was in Las Vegas on January 10th
2018. This gathering included several other investors. During our discussions David
Saffron called his attorney Mr. David Kagel. David's cell phone was passed around the
table to each investor attending that meeting. When I spoke to attorney David Kagel and
introduced myself he was very friendly & personable on the phone. Mr. Kagel collected
my email addresses and immediately sent a letter that insured my Bitcoin investment was
not only safe, but back by a Bitcoin wallet in his control. The letter stated that his
law firm had unrestricted access. In addition, he held no less than 1,000 Bitcoin in
this wallet. The letter also stated the exact instructions to follow in the event of
that David Saffron was unwilling or unable to return my deposit.


The last time that I have seen David Saffron was at a party he held in his Penthouse
Suite at the Cosmopolitan Hotel & Casino in Las Vegas. I arrived to that gathering at
midnight and I departed around 3am on Saturday January 6th 2018.

Communication since has been through other investors pulled into Saffronâ€™s scheme. There was no organization as to how we would be paid and exactly who to contact. Also, after the in-person meeting in Vegas which I left being told by David Saffron that he could double my Bitcoin every week, the duration of time (1 week) kept changing. From my notes and through what other investors were telling me, the new time table to double my coins was once every 21 days. I was never told when that 21-day trading cycle started or ended.

My next and last communication from David Saffron was on February 26th 2018. He stated in a text message that he had received a letter from his attorney Mr. David Kagel. This letter was from my Attorney John Owen Murrin and as part of a group of investors, we were requesting that our original Bitcoin be returned. The total amount of Bitcoin collected from our group of 8 investors was 206.5 bitcoins or $3,543,746.50 in US dollars.

David Saffron stated that he had already made arrangements with our law firm to return the funds which is a lie as I had just gotten out of an hour-long meeting with our legal team just minutes before receiving Saffronâ€™s text.

I do not know how long or how many investors have been scammed in this ongoing charade. David Saffron and his attorney David Kagel must be arrested, charged and stopped from this criminal activity immediately. They have already stolen over 3 million dollars from our small group of 8 people.

In my last correspondence with David Saffron he boasted how is he continues to travel across the country presenting his fraudulent scheme. He has ties to organized crime in Australia and has a passport issued from that country. I fear that he will flee before being brought to justice. His actions are of a conniving felon and he must be stopped immediately!

Which of the following were used in this incident? (Check all that apply.)

â˜ Spoofed Email

â˜ Similar Domain

â˜ Email Intrusion

â˜ Other

Please specify:

Law enforcement or regulatory agencies may desire copies of pertinent
documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

Information About The Subject(s) Who Victimized You

Name: David G. Saffron

Business Name:

Address: ██████████████

Address (continued):

Suite/Apt./Mail Stop:

City: North Hollywood

Country: United States of America

State: California

Zip Code/Route: ██████

Phone Number: 3108496408

Email Address:

Website: www.facebook.com/AOS2017

IP Address:

------------------------------------------------------------------------
Name: David Kagel

Business Name: Attorney Kagel Law

Address: 9400 Readcrest Drive

Address (continued):

Suite/Apt./Mail Stop:

City: Beverly Hills

Country: United States of America

State: California

Zip Code/Route: 90201

Phone Number: 3109932129

Email Address: dkagel@earthlink.net

Website: www.lawyercontact.us/lawyer/los-angeles-law-firm-david-l-kagel

IP Address:

Other Information

If an email was used in this incident, please provide a copy of the
entire email including full email headers.
Fraud Documents from Frank Calabro Jr


https://drive.google.com/drive/folders/16RviXHGVyEeZEp8VdNWKxWm0HmweH96V




Additional Evidence Files



https://drive.google.com/drive/folders/1O8JgM6UehzhOnznOgjkpIT77_pd94p2t

Are there any other witnesses or victims to this incident?
Rodney Burton - 50 Bitcoins

Frank E. Calabro Jr. - 50 Bitcoins

Hitesh Junega - 20 Bitcoins

Michael Jamison Palmer - 50 Bitcoins

Kameron Pollock - 2.5 Bitcoins

Nathan Van Tuyl — 28 Bitcoins

Dee Washington — 5 Bitcoins

Eddie Wilds — 1 Bitcoin

For a total of 206.5 Bitcoins deposited and not returned.

If you have reported this incident to other law enforcement or
government agencies, please provide the name, phone number, email, date
reported, report number, etc.
I did call the FBI in Los Angeles, CA. Filed a report with Daniel (310) 477-6565, on
March 2, 2018.

â˜ Check here if this an update to a previously filed complaint:

Who Filed the Complaint

Were you the victim in the incident described above? Yes

Digital Signature

    By digitally signing this document, I affirm that the information I
    provided is true and accurate to the best of my knowledge. I
    understand that providing false information could make me subject to
    fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Frank E Calabro Jr

Thank you for submitting your complaint to the IC3. Please save or print
a copy for your records. /*This is the only time you will have to make a
copy of your complaint.*/

SDKD-Calabro-0000000016 P.0007

Event Timeline:                    David Saffron Investment Fraud Scheme

Jan 5th - attended zoom webinar (zoom meeting id: 251-997-3628) David Saffron presented his Bitcoin trading strategy. Video clip: https://youtu.be/AcSXWX6taZY

Jan 6th - I invested 50 Bitcoin or $858,050.00 USD into David Saffron's investment plan. I was told my 50 Bitcoin would be doubled by Tuesday the 9th because of special market conditions.

Jan 8th - I flew to Las Vegas late Monday night. I wanted to meet David Saffron in person and other Bitcoin investors. I also planned on collecting my earnings in person.

Jan 10th - 1st meeting with David Saffron and other investors. There were approx. 8 people in our lunch party. Meeting lasted around 2 hours. Contact with attorney Mr. David Kagel was made via phone during this event.

Jan 11th - 2nd meeting with David Saffron and several other investors at the Vesper Bar & Lounge inside of the Cosmopolitan Hotel & Casino. I arrived around 12pm and the gathering was already in session. This gathering lasted around 1 hour. We were all invited to David Saffron's hotel suite at midnight that evening for a party.

Jan 13th - I flew home to North Carolina that afternoon.

Jan 16th - I sent David Saffron a text message and informed him that I was going to withdraw my seed money of 50 bitcoin the next day which was Wednesday Jan 17th. His reply was: ok

Jan 17th - All the investors that I was in contact with including myself thought this was going to be payday. There was no communication from David Saffron nor did anyone get paid. I am confused because I am trying to calculate when the 21-day trading cycle begins or ends. The terms keep changing and there is zero professional accountability.

Jan 23rd - David Saffron is arrested for an old warrant in Fulton County Georgia

Jan 23rd - one on the Bitcoin investors Rodney Burton sent me a photo of David Saffron. His arms are in duct tape and to me, it looks like a prank. Rodney informs me that out of the blue he gets this photo from David Saffron's phone.

Jan 25th - I sent attorney David Kagel an email asking about David Saffron and to verify the bitcoin wallet balance amount.

Jan 25th - I called attorney David Kagel to follow up with a conversation that we started on January 10th while I was in Las Vegas. Toward the end of my consultation I am told that David Saffron had an accident. David Kagel said his client was roughed up and gun was pulled on him and in bad shape. He also stated that David Saffron had his phone and computer taken from him. He went on to say that David Saffron would be out of commission for a few weeks. I immediately wish David a speedy recovery and asked if the 1,000 Bitcoin wallet was safe. Mr. Kagel did not seem to understand how to access the bitcoin but assured me that everything was going to be okay.

Jan 26th - I contact 3 of the investors that I personally know and all are thinking that David Saffron is a scam artist including myself.

Jan 30th - retained the Murrin Law Firm 7045 E Los Santos Dr, Long Beach, CA 90815 to represent our group of investors. As a group we have contacted attorney David Kagel and followed the 10 day return of deposit followed by the 5 business notice for returned deposit from the unrestricted access notice.

February 1st – ten-day notice letter for return of deposit is sent to Mr. Kagel and Mr. Saffron

February 12th – reply letter from attorney David Kagel to Murrin Law firm explains David Saffron had personal and legal issues. This letter states David Saffron will contact and return deposits to all investors.

Feb 15th – second letter sent to attorney David Kagel (5 day further notice for return of deposit) is requested and asked that written agreements be honored.

Feb 16th – David Saffron post bail and is released from jail in Georgia.

Feb 17th – a post is made on David Saffron's Facebook account. The notice states it is from Alan Saffron David's father. The timeline and events listed say that David was in a coma the same time that he was in jail.

Feb 26th – Frank Calabro Jr contacts David Saffron via text message. David Saffron states he has my 50 coins and it will be included in the group total refund of 206.5, this amount will be sent to my lawyer in 3 days or on March 1st 2018. I documented this entire conversation.

Feb 27th – Frank Calabro Jr contacts David Saffron via text message. David reply back with he will refund my 50 bitcoin by midnight March 1st 2018. He also asks for my bitcoin wallet address.

March 1st – email from attorney David Kagel stating that bitcoin will be returned at some point.

March 1st - Murrin Law Firm replies to David Kagel letter.

March 2nd – Frank Calabro Jr checks his bitcoin wallet address, coins have not been refunded as promised.

SDKD-Calabro-0000000017 P.0002

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 10, 2018

Frank Calabro, Jr.
frankiecalabrojr@gmail.com

Dear Mr. Calabro,

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours,

Kagel Law, a Professional Corporation

By _____
David L. Kagel

Gmail - Re: Saffron7899                                                                          2/28/18, 10:26 PM

 **Gmail**                                    David Kagel <davidlkagel@gmail.com>

## Re: Saffron7899
2 messages

**QM FINACE** ~~█████~~@gmail.com>                        Wed, Feb 28, 2018 at 9:57 PM
To: "David L. Kagel" <dkagel@earthlink.net>

Dear Sir,

The matter has been pending for 6 working days, our legal department is verifying your clients documents.
we told him this process would take 14 working days.

Please provide your clients security pass key ?

Please provide your clients last transaction date and amount?

Please provide your clients last session and BTC thru put?

Verify these things and we can close his account, once closed his money will be returned to your BTC trust account
within 5 working days.

kind Regards

Mr Wang Ta


On Tue, Feb 27, 2018 at 6:40 PM, David L. Kagel <dkagel@earthlink.net> wrote:
This matter has been pending of far too long. I need a response from your legal department within 24 hours and the
return of my client's BTC immediately. David L. Kagel


-----Original Message-----
From: QM FINACE
Sent: Feb 27, 2018 3:20 PM
To: David Kagel
Subject: Re: Saffron7899

We Have received your inquire and will forward to our legal department.
within 24-72 hours

Regards

Tony Gama
QM8


2018-02-27 14:45 GMT-05:00 David Kagel <dkagel@earthlink.net>:

SDKD-Calabro-0000000023

David L. Kagel
Kagel Law, a Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Office 310-860-9975
Cell 310-993-2129

---

**David Kagel** <davidlkagel@gmail.com>                    Wed, Feb 28, 2018 at 10:24 PM
To: Erwin 2 <davidsaffron@live.com>


Sent from my iPhone

Begin forwarded message:


> **From:** QM FINACE <qm8site@gmail.com>
> **Date:** February 28, 2018 at 9:57:18 PM PST
> **To:** "David L. Kagel" <dkagel@earthlink.net>
> **Subject: Re: Saffron7899**

[Quoted text hidden]

SDKD-Calabro-0000000023

Answers to questions :

Pass Key:

-----BEGIN PGP PUBLIC KEY BLOCK-----
Version: BCPG C# v1.6.1.0

Bc5S29zjttg46GlsMXv9kQZC+LyqcHfP6Rj/5AoRhOmbLc4G2I7XJDM34ZeQt
KJr8honZE8WTyr/p2RyJjJ37UeGOYy2InyXdhYg1LLXGWoDc2XgvnByILjEvtI
WzbAvRibJSfuZeChoocjJ0YJpBTi3Ys+RVKZfWg8lly9IG5TS0B93AvpM0G9n
rS3cchWw0TdDhakSbw2WbHIGb1jUDwDNYHUSdVewpQ9GXTVU4kD3OPb
ijynZeQ4Q5ULEnD7jec9G9w1/upK4F0jDvRnABEBAAG0FHNhdG9zaGljZyXN
aWwuY29tiQEcBBABAgAGBQJZ5Fb6AAoJEPkEliz+Ev8FziAH/33dueB2Mj+r
mSrMF+oT9p+pV6tm/50Y90p6WfQlZhbxik2VEBC89aDxmdqwyCD/+qpXXI+4
KgNKI46if/IHrF4H8g9u7SBmzi+3BFjCeFNAPAv+bdtWDGRcKupyuWprrl+7Zc
z4nC9zaiy1WVPqTLu9nUUOc7+qW6+d2F/qEmjaCx16Vrwl9pIQMflEhscYInE
vmMwHdcG4Expr5FmwC3N3RQX64OIpujS94dyU5R5tIXHc4w7BMmBcnRu3
KBKDIS3vkmJfb8Y8EExX/gS9kdKnkIJ55Xq+WPek6OPeo9849Z0Wi4pWLrVc
bs/zjUk=
=go0N
-----END PGP PUBLIC KEY BLOCK-----

Last Transaction :  Jan 22 2018  Amount 459BTC

SDKD-Calabro-0000000023

# MURRIN LAW FIRM
#### —— EST. 1977 ——

Mailing address:
7045 E. Los Santos Drive
Long Beach, CA 90815
562-342-3011 (Office)
562-724-7007 (Fax)

J. Owen Murrin
www.murrinlawfirm.com
*jmurrin@murrinlawfirm.com*

Practicing law in California & North Dakota only.
Nationwide Securities Arbitration and Mediation Services.

Client Appointment Office:
5150 Pacific Coast Highway
Suite 200, Long Beach, CA 90804

March 1, 2018

*Via Email*
David L. Kagel, Chief Executive Officer, Director
Kagel Law, a Professional Corporation
**dkagel@earthlink.net**

Ina Kagel
Chief Financial Officer, Secretary, and Director of Kagel Law, APC
**ikagel@earthlink.net**

Re:  Return of Bitcoin Deposit

Dear Mr. David L. Kagel and Ms. Ina P. Kagel;

We are in receipt of your email this morning which states for us to expect "the BTC wallet to be released shortly." Recall that your February 12th letter stated that Mr. Saffron would be in a position to "return their (the investors') deposits or otherwise make arrangements satisfactory to them. I expect that he will be able to begin that process by the end of this week." It has now been almost three weeks and now you have yet another delay tactic in claiming that because of some alleged investigation of the assault on David Saffron, "the deposits will be held pending the outcome of the investigation." Your attachment to your email did not reference any investigation of an assault, nor do we have any evidence of an assault or investigation. You have no basis whatsoever to withhold my clients' deposit based on some alleged investigation. If indeed there is an investigation, please provide proof of this investigation of an assault on David Saffron, or provide a signed release authorizing our firm to obtain the Sherriff's department January 23, 2018 arrest records of David Saffron.

Your failure to provide the information below and the signed release in the next 96 hours, or by Monday, March 5, 2018 will be deemed either an outright breach or an anticipatory repudiation of your obligation to indemnify pursuant to your January 7, 2018 letter to my clients.

As Attorneys, promising to provide an escrow function for the benefit and security of my clients, you have a fiduciary duty. We are deeply disappointed that your response to our letters has not provided us with any of the information we requested previously. Namely, my clients have requested the following information which you have not responded to. We have the right to this information:

Mr. Kagel, Ms. Ina Kagel, Kagel Law, APC
March 1, 2018
Page 2

    1. Given that my clients were told that this is a Ledger Nano Account, my clients want the receiving address verifying that the cryptocurrency was received and is still being held in one wallet and that the coins have not been dissipated into various and many wallets.

    2. Given that my clients were told that your office, Kagel Law, APC, would be acting to "assure" that the deposit would be returned, my clients demand proof from you that the coins still exist in the wallet.

    3. In furtherance thereof, my clients want viewing access to the wallet holding their deposit. As you know viewing a wallet is easily done if in possession of the correct watching wallet address. Viewing does not allow withdrawal. Allowing my clients access to the watching wallet address will assure my clients that the coins still exist.

    4. My clients are confused about your statement that "Mr. Saffron disabled access to them (cryptocurrency) by anyone other than himself." My clients want you to define "access". Is access to this wallet through a key, through a PIN number or through other means? Again, it defies logic that if you previously had unrestricted access to the wallet, that Mr. Saffron could disable that access during a stressful event as described in your February 12th letter.

    5. My clients were assured that your office was performing an escrow function. As such, my clients want to know what precautions you have taken to assure the safekeeping of my clients' deposit.

    Again, our clients have not received the return of their deposit or the promised return on their investment. Please return the deposit by Monday at noon, March 5, 2018, or we will take the appropriate legal action to assure that our clients' oral and written agreements with Mr. Saffron and Kagel Law, APC, (Mr. Kagel and Ms. Kagel), are honored.

    Please do not hesitate to give me a call if you wish to resolve this matter swiftly and amicably, or if you have any questions, suggestions, or instructions on how my clients can obtain the deposited bitcoin as quickly and efficiently as possible in accordance with the assurances that your firm and Mr. Saffron gave to my clients.

Very truly yours,

MURRIN LAW FIRM

J. Owen Murrin

| Date | Account | Direction | Detail | USD | BTC |
|---|---|---|---|---|---|
| 01/31/2018 at 6:48 PM | My account | from | ▓▓▓ | | |
| 01/31/2018 at 1:12 AM | My account | from | ▓▓▓ | | |
| 01/29/2018 at 1:16 PM | My account | from | ▓▓▓ | | |
| 01/29/2018 at 1:07 PM | My account | to | ▓▓▓ | | |
| 01/15/2018 at 3:04 PM | My account | to | ▓▓▓ | | |
| 01/15/2018 at 1:28 PM | My account | from | ▓▓▓ | | |
| 01/15/2018 at 10:36 AM | My account | from | ▓▓▓ | | |
| 01/06/2018 at 9:41 PM | My account | to | 87jt | USD -516,172.42 | BTC -50.00895356 |
| 01/06/2018 at 4:40 PM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 01/05/2018 at 2:09 PM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 01/05/2018 at 11:44 AM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 01/05/2018 at 9:24 AM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 01/05/2018 at 9:22 AM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 01/05/2018 at 9:19 AM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 01/02/2018 at 2:28 PM | My account | from | ▓▓▓ | ▓▓▓ | ▓▓▓ |

SDKD-Calabro-0000000025

| Date | Account | Direction | | | Amount (USD) | Amount (BTC) |
|---|---|---|---|---|---|---|
| 01/02/2018 at 2:28 PM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/05/2018 at 9:19 AM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/05/2018 at 9:22 AM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/05/2018 at 9:24 AM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/05/2018 at 11:44 AM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/05/2018 at 2:09 PM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/06/2018 at 4:40 PM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/06/2018 at 9:41 PM | ✷ My account | to | ▓▓▓▓▓ | buy | USD -516,172.42 | BTC -50.00895356 |
| 01/15/2018 at 10:36 AM | ✷ My account | from | ▓▓▓▓▓ | | | |
| 01/15/2018 at 1:28 PM | ● My account | from | ▓▓▓▓▓ | | | |
| 01/15/2018 at 3:04 PM | ● My account | from | ▓▓▓▓▓ | | | |
| 01/29/2018 at 1:07 PM | ✷ My account | to | ▓▓▓▓▓ | | | |
| 01/29/2018 at 1:16 PM | ● My account | to | ▓▓▓▓▓ | | | |
| 01/31/2018 at 1:12 AM | ● My account | from | ▓▓▓▓▓ | | | |
| 01/31/2018 at 6:48 PM | ● My account | from | ▓▓▓▓▓ | | | |

SDKD-Calabro-0000000026

Jan 5th - attended zoom webinar (zoom meeting id: 251-997-3628)

David Saffron presented his Bitcoin trading strategy.

Video clip: https://youtu.be/AcSXWX6taZY

SDKD-Calabro-0000000027



SDKD-Calabro-0000000028

**The Los Angeles County Sheriff's Department**
**Inmate Information Center**

(The information was current as of: 01/27/2018 20:29 PST)

| VINELink | Search For Another Inmate | Back To The Search Result |

Booking No.: 5211943   Last Name: SAFFRON   First Name: DAVID   Middle Name: GILBERT

Sex: M   Race: W   Date Of Birth: ███ 972   Age: 45   Hair: BRO   Eyes: BRO   Height: 603   Weight: 240

Charge Level: F (Felony)

### ARREST

Arrest Date: 01/23/2018   Arrest Time: 0400   Arrest Agency: 4215   Agency Description: LAPD-NO HOLLYWOOD DIVISION

Date Booked: 01/23/2018   Time Booked: 1206   Booking Location: 4279   Location Description: LAPD - VALLEY JAIL (VAN NUYS)

### BAIL

Total Bail Amount: NO BAIL   Total Hold Bail Amount: 0.00   Grand Total: NO BAIL

### HOUSING LOCATION

Housing Location: IRC

Permanent Housing Assigned Date: 01/27/2018   Assigned Time: 1017   Visitor Status: N

Facility: INMATE RECEPTION CENTER
Address: 450 BAUCHET STREET   City: LOS ANGELES

Public Visiting Guidelines

*For County facility visiting hours, Please call (213) 473-6080 at Inmate Information Center.*

### COURT

Next Court Code: M30   Next Court Date: 02/08/2018   Next Court Time: 0830   Next Court Case: BA46493501

Court Name: LOS ANGELES MUNI CT DIV 30
Court Address: 210 W. TEMPLE STREET   Court City: LOS ANGELESUPT

### RELEASE

No Information On Release Date.

### CASE INFORMATION

| Case No. | Court Name | Court Address | Court City | Bail Amt. | Fine Amt. | Court Date | Sent. Date | Sent. Day(s) | Disp Code |
|----------|-----------|---------------|------------|-----------|-----------|------------|------------|--------------|-----------|
| BA******** | | | | NO BAIL | .00 | 02/08/2018 | | 0 | |

Click on specific Case No. for detailed information.

SDKD-Calabro-0000000029

**Frank E Calabro Jr** <frankiecalabrojr@gmail.com>
to David

Jan 25 

Hello David,

I sent you a text yesterday about setting up a consultation
for corporate structure.

I could actually fly out to Los Angeles and would like to at some
point, to meet with you in person.

Also I wanted to verify the one thousand Bitcoin balance held
in Escrow.

David Saffron has not paid anyone in our group and it is unclear
as of why that is the case.

I recall how much you said that you liked Hendersonville, NC
and I am actually going there on a weekend getaway in 3 weeks.


Looking Forward To Our Meeting,


Frank Calabro Jr

252-503-2092


2018-01-10 19:28 GMT-05:00 David Kagel <dkagel@earthlink.net>:

SDKD-Calabro-0000000030

Exhibit 18 -  Materials Produced by Participant 4

Message

| | |
|---|---|
| **From:** | Hitesh Juneja [hitesh93@gmail.com] |
| **Sent:** | 10/9/2018 7:17:43 PM |
| **To:** | Amakor, Michael O. [/o=CFTC/ou=Washington, DC/cn=Recipients/cn=mamakor] |
| **Subject:** | Re: Subpoena from the CFTC |

Hi Michael,

Just wanted to add a note that we dropped the lawsuit after his 100 btc payment back to us on April 15. Though he hadn't paid others back yet, we couldn't justify the cost and time commitments to running a lawsuit when we had already received a payment from him.

On Tue, Oct 9, 2018 at 4:39 PM Hitesh Juneja <hitesh93@gmail.com> wrote:
Hi Michael,

As per our phone conversation, I have attached all the information I compiled originally for our lawsuit and any updates since.
I hope this helps!

Sincerely,
Hitesh Juneja

On Tue, Oct 9, 2018 at 3:23 PM Amakor, Michael O. <mamakor@cftc.gov> wrote:

Dear Mr. Junega,

Please find attached a Subpoena and two related documents from the U.S. Commodity Futures Trading Commission's ("CFTC") Division of Enforcement in the matter of David G. Saffron and David Kagel.

Should you have any questions please contact me, thank you.

Sincerely,



Michael O. Amakor

**Futures Trading Investigator**

Division of Enforcement, U.S. Commodity Futures Trading Commission

1155 21st Street, NW |Washington, DC 20581 | Tel: 202.418.5553 | Fax 202.418.5124

The previous message is a private U.S. Government communication. This message and all attachments are a private communication sent by a Federal Investigator and may be confidential or protected by privilege. If

SDKD-Hitesh-0000000001

you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

SDKD-Hitesh-0000000001

**Original Information shared with our attorney:**

Nathan will be providing you with complete timelines. I am including my experience here:

January 1st and 2nd I received calls from Nathan and Dion informing me that they were in Las Vegas meeting with David Saffron who had promised them 3 to 1 returns in as little as 3 days on Bitcoin investments. I was put on call with David who made the following claims:

- Mr. Saffron was trading and managing a portfolio of over 5000 bitcoin (roughly $75million)
- He was using an automated robot/AI/trading software that was able to open and close positions automatically and net him a 5 to 8 times return on the trades.
- He required more funds to be able to scale up his trading.
- He had 1000 BTC (about $15m) in a private escrow that David Kagel (his attorney) had access to. In case he was unable to provide the promised returns within the provided timeframe, Mr. Kagel would access the escrow to pay out to the investor.
The letter shared with me for this purpose is here ->
https://drive.google.com/open?id=0B73W4ajUYPF6MmxRTjk4dmZGYUo4NDZTcWFpS
FJ1LXFUazVF

On January 3rd, I received text from Nathan confirming that he had done a 10btc investment ($150,000) and received 30btc ($450,000) payment in a 24 hour period. I was told the source of this increase was the cutting edge software trading that David Saffron was utilizing.

On January 4th I flew out to Vegas to meet David Saffron and his group. We had a preliminary meeting where he re-stated the points he made over the phone (noted above). At this point he invited us (Nathan, Dion, and I) to his room so he could share more evidence of returns.

He showed a few screenshots of returns to other clients. He said he had open positions available that would mature on Sunday and would provide a 3 to 1 return, failing which the escrow would cover this investment, and excused himself to attend some phone calls. Based on Nathans' experience and the information presented I personally had my business partner send in 20btc with the expectation of 60 BTC return on the following sunday, 3 days later.

On Sunday, David Saffron got on a phone call with me and suggested that I invest additional funds and that I should expect to receive 60btc in a few hours. He put me on call with David Kagel and had him confirm again that he indeed had an escrow and also sent me the attached letter. I promised further investment after the first return was done.

Over the course of the next 20 days David Saffron made tens of excuses including demonstrably false statements (such as claiming he sent the funds to Nathan, that it was stuck in the banking channels and so on). He further apologized for the delay and promised to increase the return to 65btc, then 70 btc, and eventually 130btc with the

promise to return the funds 21 days from initial investment (January 25-26). He claimed that his usual cycle was 21 days but in an effort to please Nathan he promised it in 3 days which he was unable to keep.

During this time he continued to push for more investments, which I continued to promise only on delivery of the initial deal.

On January 13th, I spoke with David Kagel and asked him to release the funds from the escrow. Mr. Kagel promised to do so. A few hours later, I asked again for a status update and he claimed to have released the funds to Mr. Saffron after stating he wasn't in town to do so, and then claiming he had "done what was needed and now David Saffron will handle things".

Mr. Saffron meanwhile claimed that Mr. Kagel didn't know how to work with Bitcoin properly and had misled me about releasing the bitcoin. Over the next few days the same excuses continued and Mr. Saffron stated he was closing additional clients and would use those funds to "leverage his positions" and would be able to pay me back. As of today, the same excuses continue. During this time I have been able to research further into Mr. Saffron and Mr. Kagel's backgrounds and discovered this is typical for them. I also spoke with other victims not related to Nathan's group who have been put through the same process and are currently trying to recover their funds.

Nathan will be able to furnish more complete timelines including his experience, audio and video recordings of David Saffron making such claims and trying to close clients.


**Information from Nathan**:


Here is an audio recording of the initial meeting I had with David Saffron at his hotel room at the Cosmopolitan hotel in Las Vegas on January 2nd at 3:04pm:

https://drive.google.com/open?id=1DnbwVgR9AofVcy3HUnRYC_f8sGAQ7ohO


This is a timeline of the audio recording

| Timeline | Event |
|---|---|
| 0:00 - 0:55 | His Pitch |
| 0:55 - 3:10 | Sob Story (also part of pitch) |
| 3:10 - 3:25 | Explain why he needs us |
| 3:25 - 4:00 | Explains our compensation |
| 4:00 - 4:50 | Pitch |
| 4:50 - 5:05 | Testimonials |

SDKD-Hitesh-0000000003

| | |
|---|---|
| 5:05 - 5:15 | Saffrons created Genesis Mining (USI Tech) |
| 5:15 - 5:30 | Saffron created USI Tech's renewable energy technology |
| 5:40 - 6:00 | Saffrons an inventor |
| 6:00 - 7:00 | Saffron wants other to rise with him |
| 7:00 - 7:10 | Saffrons client list (Evan Ahem, Mark Cuban, Maloof |
| 7:10 - 8:00 | How to get started |

Over the next 5 days, Bitcoin was given to David Saffron daily as shown in this spreadsheet:

https://drive.google.com/open?id=1OqCIiipMvHh5-ooThuKiAatsSGdXFrP2

On the 11th of January Saffron allowed me to record video of his "trading bot":

https://drive.google.com/open?id=1meOLkCiW1YmFBZpIyNiwR3a3A5kLyRJh

**Updates Since the above:**

David created and launched bitm8.io, then theomicrontrust.com, which was renamed to circlesociety.com over a course of 5 months. I kept in touch with him and continued to request that he pay out what is owed to us. At this point David stated that he would be able to pay us should I promise to get him more investment in his websites. He finally paid a portion of what he owed (100btc) to us with the condition that we reinvest a portion on his new site or get more investors.

Being unwilling to publicize of promote David at all, we simply reinvested a portion under various pseudonyms which is now stuck in his website pending release. From the conversations with other investors like Rodney Burton, they have still not been paid by David and various excuses have been implemented.

SDKD-Hitesh-0000000003

**KAGEL LAW**
A Professional Corporation
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
TELEPHONE: (310) 860-9975
E-MAIL: dkagel@earthlink.net

January 7, 2018

Hitesh Juneja
Jason Rose
J&H Business Institute Corp., LLC

████████████████████████

Cypress TX ████████████

Gentlemen:

This firm acts as counsel to David Saffron. We understand that you will be depositing bitcoin and other forms of cryptocurrency with Mr. Saffron which he will be investing on your behalf. He has agreed to return your investment to you together with a profit. In order to assure that your deposit will be returned in the event that Mr. Saffron is unable or unwilling to do so he has deposited at least one thousand bitcoin in a wallet to which he has given us access. He has agreed to at all times maintain the deposit in the wallet and give this firm unrestricted access to it. If you have not received the return of your deposit from Mr. Saffron following ten business days' notice to him with a copy to us, upon five business days' notice to us we will return your deposit from the aforementioned wallet.

You agree to copy us on all written communication between you and Mr. Saffron and to advise us of the contents of all verbal communications between the two of you.

Very truly yours,

Kagel Law, a Professional Corporation

By: _____
David L. Kagel

Exhibit 19 - Materials Produced by Participant 5

Message

| | |
|---|---|
| **From:** | Kameron Pollock [kameron.pollock7@gmail.com] |
| **Sent:** | 10/10/2018 4:35:28 PM |
| **To:** | Amakor, Michael O. [/o=CFTC/ou=Washington, DC/cn=Recipients/cn=mamakor] |
| **Subject:** | Re: Subpoena from the CFTC |
| **Attachments:** | Screen Shot 2018-10-10 at 1.33.23 PM.png |

Thank you Michael,

Here are my answers

    1. All communications with David Saffron;

    None

    2. All communications with David Kagel;

    None

    3. All video or audio recordings of David Saffron;

    None

    4. All video or audio recordings of David Kagel;

    None

    5. All documents relating to any investment with David Saffron;

    None

    6. All documents relating to any potential investment with David Saffron;

    None

    7. Account statements relating to any investment with David Saffron;

    None

    8. Bank records relating to any investment with David Saffron;

    None

    9. Marketing materials relating to any investment with David Saffron;

    None

    10. All documents relating to Bitcoins provided to David Saffron.

    Here is a screenshot of the bitcoin I sent to Nathan Van Tuyl. (provided Below)

SDKD-Pollock-0000000002

Thank you Michael,


Kameron Pollock


On Wed, Oct 10, 2018 at 1:15 PM Amakor, Michael O. <mamakor@cftc.gov> wrote:

Dear Mr. Pollock,


As discussed please fill in your responses along with your experiences for each of the elements:


**Documents To Be Produced Pursuant To Subpoena**

For the subpoena period, please produce the following documents and communications:


1. All communications with David Saffron;

2. All communications with David Kagel;

3. All video or audio recordings of David Saffron;

4. All video or audio recordings of David Kagel;

5. All documents relating to any investment with David Saffron;

6. All documents relating to any potential investment with David Saffron;

7. Account statements relating to any investment with David Saffron;

8. Bank records relating to any investment with David Saffron;

9. Marketing materials relating to any investment with David Saffron;

10. All documents relating to Bitcoins provided to David Saffron.


Sincerely

SDKD-Pollock-0000000002

Michael

**From:** Amakor, Michael O.
**Sent:** Wednesday, October 10, 2018 10:14 AM
**To:** 'Kam'
**Subject:** RE: Subpoena from the CFTC

Kam, please call me at 202-418-5553

**From:** Kam [mailto:kameron.pollock7@gmail.com]
**Sent:** Tuesday, October 09, 2018 10:21 PM
**To:** Amakor, Michael O.
**Subject:** Re: Subpoena from the CFTC

Hi I am very confused? Can you please explain what this is?

Thank you

Kameron Pollock

Sent from my iPhone

On Oct 9, 2018, at 1:17 PM, Amakor, Michael O. <mamakor@CFTC.gov> wrote:

> Dear Mr. Pollock,
>
> Please find attached a Subpoena and two related documents from the U.S. Commodity Futures
> Trading Commission's ("CFTC") Division of Enforcement in the matter of David G. Saffron
> and David Kagel.
>
> Should you have any questions please contact me, thank you.
>
> Sincerely,

SDKD-Pollock-0000000002

<image002.jpg>Michael O. Amakor

**Futures Trading Investigator**

Division of Enforcement, U.S. Commodity Futures Trading Commission

1155 21st Street, NW |Washington, DC 20581 | Tel: 202.418.5553 | Fax 202.418.5124

The previous message is a private U.S. Government communication. This message and all attachments are a private communication sent by a Federal Investigator and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

<Subpoena to Kameron Pollock.pdf>

<CFTC Subpoena Statement.pdf>

<CFTC Data Delivery Standards.pdf>