# UNDER SEAL

# UNDER SEAL

Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

```
___FILED         ___RECEIVED
___ENTERED       ___SERVED ON
                 COUNSEL/PARTIES OF RECORD

        OCT 11 2019

  CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendant. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") hereby requests that this Court extend the *Ex Parte* Temporary Restraining Order ("TRO") entered on October 3, 2019, against David Gilbert Saffron a/k/a David Gilbert ("Saffron") and his business entity, Circle Society, Corp. ("Circle Society") (collectively, "Defendants") for an additional period of two weeks from the scheduled October 15, 2019 hearing on Plaintiff's Motion for a Preliminary Injunction ("PI Motion," ECF No. 6), until on or about October 29, 2019. The CFTC also requests a two-week continuance of the hearing on its pending PI Motion, until on or about October 29, 2019.[1] In support of this motion, Plaintiff states as follows:

---

[1] The CFTC is available for a hearing on the pending PI Motion on October 29, 2019, if this date is convenient for the Court.

1

1. On September 30, 2019, Plaintiff filed a Complaint against Defendants, seeking injunctive and other equitable relief for anti-fraud and other violations of the Commodity Exchange Act (the "Act") and Commission Regulations promulgated thereunder. ECF No. 1.

2. On October 3, 2019, the Court entered an *Ex Parte* TRO against Defendants (set to expire on October 15, 2019, at 6:00 p.m.). The Court also scheduled a hearing on the CFTC's PI Motion for Tuesday, October 15, 2019 at 1:30 p.m. Order dated October 3, 2019 ("October 3, 2019 Order" or "Order"), ECF No. 9.

3. The CFTC served Defendant Circle Society by delivering a copy of the Summons, Complaint, *Ex Parte* TRO, PI Motion, all other initial filings, and the Order (ECF Nos. 1-6), to Circle Society's Registered Agent Preston Sterling Kerr via electronic mail on October 7, 2019 and United Parcel Service overnight on October 8, 2019. *See* Affidavit of Service and supporting exhibits, ECF No. 10.

4. After the Court issued the sealed October 3, 2019 Order, the CFTC immediately retained three process servers in California, Florida, and Nevada to effect service upon Saffron. Despite the CFTC's best efforts to effectuate service of process on Saffron, it has been unable to serve him by delivering a copy of the Summons, Complaint, *Ex Parte* TRO, PI Motion, all other initial filings, and the Order, to Saffron personally through a private process server. Three different private process servers have made numerous attempts of service at six separate residences as of the date of this filing, including Saffron's last-known addresses in California and Nevada, but have been unsuccessful. *See* Declaration of George H. Malas in Support of Plaintiff's Motion to Extend TRO and Continue the Hearing on Plaintiff's Motion for a Preliminary Injunction at ¶¶ 7-8 ("Malas Decl. II," attached as Exhibit 1). As such, Saffron has not yet been formally served with the court documents in this case and does not have formal

notice of the scheduled October 15, 2019 hearing on Plaintiff's PI Motion.

5. After the Court issued the sealed October 3, 2019 Order, the CFTC also served numerous individuals and entities who may hold assets and documents related to Defendants' business activities or personal finances with a copy of the Order via electronic mail in order to provide notice of the TRO's asset freeze and prohibition on the destruction of documents. *See* Malas Decl. II, ¶ 6.

6. As of the date of this motion, Defendants continue soliciting active and prospective pool participants and offering new investment plans. *See* Malas Decl., ECF No. 5-1, 6-1 at 38. Since the filing of the Complaint and other motions on September 30, 2019, the CFTC has been contacted by at least twenty-nine additional individuals regarding this matter.[2]

7. Therefore, the CFTC requests that this Court extend and continue the *Ex Parte* TRO for an additional period of two weeks from the scheduled October 15, 2019 hearing on Plaintiff's PI Motion, until on or about October 29, 2019. Additionally, the CFTC requests a two-week continuance of the hearing on Plaintiff's PI Motion, until on or about October 29, 2019.

8. The CFTC will continue its efforts to serve Saffron with all court documents. If Saffron is served, the CFTC will file proof of service immediately thereafter. However, if the CFTC is unable to serve Saffron, the CFTC intends to move the Court for an order allowing for service to be effected through an alternative method such as service by publication pursuant to Fed. R. Civ. P. 4(e)(1) and Nev. R. Civ. P. 4.4(b), (c).

---

[2] As of the date of this filing, the CFTC is aware of approximately seventy-four individuals who have invested funds with Defendants.

**WHEREFORE**, the CFTC respectfully requests that the Court extend and continue the *Ex Parte* TRO entered on October 3, 2019 to on or about October 29, 2019, and continue the hearing on the CFTC's pending PI motion for two weeks, until on or about October 29, 2019.

Dated: October 11, 2019

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5523

4

# Exhibit 1

Declaration of George H. Malas in Support of Plaintiff's Motion to Extend Temporary Restraining Order and Continue the Hearing on Plaintiff's Motion for a Preliminary Injunction

Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendant. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**DECLARATION OF GEORGE H. MALAS IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

I, George H. Malas, hereby declare as follows:

1. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. I have worked as a Futures Trading Investigator for Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "CFTC") since September 2009.  Prior to joining the Commission, I held positions as a Compliance Officer and Branch Administrative Manager at Deutsche Bank Securities Inc. and as a Compliance Examiner, Investigator and Regulatory Analyst at the National Association of Securities Dealers (now known as "FINRA").  I have a Bachelor of Science in Business Administration, with a Concentration in Finance, from Towson State University and a Master of Business Administration from Johns Hopkins University.

1

3. I am the Futures Trading Investigator assigned to assist in the investigation of David Gilbert Saffron ("Saffron") and Circle Society, Corp. ("Circle Society") (collectively, "Defendants").

4. Defendant Saffron is a citizen of Australia and his last known residence is 3765 Pacific Street, Las Vegas, Nevada 89121; however, it appears as though Saffron is currently commuting between rental residences and/or hotels in Las Vegas, Nevada and Los Angeles, California.

5. Defendant Circle Society is a Nevada corporation, and the Nevada Secretary of State's Articles of Incorporation for Circle Society list Saffron as the only officer of the company.

6. The CFTC sought and obtained a Temporary Restraining Order on October 3, 2019 ("Order"), which contains an asset freeze and prohibition on the destruction of documents. Accordingly, I served numerous individuals and entities that may hold assets and documents related to Defendants' business activities or personal finances with a copy of the Order via electronic mail on October 4, 2019.

7. Lastly, the CFTC has attempted and continues to attempt service on Saffron with the following documents: (1) Complaint (ECF No. 1); (2) Civil Cover Sheet; (3) Signed Summons (ECF No. 4); (4) Motion to Permit Appearance of Government Attorneys (ECF No. 3); (5) Motion and Memorandum to Seal and Proposed Order (ECF No. 2); (6) Motion and Memorandum for *Ex Parte* Statutory Restraining Order and Proposed Order (ECF No. 5); (7) Declaration of CFTC Futures Trading Investigator George Malas with Exhibits (ECF Nos. 5-1, 6-1); (8) Motion and Memorandum for Preliminary Injunction and Proposed Order (ECF No. 6); and (9) Sealed Court Order re Motions for Pretrial Equitable Relief and Related Matters (ECF No. 9).

8. The CFTC has made numerous attempts to serve Saffron via three different private

2

process service companies located in California, Florida, and Nevada, and at six separate residences as of the date of this Declaration, including Saffron's last-known addresses in California and Nevada; however, service has yet to be effected.[1]

I declare under penalty of perjury that the foregoing is true and correct.

_____
George H. Malas

Futures Trading Investigator

Executed in Washington, D.C. on October 10, 2019.

---

[1] Additional documentation detailing service attempts can be made available to the court upon request.

3

Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>Defendant. | Case No.  2:19-cv-1697-JAD-DJA |

### [PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Having reviewed Plaintiff Commodity Futures Trading Commission's Motion to Extend the *Ex Parte* Temporary Restraining Order ("TRO") entered on October 3, 2019 (ECF No. 9) and Continue the Hearing on Plaintiff's Motion for a Preliminary Injunction scheduled for October 15, 2019, and the Court being fully advised,

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and that the *Ex Parte* TRO entered on October 3, 2019, against Defendants David Gilbert Saffron and Circle Society, Corp. is extended for an additional period of two weeks from the scheduled October 15, 2019 hearing on Plaintiff's Motion for a Preliminary Injunction, until October 29, 2019.

IT IS FURTHER ORDERED that Plaintiff's Motion is granted and that the hearing on Plaintiff's Motion for a Preliminary Injunction set for October 15, 2019 at 1:30 p.m. is continued until October 29, 2019.

**IT SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____