# UNDER SEAL

UNDER SEAL

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 11 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-6158 (Karst)
Telephone: (202) 418-5306 (Mulreany)
Facsimile: (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,

Defendant.

Case No. 2:19-cv-1697-JAD-DJA

**AFFIDAVIT OF SERVICE ON DEFENDANT CIRCLE SOCIETY, CORP.**

I, Danielle Karst, hereby declare as follows:

1. I am counsel for Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "CFTC") in this action and have personal knowledge of the facts stated herein.

2. Defendant Circle Society, Corp. ("Circle Society") is a Nevada corporation, and the Nevada Secretary of State's Articles of Incorporation for Circle Society list P. Sterling Kerr ("Kerr") as the active Registered Agent of Circle Society. *See* Certified Nevada Secretary of State business records for Circle Society and Nevada Secretary of State online listing for Circle Society dated October 9, 2019 (attached as Exhibit 1).

3. Counsel for Circle Society's Registered Agent P. Sterling Kerr confirmed to me in an email dated October 4, 2019, that "Mr. Kerr will accept electronic service by email at the

following address: sterling@sterlingkerrlaw.com."[1]

4. Accordingly, I served Circle Society on October 7, 2019, with the following documents via electronic mail to Circle Society's Registered Agent P. Sterling Kerr (sterling@sterlingkerrlaw.com): (1) Complaint (ECF No. 1); (2) Civil Cover Sheet; (3) Signed Summons (ECF No. 4); (4) Motion to Permit Appearance of Government Attorneys (ECF No. 3); (5) Motion and Memorandum to Seal and Proposed Order (ECF No. 2); (6) Motion and Memorandum for *Ex Parte* Statutory Restraining Order and Proposed Order (ECF No. 5); (7) Declaration of CFTC George Malas with Exhibits (ECF Nos. 5-1, 6-1); (8) Motion and Memorandum for Preliminary Injunction and Proposed Order (ECF No. 6); and (9) Sealed Court Order re Motions for Pretrial Equitable Relief and Related Matters (ECF No. 9).

5. In addition to my service on Registered Agent P. Sterling Kerr via electronic mail, on October 8, 2019, CFTC paralegal Hillary Van Tassel served the same above-listed documents on Circle Society via United Parcel Service ("UPS") overnight delivery to Circle Society's Registered Agent P. Sterling Kerr at 2450 St. Rose Parkway, Suite 120, Henderson, Nevada 89074. *See* Proof of Service on Circle Society (attached as Exhibit 2) and UPS delivery confirmation (attached as Exhibit 3).

---

[1] Subsequently, Mr. Kerr's counsel stated that Mr. Kerr had resigned as Registered Agent of Circle Society and provided a copy of Mr. Kerr's Resignation of Registered Agent Form to the CFTC. This Resignation of Registered Agent Form is undated and does not contain any stamp or other proof of filing from the Nevada Secretary of State's Office. Mr. Kerr's counsel stated that, "according to his [Kerr's] staff, this [Kerr's resignation] was sent on 8/20/19." Nevada Revised Statute 77.370 governing resignation of a registered agent provides in relevant part: "A statement of resignation takes effect on the earlier of the 31st day after the day on which it is filed or the appointment of a new registered agent for the represented entity." The Nevada Secretary of State's records do not show that Mr. Kerr's resignation has actually been *filed*, irrespective of the date Mr. Kerr's staff "sent" the resignation. Although the CFTC requested additional documentation of Mr. Kerr's resignation from Mr. Kerr's counsel, the CFTC has not received any such documentation as of the date of this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2019.

By: ______________________
Danielle E. Karst

# Exhibit 1

## Nevada Secretary of State Certified Records

**STATE OF NEVADA**

***BARBARA K. CEGAVSKE***
*Secretary of State*

***KIMBERLEY PERONDI***
*Deputy Secretary for Commercial Recordings*



**OFFICE OF THE SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

## Certified Copy

10/10/2019 04:03:20 AM

**Work Order Number:** W2019100700546 - 150065
**Reference Number:** 20190214929
**Through Date:** 10/10/2019 04:03:20 AM
**Corporate Name:** CIRCLE SOCIETY, CORP.

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20180394381-29 | Initial List - 09/06/2018 | 1 |
| 20180394380-18 | Articles of Incorporation - 09/06/2018 | 1 |



Certified By: Electronically Certified
Certificate Number: B20191010282783
You may verify this certificate online at **http://www.nvsos.gov**

Respectfully,

Barbara K. Cegavske

BARBARA K. CEGAVSKE
Nevada Secretary of State

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

CIRCLE SOCIETY, CORP. | E0419242018-7

NAME OF CORPORATION

FOR THE FILING PERIOD OF SEP, 2018 TO SEP, 2019

*100103*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

****YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov****

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

(This document was filed electronically.)

**ABOVE SPACE IS FOR OFFICE USE ONLY**

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ____

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

NRS 76.020 Exemption Codes
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: ____

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| DAVID SAFFRON | PRESIDENT (OR EQUIVALENT OF) | 2450 ST ROSE PKWY STE 120 | HENDERSON | NV | 89074 |
| DAVID SAFFRON | SECRETARY (OR EQUIVALENT OF) | 2450 ST ROSE PKWY STE 120 | HENDERSON | NV | 89074 |
| DAVID SAFFRON | TREASURER (OR EQUIVALENT OF) | 2450 ST ROSE PKWY STE 120 | HENDERSON | NV | 89074 |
| DAVID SAFFRON | DIRECTOR | 2450 ST ROSE PKWY STE 120 | HENDERSON | NV | 89074 |

**None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.**

**I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.**

X DAVID SAFFRON

**Signature of Officer or Other Authorized Signature**

**Title** PRESIDENT

**Date** 9/6/2018 11:34:34 AM


*040105*



**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website: www.nvsos.gov**

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

(This document was filed electronically.)

**USE BLACK INK ONLY - DO NOT HIGHLIGHT** **ABOVE SPACE IS FOR OFFICE USE ONLY**

**1. Name of Corporation:** CIRCLE SOCIETY, CORP.

**2. Registered Agent for Service of Process:** (check only one box)

[X] Commercial Registered Agent: P STERLING KERR
Name

[ ] Noncommercial Registered Agent (name and address below) ***OR*** [ ] Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity

Street Address | City | Nevada | Zip Code

Mailing Address (if different from street address) | City | Nevada | Zip Code

**3. Authorized Stock:** (number of shares corporation is authorized to issue)

Number of shares *with par value:* ______ Par value per share: $ ______ Number of shares *without par value:* 2500

**4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees)

1) DAVID SAFFRON
Name

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 2450 ST ROSE PKWY STE 120 | HENDERSON | NV | 89074 |

2) ______
Name

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

**5. Purpose:** (optional; required only if Benefit Corporation status selected)

*The purpose of the corporation shall be:*
ANY LEGAL PURPOSE

**6. Benefit Corporation:** (see instructions) [ ] Yes

**7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator)

**I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.**

DAVID SAFFRON
Name

X DAVID SAFFRON
**Incorporator Signature**

| Address | City | State | Zip Code |
|---|---|---|---|
| 2450 ST ROSE PKWY STE 120 | HENDERSON | NV | 89074 |

**8. Certificate of Acceptance of Appointment of Registered Agent:**

*I hereby accept appointment as Registered Agent for the above named Entity.*

X P STERLING KERR
**Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity**

9/6/2018
Date

*This form must be accompanied by appropriate fees.*

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CIRCLE SOCIETY, CORP.

**Entity Number:**

E0419242018-7

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

09/06/2018

**NV Business ID:**

NV20181639895

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2019

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

P STERLING KERR

**Status:**

Active

**CRA Agent Entity Type:**

CRA - Corporation

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20131671786

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

2450 ST ROSE PKWY STE 120, HENDERSON, NV, 89074, USA

**Email Address:**

PSKLAW@AOL.COM

**Mailing Address:**

**Individual with Authority to Act:**

PRESTON STERLING KERR

**Contact Phone Number:**

**Fictitious Website or Domain Name:**

**PRINCIPAL OFFICE ADDRESS**

**Address:**

**Mailing Address:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
| --- | --- | --- | --- | --- |

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | DAVID SAFFRON | 2450 ST ROSE PKWY STE 120, HENDERSON, NV, 89074, USA | 09/06/2018 | Active |
| Secretary | DAVID SAFFRON | 2450 ST ROSE PKWY STE 120, HENDERSON, NV, 89074, USA | 09/06/2018 | Active |
| Treasurer | DAVID SAFFRON | 2450 ST ROSE PKWY STE 120, HENDERSON, NV, 89074, USA | 09/06/2018 | Active |
| Director | DAVID SAFFRON | 2450 ST ROSE PKWY STE 120, HENDERSON, NV, 89074, USA | 09/06/2018 | Active |

**Page 1 of 1, records 1 to 4 of 4**

**CURRENT SHARES**

| Class/Series | Type | Share Number | Value |
|---|---|---|---|

No records to view.

Number of No Par Value Shares:

**2500**

Total Authorized Capital:

**2,500**

Filing History Name History Mergers/Conversions

Return to Search Return to Results

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:**

CIRCLE SOCIETY, CORP.

**Entity Number:**

E0419242018-7

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

09/06/2018

**NV Business ID:**

NV20181639895

**Termination Date:**

Perpetual

**Annual Report Due Date:**

9/30/2019

### FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 09/06/2018 | 09/06/2018 | 20180394381-29 | Initial List | | External | |

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 09/06/2018 | 09/06/2018 | 20180394380-18 | Articles of Incorporation | | External | |

**Page 1 of 1, records 1 to 2 of 2**

**FILING DATE SNAPSHOT AS OF: 09/06/2018**

**Business Details** **Name Changes** **Principal Office** **Registered Agent**

**Officer Information** **Shares**

**No Data to display.**

Back Return to Search Return to Results

# Exhibit 2

## Proof of Service on Circle Society

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Commodity Futures Trading Commission,

*Plaintiff(s)*

v.

David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp.,

*Defendant(s)*

Civil Action No. 2:19-cv-01697-JAD-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Circle Society, Corp.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Danielle Edward Karst
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

(By) DEPUTY CLERK

October 4, 2019

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-01697-JAD-DJA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Circle Society, Corp.
was received by me on *(date)* October 4, 2019 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Preston Sterling Kerr, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Circle Society, Corp. on *(date)* October 8, 2019 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 9, 2019

[signature]
*Server's signature*

Hillary Van Tassel, Paralegal Specialist
*Printed name and title*

Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
*Server's address*

Additional information regarding attempted service, etc:

Preston Sterling Kerr, registered agent for Circle Society, Corp., agreed to accept service on behalf of Circle Society, Corp. On October 7, 2019 the Commodity Futures Trading Commission placed in overnight UPS mail the following documents: Complaint, Motion to Seal and Proposed Order, Civil Cover Sheet, Signed Summons for Circle Society, Corp. and David Saffron, Declaration of Commodity Futures Trading Commission Investigator George Malas including Exhibits, Motion and Memo for Preliminary Injunction and Proposed Order, Motion and Memo for *Ex Parte* Statutory Restraining Order and Proposed Order, Motion to Permit Appearance of Government Attorneys, and Court Order. The service package was delivered to the Law Offices of P. Sterling Kerr, P.C., 2450 Saint Rose Parkway, Suite 120, Henderson, NV 890474 on October 8, 2019 at 10:20am and signed for by DES.

# Exhibit 3

## UPS Delivery Confirmation

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZA4796A2210244620

**Service**

UPS Next Day Air/UPS Express

**Delivered On**

10/08/2019 10:20 A.M.

**Delivered To**

HENDERSON, NV, US

**Received By**

DES

**Left At**

Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/08/2019 1:43 P.M. EST



# UPS Next Day Air®
# UPS Worldwide Express®

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER: 1Z A47 96A 22 1024 462 0

**SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.: A 4 7 9 6 A

REFERENCE NUMBER: David Saffran (A7159)

NAME: Danielle Karst TELEPHONE: 202 418-6158

COMPANY: CFTC

STREET ADDRESS: 1155 21ST ST STREET NW RM. 1109

CITY AND STATE: WASHINGTON DC ZIP CODE: 20581

**EXTREMELY URGENT DELIVERY TO**

NAME: Circle Society, Corp. TELEPHONE: 702 608-0835

COMPANY: c/o Registered Agent F. Sterling Kerr, Esq.

STREET ADDRESS: 2450 Saint Rose Parkway, Suite 120 DEPT./FLR. Residential Delivery ☐

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Henderson, NV ZIP CODE: 89074

3 WEIGHT: LTR [X] PAK ☐ WEIGHT DIMENSIONAL WEIGHT If Applicable LARGE PACKAGE [✓]

4 SHIPPER RELEASE ☐

CHARGES

5 TYPE OF SERVICE: [X] NEXT DAY AIR ☐ EXPRESS (INT'L) $

FOR INTERNATIONAL SHIPMENTS $ CUSTOMS VALUE ☐ DOCUMENTS ONLY

6 OPTIONAL SERVICES:
☐ SATURDAY PICKUP See instructions ☐ SATURDAY DELIVERY See instructions $
☐ DECLARED VALUE FOR CARRIAGE For declared value over $100, see instructions. $ AMOUNT $
☐ C.O.D. If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package. $ AMOUNT $

7 ADDITIONAL HANDLING CHARGE: ☐ An Additional Handling Charge applies for certain items. See instructions. $

TOTAL CHARGES $

8 METHOD OF PAYMENT: BILL SHIPPER'S ACCOUNT NUMBER [X] In Section 1; BILL RECEIVER ☐ BILL THIRD PARTY ☐ Domestic Only Record Account No. In Section 9; CREDIT CARD ☐ American Express Diner's Club MasterCard Visa; CHECK ☐

9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. EXPIRATION DATE /

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE ZIP CODE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

10 SHIPPER'S SIGNATURE X [signature] DATE OF SHIPMENT 10/7/19

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

0101911202609 6/14 RRD SHIPPER'S COPY

This form not needed with UPS Internet Shipping at UPS.com