# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff<br><br>v.<br><br>David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp.,<br><br>Defendants | Case No.: 2:19-cv-01697-JAD-DJA<br><br>**Order Granting Motions to Unseal Case, Continue Hearing, and Extend Temporary Restraining Order**<br><br>[ECF Nos. 11, 12, 13] |

Plaintiff Commodity Futures Trading Commission (Commission) explains that it has served defendant Circle Society with process and copies of the other initial filings in this case. The Commission explains that it has also attempted to serve defendant David Gilbert Saffron with process and those documents but has been unable to locate him. However, the Commission is informed and believes that Saffron is aware of this lawsuit. The Commission thus moves to unseal the docket in this case,[1] continue the hearing on the motion for a preliminary injunction to on or about October 29, 2019,[2] and similarly extend the time that the temporary restraining order is set to expire.[3] Based on the Commission's representations, my prior finding that "[t]he evidence shows that defendants have the means and willingness to continue their operations and divert payments from participants and other assets on the fly[,]"[4] and good cause appearing,

---

[1] ECF No. 11.
[2] ECF No. 12.
[3] ECF No. 13.
[4] ECF No. 9 at 15.

IT IS HEREBY ORDERED that the Commission's motions to unseal this case, continue the hearing on the injunctive-relief motion, and extend the temporary restraining order **[ECF Nos. 11, 12, 13] are GRANTED.**

IT IS FURTHER ORDERED that the hearing on the Commission's motion for a preliminary injunction [ECF No. 6] is **CONTINUED to 4:00 p.m. on October 29, 2019.**

IT IS FURTHER ORDERED that the time for the temporary restraining order **[ECF No. 9] to expire is EXTENDED to October 29, 2019, at 6:00 p.m.**

The Commission is directed to add this order to the stack of documents that it must serve Saffron with as soon as practicably possible and thereafter file proof of that service.

The Clerk of Court is directed to unseal this case and all documents in it.

_____
U.S. District Judge Jennifer A. Dorsey
October 11, 2019