# Exhibit A

California Process Server Affidavit of Non-Service

## DECLARATION OF NON-SERVICE

| Case: 2:19-cv-01697-JAD-DJA | Court: United States District Court District of Nevada | County: | Job: |
|---|---|---|---|
| Plaintiff / Petitioner: Commodity Futures Trading Commission Division of Enforcement | | Defendant / Respondent: David Gilbert Saffron aka David Gilbert and Circle Society Corp. | |
| Received by: OC Process Servers | | For: Commodity Futures Trading Commission Division of Enforcement | |
| To be served upon: David Gilbert Saffron aka David Gilbert and Circle Society Corp. | | | |

I, Robert Diaz, declare as follows: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

**Recipient Name / Address:** David Gilbert Saffron aka David Gilbert and Circle Society Corp.
**Manner of Service:** Non-Service
**Documents:** Sealed Order re: Motions for Pretrial Equitable Relief and Related Matters; Complaint for Injunctive Relief, Restitution, Disgorgement and Civil Monetary Penalties Under the Commodity Exchange Act; Civil Cover Sheet, Summons in a Civil Action for David Gilbert Saffron, Summons in a Civil Action for Circle Society Corp; Plaintiffs Motion for Ex Parte Order to Temporarily Seal Entire Docket of New Civil Action; Proposed Order Temporarily Sealing Entire Docket of New Civil Action; Plaintiffs Emergency Ex Parte Motion for a Statutory Restraining Order and Memorandum in Support; Proposed Ex Parte Statutory Restraining Order; Declaration of George H Malas

**Additional Comments:**

I made the following attempts to serve the above defendant at the following addresses:

10/7/19 at 4:50 p.m. at ▓▓▓▓▓▓▓▓▓▓ Los Angeles, CA ▓▓▓. I spoke to a Mr Novion who said that the subject never worked here, he used to be one of their clients and he said that he "is worth nothing."
10/7/19 at 6:20 p.m. at ▓▓▓▓▓, Los Angeles, CA ▓▓▓. I spoke to Sean Rouhani, the owner of this property, who said that the subject rented this house for 4 months, and moved out in January.
10/7/19 at 7:00 p.m. at ▓▓▓▓▓, North Hollywood, CA ▓▓▓. Subject was not listed on the directory. I spoke to a few other residents but they did not know who the subject was. No apartment number given.
10/8/19 at 5:35 p.m. at ▓▓▓▓▓, Los Angeles, CA ▓▓▓. I spoke to a man at the residence named Kent who said that the subject moved to Las Vegas and no longer lives here.
10/10/19 at 8:04 p.m. at ▓▓▓▓▓, Woodland Hills, CA ▓▓▓. I spoke to a white male, who refused to give his name, He said they bought the house 3 years ago and they used to get mail for the subject. I checked with the neighbor who confirmed that the subject used to rent here but moved a few years ago.

I declare under the laws of the State of California that the above is true and correct.

Robert Diaz
5681

Date 10-15-19

RLD Services
254 E 3rd St
San Dimas, Ca 91773
626 375 5246

## DECLARATION OF NON-SERVICE

| Case: 2:19-cv-01697-JAD-DJA | Court: United States District Court for District of Nevada | County: | Job: |
|---|---|---|---|
| **Plaintiff / Petitioner:** Commodity Futures Trading Commission Division of Enforcement | | **Defendant / Respondent:** David Gilbert Saffron aka David Gilbert and Circle Society Corp. | |
| **Received by:** OC Process Servers | | **For:** Commodity Futures Trading Commission Division of Enforcement | |
| **To be served upon:** David Gilbert Saffron aka David Gilbert and Circle Society Corp. | | | |

I, Yvette Hemmens, declare as follows: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

**Recipient Name / Address:** David Gilbert Saffron aka David Gilbert and Circle Society Corp.,
**Manner of Service:** Non Service
**Documents:** Sealed Order re: Motions for Pretrial Equitable Relief and Related Matters; Complaint for Injunctive Relief, Restitution, Disgorgement and Civil Monetary Penalties Under the Commodity Exchange Act; Civil Cover Sheet, Summons in a Civil Action for David Gilbert Saffron, Summons in a Civil Action for Circle Society Corp; Plaintiffs Motion for Ex Parte Order to Temporarily Seal Entire Docket of New Civil Action; Proposed Order Temporarily Sealing Entire Docket of New Civil Action; Plaintiffs Emergency Ex Parte Motion for a Statutory Restraining Order and Memorandum in Support; Proposed Ex Parte Statutory Restraining Order; Declaration of George H Malas

**Additional Comments:**
In addition to the five attempts of personal service upon David Saffron at various addresses in the Los Angeles area as described in the Declaration of Non-Service by process server Robert Diaz, I attempted to reach David Saffron at 13 different phone numbers provided to me by the Commodity Futures Trading Commission. The numbers and results of the calls I made on October 20, 2019 are listed below.

(702) 481-1551 (believed to be most recent) Thank you for calling. Please leave your name and # after the tone.
(702) 213-1372 (believed to be active # Saffron is using) Leave a message after the beep.
(310) 849-6408 The # you are trying to call is not reachable.
(310) 498-3977 The wireless customer you are calling is not available. Please try again later. Tried again later- same message.
(818) 716-0650 We're sorry, you have reached a # that is no longer in service.
(213) 453-6148 The call was picked up and put down immediately, but no-one answered.
(310) 467-5283 The # you have dialed is not a working #. Please check the # and dial again.
(310) 459-0703 The # you have dialed has been disconnected or is no longer in service.
(310) 453-1660 The # you have dialed has been disconnected or is no longer in service.
(917) 755-3454 The # has been forwarded to an automatic message system. Please leave a message./Called again later: Answered by a male. When I asked to speak w/David he said "wrong #" & put the phone down.
(386) 872-5409 Answered by a woman who asked "Do you know who you've called? you're calling a business on a Sunday. I'm putting your number on a spam list".
(323) 930-0948 The # you have dialed has been disconnected or is no longer in service.
(213) 453-2134 This # is not accepting calls at this time. Try again later. Did so, but same message.

I declare under the laws of California that the above is true and correct.

_____  10/21/19
Yvette Hemmens,                    Date
Orange County Reg. # 2987

OC Process Servers
2151 Michelson Dr, Ste. 168
Irvine, CA 92612
949 202-8583