# Exhibit C

Nevada Process Server Affidavit of Non-Service

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEVADA

COMMONDITY FURTURES
TRADING COMMISSION,

        Plaintiff(s),

vs.

DAVID GILBERT SAFFRON
a/k/a DAVID GILBERT AND
CIRCLE SOCIETY CORP.,

        Defendant(s).

Case No.: 2:19-CV-01697-JAD-DJA
Dept No.:
Docket No.:

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEVADA    )
                              ) ss.
COUNTY OF CLARK    )

Scott Hetrick, being first duly sworn, deposes and says; that affiant is and was on the dates when service was attempted of the within: **SUMMONS AND COMPLAINT,** a citizen of the United States, over 18 years of age, and not a party to, nor interested in the within action; that affiant received the above named document(s) and attempted to personally serve/have them served upon: **DAVID GILBERT SAFFRON**

**AKA DAVID GILBERT**

subject(s), during the period of October 7, 2019 through October 18, 2019 at his/her last known address(es) of: ▇▇▇▇▇▇▇▇▇▇ in the City of Las Vegas, County of Clark, State of Nevada, without success in locating said subject(s). Affiant was not able to serve/have subject(s) served for the following reasons:

**The following attempts were made to the home at** ▇▇▇▇▇▇▇▇▇▇:

- 1 -

1 | **10-7-19 at 1:46 p.m. – No entry through gate. No vehicles or people present.**
2 | **10-8-19 at 7:15 a.m. – No entry through gate. No vehicles or people present.**
3 | **10-8-19 at 8:34 p.m. – No entry through gate. No vehicles or people present.**
4 | **10-18-19 at 1:35 p.m. – No entry though gate. No vehicles or people present.**
5 | **The following names were on the directory: Chu, Deijulio, Woodrow, Wen, Kriger. Affiant**
6 | **attempted to call some of the residents to get additional information or gain access through**
7 | **the gate but the directory was not working.**

Affiant, on the basis of the previous information, was unable to locate / serve subject(s).

_____
Scott Hetrick #429
Attorney's Process NV #429
330 E. Warm Springs Rd #A-7
Las Vegas, NV 89119
(702) 547-9036

SUBSCRIBED AND SWORN to before me this 18th day of October, 2019.

_____
NOTARY PUBLIC

LUCIA D. SLOAN
Notary Public State of Nevada
No. 00-62898-1
My Appt. Exp. March 21, 2020

- 2 -