# Exhibit D

Undeliverable Emails to David Saffron

## Malas, George

**From:** Mail Delivery System-Bounce <MAILER-DAEMON@cftc.gov>
**To:** newsletter@circlesociety.com
**Sent:** Friday, October 18, 2019 12:56 PM
**Subject:** Undeliverable: CFTC v. David Saffron, Circle Society, Corp.

### Delivery has failed to these recipients or groups:

newsletter@circlesociety.com
A problem occurred while delivering this message to this email address. Try sending this message again. If the problem continues, please contact your helpdesk.

The following organization rejected your message: [185.70.40.103].

### Diagnostic information for administrators:

Generating server: mail.cftc.gov

newsletter@circlesociety.com
[185.70.40.103]
Remote Server returned '<[185.70.40.103] #5.0.0 smtp; 5.1.0 - Unknown address error 554-'5.7.1 <newsletter@circlesociety.com>: Recipient address rejected: this address does not exist' (delivery attempts: 0)>'

Original message headers:

```
IronPort-SDR: 2nTy9p3LuyQ4I3ZMabTH9h21L847ph397sGJdqdARFZ5CweT+VBz+LSp04TQUs3z7p2akDFyDC
 AKZutF/jdo2A==
X-IronPort-AV: E=Sophos;i="5.67,312,1566878400";
   d="gif'147?scan'147,208,217,147";a="6796658"
X-IronPort-DK-Sig: DC_DKIM_Signing
Received: from dcprdex1.cftc.gov ([172.16.1.105])
  by DC-ESA01-IN.cftc.gov with ESMTP/TLS/ECDHE-RSA-AES256-SHA384; 18 Oct 2019 12:55:46 -0400
Received: from DCPRDEX2.cftc.gov (2620:0:250:8010:b481:615d:7147:a245) by
 DCPRDEX1.cftc.gov (2620:0:250:8010:49dc:6fb1:8d1e:5e81) with Microsoft SMTP
 Server (TLS) id 15.0.1473.3; Fri, 18 Oct 2019 12:55:45 -0400
Received: from DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245]) by
 DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245%18]) with mapi id
 15.00.1473.005; Fri, 18 Oct 2019 12:55:45 -0400
From: "Malas, George" <GMalas@CFTC.gov>
To: "davidsaffron@live.com" <davidsaffron@live.com>,
        "Support@Circlesociety.com" <Support@Circlesociety.com>,
        "newsletter@circlesociety.com" <newsletter@circlesociety.com>,
        "nulpajad@hotmail.com" <nulpajad@hotmail.com>, "davidsaffron33@gmail.com"
        <davidsaffron33@gmail.com>, "davidsaffron@gmail.com"
        <davidsaffron@gmail.com>, "davidsaffron22@gmail.com"
        <davidsaffron22@gmail.com>, "dsaffron@brokendoorfetish.com"
```

1

```
                <dsaffron@brokendoorfetish.com>, "david@buycyberspace.com"
                <david@buycyberspace.com>, "a9@a9models.com" <a9@a9models.com>,
                "iamdavidsaffron.com@wix-domains.com" <iamdavidsaffron.com@wix-domains.com>,
                "kyc@circlesociety.com" <kyc@circlesociety.com>, "davidsaffron@mail.com"
                <davidsaffron@mail.com>
CC: "Marcus R. Mumford" <mrm@mumfordpc.com>
Subject: CFTC v. David Saffron, Circle Society, Corp.
Thread-Topic: CFTC v. David Saffron, Circle Society, Corp.
Thread-Index: AdWFlOI/KsoyJWk8SU2+fkH/5TEF5A==
Importance: high
X-Priority: 1
Disposition-Notification-To: "Malas, George" <GMalas@CFTC.gov>
Return-Receipt-To: <GMalas@CFTC.gov>
Date: Fri, 18 Oct 2019 16:55:45 +0000
Message-ID: <31690dad7c394174a0ee0837c02b390c@DCPRDEX2.cftc.gov>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-ms-exchange-transport-fromentityheader: Hosted
x-originating-ip: [172.16.201.193]
x-ms-exchange-transport-rule: #1
Content-Type: text/plain
MIME-Version: 1.0
```

## Malas, George

| | |
|---|---|
| **From:** | Mail Delivery System-Bounce <MAILER-DAEMON@cftc.gov> |
| **To:** | dsaffron@brokendoorfetish.com |
| **Sent:** | Friday, October 18, 2019 12:56 PM |
| **Subject:** | Undeliverable: CFTC v. David Saffron, Circle Society, Corp. |

### Delivery has failed to these recipients or groups:

dsaffron@brokendoorfetish.com
A problem occurred while delivering this message to this email address. Try sending this message again. If the problem continues, please contact your helpdesk.

### Diagnostic information for administrators:

Generating server: DC-ESA01.cftc.gov

dsaffron@brokendoorfetish.com
Remote Server returned '< #5.0.0 smtp; 5.1.2 - Bad destination host 'DNS Hard Error looking up brokendoorfetish.com (MX): NXDomain' (delivery attempts: 0)>'

Original message headers:

```
IronPort-SDR: 2nTy9p3LuyQ4I3ZMabTH9h21L847ph397sGJdgdARFZ5CweT+VBz+LSp04TQUs3z7p2akDFyDC
 AKZutF/jdo2A==
X-IronPort-AV: E=Sophos;i="5.67,312,1566878400";
   d="gif'147?scan'147,208,217,147";a="6796658"
X-IronPort-DK-Sig: DC_DKIM_Signing
Received: from dcprdex1.cftc.gov ([172.16.1.105])
  by DC-ESA01-IN.cftc.gov with ESMTP/TLS/ECDHE-RSA-AES256-SHA384; 18 Oct 2019 12:55:46 -0400
Received: from DCPRDEX2.cftc.gov (2620:0:250:8010:b481:615d:7147:a245) by
 DCPRDEX1.cftc.gov (2620:0:250:8010:49dc:6fb1:8d1e:5e81) with Microsoft SMTP
 Server (TLS) id 15.0.1473.3; Fri, 18 Oct 2019 12:55:45 -0400
Received: from DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245]) by
 DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245%18]) with mapi id
 15.00.1473.005; Fri, 18 Oct 2019 12:55:45 -0400
From: "Malas, George" <GMalas@CFTC.gov>
To: "davidsaffron@live.com" <davidsaffron@live.com>,
        "Support@Circlesociety.com" <Support@Circlesociety.com>,
        "newsletter@circlesociety.com" <newsletter@circlesociety.com>,
        "nulpajad@hotmail.com" <nulpajad@hotmail.com>, "davidsaffron33@gmail.com"
        <davidsaffron33@gmail.com>, "davidsaffron@gmail.com"
        <davidsaffron@gmail.com>, "davidsaffron22@gmail.com"
        <davidsaffron22@gmail.com>, "dsaffron@brokendoorfetish.com"
        <dsaffron@brokendoorfetish.com>, "david@buycyberspace.com"
        <david@buycyberspace.com>, "a9@a9models.com" <a9@a9models.com>,
        "iamdavidsaffron.com@wix-domains.com" <iamdavidsaffron.com@wix-domains.com>,
        "kyc@circlesociety.com" <kyc@circlesociety.com>, "davidsaffron@mail.com"
```

1

```
                <davidsaffron@mail.com>
CC: "Marcus R. Mumford" <mrm@mumfordpc.com>
Subject: CFTC v. David Saffron, Circle Society, Corp.
Thread-Topic: CFTC v. David Saffron, Circle Society, Corp.
Thread-Index: AdWFIOI/KsoyJWk8SU2+fkH/5TEF5A==
Importance: high
X-Priority: 1
Disposition-Notification-To: "Malas, George" <GMalas@CFTC.gov>
Return-Receipt-To: <GMalas@CFTC.gov>
Date: Fri, 18 Oct 2019 16:55:45 +0000
Message-ID: <31690dad7c394174a0ee0837c02b390c@DCPRDEX2.cftc.gov>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-ms-exchange-transport-fromentityheader: Hosted
x-originating-ip: [172.16.201.193]
x-ms-exchange-transport-rule: #1
Content-Type: text/plain
MIME-Version: 1.0
```

## Malas, George

| | |
|---|---|
| From: | Mail Delivery System-Bounce <MAILER-DAEMON@cftc.gov> |
| To: | a9@a9models.com |
| Sent: | Friday, October 18, 2019 12:56 PM |
| Subject: | Undeliverable: CFTC v. David Saffron, Circle Society, Corp. |

**Delivery has failed to these recipients or groups:**

a9@a9models.com
A problem occurred while delivering this message to this email address. Try sending this message again. If the problem continues, please contact your helpdesk.

Diagnostic information for administrators:

Generating server: DC-ESA01.cftc.gov

a9@a9models.com
Remote Server returned '< #5.0.0 smtp; 5.1.2 - Bad destination host 'DNS Hard Error looking up a9models.com (MX): NXDomain' (delivery attempts: 0)>'

Original message headers:

```
IronPort-SDR: 2nTy9p3LuyQ4I3ZMabTH9h21L847ph397sGJdgdARFZ5CweT+VBz+LSp04TQUs3z7p2akDFyDC
 AKZutF/jdo2A==
X-IronPort-AV: E=Sophos;i="5.67,312,1566878400";
   d="gif'147?scan'147,208,217,147";a="6796658"
X-IronPort-DK-Sig: DC_DKIM_Signing
Received: from dcprdex1.cftc.gov ([172.16.1.105])
  by DC-ESA01-IN.cftc.gov with ESMTP/TLS/ECDHE-RSA-AES256-SHA384; 18 Oct 2019 12:55:46 -0400
Received: from DCPRDEX2.cftc.gov (2620:0:250:8010:b481:615d:7147:a245) by
 DCPRDEX1.cftc.gov (2620:0:250:8010:49dc:6fb1:8d1e:5e81) with Microsoft SMTP
 Server (TLS) id 15.0.1473.3; Fri, 18 Oct 2019 12:55:45 -0400
Received: from DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245]) by
 DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245%18]) with mapi id
 15.00.1473.005; Fri, 18 Oct 2019 12:55:45 -0400
From: "Malas, George" <GMalas@CFTC.gov>
To: "davidsaffron@live.com" <davidsaffron@live.com>,
        "Support@Circlesociety.com" <Support@Circlesociety.com>,
        "newsletter@circlesociety.com" <newsletter@circlesociety.com>,
        "nulpajad@hotmail.com" <nulpajad@hotmail.com>, "davidsaffron33@gmail.com"
        <davidsaffron33@gmail.com>, "davidsaffron@gmail.com"
        <davidsaffron@gmail.com>, "davidsaffron22@gmail.com"
        <davidsaffron22@gmail.com>, "dsaffron@brokendoorfetish.com"
        <dsaffron@brokendoorfetish.com>, "david@buycyberspace.com"
        <david@buycyberspace.com>, "a9@a9models.com" <a9@a9models.com>,
        "iamdavidsaffron.com@wix-domains.com" <iamdavidsaffron.com@wix-domains.com>,
        "kyc@circlesociety.com" <kyc@circlesociety.com>, "davidsaffron@mail.com"
```

1

```
                <davidsaffron@mail.com>
CC: "Marcus R. Mumford" <mrm@mumfordpc.com>
Subject: CFTC v. David Saffron, Circle Society, Corp.
Thread-Topic: CFTC v. David Saffron, Circle Society, Corp.
Thread-Index: AdWF1OI/KsoyJWk8SU2+fkH/5TEF5A==
Importance: high
X-Priority: 1
Disposition-Notification-To: "Malas, George" <GMalas@CFTC.gov>
Return-Receipt-To: <GMalas@CFTC.gov>
Date: Fri, 18 Oct 2019 16:55:45 +0000
Message-ID: <31690dad7c394174a0ee0837c02b390c@DCPRDEX2.cftc.gov>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-ms-exchange-transport-fromentityheader: Hosted
x-originating-ip: [172.16.201.193]
x-ms-exchange-transport-rule: #1
Content-Type: text/plain
MIME-Version: 1.0
```

# Malas, George

**From:** Mail Delivery System-Bounce <MAILER-DAEMON@cftc.gov>
**To:** david@buycyberspace.com
**Sent:** Friday, October 18, 2019 12:56 PM
**Subject:** Undeliverable: CFTC v. David Saffron, Circle Society, Corp.

## Delivery has failed to these recipients or groups:

david@buycyberspace.com
A problem occurred while delivering this message to this email address. Try sending this message again. If the problem continues, please contact your helpdesk.

Diagnostic information for administrators:

Generating server: DC-ESA01.cftc.gov

david@buycyberspace.com
Remote Server returned '< #5.0.0 smtp; 5.1.2 - Bad destination host 'Multiple DNS queries were attempted and failed: DNS Hard Error looking up buycyberspace-com.mail.protection.outlook.com (A): NXDomain' (delivery attempts: 0)>'

Original message headers:

```
IronPort-SDR: 2nTy9p3LuyQ4I3ZMabTH9h21L847ph397sGJdgdARFZ5CweT+VBz+LSp04TQUs3z7p2akDFyDC
 AKZutF/jdo2A==
X-IronPort-AV: E=Sophos;i="5.67,312,1566878400";
   d="gif'147?scan'147,208,217,147";a="6796658"
X-IronPort-DK-Sig: DC_DKIM_Signing
Received: from dcprdex1.cftc.gov ([172.16.1.105])
  by DC-ESA01-IN.cftc.gov with ESMTP/TLS/ECDHE-RSA-AES256-SHA384; 18 Oct 2019 12:55:46 -0400
Received: from DCPRDEX2.cftc.gov (2620:0:250:8010:b481:615d:7147:a245) by
 DCPRDEX1.cftc.gov (2620:0:250:8010:49dc:6fb1:8d1e:5e81) with Microsoft SMTP
 Server (TLS) id 15.0.1473.3; Fri, 18 Oct 2019 12:55:45 -0400
Received: from DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245]) by
 DCPRDEX2.cftc.gov ([fe80::b481:615d:7147:a245%18]) with mapi id
 15.00.1473.005; Fri, 18 Oct 2019 12:55:45 -0400
From: "Malas, George" <GMalas@CFTC.gov>
To: "davidsaffron@live.com" <davidsaffron@live.com>,
        "Support@Circlesociety.com" <Support@Circlesociety.com>,
        "newsletter@circlesociety.com" <newsletter@circlesociety.com>,
        "nulpajad@hotmail.com" <nulpajad@hotmail.com>, "davidsaffron33@gmail.com"
        <davidsaffron33@gmail.com>, "davidsaffron@gmail.com"
        <davidsaffron@gmail.com>, "davidsaffron22@gmail.com"
        <davidsaffron22@gmail.com>, "dsaffron@brokendoorfetish.com"
        <dsaffron@brokendoorfetish.com>, "david@buycyberspace.com"
        <david@buycyberspace.com>, "a9@a9models.com" <a9@a9models.com>,
        "iamdavidsaffron.com@wix-domains.com" <iamdavidsaffron.com@wix-domains.com>,
        "kyc@circlesociety.com" <kyc@circlesociety.com>, "davidsaffron@mail.com"
```

1

```
         <davidsaffron@mail.com>
CC: "Marcus R. Mumford" <mrm@mumfordpc.com>
Subject: CFTC v. David Saffron, Circle Society, Corp.
Thread-Topic: CFTC v. David Saffron, Circle Society, Corp.
Thread-Index: AdWF1OI/KsoyJWk8SU2+fkH/5TEF5A==
Importance: high
X-Priority: 1
Disposition-Notification-To: "Malas, George" <GMalas@CFTC.gov>
Return-Receipt-To: <GMalas@CFTC.gov>
Date: Fri, 18 Oct 2019 16:55:45 +0000
Message-ID: <31690dad7c394174a0ee0837c02b390c@DCPRDEX2.cftc.gov>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-ms-exchange-transport-fromentityheader: Hosted
x-originating-ip: [172.16.201.193]
x-ms-exchange-transport-rule: #1
Content-Type: text/plain
MIME-Version: 1.0
```