# Exhibit E

Email Confirmation from kyc@circlesociety.com

# Malas, George

| | |
|---|---|
| **From:** | KYC <Kyc@circlesociety.com> |
| **Sent:** | Friday, October 18, 2019 12:56 PM |
| **To:** | prvs=187bbd53f=GMalas@cftc.gov |
| **Subject:** | [EXTERNAL] Auto: CFTC v. David Saffron, Circle Society, Corp. |

Thank you for your KYC document submission. This email is to confirm receipt of your KYC forms for processing.
Thank you

**-Circle Society Management**


Please Do NOT reply to this email.