# Exhibit G

Telegram Messages

7:48

**Saved Messages**

⋮

October 7

**Offical channel**

Please Note PM's to this accounts with questions relating to CS will not be answerable till
October 16th 2019

If you have any account related Questions please wait till after that date to ask them , as they cannot be addressed till on the day of above or 12−24 hours prior to the above or in some circumstances before and after the date , the logical thought 💭 here is related to a 5th dimensional methodology!
Being time!

In time all will be revealed
For good or bad

Whereby the big question
Will be answered

Thereby allowing  the clients
Space to breathe and realization
That the scope and project is true

However if the question yields
A negative scope answer
Then the address should be that of
which is non existent

Either way on the 16th of October
All will be revealed one way or





Message

 

← 🔖 **Saved Messages** ⋮

2:37 PM ✓✓

October 9

**Offical channel**

Developments are occurring all around us , people are confused
Some are confident in Change
While others in background plan , plot and ploy!!!

But I am confident in my TEAM Because...

Together
Everyone
Achieves
More

The Truth will reveal itself

Next week

Admin                              👁 265  1:26 PM

October 10

**Adam Scholl**

For your awareness:

You are receiving this email pursuant to the complaint and/or information that you previously provided to me concerning David Saffron and/or Circle Society Corp. First, I want to

😊  Message                              📎  🎤

|||    ◯    ‹

7:49  

←  **Saved Messages** ⋮

will be answered

Thereby allowing  the clients
Space to breathe and realization
That the scope and project is true

However if the question yields
A negative scope answer
Then the address should be that of
which is non existent

Either way on the 16th of October
All will be revealed one way or
another

 Admin

 👁 432  7:11 PM



**HodlerSavage**
What's up with yahoo slandering you, David? Going to sue them?
12:10 PM



**rain_coin**
Let's hear some delighting news   12:10 PM

**HodlerSavage**
https://finance.yahoo.com/news/cftc-charges-nevada-man-11-222356826.html
12:10 PM

**SteBo**
Are you ok? Are we moving forward w emergency payouts?
12:10 PM

**Circle Society Official Account**                                    owner
It's odd but prison wins in this line
Strange how things you never expect sometimes happen   12:10 PM

**Bob**
What's up David   12:10 PM

**HodlerSavage**
I'm shook that David would ruin your good name   12:10 PM

**Circle Society Official Account**                                    owner
> **HodlerSavage**
> I'm shook that David would ruin your good name

Apparently I'm guilty already so no point in going to court on 29th
12:11 PM

**HodlerSavage**
I mean. Just pay us out since you're not guilty. That easy!   12:11 PM

**Record of CS Announcements**

**Forwarded from Circle Society Channel 2019**

Chat group closed per lawyers instructions

All CS operations are closed

Till after October 29th 2019

Regards

Circle  Society

Management                              👁 118   12:16 PM