# Exhibit 2

UPS Confirmation and Email to Kerr

## UPS Next Day Air / UPS Worldwide Express

### Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z A47 96A 22 1024 466 6

**SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.: A4796A

REFERENCE NUMBER: David Saffron (A7189)

NAME: Danielle Karst
TELEPHONE: 202 418-4153

COMPANY: **CFTC**

STREET ADDRESS: **1155 21ST ST STREET NW RM. 1109**

CITY AND STATE: **WASHINGTON**  DC  ZIP CODE: **20581**

**EXTREMELY URGENT DELIVERY TO**

NAME: CircleSociety, Corp.
TELEPHONE: 702 608-0835

COMPANY: c/o Registered Agent, P. Sterling Kerr, Esq.

STREET ADDRESS: 2450 Saint Rose Parkway, Suite 120
DEPT./FLR: Residential Delivery

CITY AND STATE: Henderson, NV  ZIP CODE: 89074

---

**Section 1 — WEIGHT:** X

**5. TYPE OF SERVICE:** X NEXT DAY AIR
EXPRESS (INT'L)
For International Shipments: DOCUMENTS ONLY / CUSTOMS VALUE $

**6. OPTIONAL SERVICES:**
- SATURDAY PICKUP
- SATURDAY DELIVERY
- DECLARED VALUE FOR CARRIAGE (For declared value over $100, see instructions.) AMOUNT $
- C.O.D. (If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.) AMOUNT $

**7. ADDITIONAL HANDLING CHARGE:** An Additional Handling Charge applies for certain items. See instructions. $

**TOTAL CHARGES:** $

**8. METHOD OF PAYMENT:** X BILL SHIPPER'S ACCOUNT NUMBER
- BILL RECEIVER (Domestic Only)
- BILL THIRD PARTY
- CREDIT CARD (American Express, Diner's Club, MasterCard, Visa)
- CHECK

**9. RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** / EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE                ZIP CODE

**10. SHIPPER'S SIGNATURE:** X [signature]

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT: 10/17/19

**SHIPPER'S COPY**

0101911202609 6/14 RRD

---

## Drop-Off Package Receipt: 1 of 1
**THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.**

DROP-OFF LOCATION:
THE UPS STORE #2016
2021 L St NW Ste 101
WASHINGTON DC 20036

DROP-OFF DATE/TIME:
Wed 16 Oct 2019 10:20 AM

ESTIMATED PICKUP DATE:
UPS (Air)    Wed 16 Oct 2019    1pkg

CUSTOMER:
Not Provided
ID Type: Not Provided

TOTAL PACKAGES: 1pkg

| TRACKING NUMBER | CARRIER & SERVICE | WEIGHT |
|---|---|---|
| 1ZA4796A2210244666 | UPS Next Day | 0.30 lb |

THIS RECEIPT LISTS EACH PACKAGE RECEIVED BY THE UPS STORE #2016 AND INDICATES THAT THE INFORMATION FOR EACH PACKAGE HAS BEEN TRANSMITTED TO EACH CARRIER'S DATA SYSTEM. THIS RECEIPT IS NOT CONFIRMATION THAT THE CARRIER HAS PICKED UP THE PACKAGES. TO VERIFY WHEN AND IF A PACKAGE HAS BEEN PICKED UP, ENTER ONE OF THE FOLLOWING WEB ADDRESSES IN YOUR BROWSER AND ENTER THE TRACKING NUMBERS LISTED ABOVE.    HTTP://THEUPSSTORE.COM (SELECT TRACKING, THEN ENTER TRACKING #)    YOU ACKNOWLEDGE THAT THE SHIPMENT SERVICES PROVIDED BY THE UPS STORE #2016 FOR THE LISTED PACKAGES ARE SUBJECT TO AND GOVERNED BY EACH CARRIER AGREEMENT, IF APPLICABLE, THE RATES AND SERVICE GUIDE FOR EACH CARRIER, AND THE TARIFF IN EFFECT AT THE TIME OF SHIPMENT.

Thank you for visiting The UPS Store

Where holidays are made easy.
ASK ABOUT OUR CUSTOM HOLIDAY CARDS & CALENDARS TODAY.

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZA4796A2210244666

**Service**

UPS Next Day Air/UPS Express

**Delivered On**

10/17/2019 10:23 A.M.

**Delivered To**

HENDERSON, NV, US

**Received By**

DES

**Left At**

Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10/17/2019 1:31 P.M. EST

| | |
|---|---|
| From: | Karst, Danielle |
| To: | "sterling@sterlingkerrlaw.com" |
| Cc: | "russ@wmllawlv.com"; Mulreany, Timothy J. |
| Subject: | CFTC v. Saffron (2:19-cv-1697): Hearing Continued to 10/29/2019 |
| Date: | Thursday, October 17, 2019 9:56:00 AM |
| Attachments: | 10-11-19 Order re TRO.PDF |

Mr. Kerr:

Attached please find a copy of the Court's Order continuing the Hearing on the CFTC's preliminary injunction motion to October 29, 2019 at 4 pm PST. This Court Order extends the Temporary Restraining Order – entered on October 3, 2019 – to October 29, 2019, freezing the assets of Defendants David Saffron and Circle Society, Corp. and prohibiting the destruction of documents.

The Order, along with our recent court filings, was also sent via UPS overnight mail to you, Registered Agent of Defendant Circle Society, Corp.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**
**1155 21st Street, N.W.**
**Washington, D.C. 20581**
**202-418-6158**