# Exhibit 3

October 15, 2019 Email with Attorney Marcus R. Mumford RE: Appearance

**Karst, Danielle**

| | |
|---|---|
| **From:** | Karst, Danielle |
| **Sent:** | Tuesday, October 15, 2019 12:59 PM |
| **To:** | 'Marcus R. Mumford' |
| **Cc:** | Mulreany, Timothy J. |
| **Subject:** | RE: [EXTERNAL] Mtg request - CFTC v. Saffron |

Mr. Mumford:

Thank you for your voicemail and email message advising that you will be entering your appearance in this case.

As soon as you enter your appearance on behalf of one or more defendants, we can discuss this matter with you. Unfortunately, I cannot speak with you about this matter until after you enter your appearance.

Please note that the Court has advised us that the Hearing scheduled today at 1:30 pm PST has been continued, but we don't yet have a court order with a date.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

**From:** Marcus R. Mumford [mailto:mrm@mumfordpc.com]
**Sent:** Tuesday, October 15, 2019 12:37 PM
**To:** Karst, Danielle; Mulreany, Timothy J.
**Subject:** [EXTERNAL] Mtg request - CFTC v. Saffron

Ms. Karst and Mr. Mulreany,
My name is Marcus Mumford. I'm planning to appear today with local counsel in Las Vegas in the CFTC v. Saffron matter. I left voicemails for you a few moments ago. I wanted to see if we can't meet as soon as possible today in advance of the hearing to discuss matters. I can be reached on my cell phone. That number is 310.909.6153. I'm hoping to speak with you as soon as possible.
-Marcus


Marcus R. Mumford*
MUMFORD PC
P.O. Box 58013
Salt Lake City, Utah 84158
mrm@mumfordpc.com
*Admitted in California, New York, Idaho and Utah

CONFIDENTIAL: This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

TAX ADVICE: IRS Rules of Practice require that we inform you that advice, if any, in this email concerning federal tax matters is not intended to be used, and cannot be used, for the purposes of avoiding penalties under the Internal Revenue Code nor for promoting, marketing or recommending to another party any transaction or matter addressed herein.