# Exhibit 4

October 15, 2019 Emails with Attorney Marcus Mumford RE: Court Orders and Asset Freeze

# Karst, Danielle

| | |
|---|---|
| **From:** | Karst, Danielle |
| **Sent:** | Tuesday, October 15, 2019 1:21 PM |
| **To:** | 'Marcus R. Mumford' |
| **Cc:** | Mulreany, Timothy J. |
| **Subject:** | RE: [EXTERNAL] Mtg request - CFTC v. Saffron: Court Order and Asset Freeze |
| **Attachments:** | ECF 9.pdf |

Mr. Mumford:

As a follow-up to my previous email, attached please find a copy of the Court Order in this matter dated October 3, 2019.

This Court Order freezes the assets of Defendants David Saffron and Circle Society, Corp. and prohibits the destruction of documents.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

---

**From:** Karst, Danielle
**Sent:** Tuesday, October 15, 2019 12:59 PM
**To:** 'Marcus R. Mumford'
**Cc:** Mulreany, Timothy J.
**Subject:** RE: [EXTERNAL] Mtg request - CFTC v. Saffron

Mr. Mumford:

Thank you for your voicemail and email message advising that you will be entering your appearance in this case.

As soon as you enter your appearance on behalf of one or more defendants, we can discuss this matter with you. Unfortunately, I cannot speak with you about this matter until after you enter your appearance.

Please note that the Court has advised us that the Hearing scheduled today at 1:30 pm PST has been continued, but we don't yet have a court order with a date.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**

1

U.S. Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

**From:** Marcus R. Mumford [mailto:mrm@mumfordpc.com]
**Sent:** Tuesday, October 15, 2019 12:37 PM
**To:** Karst, Danielle; Mulreany, Timothy J.
**Subject:** [EXTERNAL] Mtg request - CFTC v. Saffron

Ms. Karst and Mr. Mulreany,
My name is Marcus Mumford. I'm planning to appear today with local counsel in Las Vegas in the CFTC v. Saffron matter. I left voicemails for you a few moments ago. I wanted to see if we can't meet as soon as possible today in advance of the hearing to discuss matters. I can be reached on my cell phone. That number is 310.909.6153. I'm hoping to speak with you as soon as possible.
-Marcus


Marcus R. Mumford*
MUMFORD PC
P.O. Box 58013
Salt Lake City, Utah 84158
mrm@mumfordpc.com
*Admitted in California, New York, Idaho and Utah

CONFIDENTIAL: This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

TAX ADVICE: IRS Rules of Practice require that we inform you that advice, if any, in this email concerning federal tax matters is not intended to be used, and cannot be used, for the purposes of avoiding penalties under the Internal Revenue Code nor for promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Karst, Danielle

| | |
|---|---|
| **From:** | Karst, Danielle |
| **Sent:** | Wednesday, October 16, 2019 11:24 AM |
| **To:** | 'Marcus R. Mumford' |
| **Cc:** | Mulreany, Timothy J. |
| **Subject:** | RE: CFTC v. Saffron: Court Order continuing Hearing to 10/29/2019 |
| **Attachments:** | 10-11-19 Order re TRO.PDF |

Mr. Mumford:

Attached please find a copy of the Court's Order continuing the Hearing on the CFTC's preliminary injunction motion to October 29, 2019 at 4 pm PST. This Court Order extends the Temporary Restraining Order – entered on October 3, 2019 – to October 29, 2019, freezing the assets of Defendants David Saffron and Circle Society, Corp. and prohibiting the destruction of documents.

Have you entered your appearance on behalf of Mr. Saffron? If you are serving as Mr. Saffron's counsel, will you accept service of process on his behalf?

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**
**1155 21st Street, N.W.**
**Washington, D.C. 20581**
**202-418-6158**

**From:** Karst, Danielle
**Sent:** Tuesday, October 15, 2019 1:21 PM
**To:** 'Marcus R. Mumford'
**Cc:** Mulreany, Timothy J.
**Subject:** RE: [EXTERNAL] Mtg request - CFTC v. Saffron: Court Order and Asset Freeze

Mr. Mumford:

As a follow-up to my previous email, attached please find a copy of the Court Order in this matter dated October 3, 2019.

This Court Order freezes the assets of Defendants David Saffron and Circle Society, Corp. and prohibits the destruction of documents.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**

1

**Division of Enforcement**
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

**From:** Karst, Danielle
**Sent:** Tuesday, October 15, 2019 12:59 PM
**To:** 'Marcus R. Mumford'
**Cc:** Mulreany, Timothy J.
**Subject:** RE: [EXTERNAL] Mtg request - CFTC v. Saffron

Mr. Mumford:

Thank you for your voicemail and email message advising that you will be entering your appearance in this case.

As soon as you enter your appearance on behalf of one or more defendants, we can discuss this matter with you. Unfortunately, I cannot speak with you about this matter until after you enter your appearance.

Please note that the Court has advised us that the Hearing scheduled today at 1:30 pm PST has been continued, but we don't yet have a court order with a date.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

**From:** Marcus R. Mumford [mailto:mrm@mumfordpc.com]
**Sent:** Tuesday, October 15, 2019 12:37 PM
**To:** Karst, Danielle; Mulreany, Timothy J.
**Subject:** [EXTERNAL] Mtg request - CFTC v. Saffron

Ms. Karst and Mr. Mulreany,
My name is Marcus Mumford. I'm planning to appear today with local counsel in Las Vegas in the CFTC v. Saffron matter. I left voicemails for you a few moments ago. I wanted to see if we can't meet as soon as possible today in advance of the hearing to discuss matters. I can be reached on my cell phone. That number is 310.909.6153. I'm hoping to speak with you as soon as possible.
-Marcus


Marcus R. Mumford*
MUMFORD PC
P.O. Box 58013
Salt Lake City, Utah 84158
mrm@mumfordpc.com
*Admitted in California, New York, Idaho and Utah

CONFIDENTIAL: This email is sent by a law firm and contains information that may be privileged and

**Karst, Danielle**

| | |
|---|---|
| **From:** | Karst, Danielle |
| **Sent:** | Wednesday, October 16, 2019 5:27 PM |
| **To:** | 'Marcus R. Mumford' |
| **Cc:** | Mulreany, Timothy J. |
| **Subject:** | RE: CFTC v. Saffron:  Court Order continuing Hearing to 10/29/2019 (second email) |

Mr. Mumford:

Thanks for your email response.  Please let us know once you have entered your appearance in this case.  Earlier today, I sent you an email attaching a copy of the Court's subsequent order continuing the Hearing on the CFTC's preliminary injunction motion to October 29, 2019 at 4 pm PST.  This Court Order, dated October 11, 2019, extends the Temporary Restraining Order freezing the assets of David Gilbert Saffron and Circle Society, Corp. to October 29, 2019.

Please provide the specific name of local counsel at Shumway Van.  In addition, please let us know if you will you accept service of process on Mr. Saffron's behalf.

Best regards,
Danielle

---

**From:** Marcus R. Mumford [mailto:mrm@mumfordpc.com]
**Sent:** Tuesday, October 15, 2019 1:42 PM
**To:** Karst, Danielle
**Cc:** Mulreany, Timothy J.
**Subject:** [EXTERNAL] Re: Mtg request - CFTC v. Saffron: Court Order and Asset Freeze

I understand. And Im getting those papers assembled to make an appearance. My local counsel is going to be the Shumway Van law firm. Are you in Las Vegas, then?

Sent from my iPhone

On Oct 15, 2019, at 10:20 AM, Karst, Danielle <DKarst@cftc.gov> wrote:

Mr. Mumford:

As a follow-up to my previous email, attached please find a copy of the Court Order in this matter dated October 3, 2019.

This Court Order freezes the assets of Defendants David Saffron and Circle Society, Corp. and prohibits the destruction of documents.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**

1

1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

**From:** Karst, Danielle
**Sent:** Tuesday, October 15, 2019 12:59 PM
**To:** 'Marcus R. Mumford'
**Cc:** Mulreany, Timothy J.
**Subject:** RE: [EXTERNAL] Mtg request - CFTC v. Saffron

Mr. Mumford:

Thank you for your voicemail and email message advising that you will be entering your appearance in this case.

As soon as you enter your appearance on behalf of one or more defendants, we can discuss this matter with you. Unfortunately, I cannot speak with you about this matter until after you enter your appearance.

Please note that the Court has advised us that the Hearing scheduled today at 1:30 pm PST has been continued, but we don't yet have a court order with a date.

Best regards,
Danielle

**Danielle Karst**
**Trial Attorney**
**U.S. Commodity Futures Trading Commission**
**Division of Enforcement**
1155 21st Street, N.W.
Washington, D.C. 20581
202-418-6158

**From:** Marcus R. Mumford [mailto:mrm@mumfordpc.com]
**Sent:** Tuesday, October 15, 2019 12:37 PM
**To:** Karst, Danielle; Mulreany, Timothy J.
**Subject:** [EXTERNAL] Mtg request - CFTC v. Saffron

Ms. Karst and Mr. Mulreany,
My name is Marcus Mumford. I'm planning to appear today with local counsel in Las Vegas in the CFTC v. Saffron matter. I left voicemails for you a few moments ago. I wanted to see if we can't meet as soon as possible today in advance of the hearing to discuss matters. I can be reached on my cell phone. That number is 310.909.6153. I'm hoping to speak with you as soon as possible.
-Marcus


Marcus R. Mumford*
MUMFORD PC
P.O. Box 58013
Salt Lake City, Utah 84158
mrm@mumfordpc.com
*Admitted in California, New York, Idaho and Utah

CONFIDENTIAL: This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

2

TAX ADVICE: IRS Rules of Practice require that we inform you that advice, if any, in this email concerning federal tax matters is not intended to be used, and cannot be used, for the purposes of avoiding penalties under the Internal Revenue Code nor for promoting, marketing or recommending to another party any transaction or matter addressed herein.

<ECF 9.pdf>