# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No. 2:19-cv-1697-JAD-DJA |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT DAVID SAFFRON

This Court, having considered Plaintiff Commodity Futures Trading Commission's Motion for Alternative Service of Process on Defendant David Saffron, and having found good cause therefore,

IT IS HEREBY ORDERED that Plaintiff shall serve the Summons and Complaint in this action on Defendant Saffron:

(1) By publishing notification of the Summons and a statement describing how a copy of the Summons, Complaint, and other filings may be obtained, once a week for a period of four weeks, in the *Las Vegas Review Journal* and *Los Angeles Daily News*.

(2) By mailing the Summons and Complaint to Defendant Saffron's Last-Known Address.

**IT SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

1