Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT CIRCLE SOCIETY, CORP.** |

**TO THE CLERK OF THE ABOVE-TITLED COURT:**

Plaintiff, Commodity Futures Trading Commission, respectfully requests that the Clerk enter default in this action pursuant to Federal Rule of Civil Procedure 55(a) against Circle Society, Corp. ("Defendant"), on grounds that the Defendant was duly served with the Summons and Complaint in this action but has failed to plead within the time prescribed by the Federal Rules of Civil Procedure.  *See* Declaration of Danielle Karst in support of Plaintiff's Application for Entry of Default Against Defendant Circle Society, submitted herewith.

Dated:  November 4, 2019

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:   (202) 418-5523

# CERTIFICATE OF SERVICE

On November 4, 2019, I served a copy of *Plaintiff's Application for Entry of Default Against Defendant Circle Society, Corp.* and *Declaration of Danielle Karst in Support of the Application* with the Clerk of the Court using the CM/ECF system.  I also certify that on November 4, 2019, I sent hard copies of the same to Defendants David Gilbert Saffron and Circle Society, Corp. via United Parcel Service overnight mail at the following addresses:

| |
|---|
| **David Gilbert Saffron** <br> ▬ <br> Las Vegas, NV ▬ <br> (*Last-Known Address*) |
| **Circle Society, Corp.** <br> c/o Michael C. Van, Esq. <br> 8985 S. Eastern Ave., Suite 100 <br> Las Vegas, NV 89123 |
| **Circle Society, Corp.** <br> c/o Registered Agent, Preston Sterling Kerr <br> 2450 Saint Rose Parkway, Suite 120 <br> Henderson, NV 89074 |

Date:  November 4, 2019                            /s/ Danielle E. Karst

3