Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF (1) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON SAFFRON (ECF NO. 17); (2) MINUTES OF PROCEEDINGS (ECF NO. 18); (3) ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON SAFFRON (ECF NO. 19); AND (4) CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT CIRCLE SOCIETY, CORP. (ECF NO. 21)** |

On November 7, 2019, I served a copy of Plaintiff's *[Proposed] Order Granting Plaintiff's Motion for Alternative Service of Process on Defendant Saffron* (ECF No. 17), *Minutes of Proceedings* for Motion Hearing held on October 29, 2019 (ECF No. 18), and the Court's *Order Granting Plaintiff's Motion for Alternative Service of Process on Defendant Saffron* (ECF No. 19), upon Defendant Circle Society, Corp. at the addresses and using the methods of service as described below.

In addition, on November 5, 2019, I served a copy of the *Clerk's Entry of Default as to Circle Society, Corp.* (ECF No. 21) upon Defendant Circle Society, Corp. at the addresses and using the methods of service as described below.

| **Circle Society, Corp.**<br>c/o Registered Agent, Preston Sterling Kerr<br>2450 Saint Rose Parkway, Suite 120<br>Henderson, NV 89074 | **Circle Society, Corp.**<br>c/o Michael C. Van, Esq.<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, NV 89123 |
|---|---|

Dated:  November 8, 2019

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:   (202) 418-5523