**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No. 2:19-cv-1697-JAD-DJA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE AS TO WHY DEFENDANT CIRCLE SOCIETY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE COURT'S TEMPORARY <u>RESTRAINING ORDER</u>**

This Court, having considered Plaintiff Commodity Futures Trading Commission's motion for issuance of an order to show cause why Defendant Circle Society should not be held in civil contempt of court and be subject to appropriate sanctions for violation of the Court's October 3, 2019 Temporary Restraining Order (ECF No. 9), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

The Motion is GRANTED.  Defendant Circle Society is ordered to appear in this Court on _____, at _____, and to then and there show cause:

Why it should not be held in civil contempt of court for its violation of the Temporary Restraining Order; and

Why such other relief as this Court may deem just and proper should not be imposed against Defendant Circle Society to redress its violation of the Temporary Restraining Order.

1

**IT SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____