Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:    (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>                    Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE AS TO WHY DEFENDANT CIRCLE SOCIETY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE COURT'S TEMPORARY RESTRAINING ORDER (ECF NO. 25)** |

  I certify that on November 22, 2019, I served a copy of the Court's *Order Granting Plaintiff's Motion for Issuance of Order to Show Cause as to Why Defendant Circle Society Should Not Be Held in Contempt for Violation of the Court's Temporary Restraining Order* (ECF No. 25) upon Defendants David Saffron and Circle Society, Corp. via United Parcel Service ("UPS") overnight mail at the following addresses:

1

| **David Gilbert Saffron** | **Circle Society, Corp.** |
|---|---|
| 3765 Pacific Street | c/o Michael C. Van, Esq. |
| Las Vegas, Nevada 89121 | 8985 S. Eastern Ave., Suite 100 |
| *(Last-Known Address)* | Las Vegas, NV 89123 |

Dated:  November 22, 2019

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:  (202) 418-5523