# Exhibit 1

Affidavit of Publication – *Las Vegas Review-Journal*

# AFFIDAVIT OF PUBLICATION

STATE OF NEVADA)
COUNTY OF CLARK)  SS:

| | | |
|---|---|---|
| US COMMODITY FUTURE TRADING COMMISSION<br>1155 21ST ST NW<br>WASHINGTON DC 20581 | Account #<br>Ad Number | 141199<br>0001076204 |

Leslie McCormick, being 1st duly sworn, deposes and says: That she is the Legal Clerk for the Las Vegas Review-Journal and the Las Vegas Sun, daily newspapers regularly issued, published and circulated in the City of Las Vegas, County of Clark, State of Nevada, and that the advertisement, a true copy attached for, was continuously published in said Las Vegas Review-Journal and / or Las Vegas Sun in 4 edition(s) of said newspaper issued from 11/01/2019 to 11/22/2019, on the following days:

11 / 01 / 19
11 / 08 / 19
11 / 15 / 19
11 / 22 / 19

/S/ _____
LEGAL ADVERTISEMENT REPRESENTATIVE

Subscribed and sworn to before me on this 22nd day of November, 2019

Notary _____

MARY A. LEE
Notary Public, State of Nevada
Appointment No. 09-8941-1
My Appt. Expires Dec 15, 2020

---

Civil Action No.
2:19-cv-01697-JAD-DJA
UNITED STATES DISTRICT COURT for the District of Nevada
COMMODITY FUTURES TRADING COMMISSION, Plaintiff v. DAVID GILBERT SAFFRON A/K/A DAVID GILBERT AND CIRCLE SOCIETY, CORP., Defendant.
SUMMONS IN A CIVIL ACTION
To: DAVID GILBERT SAFFRON A/K/A DAVID GILBERT
3765 Pacific St.
Las Vegas, NV 89121
A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.
Claims Asserted
Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).
Relief Sought
Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
PUB: Nov. 1, 8, 15, 22, 2019
LV Review-Journal

# Legal Notices
## Court Notices

**CASE NO. 19C016409**
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Magde, LLC, Plaintiff(s) vs. Mika Jones, J Doe Jones, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 06/10/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 1, 8, 15, 22, 29, 2019
LV Review-Journal

**CASE NO. 19C007255**
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Valle Serrulata LLC, Plaintiff(s) vs. Monica Jackson, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
By: Ashley, Bennett,
Deputy Clerk
Date: 03/06/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Oct. 4, 11, 18, 25, Nov. 1, 2019 LV Review-Journal

**SUMM Case No: A-785982-C**
Dept. No: 30
DISTRICT COURT
CLARK COUNTY, NEVADA
ZHAOXU WANG, Plaintiff,
vs.
JEAN NJINGOU, an individual, DOES 1 through X, inclusive and ROE CORPORATIONS XI THROUGH XX, inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
---Complaint for Negligence---
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with appropriate filing fee. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the Complaint.

Submitted by:
/s/Andrew Van Ness, Esq.
3815 S. Jones Blvd., Unit 1A
Las Vegas, NV 891403
(702)868-8248
Attorney for the Plaintiff
CLERK OF COURT (SEAL)
By:/s/Justin Gomez, Deputy Clerk Date: 12/13/2018
Clark County Courthouse
200 Lewis Avenue
Las Vegas, NV 89155
PUB: Oct. 17-Nov. 15, 2019, inclusive LV Review-Journal

CITY OF LAS VEGAS ATTORNEY
John A. Curtas
Deputy City Attorney
Nevada Bar No. 1841
Jacurtas@lasvegasnevada.gov
495 South Main Street,
Sixth Floor
Las Vegas, Nevada 89101
Phone (702) 229-6629
HANLEY LAW FIRM, PLLC
Agnes N. Hanley
Nevada Bar No. 11226
Agnes@HanleyLF.com
2300 West Sahara Avenue,
Suite 800
Las Vegas, Nevada 89102
Phone (702) 856-4336
Attorneys for Plaintiff City of Las Vegas
DISTRICT COURT
CLARK COUNTY, NEVADA
CASE No: A-19-801823-C
DEPT. NO: 25
CITY OF LAS VEGAS, a municipal corporation, Plaintiff,
vs.
SHADOW LAND, LLC, a Domestic limited liability company; FLP HOLDINGS, LLC, a Nevada limited liability company; J&D FINANCIAL SERVICES, INC., a Nevada corporation; NEVADA TITLE COMPANY, a Domestic corporation; NEVADA POWER COMPANY d/b/a NV ENERGY, a Nevada corporation; CENTRAL TELEPHONE COMPANY, a Foreign corporation; STATE OF NEVADA DEPARTMENT OF TAXATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint.
SUMMONS-CIVIL
THE CITY OF LAS VEGAS SENDS GREETING TO THE BELOW NAMED DEFENDANT:
"all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint"
THIS ACTION IS BROUGHT TO CONDEMN PROPERTY PURSUANT TO CHAPTER 37 OF THE NEVADA REVISED STATUTES
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION BELOW.
A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Verified Complaint in Eminent Domain filed on September 12, 2019 in the Eight Judicial District Court in Clark County, Nevada. Specifically, Plaintiff seeks to acquire a portion of Clark County Assessor Parcel Numbers 162-04-111-017 and 162-04-111-018, located at 1823 West Charleston Boulevard, Las Vegas, Nevada 89102 and 1833 West Charleston Boulevard, Las Vegas, Nevada 89102 needed for the Charleston Boulevard Streetscape Improvements Project via eminent domain. If you have or claim an interest in this property, as more particularly described in the Complaint on file, you must appear, plead and defend your claimed property interest in order to receive just compensation.
1. If you intend to defend this lawsuit, within 30 days after this Summons is served on you, exclusive of the day of service, you must do the following:
a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Submitted by:
By: /s/ Agnes Hanley
Agnes Hanley
Hanley Law Firm
Nevada Bar No. 11226
2300 W. Sahara Avenue
Suite 800
Las Vegas, Nevada 89102
Attorney for the
City of Las Vegas
STEVEN D. GRIERSON
CLERK OF COURT
By: /s/ Demond Palmer
Deputy Clerk 9/13/2019
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Oct. 18, 25, Nov. 1, 8, 15, 2019 LV Review-Journal

Case No: D-19-584595-D
Dept.: N
DISTRICT COURT
CLARK COUNTY, NEVADA
Martha A. Wiley, Plaintiff
vs. Bruce C. Burns, Defendant
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND IN WRITING WITHIN 20 DAYS. READ THE INFORMATION BELOW VERY CAREFULLY. To the Defendant named above: A civil complaint or petition has been filed by the Plaintiff against you for the relief as set forth in that document (see the complaint or petition). The object of this action is:
Divorce.
If you intend to defend this lawsuit, within 20 days after this summons is served on you (not counting the day of service), you must: 1. File with the Clerk of Court, whose address is shown below, a formal written answer to the complaint or petition. 2. Pay the required filing fee to the court, or file an Application to Proceed In Forma Pauperis and request a waiver of the filing fee. 3. Serve a copy of your answer upon the Plaintiff whose name and address is shown below. If you fail to respond, the Plaintiff can request your default. The court can then enter a judgment against you for the relief demanded in the complaint or petition.
STEVEN D. GRIERSON
CLERK OF COURT
By:/s/. Deputy Clerk,
Date: Feb. 21, 2019
Family Courts and Services Center
601 North Pecos Road
Las Vegas, Nevada 89155
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
Issued on Behalf of Plaintiff:
Martha A. Wiley
Bldg. C, Apt. 462
6666 W. Washington Ave.
Las Vegas, NV 89107
PUB: Oct. 4, 11, 18, 25, Nov. 1, 2019 LV Review-Journal

CASE NO. 19C011210
Department No. 06
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Sandia Resolution Company, LLC, Plaintiff(s) vs. Thomas Tan, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 05/17/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 1, 8, 15, 22, 29, 2019
LV Review-Journal

CASE NO. 19C024140
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Ford Motor Credit Company LLC, Plaintiff(s) vs. Ilan Studinovski, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Collection"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 04/25/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 1, 8, 15, 22, 29, 2019 LV Review-Journal

CITY OF LAS VEGAS ATTORNEY
John A. Curtas
Deputy City Attorney
Nevada Bar No. 1841
Jacurtas@lasvegasnevada.gov
495 South Main Street,
Sixth Floor
Las Vegas, Nevada 89101
Phone (702) 229-6629
HANLEY LAW FIRM, PLLC
Agnes N. Hanley
Nevada Bar No. 11226
Agnes@HanleyLF.com
2300 West Sahara Avenue,
Suite 800
Las Vegas, Nevada 89102
Phone (702) 856-4336
Attorneys for Plaintiff City of Las Vegas
DISTRICT COURT
CLARK COUNTY, NEVADA
CASE No: A-19-802186-C
DEPT. NO: 22
CITY OF LAS VEGAS, a municipal corporation, Plaintiff,
vs.
JOSEPHS FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership; JOSE ALEJANDRO SOLARES and TAMARA SOLARES d/b/a REAL DONUTS d/b/a EVERYTHING MEDICAL, LLC, a Nevada limited liability company; CLINICAL PATHOLOGY LABORATORIES, INC., a Delaware corporation; HMT, II, LLC, a Nevada limited liability company; TANYA SOLARES d/b/a CRAFTY CAKE SHOP; LAS VEGAS COLON HYDROTHERAPY SCHOOL AND CLINIC, LLC, a Nevada limited liability company; LAS VEGAS BOUQUET, LLC, a Nevada limited liability company; NEVADA POWER COMPANY d/b/a NV ENERGY, a Nevada corporation; STATE OF NEVADA DEPARTMENT OF TAXATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint; Defendants.
SUMMONS-CIVIL
THE CITY OF LAS VEGAS SENDS GREETING TO THE BELOW NAMED DEFENDANT:
"all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint"
THIS ACTION IS BROUGHT TO CONDEMN PROPERTY PURSUANT TO CHAPTER 37 OF THE NEVADA REVISED STATUTES
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION BELOW.
A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Verified Complaint in Eminent Domain filed on September 12, 2019 in the Eight Judicial District Court in Clark County, Nevada. Specifically, Plaintiff seeks to acquire a portion of Clark County Assessor Parcel Number 162-04-112-020, located at 1811 West Charleston Boulevard, Las Vegas, Nevada 89102 needed for the Charleston Boulevard Streetscape Improvements Project via eminent domain. If you have or claim an interest in this property, as more particularly described in the Complaint on file, you must appear, plead and defend your claimed property interest in order to receive just compensation.
1. If you intend to defend this lawsuit, within 30 days after this Summons is served on you, exclusive of the day of service, you must do the following:
a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Submitted by:
By: /s/ Agnes Hanley
Agnes Hanley
Hanley Law Firm
Nevada Bar No. 11226
2300 W. Sahara Avenue
Suite 800
Las Vegas, Nevada 89102
Attorney for the
City of Las Vegas
STEVEN D. GRIERSON
CLERK OF COURT
By: /s/ Alexander Banderas
Deputy Clerk 9/16/2019
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Oct. 18, 25, Nov. 1, 8, 15, 2019 LV Review-Journal

CASE NO. 19CH002719
DEPT. NO. II
JUSTICE COURT,
HENDERSON TOWNSHIP
CLARK COUNTY, NEVADA
Discover Bank, Plaintiff, vs.
Ryan Echegoyen & John/Jane Echegoyen (If Married), Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment, by default will be taken against you for the relief demanded in the Complaint.
Complaint for Breach of Contract Unjust Enrichment
1. If you wish to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Issued at the direction of
/s/Joseph A. Geller, Esq.
Guglielmo & Associates
Attorney for Plaintiff
415 South 6th Street
Suite 320, Las Vegas NV 89101
702-889-6009
By: /s/, DEPUTY CLERK,
Henderson Township
Date 7/22/19 (SEAL)
Justice Court, Henderson
Township, 243 Water St, 1st
Floor, Henderson, NV 89015
PUB: Oct. 25, Nov. 1, 8, 15, 22,
2019 LV Review-Journal

CASE NO. 19C021984
Department No. 06
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Ford Motor Credit Company LLC, Plaintiff(s) vs. Isaias Topete, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 08/02/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Oct. 18, 25, Nov. 1, 8, 15, 2019 LV Review-Journal

Civil Action No.
2:19-cv-01697-JAD-DJA
UNITED STATES
DISTRICT COURT for the
District of Nevada
COMMODITY FUTURES TRADING COMMISSION, Plaintiff v.
DAVID GILBERT SAFFRON A/K/A DAVID GILBERT AND CIRCLE SOCIETY, CORP., Defendant.
SUMMONS IN A CIVIL ACTION
To: DAVID GILBERT SAFFRON A/K/A DAVID GILBERT
3765 Pacific St.
Las Vegas, NV 89121
A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.
Claims Asserted
Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).
Relief Sought
Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
PUB: Nov. 1, 8, 15, 22, 2019
LV Review-Journal

## Estate / Probate

ORIGINS LEGAL GROUP, LLC
6787 W. Tropicana Ave.,
Suite 120A Las Vegas, NV 89103
Tel: 702-850-7799
Fax: 702-933-9260
Attorneys for Estate
EIGHTH JUDICIAL DISTRICT COURT
CLARK COUNTY, NEVADA
Case No.: P-19-098484-E
Dept.: PC1
In the Matter of the Estate of Aloma Kay Hall, Deceased.
NOTICE OF SALE
Date: December 6, 2019
Time: 9:30 a.m.
NOTICE IS HEREBY GIVEN that the undersigned, as Attorney for the Personal Representative of the Estate of Aloma Kay Hall, Deceased, will sell at private sale on the above date and time, to the highest and best bidder (net to the Estate) upon the terms and conditions set forth herein, and subject to confirmation by the above-entitled Court, at the offices of Origins Legal Group, LLC, 6787 W Tropicana Ave, Suite 120A, Las Vegas, NV 89103, all right, title, and interest of said real property held by Aloma Kay Hall at the time of death, and all right, title, and interest that the Estate has acquired by operation of law, or otherwise, other than or in addition to that of Decedent at the time of death, in and to the following residential real property located at 5765 Holby Avenue, Las Vegas, NV, APN 163-01-105002, and further described as PARCEL MAP FILE 5 PAGE 60, LOT 2, PT NE4 NW4 SEC 01-21-60. The sale will be made on the following terms: Cash and new loan or otherwise as accepted by the Personal Representative and as approved by order of the above Court.
DATED this 15th day of October, 2019.
/s/ Valerie Del Grosso,
Origins Legal Group, LLC
Attorney for the Estate
PUB: Oct. 18, 25, Nov. 1, 2019
LV Review-Journal

ORIGINS LEGAL GROUP, LLC
6787 W. Tropicana Ave.,
Suite 120A
Las Vegas, NV 89103
Tel: 702-850-7799
Fax: 702-933-9260
Attorneys for Estate
EIGHTH JUDICIAL
DISTRICT COURT
CLARK COUNTY, NEVADA
Case No.: P-19-099648-E
Dept.: PC1
In the Matter of the Estate of
EVA SHARON KILGORE,
Deceased
NOTICE OF SALE
Date: December 6, 2019
Time: 9:30 a.m.
NOTICE IS HEREBY GIVEN that the undersigned, as Attorney for the Personal Representative of the Estate of EVA KILGORE, Deceased, will sell at private sale on the above date and time, to the highest and best bidder (net to the Estate) upon the terms and conditions set forth herein, and subject to confirmation by the above-entitled Court, at the Regional Justice Center, in the Probate Court, courtroom to be determined, located at 200 Lewis Avenue, Las Vegas, Nevada 89101, all right, title, and interest of said real property held by EVA KILGORE, at the time of death, and all rights, title, and interest that the Estate has acquired by operation of law, or otherwise, other than or in addition to that of Decedent at the time of death, in and to the following residential real property located at 2032 Bavington Dr., Unit D, Las Vegas, Nevada 89108, more particularly described as: RICHMOND PARK PHASE 4 AMD, PLAT BOOK 47 PAGE 27, UNIT D BUILDING 13, APN: 138-23-213-052 Bids or offers are invited for said property and must be in writing and will be received at the office of Origins Legal Group, LLC: 6787 W. Tropicana Ave., Suite 120A, Las Vegas, NV 89103; or may be filed with the Clerk of the District Court, or delivered personally to the Personal Representative, at any time after first publication of this notice and before making the sale.
The sale will be made on the following terms:
Cash and new loan or otherwise as accepted by the Personal Representative and as approved by order of the above Court.
The Personal Representative of the Estate reserves the right to reject any and all bids.
DATED this 16th day of October, 2019.
Origins Legal Group, LLC
Attorney for the Estate
PUB: Oct. 18, 25, Nov. 1, 2019
LV Review-Journal

Case No.: P-19-100978-E
Family Domestic
DISTRICT COURT
CLARK COUNTY, NEVADA
In the Matter of:
Betty Schrader, Deceased
NOTICE OF HEARING
Please be advised that the Petition to Set Aside Estate without Administration in the above-entitled matter is set for hearing as follows:
Date: December 06, 2019
Time: 9:30 AM
Location: Courtroom TBA
Regional Justice Center
200 Lewis Ave.
Las Vegas, NV 89101
STEVEN D. GRIERSON,
CEO/Clerk of the Court
By: /s/ Iris Lapira
Deputy Clerk of the Court
PUB: Oct. 18, 25, Nov. 1, 2019
LV Review-Journal

## General Notices

### RECEIVERSHIP NOTICE

Notice is hereby given that on July 11th, 2019 in Case No. A-19-787033-P, Harry Haining Zhang was appointed receiver of Wireless Data Solutions, Inc. and he set a bar date of November 30, 2019 as the last date for persons or entities to submit a Proof of Claim against the Receivership Entity. Failure to timely submit a completed and signed Proof of Claim by the Claim Bar Date will forever bar any claim you may have.

Harry Haining Zhang, 2544 Route 534, Albrightsville, Pa 18210,
(917)723-0338,
hzmails@yahoo.com

PUB: Oct. 11, 18, 25, Nov. 1, 2019
LV Review-Journal

### RECEIVERSHIP NOTICE

Notice is hereby given that on October 8, 2019 in Case No. A-19-801372-C, Harry Haining Zhang was appointed receiver of World Mobile Holdings, Inc. and he set a bar date of November 30, 2019 as the last date for persons or entities to submit a Proof of Claim against the Receivership Entity. Failure to timely submit a completed and signed Proof of Claim by the Claim Bar Date will forever bar any claim you may have.

Harry Haining Zhang, 2544 Route 534, Albrightsville, Pa 18210,
(917)723-0338,
hzmails@yahoo.com

PUB: Oct. 11, 18, 25, Nov. 1, 2019
LV Review-Journal

## General Notices

### CHIP DISCONTINUANCE

As per Nevada Gaming control Regulations 12.070, OYO Hotel & Casino will be discontinuing all current Hooters Casino Hotel chips. All previously issued Hooters Casino Hotel chips will be honored until February 29, 2020 and can be redeemed at the OYO Hotel & Casino Cashier. Following this redemption period all former Hooters Casino Hotel chips will have no value.

PUB: Nov. 1, 2, 4, 6, 11, 13, 18, 20, 25, 27, Dec. 2, 4, 9, 11, 16, 18, 23, 25, 30, 2019 Jan. 2, 6, 8, 13, 15, 20, 22, 27, 29, Feb. 3, 5, 10, 12, 17, 19, 24, 28, 2020 LV Review-Journal

## Media & Advertising

LAS VEGAS REVIEW-JOURNAL

### Graphic Designer

This position will report to the Creative Director. This position will be responsible for creating print and digital campaigns for the Marketing & Advertising departments. This position requires knowledge in both print and digital ad design and knowledge in animation is a plus. She/he will collaborate with the Lead Designer and Creative Director to come up with new innovative designs for the Review-Journal and its products.

**Essential Functions/Major Responsibilities**

- Is a designer on the team and will take creative ticket everyday
- Checks in with the lead designer for their projects to make sure they meet standards and deadlines
- Displays a respectful and professional attitude while supporting a teamwork environment
- Works with the Lead Designer and Creative Director to execute creative projects
- Will work on both print and digital creative

**Standards of Performance**

- Meets deadline and design quality goals for all creative projects

**Requirements/Skills**

- Ability to manage creative projects
- Solid understanding of design principals and best practices
- Solid understanding of design tools such as the Adobe Creative Suite
- Fundamental understanding of marketing and advertising
- Able to work in a fast paced, TEAM environment
- Must pass a pre-employment background test and drug screen

Send resume by postal or email:

**Las Vegas Review-Journal**
**Human Resources**
**P.O. Box 70**
**Las Vegas, NV 89125-0070**
**hrdept@reviewjournal.com**

Pre-employment Drug Screen
EOE

## Sales

LAS VEGAS REVIEW-JOURNAL

### Advertising Account Executive

The Las Vegas Review-Journal is seeking an Advertising Account Executive. This position will cold call, sell & service accounts placing ads. Applicant must have a proven record of exceptional communication and customer service skills. Detail oriented is extremely important as is being able to meet daily deadlines. Prior sales experience and good written, verbal and math skills a must. Knowledge of competitive media and Las Vegas market a plus. Reliable & insured transportation required. We offer a competitive compensation & benefits package and a stable work environment.

Send resume by postal or e-mail.

**Las Vegas Review Journal**
**Human Resources**
**P.O. Box 70**
**Las Vegas, NV. 89125-0070**
**hrdept@reviewjournal.com**

Pre-employment Drug Screen
EOE

## Transportation/Drivers

**DRIVER**
**DELUXE TAXI CAB**
has immediate openings!
Part-time/Full-time
★ DRIVERS PAID DAILY ★
Info **702-566-3528** (Recorded Message) Drugfree Workplace

## Personal Services

Want a mecanic to repair trucks. GMC topkick c6000 & GMC topkick c6500. Basic fuel system repair. Henderson. 702-785-8532

## Real Estate

LAS VEGAS REVIEW-JOURNAL

**ADVERTISING ACCOUNT EXECUTIVE – REAL ESTATE**

This position will cold call, sell service accounts placing ads. Applicant must have a proven record of exceptional communication and customer service skills. Detail oriented is extremely important as is being able to meet daily deadlines. Prior sales experience and good written, verbal and math skills a must. Knowledge of competitive media and Las Vegas demographics a plus. Real Estate industry a plus. Reliable and insured transportation required.

Forward resume to:
hrdept@reviewjournal.com
or you may drop it off in HR office at:
1111 W. Bonanza Road
Las Vegas, NV 89106

We promote a drug free work enviromnet. EOE

YOU'LL be pleased with the fast results you'll get with the R-J Classifieds working for you. Whether you're advertising to hire, rent or sell, Classified ads can get the job done quicker. Call 383-0383.

## Research & Development

Data Collector Representative Collecting Market Research Data. Hiring reliable self-starter for permanent part-time position with reputable company. Able to work afternoons & evenings with reliable transportation. 21 or older. Clean DMV & background check. Ideal for retired person. 775-826-3232

## Legal Notices

## Annual Statements

ANNUAL STATEMENT OF
2080 MEDIA INC.
For the Year Ending
July 31, 2019

LOCATION of Principal Office: 2835 Brandywine Rd., Suite 102, Atlanta, GA 30341
LOCATION(s) of business in Nevada:
I, Mark Norman, Chief Financial Officer, submit the above statement pursuant to NRS 80.190.

PUB: Nov. 8, 9, 2019
LV Review-Journal

## Bids / Proposals

### CLARK COUNTY, NEVADA INVITATION TO BID

BID No. 605515-19 – Annual Requirements Contract for Janitorial Services at Helen Meyer Community Center & Flamingo Senior Center. MANDATORY Pre-bid Conference: November 15, 2019 at 10:00 a.m. Location: 4525 New Forest Drive, Las Vegas, Nevada 89147. Bid Opening: November 25, 2019 at 3:00:00 p.m. Location: Clark County Government Center, 500 South Grand Central Parkway, Fourth Floor, Las Vegas, Nevada 89106.

A requirement of the contract includes a certification that Bidder is not currently engaged in, and agrees for the duration of the contract not to engage in, a boycott of Israel.

Package is available for download from the Clark County website under "Current Opportunities" or by calling (702) 455-2897.

Hearing impaired customers please call TT/TDD: Relay Nevada toll-free (800) 326-6868.

PUB: Nov. 8, 2019
LV Review-Journal

### REQUEST FOR PROPOSALS

The Clark County School District (District) will be accepting sealed bid/proposal responses for:

**PHOTOGRAPHY I, II, & III TEXTBOOK ADOPTION**
**RFP: 20049BJN**
**DUE DATE: NOVEMBER 14, 2019 at 1:00 PM**
**RECEIPT LOCATION: 4212 EUCALYPTUS, BLDG. #7, LAS VEGAS, NV 89121-5207, ATTN: PURCHASING DEPARTMENT**

This solicitation may be obtained by using any of the following methods:
A. Bonfire at https://ccsd.bonfirehub.com/
B. Onvia/DemandStar at www.demandstar.com
C. Document(s) may be obtained from the Purchasing Department's front desk at 4212 Eucalyptus Ave., Bldg. 7, Las Vegas, NV 89121 (7:00 am to 4:00 pm), or
D. By sending an email request referencing the bid/RFP name and number to 0071-Bid-Questions- Inbox@nv.ccsd.net

The District's Bid Terms and Conditions and a list of current formal bids/proposals may be obtained by using the District's Web site: http://www.ccsd.net/departments/purchasing-warehousing. Terms and conditions for proposals are included within the proposal document.

PUB: November 8, 2019
LV Review-Journal

### CAPRIATI CONSTRUCTION CORP.

REQUESTS (MBE, DBE, WBE, DVBE, SBE, PDBE, SBDE & SMBE) BIDS FROM SUBCONTRACTORS AND MATERIAL SUPPLIERS FOR THE FOLLOWING PROJECTS:

**ANTHEM ROSE TRAIL PEDESTRIAN BRIDGE**
**PWP-CL-2019-161**
**Federal Project No. TAP-0003(254)**
BID DATE AND TIME IS DECEMBER 3, 2019 @ 2:00 pm

PLEASE PROVIDE BIDS ONE DAY (24 HOURS) PRIOR TO BID OPENING. PLEASE CONTACT DAVID ROCCHIO JR. EMAIL: **drocchiojr@capriaticonstruction.com** MAIN OFFICE (702)547-1182 FAX (702)932-7719

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

PUB: Nov. 8, 9, 16, 17, 23, 24, 2019 LV Review-Journal

### HARBER COMPANY, INC. DBA MOUNTAIN CASCADE OF NEVADA

**Requests Sub Bids**
nd material quotations from ALL qualified subcontractors and suppliers, including M/W/DVBE, on the following project. 100% Performance and Payment Bonds may be required.

**215 Beltway Channel – Durango Drive to Grand Montecito Parkway**
**City of Las Vegas, Nevada**
**Bid No. 20.75156-JH**
**PWP No. CL-2020-133**
**Bid Date: 11/19/19**
**Bid Time: 1:30 PM**

Please submit all bids 24 hours prior to the bid date.
**Attention: Jim Daisey**
**Phone: (702) 736-8802**
**Fax: (702) 736-8958**
NV License 0017984

PUB: Nov. 8, 15, 2019
LV Review-Journal

### REQUEST FOR PROPOSALS

The Clark County School District (District) will be accepting sealed bid/proposal responses for:

**THEATRE TECHNOLOGY I, II, & III TEXTBOOK ADOPTION**
**RFP: 20050BJN**
**DUE DATE: NOVEMBER 14, 2019 at 1:00 PM**
**RECEIPT LOCATION: 4212 EUCALYPTUS, BLDG. #7, LAS VEGAS, NV 89121-5207, ATTN: PURCHASING DEPARTMENT**

This solicitation may be obtained by using any of the following methods:
A. Bonfire at https://ccsd.bonfirehub.com/
B. Onvia/DemandStar at www.demandstar.com
C. Document(s) may be obtained from the Purchasing Department's front desk at 4212 Eucalyptus Ave., Bldg. 7, Las Vegas, NV 89121 (7:00 am to 4:00 pm), or
D. By sending an email request referencing the bid/RFP name and number to 0071-Bid-Questions- Inbox@nv.ccsd.net

The District's Bid Terms and Conditions and a list of current formal bids/proposals may be obtained by using the District's Web site: http://www.ccsd.net/departments/purchasing-warehousing. Terms and conditions for proposals are included within the proposal document.

PUB: November 8, 2019
LV Review-Journal

### CLARK COUNTY, NEVADA INVITATION TO BID

BID No. 605531 – Air Quality Monitoring Sites. Pre-bid Conference: November 15, 2019 at 10:00 a.m. Bid Opening: December 19, 2019 at 2:15:00 p.m. Location: Clark County Government Center, 500 South Grand Central Parkway, Fourth Floor, Las Vegas, Nevada 89106.

A requirement of the contract includes a certification that Bidder is not currently engaged in, and agrees for the duration of the contract not to engage in, a boycott of Israel.

The package is available for pick-up at the address listed above or by calling (702) 455 2897.

Hearing impaired customers please call TT/TDD: Relay Nevada toll-free (800) 326-6868.

PUB: November 8, 2019
LV Review-Journal

### REQUEST FOR PROPOSALS

The Clark County School District (District) will be accepting sealed bid/proposal responses for:

**GRAPHIC DESIGN I, II, & III TEXTBOOK ADOPTION**
**RFP: 20048BJN**
**DUE DATE: NOVEMBER 14, 2019 at 1:00 PM**
**RECEIPT LOCATION: 4212 EUCALYPTUS, BLDG. #7, LAS VEGAS, NV 89121-5207, ATTN: PURCHASING DEPARTMENT**

This solicitation may be obtained by using any of the following methods:
A. Bonfire at https://ccsd.bonfirehub.com/
B. Onvia/DemandStar at www.demandstar.com
C. Document(s) may be obtained from the Purchasing Department's front desk at 4212 Eucalyptus Ave., Bldg. 7, Las Vegas, NV 89121 (7:00 am to 4:00 pm), or
D. By sending an email request referencing the bid/RFP name and number to 0071-Bid-Questions- Inbox@nv.ccsd.net

The District's Bid Terms and Conditions and a list of current formal bids/proposals may be obtained by using the District's Web site: http://www.ccsd.net/departments/purchasing-warehousing. Terms and conditions for proposals are included within the proposal document.

PUB: November 8, 2019
LV Review-Journal

### REQUEST FOR PROPOSALS

The Clark County School District (District) will be accepting sealed bid/proposal responses for:

**VIDEO PRODUCTION I, II, & III TEXTBOOK ADOPTION**
**RFP: 20051BJN**
**DUE DATE: NOVEMBER 14, 2019 at 1:00 PM**
**RECEIPT LOCATION: 4212 EUCALYPTUS, BLDG. #7, LAS VEGAS, NV 89121-5207, ATTN: PURCHASING DEPARTMENT**

This solicitation may be obtained by using any of the following methods:
A. Bonfire at https://ccsd.bonfirehub.com/
B. Onvia/DemandStar at www.demandstar.com
C. Document(s) may be obtained from the Purchasing Department's front desk at 4212 Eucalyptus Ave., Bldg. 7, Las Vegas, NV 89121 (7:00 am to 4:00 pm), or
D. By sending an email request referencing the bid/RFP name and number to 0071-Bid-Questions- Inbox@nv.ccsd.net

The District's Bid Terms and Conditions and a list of current formal bids/proposals may be obtained by using the District's Web site: http://www.ccsd.net/departments/purchasing-warehousing. Terms and conditions for proposals are included within the proposal document.

PUB: November 8, 2019
LV Review-Journal

## Court Notices

SMALL CLAIMS AMENDED SUMMONS AND COMPLAINT :
STATE OF WISCONSIN:
CIRCUIT COURT:
BROWN COUNTY CIVIL DIVISION
Case No. 2019SC005134
TO: Regin Skelton 7167 S. Durango Drive Apt 104 Las Vegas, NV 89113 Defendant(s) You are being sued for a claim in the small claims court for BROWN County, Wisconsin, Commissioners Courtroom B, 1st Floor Rm 130,100 S JEFFERSON ST, GREEN BAY, WI 54305. A hearing will be held at 3:15PM on 12/3/2019. If you do not appear, a court judgement may be given to the person suing you. (A copy of the claim has been mailed to you at the address above.) Dated: October 31, 2019. Jon Johnvin , Koehne Car Credit Inc. November 6 2019 and November 12, 2019

PUB: Nov. 8, 2019
LV Review-Journal

CASE NO. 19C016409
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Magde, LLC, Plaintiff(s) vs. Mika Jones, J Doe Jones, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 06/10/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 1, 8, 15, 22, 29, 2019
LV Review-Journal

CASE NO. 19CH002719
DEPT. NO. II
JUSTICE COURT,
HENDERSON TOWNSHIP
CLARK COUNTY, NEVADA
Discover Bank, Plaintiff, vs. Ryan Echegoyen & John/Jane Echegoyen (If Married), Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A Civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.
Complaint for Breach of Contract & Unjust Enrichment
1. If you wish to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response will be filed on time.
Issued at the direction of
/s/Joseph A. Geller, Esq.
Guglielmo & Associates
Attorney for Plaintiff
415 South Sixth Street
Suite 320, Las Vegas NV 89101
702-889-6009
By: /s/, DEPUTY CLERK,
Henderson Township
Date 7/22/19 (SEAL)
Justice Court, Henderson Township, 243 Water St, 1st Floor, Henderson, NV 89015
PUB: Oct. 25, Nov. 1, 8, 15, 22, 2019 LV Review-Journal

SUMM Case No: A-785982-C
Dept. No: 30
DISTRICT COURT
CLARK COUNTY, NEVADA
ZHAOXU WANG, Plaintiff,
vs.
JEAN NJINGOU, an individual, DOES I through X, inclusive and ROE CORPORATIONS XI THROUGH XX, inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
--Complaint for Negligence--
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with appropriate filing fee. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the Complaint.
Submitted by:
/s/Andrew Van Ness, Esq.
3815 S. Jones Blvd., Unit 1A
Las Vegas, NV 891403
(702)868-8248
Attorney for the Plaintiff
CLERK OF COURT (SEAL)
By:/s/Justin Gomez, Deputy Clerk Date: 12/13/2018
Clark County Courthouse
200 Lewis Avenue
Las Vegas, NV 89155
PUB: Oct. 17-Nov. 15, 2019, inclusive LV Review-Journal

DISTRICT COURT
CLARK COUNTY, NEVADA
Case No: A-19-799015-C
Dept No: IX
HAIK GOOMROYAN,
Plaintiffs,
VS.
RODRIGO ROZO, an individual; KENNY ROZO, an individual; DOES I-V, and. ROE BUSINESS ENTITITES I-V, inclusive, Defendants.
SUMMONS - CIVIL
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOU BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
RODRIGO ROZO
6530 Annie Oakley Drive
Henderson, Nevada 89014
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
Object of the complaint is Negligence, and Negligent Entrustment.
I. If you intend to defend this lawsuit, within 20 days after this summons is served on you, exclusive of the day of service, you must do the following; a. File with the Clerk of this Court, whose address is shown below, a formal written response-to the Complaint in accordance with the rules of the Court, with the appropriate filing fee. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.
STEVEN D. GRIERSON,
CLERK OF COURT
By: /s/Marie Kramer,
Deputy Clerk OCT 08 2019
Regional justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
Submitted by:
/s/SCOTT M. HOLPER, ESQ.
Nevada Bar No. 9587
1310 S. Maryland Parkway
Las Vegas, Nevada 89104
Attorney for Plaintiff
PUB: Nov. 8, 15, 22, 29, Dec. 6, 2019 LV Review-Journal

CITY OF LAS VEGAS ATTORNEY
John A. Curtas
Deputy City Attorney
Nevada Bar No. 1841
Jacurtas@lasvegasnevada.gov
495 South Main Street,
Sixth Floor
Las Vegas, Nevada 89101
Phone (702) 229-6629
HANLEY LAW FIRM, PLLC
Agnes N. Hanley
Nevada Bar No. 11226
Agnes@HanleyLF.com
2300 West Sahara Avenue,
Suite 800
Las Vegas, Nevada 89102
Phone (702) 856-4336
Attorneys for Plaintiff City of Las Vegas
DISTRICT COURT
CLARK COUNTY, NEVADA
CASE NO: A-19-801817-C
DEPT. NO: 9
CITY OF LAS VEGAS, a municipal corporation, Plaintiff,
vs.
J.D.A. REAL ESTATE HOLDINGS, LLC, a Nevada limited liability company; DEL TACO, LLC, a California limited liability company; NEVADA POWER COMPANY d/b/a NV ENERGY, a Nevada corporation; CENTRAL TELPHONE COMPANY, a foreign corporation; STATE OF NEVADA DEPARTMENT OF TAXATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint; Defendants.
SUMMONS-CIVIL
THE CITY OF LAS VEGAS SENDS GREETING TO THE BELOW NAMED DEFENDANT:
"all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint"
THIS ACTION IS BROUGHT TO CONDEMN PROPERTY PURSUANT TO CHAPTER 37 OF THE NEVADA REVISED STATUTES
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION BELOW.
A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Verified Complaint in Eminent Domain filed on September 12, 2019 in the Eight Judicial District Court in Clark County, Nevada. Specifically, Plaintiff seeks to acquire a portion of Clark County Assessor Parcel Number 162-04-112-019, located at 1801 West Charleston Boulevard, Las Vegas, Nevada 89102 needed for the Charleston Boulevard Streetscape Improvements Project via eminent domain. If you have or claim an interest in this property, as more particularly described in the Complaint on file, you must appear, plead and defend your claimed property interest in order to receive just compensation.
1. If you intend to defend this lawsuit, within 30 days after this Summons is served on you, exclusive of the day of service, you must do the following:
a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Submitted by:
By: /s/ Agnes Hanley
Agnes Hanley
Hanley Law Firm
Nevada Bar No. 11226
2300 W. Sahara Avenue
Suite 800
Las Vegas, Nevada 89102
Attorney for the
City of Las Vegas
STEVEN D. GRIERSON
CLERK OF COURT
By: /s/ Alisa-Mae Chapman
Deputy Clerk 9/13/2019
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Oct. 18, 25, Nov. 1, 8, 15, 2019 LV Review-Journal

CASE NO. 19C007242
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Manasota Shore, LLC,
Plaintiff(s)
vs.
Harutyun Boyajyan,
Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 03/06/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue,
PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 8, 15, 22, 29, Dec. 6, 2019 LV Review-Journal

Civil Action No.
2:19-cv-01697-JAD-DJA
UNITED STATES
DISTRICT COURT for the
District of Nevada
COMMODITY FUTURES TRADING COMMISSION , Plaintiff v.
DAVID GILBERT SAFFRON A/K/A DAVID GILBERT AND CIRCLE SOCIETY, CORP. , Defendant.,
SUMMONS IN A CIVIL ACTION
To: DAVID GILBERT SAFFRON
A/K/A DAVID GILBERT
3765 Pacific St.
Las Vegas, NV 89121
A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.
Claims Asserted
Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).
Relief Sought
Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
PUB: Nov. 1, 8, 15, 22, 2019
LV Review-Journal

## SOLICITATION OF APPLICANTS INTERESTED IN SERVING AS SUBCHAPTER V TRUSTEES

The United States Department of Justice, Office of the United States Trustee seeks resumes from persons wishing to be considered for inclusion in a pool of trustees who may be appointed on a case-by-case basis to administer cases filed under the Small Business Reorganization Act of 2019 (Subchapter V), which amended chapter 11 of title 11 of the United States Code (Bankruptcy Code). Those with business, managerial, consulting, mediation and operational experience are encouraged to apply. The appointment is for cases filed in the United States Bankruptcy Court for the District of Nevada, primarily in the Las Vegas and Reno Division, as well as in nearby Districts or Divisions, as appropriate. Subchapter V trustees may receive compensation and reimbursement for expenses, in each case in which they serve, pursuant to court order under 11 U.S.C. § 330. Trustees are not federal government employees. All resumes must be received on or before November 15, 2019. For additional information, qualification requirements, and application procedures go to:

http://www.justice.gov/ust/eo/private_trustee/vacancies/11a_d.htm.

Case 2:19-cv-01697-JAD-DJA Document 27-1 Filed 11/29/19 Page 5 of 6

# LAS VEGAS REVIEW-JOURNAL

classifieds.reviewjournal.com
702-383-0383

# CLASSIFIEDS

## NEW TODAY

### Garage Sale
Garage Sale Fri, Sat, Sun 9-3
1012 Antelope Way, 89145
2 jazzy motorized wheelchairs, wheelchair lift, folding walker, lots of Western clothes, boots, hats, jackets & much more!

### Merchandise
2 Jazzy Motorized wheelchairs, wheelchair lift & folding walker.
Call 702-741-3255

ATTENTION COWBOYS!!
Western clothes, leather jackets, beads & fringe. Leather boots, cowboy hats, belts & buckles & much more!
Private party 702-741-3255

## Announcements

### Lost
Lost Family heirloom lost at 7-11 Flamingo and Jones. Two stone white gold ring. $1500 reward. (702) 286-2837

Lost Yorkie 2 Years Old 5lbs
Light Brown Hair
Near Bonanza & Linn
REWARD! 702-459-3065



REWARD $5000 for Blaze
Lost from South Point Casino
Oct 20th 2019 in the early am hours , she was last seen along Las Vegas Blvd. She is wearing her pink collar with tags. She is our 13yr old, Australian cattle dog she's 38lbs, she is my daughters service dog. We are so devastated and heartbroken, Please help us bring Blaze home! please contact Jackie anytime day or night
701-898-7210

### Public Announcements
A-1 DONATE YOUR CAR TO UNITED BREAST CANCER FOUNDATION! Your donation helps education, prevention & support programs. FAST FREE PICKUP - 24 HR RESPONSE - TAX DEDUCTION 844-322-9624 (NVCAN)

A PLACE FOR MOM. The nation's largest senior living referral service. Contact our trusted, local experts today! Our service is FREE/no obligation. CALL 1-866-496-7175 (NVCAN)

BATHROOM RENOVATIONS. EASY, ON DAY updates! We specialize in safe bathing. Grab bars, no slip flooring & seated showers. Call for a free in-home consultation: 877 -278 - 5726

BECOME THE NEXT WORLD SERIES OF GIN RUMMY ™ CHAMPION!
THE HOLIDAY CLASSIC OPEN BALLY'S HOTEL
ON THE LAS VEGAS STRIP
★ DECEMBER 1-4 2019 ★
PARTNERSHIP SINGLES
FREE ROLL
CALL 760-408-9998 OR GO TO GinRummyTournaments.com



CASH FOR CARS
RUNNING OR NOT
702-689-6537 Ask for Tapia

COMPUTER ISSUES? FREE DIAGNOSIS by GEEKS ON SITE! Virus Removal, Data Recovery! 24/7 EMERGENCY $20 OFF ANY SERVICE with coupon 42522! Restrictions apply.
877-835-7949 (NVCAN)

DENTAL INSURANCE from Physicians Mutual Insurance Company. NOT just a discount plan, REAL coverage for [350 ] procedures. Call 1-833-272-1082 for details.
www.dental50plus.com/nevada (NVCAN)

DIAGNOSED WITH LUNG CANCER? You may qualify for a substantial cash award.
NO obligation, NO risk! We've recovered millions. Let us help you!! Call 24/7, 844-251-7718 (NVCAN)

ENJOY 100% guaranteed, delivered-to-the-door Omaha Steaks! SAVE 68% PLUS get 4 FREE Burgers. Order The Favorite Fift - ONLY $69.99. 1-855-980-2903 mention code:59104HEG or visit www.omahasteaks.com/cheer20



For Sale Natural Corn Fed Red Angus Hanging Beef. $5.29 per lb plus cut & wrap. $1800 dep. upon order. Avail March & April. See pics online, for info call Eric 208-731-0951 Filer Idaho

Have you or your child suffered serious LUNG ISSUES from JUULing or Vaping? Let our attorneys fight for you! Get the justice you deserve! Call 775-877-3888 (NVCAN)

NEED YOUR CLASSIFIED OR DISPLAY AD to have statewide exposure? Contact this paper or the Nevada Press Association at 775-885-0866 or www.nevadapress.com. (NVCAN)



Public Vehicle Auction
Every Tuesday, 6pm
2245 N Nellis
Preview: Tuesdays, 12pm-6pm
Cars * Trucks * Vans * Boats *
RV's * Motorcycles * Vehicles sold for the Clark County Public Admin & Guardian*  Preview photos @ NellisAuction.com
Nellis Auction 702-531-1300

Send a box full of winter sunshine this holiday season!
Hand-picked. Mixed fruit medley. Satisfaction guaranteed. SAVE 20%! $19.99. Free Shipping. Call Pittman & Davis 1-855-222-9033 and mention item #MXFM and code PMVH-N230 or visit www.pittmandavis.com /M10167

Two great new offers from AT & T Wireless! Ask how to get the Next Generation Samsung Galaxy S10e FREE. FREE IPone with AT&Ts Buy one, Give One. While supplies last! CALL 1-844-576-0810 or www. freephonesnow.com//NV (NVCAN)

## Senior Services
Portable Oxygen Concentrator May Be Covered by Medicare! Reclaim independence and mobility with the compact design and long-lasting battery of Inogen One. Free information kit! Call 866-943-4671 (NVCAN)



Home services for our aging community. Technology help, air filter replacement, grocery delivery & more. 702-660-7770
www.HiredSons.com

## People to People Personals
67 year old Gentlemen, 5ft 8"
Seeks a wife. Someone to love and Cherish. Any race or nationality. Serious calls only.
Larry 1-587-336-5306 leave msg

** Looking For A Male Angel **
For Fun, Friendship and Fantasies! Ages 64 thru 68, height 5'7+ and any race.
Reply to Caroline G. at Review Journal Box 324 PO Box 70
Las Vegas, NV 89125

## Adult Entertainment
Where *Real* Singles Meet
UNCENSORED fun! 18+
Browse & Reply FREE
Gay: 702-963-0339
Straight: 702-963-0343

## Business & Financial

### Business for Sale
Auto Repair Shop for Sale
$80 K, Lease 3 or 5 Years at $3500/month, Nicely Equipped
702-528-4480

### Business Opportunities

Holiday Booth Space
● Available Now ●
At Fantastic Indoor Swapmeet
1717 S Decatur Blvd
702-862-6211 or 702-521-1688

Serious investor wanted. Start up company with new to the world patented product.
775-419-2683

### Money Wanted
LOAN TO ACQUIRE AUTO REPAIR 80k at 12% for 3yrs. SECURE WITH 2nd ON MY HOME & CLASSIC CAR TITLES
702-741-5654

## Employment

### Employment/Positions Wanted
Retail & Kitchen Help Wanted!
Busy and growing Gourmet Jerky company now hiring for experienced kitchen help and retail sales associates. Competitive pay DOE. Apply in person M-F 9a-1p at 9770 Maryland Parkway #1, Las Vegas, NV 89183 (702) 636-5000
www.avalonmeatcandy.com

### Automotive



WE HAVE AVAILABILITY FOR THE FOLLOWING POSITIONS:
*CASHIERS
*ASSISTANT MANAGERS
*MANAGERS
*GUEST ROOM ATTENDANTS
*VAULT CLERKS
*SECURITY OFFICERS

Competitive salary, 401K and benefits.

Apply in person at:
Terrible Herbst Employment CTR
3670 W. Dewey Drive
Las Vegas, NV 89118
Hours: 8:00a.m.-2:00p.m.
Mon thru Fri.

Or email:
humanresources@terribleherbst.com

Terrible Herbst is an equal opportunity employer. Must pass pre-employment drug test.

### Personal Services
●● CAREGIVER FULL-TIME ●
Room, board & car available plus salary. Need help with 80yr old bedridden female in Laughlin NV AV Reservation w/pool jacuzzi, gym, more 702-881-3418

### Real Estate

## LAS VEGAS REVIEW-JOURNAL
ADVERTISING ACCOUNT EXECUTIVE – REAL ESTATE
This position will cold call, sell service accounts placing ads. Applicant must have a proven record of exceptional communication and customer service skills. Detail oriented is extremely important as is being able to meet daily deadlines. Prior sales experience and good written, verbal and math skills a must. Knowledge of competitive media and Las Vegas demographics a plus. Real Estate industry a plus. Reliable and insured transportation required.

Forward resume to:
hrdept@reviewjournal.com
or you may drop it off in
HR office at:
1111 W. Bonanza Road
Las Vegas, NV 89106

We promote a drug free work environmet. EOE

### Sales
Commercial Laundry Service now hiring Sales People with management experience.
Good salary with benefits.
Call (702) 934-5257

YOU'LL be pleased with the fast results you'll get with the R-J Classifieds working for you. Whether you're advertising to hire, rent or sell, Classified ads can get the job done quicker.
Call 383-0383.

## LAS VEGAS REVIEW-JOURNAL
Advertising Account Executive

The Las Vegas Review-Journal is seeking an Advertising Account Executive. This position will cold call, sell & service accounts placing ads. Applicant must have a proven record of exceptional communication and customer service skills. Detail oriented is extremely important as is being able to meet daily deadlines. Prior sales experience and good written, verbal and math skills a must. Knowledge of competitive media and Las Vegas market a plus. Reliable & insured transportation required. We offer a competitive compensation & benefits package and a stable work environment.

Send resume by postal or e-mail.

Las Vegas Review Journal
Human Resources
P.O. Box 70
Las Vegas, NV. 89125-0070
hrdept@reviewjournal.com

Pre-employment Drug Screen EOE

### Transportation/Drivers

DRIVER
DELUXE TAXI CAB
has immediate openings!
Part-time/Full-time
★ DRIVERS PAID DAILY ★
Info 702-566-3528 (Recorded Message) Drugfree Workplace

### Legal Notices

### Annual Statements
ANNUAL STATEMENT OF
ARMSTRONG DEVELOPMENT PROPERTIES, INC.
For the Year Ending 12/31/2018
LOCATION of Principal Office: ONE ARMSTRONG PLACE BUTLER, PA 16001
LOCATION(s) of business in Nevada:
I, DRU A. SEDWICK, SECRETARY, submit the above statement pursuant to NRS 80.190.
PUB: Nov. 15, 16, 2019
LV Review-Journal

### Bids / Proposals
HARBER COMPANY, INC. DBA MOUNTAIN CASCADE OF NEVADA
Requests Sub Bids
nd material quotations from ALL qualified subcontractors and suppliers, including M/W/DVBE, on the following project. 100% Performance and Payment Bonds may be required.

215 Beltway Channel – Durango Drive to Grand Montecito Parkway
City of Las Vegas, Nevada
Bid No. 20.75156-JH
PWP No. CL-2020-133
Bid Date: 11/19/19
Bid Time: 1:30 PM

Please submit all bids 24 hours prior to the bid date. Attention: Jim Daisey
Phone: (702) 736-8802
Fax: (702) 736-8958
NV License 0017984
PUB: Nov. 8, 15, 2019
LV Review-Journal

REQUEST FOR PROPOSALS
Region 10 Education Service Center (ESC), Richardson, TX is requesting proposals for the following categories: Office & Workplace Supplies, Products, and Related Products & Services; Grounds Maintenance Equipment, Accessories, and Related Parts and Services; Elevator, Escalator and Moving Walkway Equipment, Installation, Service and Repair; Building and School Security Products and Services; Performance Based Solutions & Entertainment Systems; Educational Data, Analytics and Consultative Solutions

Proposals are due 01/17/2020 before 2:00 PM CST: In order to be considered respondents must submit a proposal to Region 10 ESC in accordance with solicitation documentation available at https://www.region10.org/about-us/request-for-proposals-bids/. The bid opening will take place at 2:00 P.M. Central Time in the Region 10 Offices located at 400 E Spring Valley Rd, Richardson, TX 75081.

Submitted by:
/s/Andrew Van Ness, Esq.
3815 S. Jones Blvd., Unit 1A
Las Vegas, NV 891403
(702)868-8248
Attorney for the Plaintiff
CLERK OF COURT (SEAL)
By:/s/Justin Gomez, Deputy Clerk Date:7/23/2018
Clark County Courthouse
200 Lewis Avenue
Las Vegas, NV 89155
PUB: Oct. 17-Nov. 15, 2019, inclusive LV Review-Journal

### Court Notices
CASE NO. 19C016409
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Magde, LLC, Plaintiff(s) vs.
Mika Jones, J Doe Jones,
Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
"Complaint for Breach of Contract"
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:
a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed In Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response may be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 06/10/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue, PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 1, 8, 15, 22, 29, 2019
LV Review-Journal

CASE NO. 19CH002719
DEPT. NO. II
JUSTICE COURT,
HENDERSON TOWNSHIP
CLARK COUNTY, NEVADA
Discover Bank, Plaintiff, vs.
Ryan Echegoyen & John/Jane Echegoyen (If Married), Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A Civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.
Complaint for Breach of Contract & Unjust Enrichment
1. If you wish to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response will be filed on time.
Issued at the direction of
/s/Joseph A. Geller, Esq.
Guglielmo & Associates
Attorney for Plaintiff
415 South Sixth Street
Suite 320, Las Vegas NV 89101
702-889-6609
By: /s/ DEPUTY CLERK,
Henderson Township
Date 7/22/19 (SEAL)
Justice Court, Henderson Township, 243 Water St, 1st Floor, Henderson, NV 89015
PUB: Oct. 25, Nov. 1, 8, 15, 22, 2019 LV Review-Journal

SUMM Case No: A-785982-C
Dept. No: 30
DISTRICT COURT
CLARK COUNTY, NEVADA
ZHAOXU WANG, Plaintiff, vs.
JEAN NJINGOU, an individual, DOES I through X, inclusive and ROE CORPORATIONS XI THROUGH XX, inclusive, Defendants.
SUMMONS
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
--Complaint for Negligence--
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the Complaint.
Submitted by:
/s/Andrew Van Ness, Esq.
3815 S. Jones Blvd., Unit 1A
Las Vegas, NV 891403
(702)868-8248
Attorney for the Plaintiff
CLERK OF COURT (SEAL)
By:/s/Justin Gomez, Deputy Clerk Date:7/23/2018
Clark County Courthouse
200 Lewis Avenue
Las Vegas, NV 89155
PUB: Oct. 17-Nov. 15, 2019, inclusive LV Review-Journal

DISTRICT COURT
CLARK COUNTY, NEVADA
CASE NO. A-19-796468-C
DEPT. NO. 32
TAXI MANAGEMENT LLC, a Nevada Limited Liability Company, Plaintiff(s), vs.
TONI MUNI-HOBER; and DOES 1 to 10, inclusive, Defendant(s).
SUMMONS - CIVIL
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
Object of the action is:
Subrogation Complaint regarding Negligent Operation of Vehicle.
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
(a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee. (b) Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.
Submitted by: /s/
AMANDA L. IRELAND
(SBN: 13155)
amanda.ireland@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
7854 West Sahara Avenue,
Las Vegas, NV 89117
and
TERESA M. BECK, ESQ (SBN: 15011)
teresa.beck@bipc.com
One America Plaza
600 West Broadway,
Suite 1100
San Diego, CA 92101
By: /s/Marie Kramer,
Deputy Clerk,
Date 9/10/2019 (SEAL)
Regional Justice Center
200 Lewis Ave. Las Vegas, NV 89155
PUB: Nov. 15, 22, 29, Dec. 6, 2019
LV Review-Journal

CASE NO. A-19-799997-F
DEPT. 23
DISTRICT COURT
CLARK COUNTY, NEVADA
BRUCE CAHILL, et al, Plaintiffs,
vs.
PAUL PEJMAN EDALAT, et al, Defendants.
NOTICE OF SALE
NOTICE IS HEREBY GIVEN THAT: At 9:00 a.m. on December 3, 2019, on the front steps of the North Entrance of the Regional Justice Center, located at 200 Lewis Ave, in Las Vegas; 89101, the herein-described property located in the County of Clark, Nevada shall be sold at public auction by the Clark County Sheriff to the highest bidder for lawful money of the United States or a Cashier's Check. The Property is a Chose in Action, specifically: All right and title to any and all causes of action, claims, allegations, assertions or defenses (including offsets claimed) of Judgement Debtor PAUL EDALAT, including but not limited to those pending in the Eighth Judicial District Court of Clark County, Nevada designated as:
Clark County District Court
Case No. A-17-759500-B
PAUL EDALAT, Plaintiff,
v.
SENTUS LAND MANAGEMENT, LLC; BRUCE E. CAHILL; CHAD BARETT; RICK SPEIGHTS; BASP CONSULTING, LLC; JOHN CROWTHE; and DOES 1-X, inclusive; and ROE CORPORATIONS 1-X, inclusive, Defendants.
Date: October 16, 2019
HOGAN HULET PLLC
By: Kenneth E. Hogan, Esq.
NVBar 10083
1140 N Town Center Dr Ste 300
Las Vegas, NV 89144
Attorney for Bruce Cahill
Joseph M. Lombardo, Sheriff
By: /s/ 18062 DEPUTY SHERIFF
PUB: Nov. 8, 15, 2019
LV Review-Journal

CITY OF LAS VEGAS ATTORNEY
John A. Curtas
Deputy City Attorney
Nevada Bar No. 1841
Jacurtas@lasvegasnevada.gov
495 South Main Street,
Sixth Floor
Las Vegas, Nevada 89101
Phone (702) 229-6629
HANLEY LAW FIRM, PLLC
Agnes N. Hanley
Nevada Bar No. 11226
Agnes@HanleyLF.com
2300 West Sahara Avenue,
Suite 800
Las Vegas, Nevada 89102
Phone (702) 856-4336
Attorneys for Plaintiff City of Las Vegas
DISTRICT COURT
CLARK COUNTY, NEVADA
CASE NO: A-19-801817-C
DEPT. NO: 9
CITY OF LAS VEGAS, a municipal corporation, Plaintiff,
vs.
J.D.A. REAL ESTATE HOLDINGS, LLC, a Nevada limited liability company; DEL TACO, LLC, a California limited liability company; NEVADA POWER COMPANY d/b/a NV ENERGY, z Nevada corporation; CENTRAL TELPHONE COMPANY, a foreign corporation; STATE OF NEVADA DEPARTMENT OF TAXATION: All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint; Defendants.
SUMMONS-CIVIL
THE CITY OF LAS VEGAS SENDS GREETING TO THE BELOW NAMED DEFENDANT:
"all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint"
THIS ACTION IS BROUGHT TO CONDEMN PROPERTY PURSUANT TO CHAPTER 37 OF THE NEVADA REVISED STATUTES NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION BELOW.
A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Verified Complaint in Eminent Domain filed on September 12, 2019 in the Eight Judicial District Court in Clark County, Nevada. Specifically, Plaintiff seeks to acquire a portion of Clark County Assessor Parcel Number 162-04-111-017, located at 1801 West Charleston Boulevard, Las Vegas, Nevada 89102 needed for the Charleston Boulevard Streetscape Improvements Project via eminent domain. If you have or claim an interest in this property, as more particularly described in the Complaint on file, you must appear, plead and defend your claimed property interest in order to receive just compensation.
1. If you intend to defend this lawsuit, within 30 days after this Summons is served on you, exclusive of the day of service, you must do the following:
a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Submitted by:
By: /s/ Agnes Hanley
Agnes Hanley
Hanley Law Firm
Nevada Bar No. 11226
2300 W. Sahara Avenue
Suite 800
Las Vegas, Nevada 89102
Attorney for the City of Las Vegas
STEVEN D. GRIERSON
CLERK OF COURT
By: /s/ Alexander Banderas
Deputy Clerk 9/16/2019
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Oct. 18, 25, Nov. 1, 8, 15, 2019 LV Review-Journal

2300 W. Sahara Avenue
Suite 800
Las Vegas, Nevada 89102
Attorney for the City of Las Vegas
STEVEN D. GRIERSON
CLERK OF COURT
By: /s/ Alisa-Mae Chapman
Deputy Clerk 9/13/2019
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
PUB: Oct. 18, 25, Nov. 1, 8, 15, 2019 LV Review-Journal

CITY OF LAS VEGAS ATTORNEY
John A. Curtas
Deputy City Attorney
Nevada Bar No. 1841
Jacurtas@lasvegasnevada.gov
495 South Main Street,
Sixth Floor
Las Vegas, Nevada 89101
Phone (702) 229-6629
HANLEY LAW FIRM, PLLC
Agnes N. Hanley
Nevada Bar No. 11226
Agnes@HanleyLF.com
2300 West Sahara Avenue,
Suite 800
Las Vegas, Nevada 89102
Phone (702) 856-4336
Attorneys for Plaintiff City of Las Vegas
DISTRICT COURT
CLARK COUNTY, NEVADA
CASE NO: A-19-801823-C
DEPT. NO: 25
CITY OF LAS VEGAS, a municipal corporation, Plaintiff,
vs.
SHADOW LAND, LLC, a Domestic limited liability company; FLP HOLDINGS, LLC, a Nevada limited liability company; J&D FINANCIAL SERVICES, INC., a Nevada corporation; NEVADA TITLE COMPANY, a Domestic corporation; NEVADA POWER COMPANY d/b/a NV ENERGY, a Nevada corporation; CENTRAL TELEPHONE COMPANY, a Foreign corporation; STATE OF NEVADA DEPARTMENT OF TAXATION; All other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint.
SUMMONS-CIVIL
THE CITY OF LAS VEGAS SENDS GREETING TO THE BELOW NAMED DEFENDANT:
"all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint"
THIS ACTION IS BROUGHT TO CONDEMN PROPERTY PURSUANT TO CHAPTER 37 OF THE NEVADA REVISED STATUTES NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION BELOW.
A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Verified Complaint in Eminent Domain filed on September 12, 2019 in the Eight Judicial District Court in Clark County, Nevada. Specifically, Plaintiff seeks to acquire a portion of Clark County Assessor Parcel Numbers 162-04-111-017 and 162-04-111-018, located at 1823 West Charleston Boulevard, Las Vegas, Nevada 89102 and 1833 West Charleston Boulevard, Las Vegas, Nevada 89102 needed for the Charleston Boulevard Streetscape Improvements Project via eminent domain. If you have or claim an interest in this property, as more particularly described in the Complaint on file, you must appear, plead and defend your claimed property interest in order to receive just compensation.
1. If you intend to defend this lawsuit, within 30 days after this Summons is served on you, exclusive of the day of service, you must do the following:
a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
b. Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
Submitted by:
By: /s/ Agnes Hanley
Agnes Hanley
Hanley Law Firm
Nevada Bar No. 11226

Civil Action No.
2:19-cv-01697-JAD-DJA
UNITED STATES
DISTRICT COURT for the
District of Nevada
COMMODITY FUTURES TRADING COMMISSION, Plaintiff v. DAVID GILBERT SAFFRON A/K/A DAVID GILBERT AND CIRCLE SOCIETY, CORP., Defendant.
SUMMONS IN A CIVIL ACTION
To: DAVID GILBERT SAFFRON A/K/A DAVID GILBERT
3765 Pacific St.
Las Vegas, NV 89121
A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.
Claims Asserted
Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).
Relief Sought
Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
PUB: Nov. 1, 8, 15, 22, 2019
LV Review-Journal



# CLASSIFIEDS



classifieds.reviewjournal.com
702-383-0383

## NEW TODAY
These ads are hot off the press, but do not represent all new ads.

### Garage Sale
Yard Sale Sat & Sun Nov 23rd & 24th 8am to 2pm. 3660 Boulder Hwy space 93, mobility scooter & lift, yard equipment, ladies clothes & much more!!!

### RV's & Transportation

2004 Ford F350 Quad Cab 4x4 turbo diesel, manual 6spd, dually, all options, 179k miles, after market bumpers, like new inside, runs & drives strong, tow pkg $12,000 or trade, easy financing Call 702-741-2032

### Autos for Sale

1978 Mercedes Benz 300D diesel, no rust, runs like Swiss watch, 1980 trans., Stuttgart replaced eng., can never kill it, new batt., stereo & tires, have receipts, sunroof, windows work $900 OBO 702-806-5659

## Announcements
### Lost

Chihuahua mixed w/ Corgie. 2½ y/o female, tan smooth coat. wearing pink collar. Near Reno & Mcleod. 702-857-9265

Lost Family heirloom lost at 7-11 Flamingo and Jones. Two stone white gold ring. $1500 reward. (702) 286-2837



REWARD $5000 for Blaze
Lost from South Point Casino Oct 20th 2019 in the early am hours , she was last seen along Las Vegas Blvd. She's wearing her pink collar with tags. She is our 13yr old, Australian cattle dog she's 38lbs, she is my daughters service dog. We are so devastated and heartbroken, Please help us bring Blaze home! please contact Jackie anytime day or night 701-898-7210

REWARD!
Black & White Cat Last seen 11/10 Please Call Tom
702-431-2903

Sm. White Fem Shih-Tzu 10 lbs named Viva, 11-13-2019 Near Green Valley High School, Shaggy & Dirty, Family Heartbroken $300 reward for safe return Please Call 702-927-2292

### Public Announcements
A-1 DONATE YOUR CAR TO UNITED BREAST CANCER FOUNDATION! Your donation helps education, prevention & support programs. FAST FREE PICKUP - 24 HR RESPONSE - TAX DEDUCTION 775-900-4036 (NVCAN)

A PLACE FOR MOM. The nation's largest senior living referral service. Contact our trusted, local experts today! Our service is FREE/no obligation. CALL 1-866-496-7175 (NVCAN)

BATHROOM RENOVATIONS. EASY, ON DAY updates! We specialize in safe bathing. Grab bars, no slip flooring & seated showers. Call for a free in-home consultation: 877 -278 -5726

BECOME THE NEXT WORLD SERIES OF GIN RUMMY™ CHAMPION!
THE HOLIDAY CLASSIC OPEN BALLY'S HOTEL
ON THE LAS VEGAS STRIP
★ DECEMBER 1-4 2019 ★
PARTNERSHIP SINGLES
FREE ROLL
Call 760-408-9998 OR GO TO GinRummyTournaments.com



CASH FOR CARS
RUNNING OR NOT
702-689-6537 Ask for Tapia

COMPUTER ISSUES? FREE DIAGNOSIS by GEEKS ON SITE! Virus Removal, Data Recovery! 24/7 EMERGENCY $20 OFF ANY SERVICE with coupon 42522! Restrictions apply.
877-835-7949 (NVCAN)

DENTAL INSURANCE from Physicians Mutual Insurance Company. NOT just a discount plan, REAL coverage for [350 ] procedures. Call 1-833-272-1082 for details.
www.dental50plus.com/nevada (NVCAN)

DIAGNOSED WITH LUNG CANCER? You may qualify for a substantial cash award.
NO obligation,
NO risk! We've recovered millions. Let us help you!! Call 24/7, 844-251-7718 (NVCAN)

ENJOY 100% guaranteed, delivere3d-to-the-door Omaha Steaks! SAVE 68% PLUS get 4 FREE Burgers. Order The Favorite Gift - ONLY $69.99. 1-855-980-2903 mention code:59104HEG or visit www.omahasteaks.com/cheer20

Have you or your child suffered serious LUNG ISSUES from JUULing or Vaping? Let our attorneys fight for you! Get the justice you deserve! Call 775-877-3888 (NVCAN)

NEED YOUR CLASSIFIED OR DISPLAY AD to have statewide exposure? Contact this paper or the Nevada Press Association at 775-885-0866 or www.nevadapress.com. (NVCAN)

## Sales


### Advertising Account Executive

The Las Vegas Review-Journal is seeking an Advertising Account Executive. This position will cold call, sell & service accounts placing ads. Applicant must have a proven record of exceptional communication and customer service skills. Detail oriented is extremely important as is being able to meet daily deadlines. Prior sales experience and good written, verbal and math skills a must. Knowledge of competitive media and Las Vegas market a plus. Reliable & insured transportation required. We offer a competitive compensation & benefits package and a stable work environment.

Send resume by postal or e-mail.

Las Vegas Review Journal
Human Resources
P.O. Box 70
Las Vegas, NV. 89125-0070
hrdept@reviewjournal.com

Pre-employment Drug Screen
EOE

### Senior Services
Portable Oxygen Concentrator May Be Covered by Medicare! Reclaim independence and mobility with the compact design and long-lasting battery of Inogen One. Free information kit! Call 866-943-4671 (NVCAN)

### Business & Financial
### Business for Sale
●● Barbershop For Sale ●●
4 chairs, combo salon with 2 stations on busy street. Good parking, good lease, will consider offer 702-528-4099

### Business Opportunities



Holiday Booth Space
★ Available Now ★
At Fantastic Indoor Swapmeet
1717 S Decatur Blvd
702-862-6211 or 702-521-1688

### Money Wanted
LOAN TO ACQUIRE AUTO REPAIR 80k at 12% for 3yrs. SECURE WITH 2nd ON MY HOME & CLASSIC CAR TITLES
702-741-5654

### Employment
### Employment/Positions Wanted
Retail & Kitchen Help Wanted! Busy and growing Gourmet Jerky company now hiring for experienced kitchen help and retail sales associates. Competitive pay DOE. Apply in person M-F 9a-1p at 9770 Maryland Parkway #1, Las Vegas, NV 89183 (702) 636-5000 www.avalonmeatcandy.com

### Automotive



WE HAVE AVAILABILITY FOR THE FOLLOWING POSITIONS:
★CASHIERS
★ASSISTANT MANAGERS
★MANAGERS
★GUEST ROOM ATTENDANTS
★VAULT CLERKS
★SECURITY OFFICERS

Competitive salary, 401K and benefits.

Apply in person at:
Terrible Herbst Employment CTR
3670 W. Dewey Drive
Las Vegas, NV 89118
Hours: 8:00a.m.-2:00p.m.
Mon thru Fri.

Or email:
humanresources@terribleherbst.com

Terrible Herbst is an equal opportunity employer. Must pass pre-employment drug test.

### Real Estate



ADVERTISING ACCOUNT EXECUTIVE – REAL ESTATE
This position will cold call, sell service accounts placing ads. Applicant must have a proven record of exceptional communication and customer service skills. Detail oriented is extremely important as is being able to meet daily deadlines. Prior sales experience and good written, verbal and math skills a must. Knowledge of competitive media and Las Vegas demographics a plus. Real Estate industry a plus. Reliable and insured transportation required.

Forward resume to:
hrdept@reviewjournal.com
or you may drop it off in
HR office at:
1111 W. Bonanza Road
Las Vegas, NV 89106

We promote a drug free work enviromnet.  EOE

Qualified jobseekers are waiting

Call 702-383-0383
LAS VEGAS REVIEW-JOURNAL
Employment Classified

## Transportation/Drivers

DRIVER
DELUXE TAXI CAB
has immediate openings!
Part-time/Full-time
★ DRIVERS PAID DAILY ★
Info 702-566-3528 (Recorded Message) Drugfree Workplace

## Legal Notices

### Annual Statements

ANNUAL STATEMENT OF CART America, Inc. For the Year Ending September 30, 2019 LOCATION of Principal Office: 4516 Mitchell ST, North Las Vegas, NV 89081 LOCATION(s) of business in Nevada: 4516 Mitchell ST, North Las Vegas, NV 89081 I, Richard L. Hagen President/CEO, submit the above statement pursuant to NRS 80.190.
PUB: Nov. 22, 23, 2019
LV Review-Journal

### Bids / Proposals

Martin-Harris Construction
is accepting proposals through November 3, 2019; from qualified subcontractors, for the
Symphony Park - Promenade Place & Carson Avenue Offsite Improvements

Roadway construction including import, concrete curb and gutter, and asphaltic concrete installation; traffic signal undergrounds and pole installation; storm drain, sanitary sewer, water line, and dry utility installations; signing and striping; and grading work together with such items as may be necessary to complete the work

All pricing must be held for a minimum of 60 days to allow the owner to make their decision.

To obtain Bid Documents: https://secure.smartinsight.co/#/PublicBidProject/480681

For any questions contact LasBids@martinharris.com
PUB: November 22, 2019
LV Review-Journal

NOTICE TO CREDITORS AND OTHERS CONCERNED

Pursuant to NRS 408.387, notice is hereby given that Contract No. 3619-READV, between Aggregate Industries SWR, Inc. and the State of Nevada, for construction of a portion of the Highway System on SR 604, Las Vegas Boulevard, from East Carey Avenue to 0.24 miles north of Craig Road, in Clark County, was accepted on November 13, 2019.

All creditors having claims against this contract must file their claims within thirty (30) days after acceptance of said contract. Information relative to the manner of filing claims may be obtained from the Administrative Services Officer, telephone number (775) 888-7070.

KRISTINA L SWALLOW, P.E., DIRECTOR
Nevada Department of Transportion
PUB: Nov. 18-22, Nov. 25-29, 2019
LV Review-Journal

CLARK COUNTY DEPT. OF AVIATION
Invitation to Bid
Bid No. 20-100010
Commercial Evaporative Coolers
Clark County Dept. of Aviation, 1845 East Russell Road,
Las Vegas NV 89119
Bid Opening:
December 10, 2019, at 2:00 p.m. at address listed.
The bid documents may be viewed on the NGEM website at https://nevada.ionwave.net
PUB: Nov. 22, 2019
LV Review-Journal

NOTICE TO CREDITORS AND OTHERS CONCERNED

Pursuant to NRS 408.387, notice is hereby given that Contract No. 2583, between Las Vegas Paving Corporation and the State of Nevada, for construction of a portion of the Highway System US 95 NW Phase 3A; CC 215 from US 95 to Tenaya Way and Clark County Regional Flood Control Facility ID's CNWE 0301 and CNWE 0304 along CC 215 from an existing concrete channel (East Tenaya Way) N to US 95, in Clark County, was accepted on November 12, 2019.

All creditors having claims against this contract must file their claims within thirty (30) days after acceptance of said contract. Information relative to the manner of filing claims may be obtained from the Administrative Services Officer, telephone number (775) 888-7070.

KRISTINA L SWALLOW, P.E., DIRECTOR
Nevada Department of Transportation
PUB: Nov. 18-22, 25-29, 2019
LV Review-Journal

REQUEST FOR PROPOSALS

The Clark County School District (District) will be accepting sealed bid/proposal responses for:
DIGITAL PLANETARIUM SYSTEMS
BID: 20054SCP
DUE DATE: DECEMBER 19, 2019 at 1:00 PM
RECEIPT LOCATION: 4212 EUCALYPTUS, BLDG. #7, LAS VEGAS, NV 89121-5207, ATTN: PURCHASING DEPARTMENT

This solicitation may be obtained by using any of the following methods:
A. Bonfire at https://ccsd.bonfirehub.com/
B. Onvia/DemandStar at www.demandstar.com
C. Document(s) may be obtained from the Purchasing Department's front desk at 4212 Eucalyptus Ave., Bldg. 7, Las Vegas, NV 89121 (7:00 am to 4:00 pm), or
D. By sending an email request referencing the bid/RFP name and number to 0071-BidQuestions- Inbox@nv.ccsd.net

The District's Bid Terms and Conditions and a list of current formal bids/proposals may be obtained by using the District's Web site: http://www.ccsd.net/departments/purchasing-warehousing. Terms and conditions for proposals are included within the proposal document.

PUB: November 22, 2019
LV Review-Journal

CITY OF HENDERSON INVITATION FOR BIDS
IFB 119-20 ON-CALL FENCE GATE SECURITY FEATURE REPAIR

The City of Henderson will accept for On-call Fence Gate Security Feature Repair until 2:00 p.m. on December 11, 2019. Bids will be publicly opened immediately following the IFB closing.

Copies of the complete IFB package and bidding instructions are available through the Nevada Gov eMarketplace at www.NGEMNV.com.

PUB: Nov. 22, 2019
LV Review-Journal

CITY OF LAS VEGAS INVITATION TO BID

Notice 200023-HM REV HVAC Air Filter Supply and Service. PRE-BID CONFERENCE 11/26/2019 at 9:00 a.m. BIDS must be received via the NGEM website or by the Office of the City Clerk, 2nd Floor, City Hall, 495 S. Main St., Las Vegas, NV 89101-2986 by 12/03/2019. Bids must be time-stamped by 1:30 p.m. BID DOCUMENTS available at ngemnv.com. Free registration is available. Please call Purchasing & Contracts at 702-229-6231 for registration assistance. Persons with a disability may request accommodations or assistance to participate in the solicitation process by contacting Purchasing & Contracts at 702-229-6231 or 7-1-1 (TTY). To insure the City is able to meet your needs, please submit requests at least 2 business days in advance. Successful Bidder(s) will be required by Contract to certify they are not boycotting the State of Israel per NRS 332.065.

PUB: November 22, 2019
LV Review-Journal

Martin-Harris Construction
is accepting proposals through December 3, 2019; from qualified subcontractors, for the
T3 Level 2 East Gaming Lounge at LAS

This project is a Tenant Improvement and consists of, but is not limited to, the following scopes of work: some demolition, structural steel roof support, architectural metal panels and trims, roofing patch, storefront glazing and doors, glass wall system & trim, framing & gyp. board, suspended ceiling, flooring, painting, specialties, fire sprinklers, hvac, electrical, low voltage systems, fire alarm

All pricing must be held for a minimum of 60 days to allow the owner to make their decision.

To obtain Bid Documents: https://secure.smartinsight.co/#/PublicBidProject/480585

For any questions contact LasBids@martinharris.com
PUB: November 22, 2019
LV Review-Journal

## Court Notices

CASE NO. 19C016409
Department No. 04
JUSTICE COURT,
LAS VEGAS TOWNSHIP
CLARK COUNTY NEVADA
Magde, LLC, Plaintiff(s) vs. Mika Jones, J Doe Jones, Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE ABOVE-NAMED DEFENDANT: You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is set forth below, an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.
*Complaint for
Breach of Contract*
*If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response (Answer) to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required, or you must file an Application to Proceed in Forma Pauperis and request a waiver of the fee. (You may obtain forms and information at the Civil Law Self-Help Center located in the Regional Justice Center or at its website http://www.civillawselfhelpcenter.org.) b. Serve a copy of your response upon the attorney whose name and address is shown below. *Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded, which could result in the taking of money or property or other relief. *If you intend to seek the advice of an attorney, you should do so promptly so that your response will be timely.
Partridge, Brian K 13927
Law Offices of James R Vaughan
11445 E Via Linda Ste 2-610
Scottsdale, AZ 85259
602-279-0778
By: /s/, Deputy Clerk
Date: 06/10/2019 (SEAL)
Justice Court, Las Vegas Township, Regional Justice Center, 200 Lewis Avenue, PO Box 552511,
Las Vegas, NV 89155-2511
PUB: Nov. 1, 8, 15, 22, 29, 2019
LV Review-Journal

CASE NO. 19CH002719
DEPT. NO. II
JUSTICE COURT,
HENDERSON TOWNSHIP
CLARK COUNTY, NEVADA
Discover Bank, Plaintiff, vs. Ryan Echegoyen & John/Jane Echegoyen (If Married), Defendant(s)
SUMMONS
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT: A Civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.
Complaint for Breach of Contract & Unjust Enrichment
1. If you wish to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.
Complaint for Breach of Contract & Unjust Enrichment
1. If you wish to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of the Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court. A $71.00 filing fee is required. b. Serve a copy of your response upon the attorney whose name and address is shown below, 2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response will be filed on time.
Issued at the direction of /s/Joseph A. Geller, Esq.
Guglielmo & Associates
Attorney for Plaintiff
415 South Sixth Street
Suite 320, Las Vegas NV 89101
702-889-6009
By: /s/, DEPUTY CLERK,
Henderson Township
Date 7/22/19 (SEAL)
Justice Court, Henderson Township, 243 Water St, 1st Floor, Henderson, NV 89015
PUB: Oct. 25, Nov. 1, 8, 15, 22, 2019 LV Review-Journal

DISTRICT COURT
CLARK COUNTY, NEVADA
CASE NO. A-19-796468-C
DEPT. NO. 32
TAXI MANAGEMENT LLC, a Nevada Limited Liability Company, Plaintiff(s),
-vs-
TONI MUNI-HOBER; and DOES 1 to 10, inclusive, Defendant(s).
SUMMONS - CIVIL
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
Object of the action is:
Subrogation Complaint regarding Negligent Operation of Vehicle.
1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, you must do the following:
(a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee. (b) Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.
Submitted by: /s/
AMANDA L. IRELAND
(SBN: 13155)
amanda.ireland@bipc.com

BUCHANAN INGERSOLL & ROONEY LLP
7854 West Sahara Avenue,
Las Vegas, NV 89117
and
TERESA M. BECK, ESQ (SBN: 15011)
teresa.beck@bipc.com
One America Plaza
600 West Broadway,
Suite 1100
San Diego, CA 92101
STEVEN D. GRIERSON CLERK OF COURT
By: /s/Marie Kramer,
Deputy Clerk,
Date 9/10/2019 (SEAL)
Regional Justice Center
200 Lewis Ave. Las Vegas, NV 89155
PUB: Nov. 15, 22, 29, Dec. 6, 2019
LV Review-Journal

DISTRICT COURT
CLARK COUNTY, NEVADA
Case No: A-19-799015-C
Dept No: IX
HAIK GOOMROYAN, Plaintiffs,
VS.
RODRIGO ROZO, an individual; KENNY ROZO, an individual; DOES I-V, and. ROE BUSINESS ENTITITES I-V, inclusive, Defendants.
SUMMONS - CIVIL
NOTICE: YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOU BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.
RODRIGO ROZO
6530 Annie Oakley Drive
Henderson, Nevada 89014
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
Object of the complaint is Negligence, and Negligent Entrustment.
1. If you intend to defend this lawsuit, within 20 days after this summons is served on you, exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response-to the Complaint in accordance with the rules of the Court, with the appropriate filing fee. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.
STEVEN D. GRIERSON,
CLERK OF COURT
By: /s/Marie Kramer,
Deputy Clerk  OCT 08 2019
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155
Submitted by:
/s/SCOTT M. HOLPER, ESQ.
Nevada Bar No. 9587
1310 S. Maryland Parkway
Las Vegas, Nevada 89104
Attorney for Plaintiff
PUB: Nov. 8, 15, 22, 29, Dec. 6, 2019  LV Review-Journal

IN THE DISTRICT COURT OF DOUGLAS COUNTY, KANSAS
IN THE MATTER OF THE ADOPTION OF SKYLAR PHOX BERRY-WESSON, A MINOR CHILD.
Case No. 2019-AD-000039
Div. 6
Pursuant to K.S.A. Chapter 59
NOTICE OF ADOPTION HEARING
THE STATE OF KANSAS TO ALL WHO ARE OR MAY BE CONCERNED:
You are hereby notified that a petition has been filed in the above-named court praying for an Order and Decree of said Court that the Petitioner be permitted and authorized to adopt Skylar Phox Berry-Wesson as Petitioner's own child; that an Order and Decree of Adoption of the said child by Petitioners be made and entered by said Court; and that they have all other proper relief. You are hereby required to file your written defenses thereto on or before December 16, 2019 at 3:30 p.m. at the Douglas County District Court, Judge Peggy Kittel, 111 E. 11th Street, Lawrence, Kansas at which date and time said cause will be heard. Should you fail thereof, judgment and decree will be entered in due course upon said petition. Julia Butler, an attorney in Lawrence, Kansas, has been represented for the unknown father. She can be reached at (785) 424-3700 and her address is 4106 W. 6th Street, Lawrence, KS 66049.
Jody M. Meyer #19502
4106 W. 6th Street, Suite B
Lawrence, KS 66049
Tel: (785) 856-1735
Attorney for Petitioners
PUB: Nov. 22, 29, Dec. 6, 2019
LV Review-Journal

Civil Action No.
2:19-cv-01697-JAD-DJA
UNITED STATES
DISTRICT COURT for the
District of Nevada
COMMODITY FUTURES TRADING COMMISSION, Plaintiff v.
DAVID GILBERT SAFFRON A/K/A DAVID GILBERT and CIRCLE SOCIETY, CORP., Defendant...
SUMMONS IN A CIVIL ACTION
To: DAVID GILBERT SAFFRON
A/K/A DAVID GILBERT
3765 Pacific St.
Las Vegas, NV 89121
A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.
Claims Asserted
Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).
Relief Sought
Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
PUB: Nov. 1, 8, 15, 22, 2019
LV Review-Journal