# Exhibit 2

Affidavit of Publication – *Los Angeles Daily News*

**Los Angeles Daily News**
21860 Burbank Blvd #200
Woodland Hills, CA  91367

5262601

COMMODITY FUTURES TRADING COMMISSION
1155 21ST STREET, NW
WASHINGTON, DC  20581

**FILE NO. 2:19-CV-01697-JAD-DJA**

PROOF OF PUBLICATION
AFFIDAVIT
(2015.5 C.C.P.)

STATE OF CALIFORNIA
County of Los Angeles

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the matter.  I am the principal clerk of the printer of the Daily News, a newspaper of general circulation published 7 times weekly in the City of Los Angeles, County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Los Angeles, State of California, under the date of May 26, 1983, Case Number Adjudication #C349217; that the notice, of which the annexed is a printed copy has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**11/01/2019, 11/08/2019, 11/15/2019, 11/22/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Woodland Hills, California,
this 25th day of November, 2019.



Signature

---

Legal No.  **0011330613**

(DAILY NEWS)
**Commodity Futures Trading Commission, Plaintiff v. David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp., Defendant., Case No. 2:19-cv-01697-JAD-DJA**

Summons in a Civil Action

To:  David Gilbert Saffron a/k/a David Gilbert

A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication.  You must also file your Answer or motion with the Court.  If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

Claims Asserted

Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).

Relief Sought

Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
Publish November 1, 8, 15, 22, 2019

---

r.LP5-12/01/15                                                   1

**Legal Notice**

**(DAILY NEWS)**
**Commodity Futures Trading Commission, Plaintiff v. David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp., Defendant., Case No. 2:19-cv-01697-JAD-DJA**

Summons in a Civil Action

To: David Gilbert Saffron a/k/a David Gilbert

A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

Claims Asserted

Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).

Relief Sought

Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
Publish November 1, 8, 15, 22, 2019

**(DAILY NEWS)**
**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. 2019 261354**
The following person(s) is (are) doing business as: VILLA MILAGRO 7330 Pyramid Drive Los Angeles CA 90046 LA County
REGISTERED OWNER(S): Berta Davis 7330 Pyramid Drive Los Angeles CA 90046
State of Incorporation/Organization: CA
This business is conducted by: an Individual
The date registrant started to transact business under the fictitious business name or names listed above: 11/2009
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Signed: Berta Davis, Owner
This statement was filed with the County Clerk of Los Angeles on Sep 30 2019
Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name Statement must be accompanied by the Affidavit of Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business and Professions Code).
Publish October 25, November 1, 8, 15, 2019

**(DAILY NEWS)**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
**CASE NUMBER 19VECP00479**
**PETITION OF JOHN JEFFREY PESICH (RUNYON) FOR CHANGE OF NAME**
TO ALL INTERESTED PERSONS:
Petitioner: filed a petition with this court for a decree changing names as follows:
Present name: JOHN JEFFREY PESICH to
Proposed name: JOHN JEFFREY RUNYON
THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
Date: 12/09/19
Time: 8:30 am Dept.: T
Room: 600
The address of the court is: SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
LOS ANGELS SUPERIOR COURT NORTHWEST DISTRICT - EAST BLDG. 6230 SYLMAR AVENUE VAN NUYS, CA 91401
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: DAILY NEWS
Date: OCT 22 2019 HUEY P. COTTON JUDGE OF THE SUPERIOR COURT
Publish October 25, November 1, 8, 15, 2019

**(DAILY NEWS)**
**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. 2019 253124**
The following person(s) is (are) doing business as: TBS WHITTIER 14029 Lambert Rd Whittier CA 90605 LA County
REGISTERED OWNER(S): Richard Wood 1021 E Orangethorpe Ave Anaheim CA 92801
This business is conducted by: an Individual
The date registrant started to transact business under the fictitious business name or names listed above: 09/2019
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Signed: Richard A Wood, Owner
This statement was filed with the County Clerk of Los Angeles on Sep 19 2019
Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name Statement must be accompanied by the Affidavit of Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business and Professions Code).
Publish October 18, 25, November 1, 8, 2019

**(DAILY NEWS)**
**NOTICE OF PUBLIC SALE**
Notice of Public Sale of Personal Property pursuant to the California Self-Service Storage Facility Act (CA Bus. & Prof. Code §21700, et seq.). EZ Storage of Van Nuys, L.P. will hold an on-line public auction to sell personal property described below belonging to those individuals listed below at the following facility location: 15330 Hatteras St, Van Nuys, CA 91411 11/18/19 at 10:00 AM the contents of the following spaces which include boxes, household items, furniture, appliances, clothing and other miscellaneous items. Facility phone is (818) 988-7636.
Space#/Name
0019 Laughlon, Toby Wayne
0033 Taft, Douglas Edwin
0161 Taft, Douglas Edwin
0176 Taft, Douglas Edwin
0306 Dieredjian, Simon Bedros
2027 Rosanac Fajardo, Lilian Ninet
2046 Valenzuela Ordonez, Otto Rene
2702 Collins Jr, Robert Douglas
2906 Grande, Maria Antonia
3213 Wakefield, Jamie
3816 Morgan, Khyree Daejion
The auction will be listed and advertised on the website www.storagetreasures.com, and all rules, terms and conditions stated on that website, and not inconsistent with this notice, shall apply. Bids may be made online starting 10 days before the date of the on-line auction. The winning bid amount must be paid in cash only at the above-referenced facility within 48 hours after the auction close time. The on-line auction sale of the contents of the storage unit shall be deemed "completed" only upon receipt by the above-named company holding the on-line auction sale of the cash, in full, from the winning bidder. In the event the winning bidder has not submitted payment of the amount of the winning bid within 48 hours of the auction close time, sale of the contents of the storage unit will be offered to the next highest bidder, and so on. In the event any lock installed on the storage unit by the winning bidder remains on the unit more than 72 hours after the winning bidder has paid the winning bid amount, the company which held the auction may remove such lock and all items of personal property remaining in the storage unit shall be deemed legally "abandoned" under California law and, without any notice to the winning bidder being legally required, may be disposed of by the company which held the auction in any way as it may choose.
Publish November 1, 8, 2019

**(DAILY NEWS)**
**PUBLIC NOTICE:**
Cellco Partnership and its controlled affiliates doing business as Verizon Wireless are proposing to build a 32-foot (overall height) Integrated Pole Telecommunications Tower in the vicinity of the front of 527 Veteran Avenue, Los Angeles, Los Angeles County, California 90024 (lat/long: N 34° 4' 3.06" / W 118° 27' 17.41"). Public comments regarding potential effects from this site on historic properties may be submitted within 30 days from the date of this publication to: Emily Trimpe, 4685 South Ash Avenue, Suite H-4, Tempe, Arizona 85282, 602.239.4886, Emily.Trimpe@terracon.com.
Publish November 1, 2019

**(DAILY NEWS)**
**REQUEST FOR BIDS: RAMIREZ CANYON PARK ART DECO HOUSE ROOFING REPAIRS**
The Mountains Recreation and Conservation Authority (MRCA), a local public agency exercising joint powers, is seeking bids from licensed roofing contractors for work located at 5750 Ramirez Canyon Road, Malibu, CA 90265. There will be a mandatory job walk for bidders who have not previously viewed the work held on November 14th, 2019 at 10:00 am at the project site. The work consists of the full replacement of flat seam roof, roof drains, rain gutters, and piping on a two-story, 4,015 sq.ft. residential building. Contractor is required to obtain all necessary permits before beginning work. This is a public works project as defined in Labor Code 1720 and must be performed in accordance with the requirements of the California Labor Code. All services must meet and be in compliance with local and state laws and regulations.
Any questions must be sent via email to julien.buenaventura@mrca.ca.gov by 3:00 p.m. on November 15th, 2019. All clarifications will be provided by November 19th, 2019. Bids must be received by 3:00 p.m. on November 22, 2019 in the main office of the Mountains Recreation and Conservation Authority at 570 W. Avenue 26, Suite 100, Los Angeles, CA, 90065. Please contact Julien Buenaventura at (323) 221-9944 ext 104 or at julien.buenaventura@mrca.ca.gov to obtain bid documents.
Publish November 1, 2019

**(DAILY NEWS)**
**REQUEST FOR BIDS: RAMIREZ CANYON PARK ART DECO SKYLIGHT INSTALLATION**
The Mountains Recreation and Conservation Authority (MRCA), a local public agency exercising joint powers, is seeking bids from licensed roofing contractors for work located at 5750 Ramirez Canyon Road, Malibu, CA 90265. There will be a mandatory job walk for bidders who have not previously viewed the work held on November 14, 2019 at 12:00 pm at the project site. The work consists the demo of existing skylights and installation of barrel vault skylights on a two-story residence, including new frames, acrylic glazing, iron flashing, counterflashing, caps and silicone seals. Contractor is required to obtain all necessary permits before beginning work. This is a public works project as defined in Labor Code 1720 and must be performed in accordance with the requirements of the California Labor Code. All services must meet and be in compliance with local and state laws and regulations.
Any questions must be sent via email to julien.buenaventura@mrca.ca.gov by 3:00 p.m. on November 15th, 2019. All clarifications will be provided by November 19th, 2019. Bids must be received by 3:00 p.m. on November 22, 2019 in the main office of the Mountains Recreation and Conservation Authority at 570 W. Avenue 26, Suite 100, Los Angeles, CA, 90065. Please contact Julien Buenaventura at (323) 221-9944 ext 104 or at julien.buenaventura@mrca.ca.gov to obtain bid documents.
Publish November 1, 2019

**(DAILY NEWS)**
**SUMMONS (CITACION JUDICIAL)**
CASE NUMBER: (Numero del Caso): LC107017
NOTICE TO DEFENDANT: (AVISO AL DEMANDADO): Georgy Madoyan, Artur Madoyan, Allan Kasabyan, and DOES 1 to 25 inclusive
YOU ARE BEING SUED BY PLAINTIFF: (LO ESTA DEMANDANDO EL DEMANDANTE): Judith Blinick
NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniendose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is: (El nombre y direccion de la corte es): Los Angeles Superior Court Van Nuys Courthouse East, 6230 Sylmar Ave., Van Nuys, CA 91401
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es): Robert D. Lipscomb, 4725 Placidia Ave., Toluca Lake, CA 91602 (818) 399-1020
DATE: (Fecha)MAR 21 2018
Sherri R. Carter, Clerk, (Secretario) by Christine Y-Tehrani, Deputy (Adjunto)
Publish November 1, 8, 15, 22, 2019

**Transportation / Autos For Sale**

| Autos For Sale | Autos For Sale | Autos For Sale |
|---|---|---|
| BUICK '16 ENVISION PREMIUM Gold, 17K Miles GD223157 $24,432.00 Rydell 888-556-8214 | CHEVROLET '17 EQUINOX LT White, 14K Miles H1564203 $15,943.00 Rydell 888-556-8214 | GMC '16 SIERRA SLT Brown, 46K Miles GG218334 $33,921.00 Rydell 888-556-8214 |
| CADILLAC '16 ESCALADE ESV Black, 31K Miles GR357501 $48,965.00 Rydell 888-556-8214 | CHEVROLET '17 SILVERADO LT White, 30K Miles HG388268 $30,454.00 Rydell 888-556-8214 | GMC '16 ACADIA SLT Black, 15K Miles KZ186133 $30,943.00 Rydell 888-556-8214 |
| CHEVROLET '16 COLORADO LT Burgandy, 27K Miles G1346436 $22,943.00 Rydell 888-556-8214 | CHEVROLET '19 EXPRESS CARGO White, 11K Miles K1162141 $24,987.00 Rydell 888-556-8214 | HONDA '17 CRV EX-L Blue, 148K Miles CL037849 $10,990.00 Rydell 888-556-8214 |
| CHEVROLET '16 CORVETTE Z06 White, 11K Miles G5612194 $63,921.00 Rydell 888-556-8214 | CHEVROLET '19 TAHOE LT Black, 17K Miles KR207937 $42,921.00 Rydell 888-556-8214 | KIA '17 SPORTAGE LX Gray, 32K Miles H7197490 $14,965.00 Rydell 888-556-8214 |
| CHEVROLET '16 SUBURBAN LT Black, 32K Miles GR199703 $36,921.00 Rydell 888-556-8214 | FORD '13 FUSION SE Silver, 23K Miles CL037849 $11,476.00 Rydell 888-556-8214 | LEXUS '14 IS250 White, 85K Miles E5023739 $17,476.00 Rydell 888-556-8214 |
| CHEVROLET '16 TAHOE LTZ White, 30K Miles GR391872 $44,432.00 Rydell 888-556-8214 | FORD '15 MUSTANG GT CONV White, 39K Miles F532251 $23,454.00 Rydell 888-556-8214 | SUBARU '15 WRX Blue, 32K Miles F9829594 $22,987.00 Rydell 888-556-8214 |
|  | FORD '16 FLEX LTD White, 67K Miles GBA0959 $22,476.00 Rydell 888-556-8214 | TOYOTA '18 CAMRY LE White, 20K Miles J3073974 $17,965.00 Rydell 888-556-8214 |



BURBANK NORTH HOLLYWOOD CANOGA PARK ENCINO GLENDALE NORTHRIDGE

WE'VE GOT YOU COVERED

Daily News dailynews.com
The Daily News follows the stories that matter to you — the stories happening where you live. So you stay informed about community news, as well as the top national news. Whether you enjoy it on your tablet, on your laptop, on your phone or on your kitchen table, the Daily News has local news you can't find anywhere else.

**THE ACES ON BRIDGE®** — Bobby Wolff

"Life's short span forbids us to enter on far-reaching hopes."
— Horace

The successful declarer always looks for a way to augment his chances. In today's deal, South found himself at the helm in four hearts after North set up a game force at his first turn. South showed his major-suit pattern without promising extras, then each player looked to extract support from their partner for their long suit. South won the day when North fessed up to a doubleton heart honor.

Having to choose between the pointed suits on lead, West opted for the unbid one and put a low diamond on the table. Declarer could see a spade and two trump losers on the likely 3-2 split; but if he could roll one spade in dummy, that would give him two spade tricks, three minor-suit winners, one ruff and four trump tricks, for 10 in all.

However, South was not prepared to settle for that: He sought to find a way home even if hearts split 4-1. Aiming to set up dummy's clubs, declarer won the diamond in hand and ruffed a spade at trick three, then followed with a low club, which he ruffed small. He returned to the heart ace and ruffed another low club in hand, then gave up a trump, East showing out. West could draw two more rounds of trumps, but dummy discarded the losing diamond; when clubs broke, South had the rest. The extra chance of an even club split had paid dividends.

Note declarer's good technique in keeping the club ace in dummy. This way, he did not risk conceding an overruff or trump promotion if clubs were 4-2 and trumps 3-2.

NORTH 11-1-A
♠ A 4
♥ A
♦ K 5 3
♣ A 10 7 6 5 4 3

WEST
♠ J 6
♥ K Q 9 7
♦ J 9 7 2
♣ Q J 8

EAST
♠ Q 9 8 7 5 3
♥ J
♦ Q 10 4
♣ K 9 2

SOUTH
♠ A K 10 2
♥ 10 8 6 5 3 2
♦ A 8 6
♣ —

Vulnerable: East-West
Dealer: South

The bidding:
| South | West | North | East |
|---|---|---|---|
| 1♥ | Pass | 2♣ | Pass |
| 2♠ | Pass | 2 NT | Pass |
| 3♦ | Pass | 3♥ | Pass |
| 4♥ | All pass | | |

Opening Lead: Diamond two

**BID WITH THE ACES** 11-1-B

South holds:
♠ Q 9 8 7 5 3
♥ J
♦ Q 10 4
♣ K 9 2

South  West  North  East
                          1♥
?

ANSWER: Bid two spades if you dare. With a singleton in hearts, the quality of your spades is not paramount. The jump tells partner what you have and may allow you to sacrifice or even win the auction. You will cramp the auction and make it difficult for East-West to find their best spot. I would bid one spade at unfavorable vulnerability, though, where I consider jumps to be at worst a maximum weak two-bid.

For details of Bobby Wolff's autobiography, "The Lone Wolff," contact shewolff757@aol.com. If you would like to contact Bobby Wolff, e-mail him at bobbywolff@mindspring.com.
Copyright 2019, Distributed by Andrews McMeel for UFS



Shop online for your next vehicle
Daily News
dailynews.com/autos

FIRST, FAST & FOREMOST...
Get the inside scoop on all your favorite topics...

Sign Up for Email Newsletters
Now you can have the day's top stories emailed directly to your inbox — at home, at work or wherever you connect. Register now and customize your own news feeds for breaking news, sports, business and more.
> Breaking News   > Preps
> Promotions       > Sports
> Business         > Opinion
Sign up today at
dailynews.com/newsletters
Los Angeles Daily News
dailynews.com
*No cost or obligation, unsubscribe at any time.

**BEST DELIVERY IN THE GAME!**
Turn to the Sports section for outstanding coverage of the Dodgers, Angels and ALL local baseball action.
To subscribe, call
1.877.450.5772

## Transportation

### Autos For Sale

**'11 HONDA CR-V EX-L** (011332) $10,990 — 833-757-6581

**'13 CADILLAC ATS 2.5L** (123149) $11,990 — 833-757-6581

**'13 CHRYSLER TOWN & CNTRY** (711366) $11,490 — 833-757-6581

**'13 DODGE DURANGO SXT** (691875) $12,990 — 833-757-6581

**'13 NISSAN 370Z** (880706) $13,790 — 833-757-6581

**'14 CHRYSLER 300** (382380) $14,990 — 833-757-6581

**'15 CHEVROLET TRAVERSE LS** (210827) $14,990 — 833-757-6581

**'16 DODGE JOURNEY SE** (147419) $9,990 — 833-757-6581

**'17 FORD FIESTA S** (117375) $7,990 — 833-757-6581

**BUICK '16 ENVISION PREMIUM** Gold, 17K Miles GD223157 $23,921.00 888-556-8214 Rydell

**CADILLAC '16 ESCALADE ESV** Black, 31K Miles GR357501 $48,454.00 888-556-8214 Rydell

**CHEVROLET '15 COLORADO LT** Gray, 44K Miles F1272587 $21,454.00 888-556-8214 Rydell

**CHEVROLET '16 CORVETTE Z06** White, 11K Miles G5612194 $63,421.00 888-556-8214 Rydell

**CHEVROLET '16 IMPALA LT** Silver, 67K Miles G9149604 $13,987.00 888-556-8214 Rydell

**CHEVROLET '16 SUBURBAN LT** Black, 32K Miles GR199703 $36,421.00 888-556-8214 Rydell

**CHEVROLET '16 TAHOE LTZ** White, 30K Miles GR391872 $43,921.00 888-556-8214 Rydell

**CHEVROLET '16 TRAX LT** Black, 33K Miles GB593311 $13,987.00 888-556-8214 Rydell

**CHEVROLET '17 SILVERADO LT** White, 30K Miles HG388268 $29,943.00 888-556-8214 Rydell

**CHEVROLET '17 VOLT** White, 34K Miles HU120478 $16,965.00 888-556-8214 Rydell

**CHEVROLET '19 EXPRESS CARGO** White, 11K Miles K1162141 $24,476.00 888-556-8214 Rydell

**CHEVROLET '19 TAHOE LT** Black, 17K Miles KR207937 $42,421.00 888-556-8214 Rydell

**DODGE '15 DURANGO SXT** Gray, 38K Miles FC921260 $20,965.00 888-556-8214 Rydell

**FORD '16 FLEX LTD** White, 67K Miles GBA0959 $21,965.00 888-556-8214 Rydell

**GMC '16 TERRAIN SLE** White, 35K Miles FC921260 $14,965.00 888-556-8214 Rydell

**GMC '19 ACADIA SLT** Black, 15K Miles KZ186133 $30,432.00 888-556-8214 Rydell

**JEEP '17 GRAND CHEROKEE** Black, 22K Miles HC738009 $29,965.00 888-556-8214 Rydell

**LEXUS '14 IS250** White, 85K Miles E5023739 $16,965.00 888-556-8214 Rydell



**Honda Civic 2012 Dark blue,104,216 miles, 4 door, automatic, reliable, great car for new driver, $6,900.** 661-478-8781 6UML997

**SUBARU '15 WRX** Blue, 32K Miles F9829594 $22,476.00 888-556-8214 Rydell

**TOYOTA '18 CAMRY LE** wHITE, 20K Miles J1073974 $17,454.00 888-556-8214 Rydell

### Legal Notice

(DAILY NEWS)
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
CASE NUMBER 19VECP00479
**PETITION OF JOHN JEFFREY PESICH (RUNYON) FOR CHANGE OF NAME**
TO ALL INTERESTED PERSONS: Petitioner: filed a petition with this court for a decree changing names as follows:
Present name:
JOHN JEFFREY PESICH to
Proposed name:
JOHN JEFFREY RUNYON
THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
**NOTICE OF HEARING**
Date: 12/09/19
Time: 8:30 am Dept.: T
Room: 600
The address of the court is: SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
LOS ANGELES SUPERIOR COURT NORTHWEST DISTRICT - EAST BLDG. 6230 SYLMAR AVENUE VAN NUYS, CA 91401
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: DAILY NEWS
Date: OCT 22 2019 HUEY P. COTTON JUDGE OF THE SUPERIOR COURT
Publish October 25, November 1, 8, 15, 2019

(DAILY NEWS)
**FICTITIOUS BUSINESS NAME STATEMENT**
FILE NO. 2019 261354
The following person(s) is (are) doing business as: VILLA MILAGRO 7330 Pyramid Drive Los Angeles CA 90046 LA County
REGISTERED OWNER(S):
Berta Davis 7330 Pyramid Drivd Los Angeles CA 90046
State of Incorporation/Organization: CA
This business is conducted by: an Individual
The date registrant started to transact business under the fictitious business name or names listed above: 11/2009
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Signed: Berta Davis, Owner
This statement was filed with the County Clerk of Los Angeles on Sep 30 2019
Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name Statement must be accompanied by the Affidavit of Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business and Professions Code).
Publish October 25, November 1, 8, 15, 2019

(DAILY NEWS)
**PUBLIC NOTICE**
Interested persons are invited to comment on the following 4 wireless telecommunications facilities, all of which are located in Los Angeles County, CA: 1) "SV00658A" (located at 12227 Balboa Blvd., Granada Hills); 2) "SV01763B" (located at 1350 E. Janss Rd., Thousand Oaks); 3) "SV11270B" (located at 13333 W. Osborne St., Arleta); 4) "SV11944A" (located at 2103 W. Avenue J, Lancaster). All consist of a proposed fiber addition to an existing telecommunications facility. Comments regarding potential effects to historic properties should be submitted by email to KerryWilloughby@AceEnvironmentalLLC.com. Address: 9976 Peak Lookout St., Las Vegas, NV 89178, (702) 614-4431. This notice is provided in accordance with the regulations of the FCC 47 CFR Part 1, Subpart I and Appendices B and C.
Publish November 8, 2019

### Legal Notice

(DAILY NEWS)
**SUMMONS (CITACION JUDICIAL)**
CASE NUMBER: (Numero del Caso): LC107017
NOTICE TO DEFENDANT: (AVISO AL DEMANDADO): Georgy Madoyan, Artur Madoyan, Allan Kasabyan, and DOES 1 to 25 inclusive
YOU ARE BEING SUED BY PLAINTIFF: (LO ESTA DEMANDANDO EL DEMANDANTE): Judith Blinick
NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
iAVISO! Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniendose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is: (El nombre y direccion de la corte es): Los Angeles Superior Court Van Nuys Courthouse East, 6230 Sylmar Ave., Van Nuys, CA 91401
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es): Robert D. Lipscomb, 4725 Placidia Ave., Toluca Lake, CA 91602 (818) 399-1020
DATE: (Fecha)MAR 21 2018
Sherri R. Carter Clerk, (Secretario) by Christine Y-Tehrani, Deputy (Adjunto)
Publish November 1, 8, 15, 22, 2019

### Legal Notice

(DAILY NEWS)
**Commodity Futures Trading Commission, Plaintiff v. David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp., Defendant., Case No. 2:19-cv-01697-JAD-DJA**

Summons in a Civil Action

To: David Gilbert Saffron a/k/a David Gilbert

A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

Claims Asserted

Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).

Relief Sought

Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.

Publish November 1, 8, 15, 22, 2019


Parade — DON'T MISS THIS WEEKEND'S ISSUE

### Employment Opportunities

**NEWSPAPER CARRIERS NEEDED**
Early A.M, 7 Days a week, 1-3 hrs
License, Insurance, Soc Sec or ITIN, and Vehicle
South Bay, Los Angeles, Long Beach, SF Valley
310-405-1640
Beaumont, Banning, Hemet, San Jacinto
951-533-8853
Riverside, Moreno Valley, Jurupa Valley, Corona, Norco, Eastvale, Perris
951-529-1326
Temecula, Murrieta, Winchester, Sun City, Menifee & Lake Elsinore
951-529-1326
Fontana, Rancho Cucamonga, Alta Loma, Ontario
626-262-2735
San Bernardino, Redlands, Loma Linda, Yucaipa
909-472-1303
Pomona, La Verne, Upland
626-533-4391
No sales or collecting involved • Very limited number of opportunities available



96 ELEPHANTS ARE KILLED IN AFRICA EVERY DAY
**TAKE A STAND**
CALIFORNIA, IT'S TIME
96ELEPHANTS.ORG
A WCS CAMPAIGN

**GALPIN LINCOLN**
#1 VOLUME LINCOLN DEALER IN THE WESTERN USA!*
#1 LINCOLN HYBRID DEALER IN THE USA!*
*According to Lincoln 2018 New Car & Truck internal sales reports.

CHOOSE FROM ONE OF THE LARGEST INVENTORIES OF NEW LINCOLNS IN THE USA.

yelp
"My husband & I went in to Galpin Lincoln yesterday and bought our very 1st luxury vehicle! - a new Lincoln MKC! The staff was very friendly & inviting, right from the start. Our sales consultant was very helpful, very professional, and made the whole car-buying experience delightful! We will definitely be repeat customers!"

For our current LINCOLN specials visit:
**GalpinLincoln.com**

**GALPIN PREMIER**
15500 Roscoe Blvd. Van Nuys
888.581.2737

| Legal Notice | Legal Notice | Legal Notice |
|---|---|---|

**(DAILY NEWS)**
Commodity Futures Trading Commission, Plaintiff v. David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp., Defendant., Case No. 2:19-cv-01697-JAD-DJA

Summons in a Civil Action

To: David Gilbert Saffron a/k/a David Gilbert

A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

Claims Asserted

Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).

Relief Sought

Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.

Publish November 1, 8, 15, 22, 2019

**(DAILY NEWS)**
ORDER TO SHOW CAUSE FOR CHANGE OF NAME
CASE NUMBER 19VECP00479
PETITION OF JOHN JEFFREY PESICH (RUNYON) FOR CHANGE OF NAME

TO ALL INTERESTED PERSONS:
Petitioner: filed a petition with this court for a decree changing names as follows:
Present name:
JOHN JEFFREY PESICH to
Proposed name:
JOHN JEFFREY RUNYON
THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
Date: 12/09/19
Time: 8:30 am Dept.: T
Room: 600
The address of the court is:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
LOS ANGELES SUPERIOR COURT
NORTHWEST DISTRICT - EAST BLDG. 6230 SYLMAR AVENUE
VAN NUYS, CA 91401
A copy of this **Order to Show Cause** shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: DAILY NEWS
Date: OCT 22 2019 HUEY P. COTTON JUDGE OF THE SUPERIOR COURT
Publish October 25, November 1, 8, 15, 2019

---

## THE ACES ON BRIDGE — Bobby Wolff

*"Women and music should never be dated."*
— Oliver Goldsmith

When West opened one diamond, it was passed around to South, who upgraded his spot-cards and stretched to balance with two no-trump to show a balanced 19-20. North also took an aggressive position by raising. Still, despite North-South having just a combined 23-count, game had decent play.

Declarer won the spade king lead and went after hearts while his communications were still open. West took the heart king and cashed the spade jack, East following upward. Placing a spade stopper with South, West could count eight tricks for declarer once the spade queen was knocked out. As South was also likely to have diamonds stopped, the ninth trick could easily come from an endplay.

Had West defended passively, by exiting with a heart, declarer could set up his spade winner, then strip all of West's cards except diamonds, and next lead that suit from dummy. Because of his diamond nine, declarer would be able to duck the lead to West for a diamond return into his tenace.

So, West attacked dummy's entry before South could cash the spades. He shifted to the club 10, taken by the king. Declarer unblocked his heart honors and advanced the spade eight. However, West took the queen and played another club to dummy's ace. Declarer could throw a diamond on the heart jack, but then had to tackle diamonds. He played to his nine, but West won the diamond jack and exited safely with a spade. The diamond king scored the setting trick.

11-15-A
NORTH
♠ 9 2
♥ J 4 3 2
♦ 7 6 2
♣ A 8 7 5

WEST
♠ K Q J 5
♥ A 9 8 5
♦ K J 8
♣ 10 3

EAST
♠ 7 6 4
♥ 7 6
♦ 10 4 3
♣ Q J 9 6 4

SOUTH
♠ A 10 8 3
♥ K Q 10
♦ A Q 9 5
♣ K 2

Vulnerable: East-West
Dealer: West

The bidding:
| South | West | North | East |
|---|---|---|---|
|  | Pass | Pass | Pass |
| 2 NT | Pass | 3 NT | All pass |

Opening Lead: Spade king

BID WITH THE ACES    11-15-B

South holds:
♠ 9 2
♥ J 4 3 2
♦ 7 6 2
♣ A 8 7 5

| South | West | North | East |
|---|---|---|---|
|  |  | 1 ♦ | Pass |
|  | 1 ♥ | Pass | 1 ♠ | Pass |
| ? |  |  |  |

ANSWER: Bid two diamonds. A one-no-trump advance should show just a little more in the way of high cards here. Besides, with only one quick stopper in the unbid suit and nothing in your own suit, which partner is probably short in, one no-trump will not play well. Two diamonds should be the right part-score and may serve to slow partner down as well as anything.

For details of Bobby Wolff's autobiography, "The Lone Wolff," contact shewolff5757@aol.com. If you would like to contact Bobby Wolff, e-mail him at bobbywolff@mindspring.com.
Copyright 2019, Distributed by Andrews McMeel for UFS



GALPIN LINCOLN

#1 VOLUME LINCOLN DEALER IN THE WESTERN USA!*

#1 LINCOLN HYBRID DEALER IN THE USA!*

*According to Lincoln 2018 New Car & Truck internal sales reports.

CHOOSE FROM ONE OF THE LARGEST INVENTORIES OF NEW LINCOLNS IN THE USA.

yelp

"My husband & I went in to Galpin Lincoln yesterday and bought our very 1st luxury vehicle! - a new Lincoln MKC! The staff was very friendly & inviting, right from the start. Our sales consultant was very helpful, very professional, and made the whole car-buying experience delightful! We will definitely be repeat customers!"

For our current LINCOLN specials visit:
GalpinLincoln.com

GALPIN PREMIER
15500 Roscoe Blvd. Van Nuys
888.581.2737

Are you looking for new wheels?

We've got lots!


Daily News
classified

dailynews.com

Are you in the market for a **new home**?

Los Angeles Daily News
**Classifieds**



Don't buy news that's all wet.

Get your real news here.

At a time when "fake news" stories continue to make splashy headlines, our readers can always tell when something's fishy. They know that when they read the **Daily News**, they're reading stories written by professional journalists, trained in their craft to be truthful and impartial. Our goal is to inform and illuminate … not muddy the waters with half-truths and unconfirmed details. For us, honesty is the best policy, and it's what you'll get in any story or column that appears in our newspaper, on our website or via our social media channels.

We believe you can handle the truth, and that with us, the real story will always rise to the surface.



Daily News

Local. News. Matters.
And so does the Truth.

dailynews.com/subscribe

## Legal Notice

**(DAILY NEWS)**
**Commodity Futures Trading Commission, Plaintiff v. David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp., Defendant., Case No. 2:19-cv-01697-JAD-DJA**

**Summons in a Civil Action**

To: David Gilbert Saffron a/k/a David Gilbert

A lawsuit has been filed against you. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581, an Answer to the Complaint, accessible at the CFTC's website, https://www.cftc.gov/PressRoom/PressReleases/8053-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of service of this Summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

**Claims Asserted**

Options Fraud in violation of 7 U.S.C. § 6c(b) and 17 C.F.R. 32.4; Commodity Pool Operator ("CPO") Fraud in violation of 7 U.S.C. § 6o(1)(A)-(B); Prohibited Activities of a CPO in violation of 17 C.F.R. § 4.20(a)(1), (b), and (c); Failure to register as a CPO and Associated Person of a CPO in violation of 7 U.S.C. §§ 6m(1), 6k(2).

**Relief Sought**

Full restitution to defrauded investors, disgorgement of ill-gotten gains, civil monetary penalties, permanent registration and trading bans, and a permanent injunction against future violations of the Commodity Exchange Act and Commission Regulations.
Publish November 1, 8, 15, 22, 2019

**(DAILY NEWS)**
**SUMMONS (CITACION JUDICIAL)**
**CASE NUMBER: (Numero del Caso): LC107017**
NOTICE TO DEFENDANT: (AVISO AL DEMANDADO): Georgy Madoyan, Artur Madoyan, Allan Kasabyan, and DOES 1 to 25 inclusive
YOU ARE BEING SUED BY PLAINTIFF: (LO ESTA DEMANDANDO EL DEMANDANTE): Judith Blinick
NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniendose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is: (El nombre y direccion de la corte es): Los Angeles Superior Court Van Nuys Courthouse East, 6230 Sylmar Ave., Van Nuys, CA 91401
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es): Robert D. Lipscomb, 4725 Placidia Ave., Toluca Lake, CA 91602 (818) 399-1020
DATE: (Fecha) MAR 21 2018
Sherri R. Carter Clerk, (Secretario) by Christine Y-Tehrani, Deputy (Adjunto)
Publish November 1, 8, 15, 22, 2019

**(DAILY NEWS)**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
**CASE NUMBER 19BBCP00426**
**PETITION OF DAVID SCOTT IRELAND HALCROW FOR CHANGE OF NAME**
TO ALL INTERESTED PERSONS:
Petitioner: DAVID SCOTT IRELAND HALCROW filed a petition with this court for a decree changing names as follows:
Present name: DAVID SCOTT IRELAND HALCROW to
Proposed name: DAVID IRELAND HALCROW SCOTT
THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
**NOTICE OF HEARING**
Date: DEC 20 2019
Time: 8:30 AM Dept.: B
The address of the court is: SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles 300 EAST OLIVE AVENUE BURBANK, CA. 91502 MAILING ADDRESS: 300 EAST OLIVE AVENUE BRANCH NAME: BURBANK, CA. 91502
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county:
DAILY NEWS
Date: OCT 28 2019 DARREL MAVIS JUDGE OF THE SUPERIOR COURT
Publish November 22, 29, December 6, 13, 2019

**(DAILY NEWS)**
**NOTICE OF PUBLIC LIEN SALE**
Notice is here given pursuant to the California Self Services Storage Facility Act, Chapter 10, Division 8, Section 21700 through 21716 of the Business and Professions Code of the State of California that the undersigned, Self-Storage Enterprises, Inc. DBA Arleta Self Storage, 8918 Woodman Ave., Arleta, CA 91331-6401 will sell at Public Sale on December 11, 2019 at 10:00 am
A-119 Ronnie Winfield: Household goods, boxes, bags
B-122 Cosasola, Leslie: Household goods, boxes, bags
B-317 Mercado, Sofia: Household goods, boxes, bags
C-160 Green, Victoria: Household goods, boxes, bags
C-161 Merida, Rolando: Household goods, boxes, bags
C-164 Alexander, Bryce: Household goods, boxes, bags
C-338 Stenneth, Tonya: Household goods, boxes, bags
All units may contain other items. Said sale is for the purpose of satisfying lien(s) of the undersigned per law. We have the right to refuse any and all sales.
O'Brien's Auction Services RS19468.
Auctioneer: James O'Brien, 951-681-4113, Bond #152585941.
Publish November 22, 29, 2019

**(DAILY NEWS)**
**NOTICE OF PRIVATE SALE**
The following property will be sold by written bid by 9:00 a.m. MST on 12/3/2019
**2014 Utility Reefer 1UYVS2536EU973514**
To inquire about this item please call Bret Swenson at 801-624-5864.
Transportation Alliance Bank 4185 Harrison Blvd Ogden, UT 84403
Publish November 21, 22, 2019

**(DAILY NEWS)**
**NOTICE OF PRIVATE SALE**
The following property will be sold by written bid by 9:00 a.m. MST on 12/5/2019
**2016 Utility Reefer 1UYVS2533GM616018**
To inquire about this item please call Bret Swenson at 801-624-5864.
Transportation Alliance Bank 4185 Harrison Blvd Ogden, UT 84403
Publish November 22, 23, 2019

**(DAILY NEWS)**
**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. 2019291582**
The following person(s) is (are) doing business as:
LEGACY PRODUCTIONS
11660 Church Street Unit 47
Rancho Cucamonga CA 91730
San Bernardino County
REGISTERED OWNER(S):
Angela Hall
11660 Church Street Unit 47
Rancho Cucamonga CA 91730
State of Incorporation/Organization: CA
This business is conducted by: an Individual
The date registrant started to transact business under the fictitious business name or names listed above: N/A
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Signed: Angela Hall, Owner
This statement was filed with the County Clerk of Los Angeles on Nov 5 2019
Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name Statement must be accompanied by the Affidavit of Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business and Professions Code).
Publish November 8, 15, 22, 29, 2019

**(DAILY NEWS)**
**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. 2019295760**
The following person(s) is (are) doing business as:
CAROL MCCLEAN
6627 Whitman Ave
Lake Balboa CA 91406 LA County
REGISTERED OWNER(S):
Carol Mae Smith 6627 Whitman Ave Lake Balboa CA 91406
This business is conducted by: an Individual
The date registrant started to transact business under the fictitious business name or names listed above: N/A
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Signed: Carol Mae Smith, Owner
This statement was filed with the County Clerk of Los Angeles on Nov 8 2019
Notice - In accordance with Subdivision (a) of Section 17920, a Fictitious Name Statement generally expires at the end of five years from the date on which it was filed in the office of the County Clerk, except, as provided in Subdivision (b) of Section 17920, where it expires 40 days after any change in the facts set forth in the statement pursuant to Section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name statement must be filed before the expiration. Effective January 1, 2014, the Fictitious Business Name Statement must be accompanied by the Affidavit of Identity Form. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (see Section 14411 et seq., Business and Professions Code).
Publish November 15, 22, 29, December 6, 2019

## Autos For Sale / Transportation

**Autos For Sale**
'17 CHEVROLET SONIC #121626/ $11,988 ROTOLO CHEVROLET 866-264-9956

'17 FORD FIESTA S (117375) $7,990 AUTONATION 833-757-6581

BUICK '11 LACROSSE Gold, 69K Miles BF313435 $9,965.00 888-556-8214 Rydell

CADILLAC '16 ESCALADE ESV Black, 31K Miles BR357501 $45,471.00 888-556-8214 Rydell

CHEVROLET '15 CAMARO LS Black, 49K Miles F9309863 $14,590.00 888-556-8214 Rydell

CHEVROLET '16 CORVETTE Z06 White, 11K Miles G5612194 $60,421.00 888-556-8214 Rydell

CHEVROLET '17 CRUZE LT Gold, 22K Miles HS547931 $13,987.00 888-556-8214 Rydell

CHEVROLET '16 IMPALA LT Silver, 67K Miles G9149604 $12,965.00 888-556-8214 Rydell

CHEVROLET '16 SPARK EV White, 29K Miles GC649602 $8,987.00 888-556-8214 Rydell

CHEVROLET '16 TAHOE LTZ White, 30K Miles GR391872 $41,421.00 888-556-8214 Rydell

CHEVROLET '17 COLORADO LT Burgundy, 22K Miles H1208584 $24,932.00 888-556-8214 Rydell

CHEVROLET '17 SILVERADO LT Gray, 25K Miles HG385268 $27,421.00 888-556-8214 Rydell

CHEVROLET '19 SUBURBAN LT Black, 29K Miles KR174051 $40,932.00 888-556-8214 Rydell

CHEVROLET '17 TRAVERS LT Silver, 47K Miles HJ153029 $18,943.00 888-556-8214 Rydell

CHEVROLET '17 VOLT Gray, 25K Miles HU134870 $17,498.00 888-556-8214 Rydell

CHEVROLET '19 EXPRESS CARGO White, 11K Miles K1160341 $27,943.00 888-556-8214 Rydell

GMC '17 ACADIA DENALI Burgundy, 48K Miles HZ152014 $28,943.00 888-556-8214 Rydell

GMC '17 TERRAIN DENALI Black, 17K Miles H6173270 $23,943.00 888-556-8214 Rydell

KIA '16 SORENTO LX White, 96K Miles GG048414 $11,987.00 888-556-8214 Rydell

NISSAN '15 ALTIMA Black, 81K Miles FC433813 $10,990.00 888-556-8214 Rydell

SUBARU '15 WRX Blue, 32K Miles F9829594 $20,943.00 888-556-8214 Rydell

TOYOTA '14 TUNDRA TRD OFF RD Gray, 70K Miles EX164499 $25,954.00 888-556-8214 Rydell

Nobody covers the Valley like the Daily News
Parade DON'T MISS THIS WEEKEND'S ISSUE!
Something to SELL? We're waiting for your call! 888.303.7355 Los Angeles Daily News www.dailynews.com Classifieds

---

## THE ACES ON BRIDGE® — Bobby Wolff

"I am the master of my fate;
I am the captain of my soul."
— William Ernest Henley

Sometimes, destiny seems to produce a deal straight from the textbooks, albeit a very advanced manual in this case. In the North American Swiss Teams, this deal was played around the room and had the smell of a contrived hand about it, with the opponents' cards cooperating completely.

After a light weak-two opening by West, Steve Levy of Las Vegas was virtually stampeded into bidding four spades on the South cards — not too unwillingly, until he saw the virtually useless dummy come down. Even though the North hand was one card away from a genuine Yarborough, Levy did his best to exploit such meager assets.

The defense led two rounds of hearts. Levy ruffed and played the spade jack out of his hand! That put East in a dilemma. If he ducked, it would allow declarer to play diamonds from his hand (retaining the diamond two) to establish the suit. If he took his queen, then whether he played another heart (which would be ruffed in dummy) or a plain suit, declarer would have just enough spades left to draw trumps and cross to dummy with his diamond two, to eventually play a club toward his king.

Instead, East took his spade queen and exited in trumps. Levy won in dummy, finessed in diamonds and drew trumps. Dummy's diamond eight provided an entry to play up to the club king.

As North proudly pointed out, his hand had been good for two tricks, "but not quite enough to redouble, partner!"

```
                NORTH     11-22-A
                ♠ 10 7
                ♥ 9 6
                ♦ 8 7 5 3
                ♣ 9 8 6 5 2
WEST                          EAST
♠ 8 4 2                       ♠ Q 6 5
♥ K 10 8 7 5 3                ♥ A J 4 2
♦ 6 4                         ♦ K J
♣ J 7                         ♣ A Q 10 4
                SOUTH
                ♠ A K J 9 3
                ♥ Q
                ♦ A Q 10 9 2
                ♣ K 3
```

Vulnerable: North-South
Dealer: West

The bidding:
| South | West | North | East |
|---|---|---|---|
|  | 2♥ | Pass | 4♥ |
| 4♠ | Pass | Pass | Dbl. |
| All pass |  |  |  |

Opening Lead: Heart seven

---

**BID WITH THE ACES** 11-22-B

South holds:
♠ 8 4 2
♥ K 10 8 7 5 3
♦ 6 4
♣ J 7

| South | West | North | East |
|---|---|---|---|
|  |  | 1♣ | 1 NT |
| ? |  |  |  |

ANSWER: Bid two hearts. This type of hand, weak with a fair six-card suit, is perfect to act with. As you have shown, you cannot double to show values, which would start at around a 9-count, so this is non-forcing. You might prefer another high card or some more shape, but you cannot have everything.

For details of Bobby Wolff's autobiography, "The Lone Wolff," contact shewolff757@aol.com. If you would like to contact Bobby Wolff, e-mail him at bobbywolff@mindspring.com.
Copyright 2019, Distributed by Andrews McMeel for UFS


BEST DELIVERY IN THE GAME! To subscribe, call 1.877.450.5772



INTRODUCING THE NEW GENERATION OF JAGUAR
THE ALL-NEW JAGUAR F-PACE


"Love my car!!! Everyone at Galpin is friendly and helpful. This is my 5th car I have bought from them. I won't go anywhere else!" cars.com


THE UNWRAP A JAGUAR SALES EVENT
For more information, please visit: GalpinJaguar.net
GALPIN JAGUAR
15500 Roscoe Blvd., Van Nuys, CA 91406
888.822.1144 • /GALPINJAGUAR

DailyNews.Com/Classifieds
Find An Ad - Place An Ad
Email: ClassifiedAds@DailyNews.com


GALPIN LINCOLN
#1 VOLUME LINCOLN DEALER IN THE WESTERN USA!*
#1 LINCOLN HYBRID DEALER IN THE USA!*
*According to Lincoln 2018 New Car & Truck internal sales reports.
CHOOSE FROM ONE OF THE LARGEST INVENTORIES OF NEW LINCOLNS IN THE USA.


yelp
"My husband & I went in to Galpin Lincoln yesterday and bought our very 1st luxury vehicle! - a new Lincoln MKC! The staff was very friendly & inviting, right from the start. Our sales consultant was very helpful, very professional, and made the whole car-buying experience delightful! We will definitely be repeat customers!"

For our current LINCOLN specials visit:
GalpinLincoln.com

GALPIN PREMIER
15500 Roscoe Blvd. Van Nuys
888.581.2737