# Exhibit 3

## UPS Proof of Delivery to Defendant David Saffron's *Last Known Address*

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZA4796A2491473174

**Weight**

5.00 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

10/31/2019

**Additional Information**

Signature Required

**Delivered On**

11/01/2019 10:21 A.M.

**Delivered To**

LAS VEGAS, NV, US

**Received By**

WEFLEN

**Left At**

Residential

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2019 1:28 P.M. EST



November 1, 2019
Shipper A4796A
Page 1 of 1

ATTN : C GONNELLA
PHONE : (202)418-5172

## DELIVERY NOTIFICATION

**INQUIRY FROM:**  EMILY DOWNS
COMMODITY FUTURES TRADING CO
1155 21ST ST NW FLR 1 RM 1017
WASHINGTON  DC 20581

**SHIPMENT TO:** DAVID SAFFRON
LAS VEGAS NV

Shipper Number............................**A4796A**        Tracking Identification Number...**1ZA4796A2491473174**

According to our records **1** parcel was delivered on **11/01/19** at **10:21 A.M.**, and left at **RESIDENTIAL**. The shipment was received by **WEFLEN** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| A4796A | | 1ZA4796A2491473174 | LAS VEGAS | |

NPT1NPD:000A0000