MICHAEL C. VAN, ESQ., #3876
GARRETT R. CHASE, ESQ., #14498
**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
       garrett@shumwayvan.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP., <br><br> Defendants. | Case No.: 2:19-cv-1697-JAD-DJA |

### NOTICE OF COMPLETION OF SERVICE

IT IS HEREBY certified that pursuant to Order (ECF Document 29) MICHAEL C. VAN, ESQ. and GARRETT R. CHASE, ESQ. of the law firm of SHUMWAY VAN, personally hand delivered, electronically mailed, and mailed via first-class mail, a copy of the following documents: (1) Order Granting Shumway Van's Withdrawal as Counsel for Circle Society, Corp., Entered as ECF Document No. 29; (2) Order Granting Plaintiff Commodity Futures Trading Commission's Motion Preliminary Injunction, entered as ECF Document No. 31; and (3) a Cover Letter explaining the withdrawal and the December 23, 2019 deadline to advise the Court whether Circle Society, Corp. has retained new counsel, explaining that the Court granted Plaintiff's Preliminary Injunction at the December 2, 2019 hearing, and advising that the Court continued the hearing on the Plaintiff's Motion for an Order to Show Cause to January 10, 2020 at 10:00 am. Pursuant to this Court's order, said documents were sent to Defendant Circle Society, Corp. at their last known addresses listed below:

Circle Society Corp.
c/o David Saffron or Marc Jenson
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Mjenson1960@gmail.com
davidsaffron@live.com

These addresses constitute the most recent addresses utilized by the undersigned counsel to communicate with the representatives of Circle Society, Corp.

DATED this 9th day of December 2019.

**SHUMWAY VAN**

*/s/ Garrett R. Chase*_____
MICHAEL C. VAN, ESQ., #3876
GARRETT R. CHASE, ESQ., #14498
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

**CERTIFICATE OF SERVICE**

On December 9, 2019, I electronically filed and served a copy of the foregoing *Notice of Completion of Service* with the Clerk of the Court using the CM/ECF system.

By:*/s/ Christina Garcia*_____
An employee of Shumway Van