Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>               Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**PROOF OF SERVICE OF (1) MINUTES OF PROCEEDINGS (ECF NO. 30); AND (2) THE COURT'S ORDER GRANTING THE COMMISSION'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF (ECF NO. 31)** |

Pursuant to the Court's *Order Granting the Commission's Motion for a Preliminary Injunction and Other Equitable Relief* ("Preliminary Injunction Order," ECF No. 31), I certify that on December 9, 2019, I served a copy of the *Minutes of Proceedings* for the Motion Hearing on December 2, 2019 (ECF No. 30) and the Preliminary Injunction Order (ECF No. 31) upon Defendants David Saffron and Circle Society, Corp. at the addresses and using the methods of service as described below:

| | |
|---|---|
| **David Gilbert Saffron**<br>██████████████<br>Las Vegas, Nevada ██████<br>(Last-Known Address)<br>*via (1)United Parcel Service overnight<br>("UPS"); (2) United States Postal Service<br>("USPS") First-Class Mail; and (3) Electronic<br>Mail to*:<br>davidsaffron@live.com;<br>support@Circlesociety.com;<br>davidsaffron@live.com;<br>Support@Circlesociety.com;<br>newsletter@circlesociety.com;<br>nulpajad@hotmail.com;<br>davidsaffron33@gmail.com;<br>davidsaffron@gmail.com;<br>davidsaffron22@gmail.com;<br>dsaffron@brokendoorfetish.com;<br>david@buycyberspace.com;<br>a9@a9models.com;<br>iamdavidsaffron.com@wix-domains.com;<br>kyc@circlesociety.com;<br>gilbertdavid118@gmail.com; and<br>davidsaffron@mail.com | **David Gilbert Saffron**<br>c/o Marcus Mumford, Esq.<br>*via Electronic Mail to:*<br>mrm@mumfordpc.com<br>(previously represented to the CFTC that he<br>plans on entering his appearance on Defendant<br>David Saffron's behalf) |
| **Circle Society, Corp.**<br>c/o David Saffron,<br>President/Secretary/Treasurer/Director<br>2450 Saint Rose Parkway, Suite 120<br>Henderson, NV 89074-7770<br>(Circle Society, Corp. address listed on the<br>Nevada Secretary of State corporation<br>documents)<br>*via (1)UPS overnight*; and<br>*(2) USPS First-Class Mail* | **Circle Society, Corp.**<br>c/o Michael C. Van, Esq.<br>c/o Garrett R. Chase, Esq.<br>(Counsel for Circle Society, Corp.)<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br>*via (1) USPS First Class Mail*; and *(2)<br>Electronic Mail to*:<br>michael@shumwayvan.com |

Dated:  December 9, 2019

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING
COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:  (202) 418-5523