Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF (1) MINUTES OF PROCEEDINGS (ECF NO. 30); (2) THE COURT'S ORDER GRANTING THE COMMISSION'S MOTION FOR A PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF (ECF NO. 31)** |

I certify that on December 10, 2019, I served a copy of the (1) *Minutes of Proceedings*, advising that the Court continued the hearing on Plaintiff's Motion for Order to Show Cause (ECF No. 24) to January 10, 2020 at 10:00 am (ECF No. 30) and (2) Court's *Order Granting the Commission's Motion for a Preliminary Injunction and Other Equitable Relief* (ECF No. 31) upon Defendant Circle Society, Corp. at the addresses and using the methods of service as described below:

1

**Circle Society, Corp.**
c/o Marc Jenson
2450 Saint Rose Parkway, Suite 120
Henderson, NV 89074-7770
*via (1) United States Postal Service ("USPS");*
*(2) Electronic Mail to:*
Mjenson1960@gmail.com
(as represented by former Circle Society, Corp. counsel as "the most recent addresses utilized by [counsel] to communicate with the *representatives* of Circle Society, Corp." (ECF No. 32) (emphasis added)).[1]

Dated:  December 10, 2019                        Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:   (202) 418-5523

---

[1] Counsel for the CFTC has inquired of former Circle Society, Corp.'s counsel as to the relationship of Marc Jenson to this litigation or Defendants in this case and has not received a response as of the time of this filing.  Marc Jenson is not listed in Circle Society, Corp.'s Secretary of State of Nevada corporate documents as any officer of the corporation. Nevertheless, the CFTC is serving the aforementioned documents on Circle Society, Corp. pursuant to the Notice of Completion of Service (ECF No. 32) and Minute Order (ECF No. 34).

2