UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 2:19-cv-01697-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| DAVID GILBERT SAFFRON, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff Commodity Futures Trading Commission's Motion for Clarification of Minute Order ECF No. 34 (ECF No. 36), filed on December 11, 2019. Plaintiff seeks clarification as to whether it can also use the address provided for Defendant Circle Society, Corp. to effectuate service on Defendant David Saffron.

The Court will grant the motion for clarification, but will deny Plaintiff's request with respect to service for Defendant David Saffron. As clearly stated in the Court's Order ECF No. 29 granting Defense Counsel's Motion to Withdraw (ECF No. 28), the Court only permitted Defense Counsel to withdraw from representation of Defendant Circle Society, Corp. That Order did not pertain to Defendant David Saffron. Further, the Order directed Defense Counsel to file a notice of the last known address only as to Defendant Circle Society, Corp. He did so via ECF No. 32 and the Court added only that contact information for Defendant Circle Society, Corp. to the docket via ECF No. 34. The Order ECF No. 34 has no effect on Defendant David Saffron.

**IT IS SO ORDERED.**

DATED: December 12, 2019

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE