Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF (1) THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART THE COMMISSION'S MOTION FOR CLARIFICATION OF MINUTE ORDER DATED DECEMBER 10, 2019 (ECF NO. 37) AND (2) DOCKET NOTICE OF TRANSCRIPT OF PROCEEDINGS (ECF NO. 38)** |

I certify that on December 20, 2019, I served a copy of the Court's *Order Granting in Part and Denying in Part the Commission's Motion for Clarification of Minute Order Dated December 10, 2019* (ECF No. 37) and *Docket Notice of Transcript of Proceedings* (ECF No. 38) upon Defendants David Saffron and Circle Society, Corp. via United Parcel Service overnight mail and electronic mail at the following addresses:

1

| |
|---|
| **David Gilbert Saffron** <br> ███████████ <br> Las Vegas, Nevada ███ <br> davidsaffron@live.com <br> (*Last-Known Address known by CFTC*) |
| **Circle Society, Corp.** <br> c/o David Saffron or Marc Jenson <br> 2450 St. Rose Parkway, Suite 120 <br> Henderson, NV 89074 <br> Mjenson1960@gmail.com <br> davidsaffron@live.com <br> (*Last-Known Addresses provided by defense counsel, ECF No. 32, and ordered on the docket by the Court, ECF No. 34*) |

Dated:  December 20, 2019              Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:   (202) 418-5523

2