# Exhibit 1

Emails to David Saffron and Circle Society, Corp.
dated Dec. 9, 2019 and Dec. 16, 2019

| | |
|---|---|
| **From:** | Malas, George |
| **To:** | davidsaffron@live.com; Support@Circlesociety.com; newsletter@circlesociety.com; nulpalad@hotmail.com; davidsaffron33@gmail.com; davidsaffron@gmail.com; davidsaffron22@gmail.com; dsaffron@brokendoorfetish.com; david@buycyberspace.com; a9@a9models.com; iamdavidsaffron.com@wix-domains.com; kyc@circlesociety.com; davidsaffron@mail.com; gilbertdavid118@gmail.com |
| **Cc:** | Marcus R. Mumford (mrm@mumfordpc.com); Karst, Danielle; Mulreany, Timothy J. |
| **Subject:** | **URGENT & CONFIDENTIAL** Re: Case No. 2:19-cv-01697-JAD-DJA- Preliminary Injunction Order Against David Gilbert Saffron |
| **Date:** | Monday, December 9, 2019 4:09:53 PM |
| **Attachments:** | ECF 6_Order Granting Preliminary Injunction.pdf<br>Consent to Release of Financial Records.pdf |
| **Importance:** | High |

Dear Mr. Saffron:

As of today, no one has entered their appearance on your behalf concerning the action filed by the Commodity Futures Trading Commission ("CFTC") in the U.S. District Court for the District of Nevada on September 30, 2019 (**CFTC v. David Saffron and Circle Society, Corp., 2:19-cv-1697-KJD-DJA**).

As a courtesy, we are including Marcus Mumford on this email who has previously represented to the CFTC that he plans on entering his appearance on your behalf in the above-noted matter; however, Mr. Mumford has yet to enter his said appearance. Should Mr. Mumford or other counsel enter their appearance on your behalf concerning the above-noted matter we will cease all communications with you and deal directly with your counsel.

On December 3, 2019, the United States District Court for the District of Nevada granted the CFTC's Motion for Preliminary Injunction and converted the existing Temporary Restraining Order against **DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP**. to a Preliminary Injunction. A copy of the Preliminary Injunction Order is attached to this email.

You are hereby on notice of this Preliminary Injunction Order, which FREEZES your assets and the assets of Circle Society, Corp. pending trial or further court order, by prohibiting you and Circle Society, Corp. "from directly or indirectly transferring, selling, alienating, liquidating, encumbering, pledging, leasing, loaning, assigning, concealing, dissipating, converting, withdrawing, or otherwise disposing of any of defendants' assets, wherever located, including assets held outside the United States."

In addition to the Asset Freeze, the Preliminary Injunction Order also requires the following of you and Circle Society, Corp.:

- Maintenance of Saffron's and Circle Society's business and financial documents and providing access of same to the CFTC
- Full Accounting of Saffron's and Circle Society's assets within **5 business days**
- Access to all records associated with Saffron's and Circle Society's bank, brokerage, and other accounts held at financial institutions within or outside the United States by

- signing the Consent to Release Financial Records (form is attached to this email)
- Permitting the CFTC to Inspect and Copy Saffron's and Circle Society's business and financial records

Finally, the Preliminary Injunction Order prohibits you and Circle Society, Corp. from further violating the Commodity Exchange Act or CFTC Regulations, and from trading, directly or indirectly, in any commodity that is regulated under the Commodity Exchange Act.

Please contact me at (202) 418-5249, or Danielle Karst at (202) 418-6158 as soon as possible to make arrangements for your compliance with the Order.

Best regards,
George H. Malas

---

**George H. Malas, CAMS, CFE**
Futures Trading Investigator
Commodity Futures Trading Commission, Division of Enforcement
1155 21st Street, NW | Washington, DC 20581 | Tel: 202.418.5249 | Fax: 202.818.3129
gmalas@cftc.gov | www.cftc.gov



| | |
|---|---|
| **From:** | Malas, George |
| **To:** | davidsaffron@live.com; Support@Circlesociety.com; newsletter@circlesociety.com; nulpajad@hotmail.com; davidsaffron33@gmail.com; davidsaffron@gmail.com; davidsaffron22@gmail.com; dsaffron@brokendoorfetish.com; david@buycyberspace.com; a9@a9models.com; iamdavidsaffron.com@wix-domains.com; kyc@circlesociety.com; davidsaffron@mail.com; gilbertdavid118@gmail.com |
| **Cc:** | Marcus R. Mumford (mrm@mumfordpc.com); Mulreany, Timothy J.; Karst, Danielle |
| **Subject:** | CFTC v. Saffron, 2:10-cv-1697 (D. Nev. 2019): Demand for Documents & Accounting Pursuant to PI Order |
| **Date:** | Monday, December 16, 2019 11:46:33 AM |
| **Importance:** | High |

Dear Mr. Saffron:

This email serves as a follow-up to my previous email on December 9, 2019, which attached the court's Preliminary Injunction Oder (**CFTC v. David Saffron and Circle Society, Corp., 2:19-cv-1697-KJD-DJA**). The CFTC demands that you comply with the Court's Order by the **close of business tomorrow, Tuesday, December, 17, 2019**.

You are receiving this email in your capacity as an individual and as the sole corporate officer of Circle Society, Corp. The CFTC demands again that you obey the Court's Preliminary Injunction Order which requires you and Circle Society, Corp. to do the following:

- Maintain Saffron's and Circle Society's business and financial documents and providing access of same to the CFTC
- Provide a Full Accounting of Saffron's and Circle Society's assets within **5 business days**
- Provide the CFTC with access to all records associated with Saffron's and Circle Society's bank, brokerage, and other accounts held at financial institutions within or outside the United States by signing the Consent to Release Financial Records
- Provide the CFTC access to inspect and copy Saffron's and Circle Society's business and financial records

As a courtesy, we are including Marcus Mumford on this email who has previously represented to the CFTC that he plans on entering his appearance on your behalf in the above-noted matter; however, Mr. Mumford has yet to enter his said appearance. Should Mr. Mumford or other counsel enter their appearance on your behalf concerning the above-noted matter we will cease all communications with you and deal directly with your counsel.

Finally, the Preliminary Injunction Order prohibits you and Circle Society, Corp. from further violating the Commodity Exchange Act or CFTC Regulations, and from trading, directly or indirectly, in any commodity that is regulated under the Commodity Exchange Act.

Thank you in advance for your prompt attention to this demand.

Best regards,

George H. Malas

---

**George H. Malas, CAMS, CFE**
Futures Trading Investigator
Commodity Futures Trading Commission, Division of Enforcement
1155 21st Street, NW | Washington, DC 20581 | Tel: 202.418.5249 | Fax: 202.818.3129
gmalas@cftc.gov | www.cftc.gov

