**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>              Defendants. | Case No. 2:19-cv-1697-JAD-DJA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATIONS OF THE COURT'S PRELIMINARY INJUNCTION <u>ORDER</u>**

This Court, having considered Plaintiff Commodity Futures Trading Commission's motion for issuance of an order to show cause why Defendants David Gilbert Saffron ("Saffron") and Circle Society, Corp. ("Circle Society") should not be held in civil contempt of court and be subject to appropriate sanctions for violations of the Court's December 6, 2019 Preliminary Injunction Order (ECF No. 31), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

The Motion is GRANTED.  Defendants Saffron and Circle Society are ordered to appear in this Court on <u>January 10, 2020</u>, at <u>10:00 a.m.</u>, and to then and there show cause:

Why they should not be held in civil contempt of court for their violations of the Preliminary Injunction Order; and

Why such other relief as this Court may deem just and proper should not be imposed against Defendants Saffron and Circle Society to redress their violations of the Preliminary Injunction Restraining Order.

**IT SO ORDERED**:

_____

UNITED STATES DISTRICT JUDGE

DATED:     _____