Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DAVID GILBERT SAFFRON A/K/A DAVID GILBERT** |

**TO THE CLERK OF THE ABOVE-TITLED COURT:**

Plaintiff, Commodity Futures Trading Commission, respectfully requests that the Clerk enter default in this action pursuant to Federal Rule of Civil Procedure 55(a) against David Gilbert Saffron aka David Gilbert ("Defendant Saffron"), on grounds that Defendant Saffron was duly served with the Summons and Complaint in this action but has failed to plead within the time prescribed by the Federal Rules of Civil Procedure.  *See* Declaration of Danielle E. Karst in support of Plaintiff's Application for Entry of Default Against Defendant Saffron, submitted herewith.

1

Dated: December 21, 2019

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5523

2

## **CERTIFICATE OF SERVICE**

On December 21, 2019, I served a copy of *Plaintiff's Application for Entry of Default Against Defendant David Gilbert Saffron a/k/a David Gilbert* and *Declaration of Danielle Karst in Support of the Application* with the Clerk of the Court using the CM/ECF system. I also certify that on December 21, 2019, I sent hard copies of the same to Defendants Saffron and Circle Society, Corp. via United Parcel Service overnight mail and electronic mail at the following addresses:

**David Gilbert Saffron**

Las Vegas, Nevada
davidsaffron@live.com
(*Last-Known Address known by CFTC*)

**Circle Society, Corp.**
c/o David Saffron or Marc Jenson
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Mjenson1960@gmail.com
davidsaffron@live.com
(*Last-Known Addresses provided by former defense counsel, ECF No. 32, and ordered on the docket by the Court, ECF No. 34*)

                                              /s/Danielle E. Karst
                                              Danielle E. Karst