1  Danielle E. Karst (D.C. Bar No. 481881)
   Timothy J. Mulreany (Maryland Bar No. 8812160123)
2  **COMMODITY FUTURES TRADING COMMISSION**
   Three Lafayette Centre
3  1155 21st Street, N.W.
   Washington, D.C. 20581
4  Telephone:  (202) 418-6158 (Karst)
   Telephone:  (202) 418-5306 (Mulreany)
5  Facsimile:   (202) 418-5523
   dkarst@cftc.gov
6  tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>          Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT DAVID GILBERT SAFFRON (ECF NO. 42)** |

On December 26, 2019, I served a copy of the *Clerk's Entry of Default as to Defendant David Gilbert Saffron* (ECF No. 42) upon Defendant David Gilbert Saffron and Circle Society, Corp. at the addresses and using the methods of service as described below:

**David Gilbert Saffron**
▮
Las Vegas, Nevada ▮
davidsaffron@live.com
(*Last-Known Address known by CFTC*)
*via United States Postal Service ("USPS") First-Class Mail*

**Circle Society, Corp.**
c/o David Saffron or Marc Jenson
2450 Saint Rose Parkway, Suite 120
Henderson, NV 89074
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
Mjenson1960@gmail.com; davidsaffron@live.com
(*Last-Known Addresses provided by defense counsel, ECF No. 32, and ordered on the docket by the Court, ECF No. 34*)

1

| | |
|---|---|
| Dated: December 27, 2019 | Respectfully submitted,<br><br>By: /s/ Danielle E. Karst<br>Danielle E. Karst<br>Timothy J. Mulreany<br>**COMMODITY FUTURES TRADING COMMISSION**<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581<br>Telephone: (202) 418-5000<br>Facsimile: (202) 418-5523 |