Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT SAFFRON'S ANSWER**

Plaintiff Commodity Futures Trading Commission ("Commission") filed a Motion to Strike Defendant David Saffron's Answer to the Complaint (ECF No. 43) on January 3, 2020 (ECF No. 45).

Good cause having been shown, **IT IS HEREBY ORDERED** that the Commission's Motion to Strike Defendant Saffron's Answer (ECF No. 45) **is GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall strike Defendant Saffron's Answer to the Complaint (ECF No. 43).

| | |
|---|---|
| 1 | |
| 2 | **IT SO ORDERED:** |
| 3 | _____ |
| 4 | UNITED STATES DISTRICT JUDGE |
| 5 | DATED: _____ |