UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Commodity Futures Trading Commission,   Case No. 2:19-cv-01696-JAD-DJA

      Plaintiff,

v.

David Gilbert Saffron a/k/a David Gilbert
and Circle Society Corp,

      Defendants.

**CONSENT TO RELEASE OF FINANCIAL RECORDS**

    I, David Saffron, do hereby direct any bank, savings, and loan association, credit union, depository institution, finance company, commercial lending company, credit card processor, credit card processing entity, automated clearing house, network transaction processor, bank debit processing entity, brokerage house, escrow agent, money market or mutual fund, title company, commodity trading company, trustee, or person that holds, controls, or maintains custody of assets, wherever located that are owned or controlled by me or at which I have an account of any kind, or at which a corporation or other entity has a bank account of any kind upon which I am authorized to draw, and its officers, employees and agents, to disclose all information and deliver copies of all documents of every nature in your possession or control which relate to the said accounts to any attorney of the Commodity Futures Trading Commission, and to give evidence relevant thereto, in the matter of <u>Commodity Futures Trading Commission v. David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp.</u>, Civ. No. 2:19-cv-1697-JAD-DJA, now pending in the United States District Court for Nevada, and this shall be irrevocable authority for so doing.

    This direction is intended to apply to the laws of countries other than the United States of America which restrict or prohibit the disclosure of bank or other financial information without the consent of the holder of the account, and shall be construed as consent with respect thereto, and the same shall apply to any of the accounts for which I may be a relevant principal.

Dated: _January 8, 2020

[Signature]

David saffron
David Saffron
[Print Name]