# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff<br><br>v.<br><br>David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp.,<br><br>Defendants | Case No.: 2:19-cv-01697-JAD-DJA<br><br>**Order Granting the Commission's Motion for an Order Directing Defendants to Show Cause Why They Should Not be Held in Contempt of Court for Violating the Injunction Order**<br><br>[ECF No. 40] |

Having considered the Commodity Futures Trading Commission's unopposed motion for issuance of an order to show cause why David Gilbert Saffron and Circle Society, Corp. should not be held in civil contempt of court and be subject to appropriate sanctions for violating the court's December 6, 2019, Order Granting the Commission's Motion for a Preliminary Injunction and Other Equitable Relief ("Injunction Order") [ECF No. 31], and having also considered the evidence and argument that counsel offered at the hearing of that motion, and good cause appearing,

IT IS HEREBY ORDERED that the Commission's motion for an order directing the defendants to show cause why they should not be held in contempt [ECF No. 40] is **GRANTED**. Saffron and Circle Society are ordered to appear before this court **on January 24, 2020, at 3 p.m.** and show cause why (1) they should not be held in civil contempt of court for violating the Injunction Order and (2) such other relief as the court may deem just and proper should not be imposed against them to redress their violations of the Injunction Order.

_____
U.S. District Judge Jennifer A. Dorsey
January 10, 2020