Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:    (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF JANUARY 10, 2020 ORDER GRANTING THE COMMISSION'S MOTION FOR AN ORDER DIRECTING DEFENDANTS TO SHOW CAUSE (ECF NO. 48)** |

On January 13, 2020, I served a copy of the Court's January 10, 2020 *Order Granting the Commission's Motion for an Order Directing Defendants to Show Cause Why They Should Not Be Held in Contempt of Court for Violating the Injunction Order* (ECF No. 48) upon Defendants David Gilbert Saffron and Circle Society, Corp., at the addresses and using the methods of service as described below:

---

**David Gilbert Saffron**
57 Cathies Lane Wantira South 3152
Victoria
Australia
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
davidsaffron@live.com; inbitcoinwetrust2020@gmail.com

---

**Circle Society, Corp.**
c/o David Saffron or Marc Jenson
2450 Saint Rose Parkway, Suite 120
Henderson, NV 89074
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
Mjenson1960@gmail.com; davidsaffron@live.com

Dated:  January 13, 2020  Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:   (202) 418-5523