# Danielle Cacciabaudo

| | |
|---|---|
| **From:** | Amber Mcclane |
| **Sent:** | Friday, January 24, 2020 3:40 PM |
| **To:** | Danielle Cacciabaudo |
| **Subject:** | FW: CFTC v Saffron et al. |
| **Attachments:** | Saffron Letter.pdf |

*Amber McClane, RPR, CRR, CCR*
*Federal Official Court Reporter*
*United States District Court*
*(702) 384-0429*

**From:** Marcus Mumford <mrmumford@gmail.com>
**Sent:** Friday, January 24, 2020 3:37 PM
**To:** Amber Mcclane <Amber_McClane@nvd.uscourts.gov>
**Subject:** Fwd: CFTC v Saffron et al.

Amber,
My apologies for the intrusion. I noticed on the docket that it appears you have generally covered matters for Judge Dorsey in the CFTC v. Saffron case. I have been attempting to communicate to the court in that case regarding the hearing ongoing today. In fact, earlier today, I understand that my assistant spoke with the Court's administrator, Danielle Cacciabaudo, and Ms. Cacciabaudo simply instructed me to file what I was trying to communicate to the court. Unfortunately, that has not been a workable solution, because, as you can see from the letter that I addressed to the court and government counsel in the case, I have not been able to apply for admission pro hac vice and our prior counsel who appeared and was going to sponsor my application had to withdraw over non-payment, with the assurance that he would be willing to reappear and sponsor me, if the client would come through.

Long story short, it's an unconventional request, but the attached letter has been emailed to all counsel listed as appearing on the case, but I have not figured out a way to make sure the judge sees it. You'll see from the content of the letter why I feel it is so important that the court sees it, so that I can apologize and avoid any reliance on those things I have tried to do in the case but failed because of my client's inability to secure the local counsel that I had arranged for.

I've left voice messages for Ms. Cacciabaudo earlier, but I have not figured out a way to make certain that she gets the letter or that it gets filed properly. Will you please respond and indicate if you're willing to at least print a copy and show it to the court so that Judge Dorsey can at least see my personal apology for my mistakes and errors. Thank you in advance for any help that you can provide in this respect.
-Marcus Mumford

---------- Forwarded message ---------
From: **Marcus Mumford** <mrmumford@gmail.com>
Date: Fri, Jan 24, 2020 at 4:03 PM
Subject: Re: CFTC v Saffron et al.
To: Danielle Karst <DKarst@cftc.gov>, <tmulreany@cftc.gov>, Danielle Karst <dkarst@cftc.gov>, <GMalas@cftc.gov>
Cc: <davidsaffron@live.com>

Please see attached in advance of the hearing today in the above-referenced matter