Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>                    Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF (1) CIVIL CONTEMPT ORDER DATED JANUARY 30, 2020 (ECF NO. 51); (2) ORDER GRANTING MOTION TO STRIKE ANSWER DATED JANUARY 30, 2020 (ECF NO. 52); AND (3) MINUTES OF PROCEEDINGS (ECF NO. 53)** |

On January 30, 2020, I served copies of the following documents upon Defendants David Gilbert Saffron and Circle Society, Corp.:

(1) *Civil Contempt Order* dated January 30, 2020 (ECF No. 51);

(2) *Order Granting Motion To Strike Answer* dated January 30, 2020 (ECF No. 52); and

(3) *Minutes Of Proceedings* (ECF No. 53).

These documents were served upon Defendants David Gilbert Saffron and Circle Society, Corp., at the addresses and using the methods of service as described below:

1

**David Gilbert Saffron**
████████████████████
Los Angeles, CA ████
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
davidsaffron@live.com; oversight2019@gmail.com

**Circle Society, Corp.**
c/o David Saffron or Marc Jenson
2450 Saint Rose Parkway, Suite 120
Henderson, NV 89074
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
Mjenson1960@gmail.com; davidsaffron@live.com; oversight2019@gmail.com

Dated:  January 30, 2020                    Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:   (202) 418-5523

2