**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-1697-JAD-DJA |

**[PROPOSED] ORDER GRANTING PLAINTIFF CFTC'S MOTION FOR FEES AND EXPENSES CAUSED BY DEFENDANTS' CONTEMPT**

This matter comes before the Court on Plaintiff Commodity Futures Trading Commission's ("Commission" or "CFTC") Motion for Fees and Expenses Caused By Defendants' Contempt (ECF No. 56).

Good cause appearing, the Court **ORDERS** as follows:

1. Defendants Saffron and Circle Society shall:

    A. Within ten (10) days after service of this Order, pay to the CFTC $8,777.28 in fees and $5,502.02 in expenses, totaling $14,279.30 USD in compensatory damages. The money shall be sent by U.S. postal money order, certified check, bank cashier's check, or bank money order, made payable to the Commodity Futures Trading Commission and sent to the address below:

        MMAC/ESC/AMK326
        Commodity Futures Trading Commission
        Division of Enforcement
        6500 S. MacArthur Blvd.
        HQ Room 181
        Oklahoma City, OK 73169
        (405) 954-6569 (office)

(405) 954-1620 (fax)
9-AMC-AR-CFTC@faa.gov

If payment is made by electronic funds transfer, Defendants shall contact Marie Thorne or her successor at the above address to receive payment instructions and shall fully comply with those instructions. Defendants shall accompany payment with a cover letter that identifies Defendants and the name and docket number of this proceeding. Defendants shall simultaneously transmit copies of the cover letter and the form of payment to the Chief Financial Officer, Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st St., N.W., Washington, D.C. 20581.

**IT IS FURTHER ORDERED** that:

2. If Defendants fail to comply with this Order, the Court will consider imposing additional coercive sanctions upon Defendants.

**IT SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____