Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-6158 (Karst)
Telephone: (202) 418-5306 (Mulreany)
Facsimile: (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No. 2:19-cv-1697-JAD-DJA<br><br>**CERTIFICATE OF SERVICE OF EMAIL AND LETTER FROM MARCUS MUMFORD (ECF NO. 54)** |

On January 31, 2020, I served a copy of the *Email and Letter from Marcus Mumford* (ECF No. 54) upon Defendants David Gilbert Saffron and Circle Society, Corp., at the addresses and using the methods of service as described below:

**David Gilbert Saffron**

Los Angeles, CA
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
davidsaffron@live.com; oversight2019@gmail.com

**Circle Society, Corp.**
c/o David Saffron or Marc Jenson
2450 Saint Rose Parkway, Suite 120
Henderson, NV 89074
*via (1) USPS First-Class Mail; and (2) Electronic Mail to:*
Mjenson1960@gmail.com; davidsaffron@live.com; oversight2019@gmail.com

1

Dated: January 31, 2020

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5523