# Exhibit A

Email from D. Karst dated January 29, 2020; Email from D. Saffron dated January 29, 2020

| | |
|---|---|
| **From:** | D S |
| **To:** | Karst, Danielle |
| **Subject:** | [EXTERNAL] Re: CFTC v. Saffron, 2:19-cv-1697 (D. Nev.): CFTC FTP site |
| **Date:** | Wednesday, January 29, 2020 1:18:59 PM |

Thank you received email
Regards
David Saffron

On Wed, Jan 29, 2020 at 8:38 AM Karst, Danielle <DKarst@cftc.gov> wrote:

> Mr. Saffron:
>
> Based upon your representations at last week's court hearing regarding your compliance with the Court's Preliminary Injunction Order and per your request, below is your username, password, and the URL link to the CFTC's secure FTP site where you can upload all of your business records and an accounting of your assets.
>
> Please note, if you are uploading multiple files you must compress them into 1 zip file. When you have completed uploading your documents and an accounting of your assets, please reply to this email and confirm the upload is complete, along with how many files were uploaded.
>
> Lastly, your login will expire on **February 6, 2020, at 5 pm EST**.
>
> Username: MONUMONRIM
>
> Password: 0VpX4e78
>
> https://cftcftp.cftc.gov
>
> Best regards,
>
> Danielle
>
> Danielle Karst
>
> Trial Attorney
>
> Commodity Futures Trading Commission

Division of Enforcement

1155 21st Street, N.W.

Washington, D.C. 20581

(202) 418-6158