# Exhibit B

Email from D. Karst dated January 30, 2020

| | |
|---|---|
| From: | Karst, Danielle |
| To: | davidsaffron@live.com; oversight2019@gmail.com |
| Cc: | Mulreany, Timothy J. |
| Subject: | CFTC v. Saffron, 2:10-cv-1697 (D. Nev. 2019): Court Orders, Minutes of Proceedings |
| Date: | Thursday, January 30, 2020 4:41:00 PM |
| Attachments: | ecf 51.pdf |
| | ecf 52.pdf |
| | ECF 53.pdf |

Mr. Saffron:

You are receiving this email in your capacity as an individual Defendant and as the sole corporate officer of Defendant Circle Society, Corp. Attached to this email are the following documents:

      (1) *Civil Contempt Order* dated January 30, 2020 (ECF No. 51);

      (2) *Order Granting Motion To Strike Answer* dated January 30, 2020 (ECF No. 52);

and

      *(3) Minutes Of Proceedings* (ECF No. 53).

Hard copies of the documents are also being mailed to you at the address you provided me in Court last Friday.

Pursuant to the Court's Civil Contempt Order, which imposes a deadline of "[n]o later than **February 7, 2020**" for documents and an accounting of assets, the FTP link I previously emailed to you will expire on **February 7, 2020, at 11:59 pm EST**.

Best regards,
Danielle

Danielle Karst
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-6158