# Exhibit C

Email from D. Karst dated February 4, 2020

| | |
|---|---|
| **From:** | Karst, Danielle |
| **To:** | davidsaffron@live.com; oversight2019@gmail.com |
| **Cc:** | Mulreany, Timothy J. |
| **Subject:** | RE: CFTC v. Saffron, 2:10-cv-1697 (D. Nev. 2019): Reminder of deadline for documents, accounting |
| **Date:** | Tuesday, February 4, 2020 12:56:00 PM |

Mr. Saffron:

As a reminder, the Court's January 30, 2020 Order ("Order") requires you to fully comply with all terms and conditions of the Preliminary Injunction Order, including:

(1) providing defendants' business records and other documents including electronically-stored information by no later than Feb. 7, 2020;
(2) providing a full accounting of each defendant's assets by no later than Feb. 7, 2020; and
(3) providing written responses to the CFTC's questions as set forth in the Order by no later than Feb. 7, 2020.

On January 29, 2020, the CFTC sent you an FTP link to upload documents and an accounting. On January 30, 2020, the CFTC sent you a copy of the Order and reminded you of your obligation to send documents and an accounting. As of today, we have not received anything from you.

Best regards,
Danielle

Danielle Karst
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-6158

**From:** Karst, Danielle
**Sent:** Thursday, January 30, 2020 4:42 PM
**To:** davidsaffron@live.com; oversight2019@gmail.com
**Cc:** Mulreany, Timothy J.
**Subject:** CFTC v. Saffron, 2:10-cv-1697 (D. Nev. 2019): Court Orders, Minutes of Proceedings

Mr. Saffron:

You are receiving this email in your capacity as an individual Defendant and as the sole corporate officer of Defendant Circle Society, Corp. Attached to this email are the following documents:

  (1) *Civil Contempt Order* dated January 30, 2020 (ECF No. 51);

  (2) *Order Granting Motion To Strike Answer* dated January 30, 2020 (ECF No. 52);

and

  *(3) Minutes Of Proceedings* (ECF No. 53).

Hard copies of the documents are also being mailed to you at the address you provided me in Court last Friday.

Pursuant to the Court's Civil Contempt Order, which imposes a deadline of "[n]o later than **February 7, 2020**" for documents and an accounting of assets, the FTP link I previously emailed to you will expire on **February 7, 2020, at 11:59 pm EST**.

Best regards,
Danielle

Danielle Karst
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-6158