# Exhibit D

Letter from D. Saffron dated February 6, 2020

Attention:

CFTC please confirm this information will be covered by a standard protective order, where I may designate materials as "confidential" or "highly confidential".

I would like you to sign this before I send any of the asset information I am including a confidential partially restored client list. , and I want to be assured that I will avoid possible issues regarding the disclosure of confidential and highly confidential information.

If you do not have a standard from i have included on in this email!

Regards

David Saffron
2/6/2020