# Exhibit E

Email from D. Karst dated February 6, 2020

| | |
|---|---|
| **From:** | Karst, Danielle |
| **To:** | "D S" |
| **Cc:** | Mulreany, Timothy J. |
| **Subject:** | RE: CFTC v. Saffron, 2:19-cv-1697 (D. Nev.): CFTC response to Feb. 6, 2020 email |
| **Date:** | Thursday, February 6, 2020 4:53:00 PM |

Mr. Saffron:

Thank you for your February 6, 2020 email and the three files you uploaded to the CFTC's FTP site, which included (1) a letter to the CFTC; (2) an Excel spreadsheet described by you as a "partially restored client list;" and (3) a blank Protective Order template.

You are obligated to fully comply with all terms of the Court's December 6, 2019 Preliminary Injunction Order and January 30, 2020 Civil Contempt Order in *CFTC v. Saffron*, 2:19-cv-1697 (D. Nev.). By no later than February 7, 2020, the Court has ordered you to produce (1) all of Defendants' books, records, and other documents; (2) a full accounting of each Defendant's assets; and (3) written responses to the questions in the Order regarding your virtual currency transactions and addresses. Civil Contempt Order at ¶¶ 2-4. However, as of today, you have not provided the CFTC with any of these items in violation of the Civil Contempt Order.

Regarding your request for the CFTC to "sign" a protective order designating "materials as 'confidential' or 'highly confidential,'" the Civil Contempt Order does not provide for any such agreement or protective order. Therefore, the CFTC cannot and will not enter into any agreement that varies the terms of the Court's Civil Contempt Order. If you fail to comply with the Court's Civil Contempt Order, the CFTC will take all appropriate steps including seeking further sanctions.

Best regards,
Danielle

Danielle Karst
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-6158

**From:** D S [mailto:oversight2019@gmail.com]
**Sent:** Thursday, February 6, 2020 2:58 PM
**To:** Karst, Danielle
**Subject:** [EXTERNAL] Re: CFTC v. Saffron, 2:19-cv-1697 (D. Nev.): CFTC FTP site

sent info to link please confirm

regards

David Saffron

On Wed, Jan 29, 2020 at 8:38 AM Karst, Danielle <DKarst@cftc.gov> wrote:

Mr. Saffron:

Based upon your representations at last week's court hearing regarding your compliance with the Court's Preliminary Injunction Order and per your request, below is your username, password, and the URL link to the CFTC's secure FTP site where you can upload all of your business records and an accounting of your assets.

Please note, if you are uploading multiple files you must compress them into 1 zip file. When you have completed uploading your documents and an accounting of your assets, please reply to this email and confirm the upload is complete, along with how many files were uploaded.

Lastly, your login will expire on **February 6, 2020, at 5 pm EST**.

Username: MONUMONRIM

Password: 0VpX4e78

https://cftcftp.cftc.gov

Best regards,

Danielle

Danielle Karst

Trial Attorney

Commodity Futures Trading Commission

Division of Enforcement

1155 21st Street, N.W.

Washington, D.C. 20581

(202) 418-6158