Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-6158 (Karst)
Telephone: (202) 418-5306 (Mulreany)
Facsimile: (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>            Defendants. | Case No. 2:19-cv-1697-JAD-DJA |

### CERTIFICATE OF SERVICE OF [PROPOSED] ORDER IMPOSING MONETARY SANCTIONS (ECF NO. 59)

I certify that on February 10, 2020, I filed a copy of Plaintiff CFTC's *Proposed Order Imposing Monetary Sanctions* (ECF No. 59), with the Clerk of the Court using the CM/ECF system. I also certify that on February 10, 2020, I sent hard copies of the same to Defendants David Gilbert Saffron and Circle Society, Corp. via U.S. Postal Service First-Class mail and electronic mail at the following addresses:

**David Gilbert Saffron**
[redacted]
Los Angeles, CA [redacted]
*via (1)USPS First-Class Mail; and (2) Electronic Mail to:*
davidsaffron@live.com; oversight2019@gmail.com

**Circle Society, Corp.**
c/o David Saffron or Marc Jenson
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
*via (1)USPS First-Class Mail; and (2) Electronic Mail to:*
Mjenson1960@gmail.com
davidsaffron@live.com; oversight2019@gmail.com

                                         /s/Danielle E. Karst
                                         Danielle E. Karst