# Exhibit 1

Emails between Karst and Saffron dated Mar. 3, 2020

| | |
|---|---|
| From: | Karst, Danielle |
| To: | "D S" |
| Cc: | Mulreany, Timothy J. |
| Subject: | RE: More records |
| Date: | Tuesday, March 3, 2020 11:03:00 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Mr. Saffron:

Thank you for your email.  Please note that the Commodity Futures Trading Commission ("CFTC") cannot extend or vary the terms of the Court's January 30, 2020 Civil Contempt Order ("Order").  The Order required you to fully comply with all terms and conditions of the Preliminary Injunction Order by February 7, 2020, including:
(1) providing **all** of defendants' business records and other documents including electronically-stored information;
(2) providing a full accounting of each defendant's assets; and
(3) providing written responses to the CFTC's questions as set forth in the Order.
To date, you have failed to produce a single business record, an accounting, and written responses to the questions set forth in the Order.  Your production of two Excel spreadsheets and a Los Angeles Police Department report in no way purges your contempt.

Please note that following this Court's finding you to be in contempt of its orders, the CFTC continues to seek your voluntary purging of your contempt; however, the CFTC will also continue to make application to the Court for additional sanctions, including but not limited to daily fines and your incarceration until you fully purge your contempt.

Best regards,
Danielle



**Danielle E. Karst**
Trial Attorney
Division of Enforcement
**Commodity Futures Trading Commission**
202-418-6158
dkarst@cftc.gov

**From:** D S [mailto:oversight2019@gmail.com]
**Sent:** Tuesday, March 3, 2020 12:54 AM
**To:** Karst, Danielle
**Subject:** [EXTERNAL] More records

I still have 1000+ records to reconstruct
Can I have more time and another FTP link

Regards
David Saffron