# Exhibit 2

Emails between Karst and Saffron dated Feb. 28, 2020

| | |
|---|---|
| From: | Karst, Danielle |
| To: | "D S" |
| Cc: | Mulreany, Timothy J. |
| Subject: | RE: Files Uploaded 2/28/2020 |
| Date: | Friday, February 28, 2020 5:28:00 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Mr. Saffron:

Today, you uploaded two zip files to the CFTC's FTP site: (1) "Police Report CS Records Theaft [sic]"; and (2) "CFTC Batch 2," which is an Excel Worksheet.

You are still in contempt of court. Please be advised that your production of these two files today in no way purges your contempt or waives anything. The Court's January 30, 2020 Civil Contempt Order requires you to fully comply with all terms and conditions of the Preliminary Injunction Order, including:
(1) providing **all** of defendants' business records and other documents including electronically-stored information;
(2) providing a full accounting of each defendant's assets; and
(3) providing written responses to the CFTC's questions as set forth in the Order.
To date, you have only provided two Excel spreadsheets described by you as a "partially restored client list" (previously produced on Feb. 6, 2020) and "CFTC Batch 2," along with a file of "Police Report CS Records Theaft [sic]." If you continue failing to purge your contempt, the CFTC will take all appropriate steps including seeking further sanctions.

Best regards,
Danielle

**From:** D S [mailto:oversight2019@gmail.com]
**Sent:** Friday, February 28, 2020 1:12 PM
**To:** Karst, Danielle
**Subject:** [EXTERNAL] Re: Information - Transcript

have sent more 1000 more records
halfway now
require 4 weeks more to complete this work and reconstruct rest
also place police report  filed my security
regards
David Saffron

On Thu, Feb 20, 2020 at 6:11 PM Karst, Danielle <DKarst@cftc.gov> wrote:

> Mr. Saffron:
>
> As noted on the court docket, the hearing transcript may be viewed at the Court public terminal or purchased through the court reporter. The Transcript Order Form is available on the court website. Here is the link to the court website and information on ordering transcripts:  https://www.nvd.uscourts.gov/case-information/ordering-transcripts/

Best regards,
Danielle

**From:** D S [mailto:oversight2019@gmail.com]
**Sent:** Thursday, February 20, 2020 6:06 PM
**To:** Karst, Danielle
**Subject:** [EXTERNAL] Re: Information - Additional copy of Civil Contempt Order

Yes I'm working on it and full more information that I'm still compiling I'll have to you next week

Do you have a copy of the court transcript
From 24th
I know everything was in that but I cannot access pacer since I'm not a lawyer
Kind regards
David

On Thu, Feb 20, 2020 at 1:51 PM Karst, Danielle <DKarst@cftc.gov> wrote:

> Mr. Saffron:
>
> Thanks for confirming your receipt of the CFTC's FTP credentials as you requested. Regarding the Questions you are required to answer pursuant to the January 30, 2020 Contempt Order, those are provided in the Order itself. The CFTC previously sent you the Order via email and U.S. Postal Service on January 30, 2020, and your responses to the Questions were due no later than February 7, 2020. For your convenience and at your request, attached is an additional copy of the Court's Order.
>
> Best regards,
> Danielle
>
> 
>
> **Danielle E. Karst**
> Trial Attorney
> Division of Enforcement
> **Commodity Futures Trading Commission**
> 202-418-6158
> dkarst@cftc.gov
>
> 
>
> **From:** D S [mailto:oversight2019@gmail.com]
> **Sent:** Thursday, February 20, 2020 1:00 PM
> **To:** Karst, Danielle
> **Subject:** [EXTERNAL] Re: Information - Additional CFTC FTP credentials per your request
>
> Received
> Could you please send the questions also
> Thank you
> D
>
> On Thu, Feb 20, 2020 at 9:52 AM Karst, Danielle <DKarst@cftc.gov> wrote:
>
>> Mr. Saffron:
>> Thanks for your email.
>> You are currently in contempt of court, and you failed to purge your contempt by February 7, 2020.
>> However, the CFTC encourages you to fully purge your contempt by complying with the Court's January 30, 2020 Civil Contempt Order ("Order"). To that end and per your request, below is your username, password, and the URL link to the CFTC's secure FTP site where you can upload all of your business records and an accounting of your assets as required by the Court's January 30, 2020 Order.
>> Please be advised that your proposal to send "more records" does not purge your

contempt.  The Court's January 30, 2020 Order requires you to fully comply with all terms and conditions of the Preliminary Injunction Order, including:
(1) providing **all** of defendants' business records and other documents including electronically-stored information;
(2) providing a full accounting of each defendant's assets; and
(3) providing written responses to the CFTC's questions as set forth in the Order.
The Court's Preliminary Injunction Order also freezes each Defendant's assets, held jointly or separately, within or outside the United States, and enjoins you from soliciting or accepting funds from members of the public.  It is the CFTC's understanding that you are continuing to transfer and dispose of defendants' assets, including by effecting "settlements" with customers in violation of the asset freeze.  The CFTC intends to bring this conduct to the Court's attention and to seek appropriate sanctions.
**CFTC FTP Credentials**
**Username: EWFQZCGQIF**
**Password: TbUl4vUA**
**URL:**
https://cftcftp.cftc.gov
Your credentials will expire on **February 28, 2020, at 5 pm EST**.  Please note, if you are uploading multiple files you must compress them into 1 zip file.  When you have completed uploading your documents and an accounting of your assets, please reply to this email and confirm the upload is complete, along with how many files were uploaded.
Best regards,
Danielle



**Danielle E. Karst**
Trial Attorney
Division of Enforcement
**Commodity Futures Trading Commission**
202-418-6158
dkarst@cftc.gov



**From:** D S [mailto:oversight2019@gmail.com]
**Sent:** Wednesday, February 19, 2020 6:25 PM
**To:** Karst, Danielle
**Subject:** [EXTERNAL] Information

Have reconstructed more records can you provide another ftp link
Or should I just wait for court again
Regards
David Saffron