

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523
www.cftc.gov

Division of Enforcement

DANIELLE E. KARST
TRIAL ATTORNEY
(202) 418-6158 DIRECT
(202) 418-5124 FACSIMILE
DKarst@cftc.gov

May 1, 2020

**VIA Electronic Mail:  Carol_Harris@nvd.uscourts.gov**
The Honorable Jennifer A. Dorsey
United States District Court
U.S. District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

**Re:** *CFTC v. David Saffron et al.,* **Civil Action No. 2:19-cv-1697-JAD-DJA – Plaintiff's Motion for Fees and Expenses Caused by Defendants' Contempt (ECF No. 56)**

Dear Judge Dorsey:

Pursuant to Local Rule IA 7-1, counsel for Plaintiff CFTC is writing to inquire as to the status of its *Motion for Fees and Expenses Caused by Defendants' Contempt* (ECF No. 56). The CFTC filed this Motion on January 31, 2020,[1] and Defendants' responses were due by February 14, 2020 as noted on the court docket. Defendants did not file any response. This Motion, therefore, has been fully briefed. The CFTC appreciates the Court is operating under difficult circumstances at this time.

In addition, to the extent the CFTC's pending motions and/or responses are directed at Defendants' counsel, Marcus Mumford, the CFTC would like to inform the Court that it understands from news reports that Mr. Mumford passed away earlier this month. The CFTC's motions and/or responses are nevertheless still valid.

Sincerely,

Danielle E. Karst

cc:  Counsel for Defendants:  (1) Michael Van (via email at Michael@shumwayvan.com); (2) Garrett Chase (via email at Garrett@shumwayvan.com)

---

[1] The CFTC filed this Motion pursuant to the Court's instructions at the January 24, 2020 Contempt Hearing.  *See* Tr. Contempt Hearing Jan. 24, 2020 at 19:4-17, ECF No. 65.