MICHAEL C. VAN, ESQ., #3876
GARRETT R. CHASE, ESQ., #14498
**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
garrett@shumwayvan.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.: 2:19-cv-1697-JAD-DJA |

### NOTICE OF COMPLIANCE

IT IS HEREBY certify that pursuant to Order (ECF Document 76) MICHAEL C. VAN, ESQ. and GARRETT R. CHASE, ESQ. of the law firm of SHUMWAY VAN, mailed check no. 30940 in the amount of $14,279.30 to Plaintiff's Counsel Danielle E. Karst at the following address via USPS Certified mail, return receipt requested:

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581

DATED this 6th day of July 2020.

SHUMWAY VAN

/s/ Michael C. Van

MICHAEL C. VAN, ESQ., #3876
GARRETT R. CHASE, ESQ., #14498
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

## CERTIFICATE OF SERVICE

On July 6, 2020, I electronically filed and served a copy of the foregoing *Notice of Compliance* with the Clerk of the Court using the CM/ECF system.

By: */s/ Christina Garcia*
An employee of Shumway Van