# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

DAVID GILBERT SAFFRON
a/k/a DAVID GILBERT and
CIRCLE SOCIETY, CORP.,

    Defendants.

Case No. 2:19-cv-1697-JAD-DJA

**[PROPOSED] ORDER GRANTING PLAINTIFF CFTC'S MOTION FOR LEAVE TO ENGAGE IN LIMITED THIRD-PARTY DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

    The Court has reviewed "Plaintiff CFTC's Motion for Leave to Engage in Limited Third-Party Discovery Prior to Rule 26(f) Conference" [ECF No. 79]. Based on the record, the Court finds good cause for the expedited discovery requested by the CFTC and finds the administration of justice outweighs the prejudice to Defendants given that the Court has previously ordered Defendants to produce the information sought by the CFTC. Thus, I grant the CFTC's motion for this relief.

    IT IS THEREFORE ORDERED that the CFTC's Motion for Leave to Engage in Limited Third-Party Discovery Prior to Rule 26(f) Conference [ECF No. 79] is GRANTED.

    IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 26(d)(1), the CFTC is given leave to take expedited discovery by issuing subpoenas on the following financial institutions and digital currency exchanges:

- **American Express Company**
- **Bank of America**

- **BitPay, Inc.**
- **Coinbase, Inc.**
- **Comanche National Bank**
- **Comerica Bank**
- **FirstView, LLC**
- **Gemini Trust Company, LLC**
- **JPMorgan Chase Bank**
- **NBH Bank**
- **PNC Bank**
- **Uphold HQ, Inc.**
- **Wells Fargo Bank**
- **Zions Bancorporation, N.A. d/b/a Nevada State Bank**

**IT SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: _____

2