Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:  (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP., <br><br> Defendants. | Case No.  2:19-cv-1697-JAD-DJA <br><br> **PLAINTIFF CFTC'S NOTICE OF SUBPOENAS DUCES TECUM TO BITPAY, COINBASE, COMERICA BANK, GEMINI, AND UPHOLD** |

PLEASE TAKE NOTICE THAT pursuant to the Court's Order dated October 30, 2020 (ECF No. 80) and Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission hereby gives notice that it intends to serve the attached subpoenas on BitPay, Inc. (Exhibit 1), Coinbase, Inc. (Exhibit 2), Comerica Bank (Exhibit 3), Gemini Trust Company, LLC (Exhibit 4), and Uphold HQ, Inc. (Exhibit 5).

Dated:  November 3, 2020                       Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000

1

## CERTIFICATE OF SERVICE

On November 3, 2020, I served a copy of the foregoing *Notice of Subpoenas Duces Tecum on BitPay, Coinbase, Comerica Bank, Gemini, and Uphold*, on counsel of record below by filing a copy of the same with the Clerk of the Court using the CM/ECF system.

**Michael C. Van**
**Garrett Chase**
Shumway Van
8589 South Eastern Avenue, Suite 100
Las Vegas, NV 89123

                                                        /s/ Danielle E. Karst
                                                        Danielle E. Karst