Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-6158 (Karst)
Telephone:  (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>　　　　　Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**PLAINTIFF CFTC'S NOTICE OF SUBPOENAS DUCES TECUM TO BANK OF AMERICA, COMERICA BANK, FIRSTVIEW, JPMORGAN CHASE BANK, AND PNC BANK** |

　　　　　PLEASE TAKE NOTICE THAT pursuant to the Court's Order dated October 30, 2020 (ECF No. 80) and Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission hereby gives notice that it intends to serve the attached subpoenas on Bank of America (Exhibit 1), Comerica Bank (Exhibit 2), FirstView, LLC (Exhibit 3), JPMorgan Chase Bank, N.A. (Exhibit 4), and PNC Bank (Exhibit 5).[1]

Dated:  November 9, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Danielle E. Karst
　　　　　　　　　　　　　　　　　　　　　　　Danielle E. Karst
　　　　　　　　　　　　　　　　　　　　　　　Timothy J. Mulreany

---

[1] The CFTC is providing the customers of these financial institutions with the proper notices and materials in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. §§ 3401-22 (2018).

1

**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000

## CERTIFICATE OF SERVICE

On November 9, 2020, I served a copy of the foregoing *Notice of Subpoenas Duces Tecum on Bank of America, Comerica Bank, FirstView, LLC, JPMorgan Chase Bank, N.A., and PNC Bank* on counsel of record below by filing a copy of the same with the Clerk of the Court using the CM/ECF system.

**Michael C. Van**
**Garrett Chase**
Shumway Van
8589 South Eastern Avenue, Suite 100
Las Vegas, NV 89123

/s/ Danielle E. Karst
Danielle E. Karst