MICHAEL C. VAN, ESQ., #3876
GARRETT R. CHASE, ESQ., #14498
**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Tel (702) 478-7770
Fax (702) 478-7779
michael@shumwayvan.com
garrett@shumwayvan.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No.    2:19-cv-1697-JAD-DJA |
| Plaintiff, | |
| vs. | **SHUMWAY VAN'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS DAVID GILBERT SAFFRON AND CIRCLE SOCIETY CORP.** |
| DAVID GILBERT SAFFRON a/k/a/ DAVID GILBERT and CIRCLE SOCIETY, CORP., | |
| Defendants. | |

SHUMWAY VAN ("Counsel" or "Shumway Van"), counsel for Defendants David Gilbert Saffron ("Mr. Saffron") and Circle Society Corp. ("Circle") (collectively, "Defendants"), hereby submits this Motion to Withdraw as Attorney of Record for Defendants. This Motion is made and based upon the following Memorandum of Points and Authorities, the attached Declaration of Garrett R. Chase, Esq., pleadings and papers already on file herein, and any oral argument this Court may consider at the hearing.

Dated this 9th day of November, 2020.

**SHUMWAY VAN**

By: *<u>/s/ Garrett R. Chase</u>*
    MICHAEL C. VAN, ESQ., #3876
    GARRETT R. CHASE, ESQ., #14498
    8985 South Eastern Avenue, Suite 100
    Las Vegas, Nevada 89123
    *Attorneys for Defendants*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Shumway Van again moves this Court for withdrawal as counsel of record for Defendants in this matter. Rule of Professional Conduct 1.16 provides that an attorney may withdraw if the "representation will result in an unreasonable financial burden on the lawyer."[1]   A lawyer may also withdraw representation for other good cause.[2]

In this case, shortly after Shumway Van previously withdrew from representation in December of 2019, Defendants again retained Shumway Van to act only as local counsel for Defendants' lead counsel, Marcus Mumford, who indicated that he was attempting to apply for admission pro hac vice. During that process, Mr. Mumford unexpectedly passed away. In the subsequent months, Shumway Van made diligent efforts to work with Defendants on retaining new counsel. However, once again Shumway Van has had consistent issues communicating with Mr. Saffron and Circle. On multiple occasions throughout this litigation, Shumway Van has not received timely responses or requested documents from Mr. Saffron and/or Circle. That lack of communication has made Shumway Van's representation of Mr. Saffron and Circle increasingly and unnecessarily difficult, especially considering the limited scope of Shumway Van's representation as local counsel.

Shumway Van has also experienced issues in collecting payment for the services rendered. Consequently, continued representation of Mr. Saffron and Circle as their lead counsel would present Shumway Van an unreasonable financial burden. Furthermore, Shumway Van anticipates that Mr. Saffron and/or Circle will likely continue to have difficulty paying Shumway Van for their services. Due to these financial issues, the lack of communication described above, and the unexpected death of lead counsel, Shumway Van and Mr. Saffron/Circle have reached a fundamental disagreement in this litigation. Accordingly, Shumway Van seeks immediate withdrawal as counsel of record for Defendants.

/ / /

/ / /

---

[1] Nev. R. Prof'l Conduct at 1.16(b)(6).
[2] *Id.* at 1.17(b)(7).

SHUMWAY·VAN

8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779

SHUMWAY•VAN

8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CONCLUSION**

Based upon the foregoing, Shumway Van respectfully requests that its Motion to Withdraw as Counsel be granted.

Dated this 9th day of November, 2020.

**SHUMWAY VAN**


By: */s/ Garrett R. Chase*
MICHAEL C. VAN, ESQ., #3876
GARRETT R. CHASE, ESQ., #14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Defendants*

## DECLARATION OF GARRETT R. CHASE, ESQ.

1.      I, Garrett R. Chase, Esq., am an attorney at the law firm of Shumway Van, the attorneys retained to represent DAVID GILBERT SAFFRON ("Mr. Saffron") and CIRCLE SOCIETY, CORP. ("Circle") as local counsel, in the above case.

2.      I have personal knowledge of the facts and circumstances stated herein and as for those stated upon information and belief, I believe them to be true.

3.      Mr. Saffron and Circle retained Shumway Van in March of 2020 to act as local counsel for Marcus Mumford, who Mr. Saffron and Circle had retained as lead counsel in this matter to defend against the claims filed by Commodity Futures Trading Commission ("Plaintiff").

4.      This was approximately three months after Shumway Van had previously withdrawn from representation, in December of 2019.

5.      In late April of 2020, Michael Van, a partner at Shumway Van and the other attorney working on this case, and I were informed that Marcus Mumford had unexpectedly passed away.

6.      After that news, Mr. Van attempted to work with Mr. Saffron on figuring out a relationship where Shumway Van could act as lead counsel, or otherwise finding replacement counsel for Mr. Saffron and Circle.

7.      Despite these diligent efforts, we have been unable to replace lead counsel for Defendants in this matter.

8.      Additionally, Shumway Van has once again encountered difficulties communicating with Mr. Saffron and Circle. On multiple occasions, Mr. Saffron and/or Circle have failed to timely communicate with Shumway Van and/or provide Shumway Van with requested documents related to the above-referenced case. Due in part to that lack of communication, Shumway Van and Mr. Saffron/Circle have reached a fundamental disagreement in this case.

9.      Shumway Van has also struggled again with obtaining payment from Mr. Saffron and Circle to cover the attorney's fees incurred in its representation.

/ / /

SHUMWAY·VAN
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779

10.     Upon information and belief, Mr. Saffron and Circle have recently undergone financial difficulties, and as a result will likely continue to have difficulty paying for Shumway Van's services.

11.     Continued representation presents an unreasonable financial burden on Shumway Van should the firm continue its representation of Mr. Saffron and Circle.

I declare under penalty of perjury under the laws of the State of Nevada (NRS 53.045), the foregoing is true and correct.[3]

Dated this 3rd day of November, 2020.

GARRETT R. CHASE, ESQ.

---

[3] **NRS 53.045** Use of unsworn declaration in lieu of affidavit or other sworn declaration.  Any matter whose existence or truth may be established by an affidavit or other sworn declaration may be established with the same effect by an unsworn declaration of its existence or truth signed by the declarant under penalty of perjury, and dated, in substantially the following form.

SHUMWAY•VAN

8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779

## CERTIFICATE OF E-SERVICE

I hereby certify that on this 9th day of November 2020, I electronically served a true and correct copy of the foregoing **SHUMWAY VAN'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS DAVID GILBERT SAFFRON AND CIRCLE SOCIETY, CORP.** with the Clerk of the Court using CM/ECF system.

/s/ Christina Garcia
An employee of Shumway Van