# Exhibit B
# Nevada Certified Corporate Registration Documents

**STATE OF NEVADA**

**BARBARA K. CEGAVSKE**
Secretary of State

**KIMBERLEY PERONDI**
Deputy Secretary for
Commercial Recordings



**OFFICE OF THE
SECRETARY OF STATE**

Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138

North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888

## Certified Copy

11/25/2020 08:42:54 AM

| | |
|---|---|
| Work Order Number: | W2020112500322 - 960167 |
| Reference Number: | 20201062032 |
| Through Date: | 11/25/2020 08:42:54 AM |
| Corporate Name: | BEDROCK PROTECTION AGENCY LLC |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20200697356 | Annual List - 06/01/2020 | 2 |
| 20190227294-58 | Annual List - 05/28/2019 | 1 |
| 20180288903-91 | Annual List - 06/28/2018 | 1 |
| 20170234334-59 | Annual List - 05/31/2017 | 1 |
| 20160149687-84 | Annual List - 04/01/2016 | 1 |
| 20150324665-24 | Initial List - 07/16/2015 | 1 |
| 20150289840-99 | Registration – Foreign LLC - 06/25/2015 | 2 |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Electronically Certified

**STATE OF NEVADA**



**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for
Commercial Recordings*

**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138*

*North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888*

Certificate Number: B202011251234657
You may verify this certificate
online at  http://www.nvsos.gov



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☑ ANNUAL  ☐ AMENDED (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

BEDROCK PROTECTION AGENCY LLC
NAME OF ENTITY

NV20151395300
Entity or Nevada Business Identification Number (NVID)

**TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT**

**IMPORTANT:** Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☐ Corporation
  ☐ This corporation is publicly traded, the Central Index Key number is: _____

| Filed in the Office of | Business Number |
|---|---|
| *Barbara K. Cegavske* | E0314582015-8 |
| | Filing Number |
| | 20200697356 |
| Secretary of State | Filed On |
| State Of Nevada | 06/01/2020 07:48:33 AM |
| | Number of Pages |
| | 2 |

☐ Nonprofit Corporation (see nonprofit sections below)
☑ Limited-Liability Company
☐ Limited Partnership
☐ Limited-Liability Partnership
☐ Limited-Liability Limited Partnership
☐ Business Trust
☐ Corporation Sole

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
☐ 001 - Governmental Entity
☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number _____

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.
☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee. Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.
☐ Unit-owners' Association      ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box
Does the Organization intend to solicit charitable or tax deductible contributions?
☐ No - no additional form is required
☐ Yes - the "Charitable Solicitation Registration Statement" is required.
☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***

page 1 of 2

SDKD-NSS-0000000002



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application - Continued

## Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

CORPORATION, INDICATE THE MANAGING MEMBER:

| Name | Country |
|---|---|
| Paul Nelson | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| [redacted] | Cottonwood Heights | UT | [redacted] |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X   Paul J Nelson

Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer FORM WILL BE RETURNED IF UNSIGNED

Title: Managing Member

Date: 06/01/2020

SDKD-NSS-0000000002

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

**NAME OF LIMITED-LIABILITY COMPANY:** BEDROCK PROTECTION AGENCY LLC

**ENTITY NUMBER:** E0314582015-8

**FOR THE FILING PERIOD OF** JUN, 2019 **TO** JUN, 2020

*100403*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**Filed in the Office of**
Barbara K. Cegavske
Secretary of State
State Of Nevada

Business Number: E0314582015-8
Filing Number: 20190227294-58
Filed On: 05/28/2019
Number of Pages: 1

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**ANNUAL LIST FILING FEE:** $150.00   **LATE PENALTY:** $75.00 (if filing late)

**BUSINESS LICENSE FEE:** $200.00   **LATE PENALTY:** $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [  ]

**NRS 76.020 Exemption Codes**
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| PAUL J NELSON | | | |
| **ADDRESS** | **CITY** SALT LAKE CITY | **STATE** UT | **ZIP CODE** |
| ■■■■■■■■■■ | | | ■■■■ |

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** PAUL J NELSON
**Signature of Manager, Managing Member or Other Authorized Signature**

**Title:** CEO
**Date:** 5/28/2019 11:31:58 AM

Nevada Secretary of State List ManorMem
Revised: 7-1-17

SDKD-NSS-0000000002

INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

| | |
|---|---|
| BEDROCK PROTECTION AGENCY LLC | ENTITY NUMBER: E0314582015-8 |
| NAME OF LIMITED-LIABILITY COMPANY | |
| FOR THE FILING PERIOD OF  JUN, 2018  TO  JUN, 2019 | *100403* |

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

IMPORTANT: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the Office of [signature: Barbara K. Cegavske] Secretary of State, State Of Nevada

Business Number: E0314582015-8
Filing Number: 20180288903-91
Filed On: 06/28/2018
Number of Pages: 1

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

ANNUAL LIST FILING FEE: $150.00    LATE PENALTY: $75.00 (if filing late)    BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [    ]

NRS 76.020 Exemption Codes
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|---|
| PAUL J NELSON | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| ███████ | SALT LAKE CITY | | UT | ███ |

| NAME | | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|---|
| | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| | | | | |

| NAME | | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|---|
| | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| | | | | |

| NAME | | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|---|
| | | | | |
| ADDRESS | CITY | | STATE | ZIP CODE |
| | | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X PAUL J NELSON

Signature of Manager, Managing Member or Other Authorized Signature

Title: CEO

Date: 6/28/2018 8:13:26 AM

Nevada Secretary of State List ManorMem
Revised: 7-1-17

SDKD-NSS-0000000002

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

**BEDROCK PROTECTION AGENCY LLC**
NAME OF LIMITED-LIABILITY COMPANY

ENTITY NUMBER: E0314582015-8

FOR THE FILING PERIOD OF JUN, 2017 TO JUN, 2018

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the Office of [signature] Barbara K. Cegavske, Secretary of State, State Of Nevada
Business Number E0314582015-8
Filing Number 20170234334-59
Filed On 05/31/2017
Number of Pages 1

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**ANNUAL LIST FILING FEE:** $150.00  **LATE PENALTY:** $75.00 (if filing late)
**BUSINESS LICENSE FEE:** $200.00  **LATE PENALTY:** $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | | |
|---|---|---|
| PAUL J NELSON | MANAGER OR MANAGING MEMBER | |
| ADDRESS | CITY: SALT LAKE CITY | STATE: UT   ZIP CODE: ■ |

| NAME | | |
|---|---|---|
|  | MANAGER OR MANAGING MEMBER | |
| ADDRESS | CITY | STATE   ZIP CODE |

| NAME | | |
|---|---|---|
|  | MANAGER OR MANAGING MEMBER | |
| ADDRESS | CITY | STATE   ZIP CODE |

| NAME | | |
|---|---|---|
|  | MANAGER OR MANAGING MEMBER | |
| ADDRESS | CITY | STATE   ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X PAUL J NELSON
**Signature of Manager, Managing Member or Other Authorized Signature**

Title: CEO
Date: 5/31/2017 7:49:30 AM

Nevada Secretary of State List ManorMem
Revised: 7-1-15

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

**ENTITY NUMBER:** E0314582015-8

**NAME OF LIMITED-LIABILITY COMPANY:** BEDROCK PROTECTION AGENCY LLC

**FOR THE FILING PERIOD OF** JUN, 2016 **TO** JUN, 2017

*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

Filed in the Office of
Barbara K. Cegavske
Secretary of State
State Of Nevada

Business Number E0314582015-8
Filing Number 20160149687-84
Filed On 04/01/2016
Number of Pages 1

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**ANNUAL LIST FILING FEE:** $150.00   **LATE PENALTY:** $75.00 (if filing late)   **BUSINESS LICENSE FEE:** $200.00   **LATE PENALTY:** $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| PAUL J NELSON | |
| **ADDRESS** | **CITY** — SALT LAKE CITY   **STATE** — UT   **ZIP CODE** — [redacted] |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |
| ADDRESS | CITY   STATE   ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |
| ADDRESS | CITY   STATE   ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |
| ADDRESS | CITY   STATE   ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** PAUL J NELSON

**Signature of Manager, Managing Member or Other Authorized Signature**

**Title:** MANAGING MEMBER
**Date:** 4/1/2016 7:42:47 AM

Nevada Secretary of State List ManorMem
Revised: 7-1-15

SDKD-NSS-0000000002

# INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

| | |
|---|---|
| NAME OF LIMITED-LIABILITY COMPANY: BEDROCK PROTECTION AGENCY LLC | ENTITY NUMBER: E0314582015-8 |
| FOR THE FILING PERIOD OF JUN, 2015 TO JUN, 2016 | *100403* |

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

IMPORTANT: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

ANNUAL LIST FILING FEE: $150.00   LATE PENALTY: $75.00 (if filing late)   BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 (if filing late)

Filed in the Office of [signature: Barbara K. Cegavske], Secretary of State, State Of Nevada

Business Number: E0314582015-8
Filing Number: 20150324665-24
Filed On: 07/16/2015
Number of Pages: 1

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [ ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| PAUL J NELSON | |
| ADDRESS: [redacted] | CITY: SALT LAKE CITY   STATE: UT   ZIP CODE: [redacted] |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |
| ADDRESS | CITY   STATE   ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |
| ADDRESS | CITY   STATE   ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |
| ADDRESS | CITY   STATE   ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X PAUL J NELSON
**Signature of Manager, Managing Member or Other Authorized Signature**

Title: PRESIDENT
Date: 7/16/2015 12:27:07 PM

Nevada Secretary of State List ManorMem
Revised: 7-1-15


*050303*



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Application for Registration of Foreign Limited-Liability Company
(PURSUANT TO NRS 86.544)

Filed in the Office of

*Barbara K. Cegavske*

Secretary of State
State Of Nevada

Business Number E0314582015-8
Filing Number 20150289840-99
Filed On 06/25/2015
Number of Pages 2

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Foreign Limited-Liability Company:** Bedrock Protection Agency LLC

☐ Check box if a Series Limited-Liability Company

**2. Name Being Registered with Nevada:** (see instructions)
The name under which this foreign limited-liability company proposes to register and transact business in Nevada is:
Bedrock Protection Agency LLC

**3. Entity Domicile:** (date and state or country of formation)
April 1, 2013 — Date Formed
Utah — State or Country where Authorized
☒ This entity is in good standing in the jurisdiction of its incorporation/creation.

**4. Registered Agent for Service of Process:** (check only one box)
☐ Commercial Registered Agent: Name
☐ Noncommercial Registered Agent (name and address below) OR ☒ Office or Position with Entity (name and address below)

Las Vegas Area Manager
Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity

1135 S Eastern Avenue, Suite 150 — Street Address
Henderson — City
Nevada 89052 — Zip Code

Mailing Address (if different from street address) — City — Nevada — Zip Code

In the event the above-designated Agent for Service of Process resigns and is not replaced or the agent's authority has been revoked or the agent cannot be found or served with exercise of reasonable diligence, then the Secretary of State is hereby appointed as the Agent for Service of Process.

**5. Records Office:** (see instructions)
6076 S 900 E, Suite 100 — Salt Lake City — UT — 84121

**6. Street Address of Principal Office:** (or office required to be maintained in the domicile state by the laws of that state)
6076 S 900 E, Suite 100 — Salt Lake City — UT — 84121

**7. Name and Address of each Manager or Member:** (attach additional page if more than 1)
Paul J Nelson
Name
[redacted] Street Address — Lehi — City — UT — [redacted]

**8. Name and Signature of Manager or Member:**
I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.
Paul J Nelson
Name
X *Paul J Nelson* — Authorized Signature

**9. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X *Paul J Nelson* — Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity
June 25, 2015 — Date

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 86.544 FLLC Articles
Revised 1-5-15

SDKD-NSS-0000000002



*180304*

**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Registered Agent Acceptance
(PURSUANT TO NRS 77.310)

This form may be submitted by: a Commercial Registered Agent, Noncommercial Registered Agent or Represented Entity. For more information please visit http://www.nvsos.gov/index.aspx?page=141

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

### Certificate of Acceptance of Appointment by Registered Agent

In the matter of **Bedrock Protection Agency LLC**
_Name of Represented Business Entity_

I, **Paul J Nelson** am a:
_Name of Appointed Registered Agent  OR  Represented Entity Serving as Own Agent*_

(complete only one)

a) ☐ commercial registered agent listed with the Nevada Secretary of State,

b) ☐ noncommercial registered agent with the following address for service of process:

_____ _____ Nevada _____
Street Address                City                              Zip Code

_____ _____ Nevada _____
Mailing Address (if different from street address)   City   Zip Code

c) ☒ represented entity accepting own service of process at the following address:

**Las Vegas Area Manager**
_Title of Office or Position of Person in Represented Entity_

**11135 S Eastern Avenue, Suite 150**    **Henderson**       Nevada **89052**
Street Address                            City                              Zip Code

_____ _____ Nevada _____
Mailing Address (if different from street address)   City   Zip Code

and hereby state that on **June 25, 2015** I accepted the appointment as registered agent for the above named business entity.
                            _Date_

X _[signature]_                                        June 25, 2015
Authorized Signature of R.A. or On Behalf of R.A. Company      Date

*If changing Registered Agent when reinstating, officer's signature required.

X _____                              _____
Signature of Officer                                    Date

Nevada Secretary of State Form RA Acceptance
Revised: 1-5-15

**BARBARA K. CEGAVSKE**
Secretary of State

**KIMBERLEY PERONDI**
Deputy Secretary for
Commercial Recordings



STATE OF NEVADA

**OFFICE OF THE
SECRETARY OF STATE**

Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138

North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888

## Certified Copy

11/25/2020 08:43:06 AM

**Work Order Number:** W2020112500324 - 960170
**Reference Number:** 20201062038
**Through Date:** 11/25/2020 08:43:06 AM
**Corporate Name:** BEDROCK SPECIAL PROJECTS GROUP LLC

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20200568064 | Annual List - 03/25/2020 | 2 |
| 20190225174-63 | Annual List - 05/24/2019 | 1 |
| 20180141452-38 | Initial List - 03/29/2018 | 1 |
| 20180141451-27 | Articles of Organization - 03/29/2018 | 1 |



Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Electronically Certified
Certificate Number: B202011251234669
You may verify this certificate
online at http://www.nvsos.gov

**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

[✓] **ANNUAL**  [ ] **AMENDED** (check one)

## List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

**BEDROCK SPECIAL PROJECTS GROUP LLC**
NAME OF ENTITY

**NV20181223912**
Entity or Nevada Business Identification Number (NVID)

**TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT**

**IMPORTANT:** Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

[ ] Corporation
  [ ] This corporation is publicly traded, the Central Index Key number is: _____

[ ] Nonprofit Corporation (see nonprofit sections below)

[✓] Limited-Liability Company

[ ] Limited Partnership

[ ] Limited-Liability Partnership

[ ] Limited-Liability Limited Partnership

[ ] Business Trust

[ ] Corporation Sole

Filed in the Office of
*Barbara K. Cegavske*
Secretary of State
State Of Nevada

Business Number
E0155172018-9
Filing Number
20200568064
Filed On
03/25/2020 10:06:46 AM
Number of Pages
2

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

| **CHECK ONLY IF APPLICABLE** |
|---|
| Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. |
| [ ] 001 - Governmental Entity |
| [ ] 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number _____ |
| **For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below. |
| [ ] Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee. Exemption Code 002 |
| **For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license. |
| [ ] Unit-owners' Association     [ ] Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c) |
| **For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box |
| Does the Organization intend to solicit charitable or tax deductible contributions? |
| [ ] No - no additional form is required |
| [ ] Yes - the "Charitable Solicitation Registration Statement" is required. |
| [ ] The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required |
| **\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\*** |

page 1 of 2

SDKD-NSS-0000000003



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application - Continued

**Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

CORPORATION, INDICATE THE <u>MANAGING MEMBER</u>:

| Name | Country |
|---|---|
| PAUL NELSON | USA |

| Address | City | State | Zip/Postal Code |
|---|---|---|---|
| 1633 W Innovation Way, 5th Floor | Lehi | UT | 84043 |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** Paul Nelson          Managing Member          03/25/2020

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** FORM WILL BE RETURNED IF UNSIGNED

Title          Date

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER
E0155172018-9

BEDROCK SPECIAL PROJECTS GROUP LLC
NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF  MAR, 2019  TO  MAR, 2020


*100403*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

<u>IMPORTANT:</u> Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. <u>Ordering Copies:</u> If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the Office of | Business Number E0155172018-9 |
| --- | --- |
| *Barbara K. Cegavske* Secretary of State State Of Nevada | Filing Number 20190225174-63 |
| | Filed On 05/24/2019 |
| | Number of Pages 1 |

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

<u>ANNUAL LIST FILING FEE</u>: $150.00   LATE PENALTY: $75.00 (if filing late)    <u>BUSINESS LICENSE FEE</u>: $200.00   LATE PENALTY: $100.00 (if filing late)

<u>CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW</u>

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

NRS 76.020 Exemption Codes
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | MANAGER OR MANAGING MEMBER | | |
| --- | --- | --- | --- |
| PAUL J NELSON | | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| ▮▮▮▮▮▮▮▮ | SALT LAKE CITY | UT | ▮▮▮▮ |

| NAME | MANAGER OR MANAGING MEMBER | | |
| --- | --- | --- | --- |
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | MANAGER OR MANAGING MEMBER | | |
| --- | --- | --- | --- |
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | MANAGER OR MANAGING MEMBER | | |
| --- | --- | --- | --- |
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** PAUL J NELSON

**Signature of Manager, Managing Member or Other Authorized Signature**

Title: MANAGING MEMBER
Date: 5/24/2019 1:41:27 PM

Nevada Secretary of State List ManorMem
Revised: 7-1-17

SDKD-NSS-0000000003

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

BEDROCK SPECIAL PROJECTS GROUP LLC

E0155172018-9

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF MAR, 2018 TO MAR, 2019

*100403*

**USE BLACK INK ONLY - DO NOT HIGHLIGHT**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager**, or if none, a **Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

Filed in the Office of
/s/ Barbara K. Cegavske
Secretary of State
State Of Nevada

Business Number
E0155172018-9
Filing Number
20180141452-38
Filed On
03/29/2018
Number of Pages
1

(This document was filed electronically.)
**ABOVE SPACE IS FOR OFFICE USE ONLY**

**ANNUAL LIST FILING FEE:** $150.00    LATE PENALTY: $75.00 (if filing late)
**BUSINESS LICENSE FEE:** $200.00    LATE PENALTY: $100.00 (if filing late)

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NRS 76.020 Exemption Codes**
001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| NELSON HOLDINGS LLC | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6076 S 900 EAST, SUITE 100 | SALT LAKE CITY | UT | 84121 |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| JT BUSINESS INVESTMENTS LLC | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6076 S 900 EAST, SUITE 100 | SALT LAKE CITY | UT | 84121 |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| NAME | MANAGER OR MANAGING MEMBER |
|---|---|
| | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** PAUL J NELSON

**Signature of Manager, Managing Member or Other Authorized Signature**

Title: MANAGING MEMBER

Date: 3/29/2018 8:34:48 AM

Nevada Secretary of State List ManorMem
Revised: 7-1-17

SDKD-NSS-0000000003



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*050106*

# Articles of Organization
# Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the Office of



Secretary of State
State Of Nevada

| Business Number |
| --- |
| E0155172018-9 |
| Filing Number |
| 20180141451-27 |
| Filed On |
| 03/29/2018 |
| Number of Pages |
| 1 |

(This

USE BLACK INK ONLY - DO NOT HIGHLIGHT                              ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | BEDROCK SPECIAL PROJECTS GROUP LLC    Check box if a Series Limited-Liability Company ☐    Check box if a Restricted Limited-Liability Company ☐ |
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: SHUMWAY VAN LLC (Name)  ☐ Noncommercial Registered Agent (name and address below)   OR   ☐ Office or Position with Entity (name and address below)  Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity  Street Address / City / Nevada / Zip Code  Mailing Address (if different from street address) / City / Nevada / Zip Code |
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): |
| **4. Management:** (required) | Company shall be managed by:   ☐ Manager(s)   OR   ☒ Member(s)   (check only one box) |
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) NELSON HOLDINGS LLC (Name)  6076 S 900 EAST, SUITE 100 / SALT LAKE CITY / UT / 84121  2) JT BUSINESS INVESTMENTS LLC (Name)  6076 S 900 EAST, SUITE 100 / SALT LAKE CITY / UT / 84121  3) |
| **6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.  SHUMWAY VAN LLC (Name)   X SHUMWAY VAN LLC (Organizer Signature)  8985 S EASTERN AVE. SUITE 100 / LAS VEGAS, USA / US / 89123 |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.*   X SHUMWAY VAN LLC   Date: 3/29/2018 |

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 10-1-15

SDKD-NSS-0000000003