# Exhibit C
# Utah Certified Corporate Registration Documents



Utah Department of Commerce
Division of Corporations & Commercial Code
160 East 300 South, 2nd Floor, S.M. Box 146705
Salt Lake City, UT 84114-6705
Phone: (801) 530-4849
Toll Free: (877)526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

Registration Number: 8628764-0160
Business Name: BEDROCK PROTECTION AGENCY LLC
Registered Date: 04/01/2013

November 30, 2020

# CERTIFIED COPY OF ENTIRE FILE

THE UTAH DIVISION OF CORPORATIONS AND COMMERCIAL CODE ("DIVISION") HEREBY CERTIFIES THAT THE ATTACHED IS TRUE, CORRECT, AND COMPLETE COPY OF THE ENTIRE FILE OF

BEDROCK PROTECTION AGENCY LLC

AS APPEARS OF RECORD IN THE OFFICE OF THE DIVISION.



Jason Sterzer
Director
Division of Corporations and Commercial Code

| Div. of Professional Licensing | Real Estate | Public Utilities | Securities | Consumer Protection |
|---|---|---|---|---|
| (801)530-6628 | (801)530-6747 | (801)530-6651 | (801)530-6600 | (801)530-6601 |

File Number: 8628764

# LLC

# ARTICLES OF ORGANIZATION
# OF
# Bedrock Protection Agency LLC

The undersigned person(s) do hereby adopt the following Articles of Organization for the purpose of forming a Utah Limited Liability Company.

## Article I
The name of the limited liability company is to be Bedrock Protection Agency LLC

## Article II
The purpose or purposes for which the company is organized is to engage in:
Contract Security Company. Security Consulting.

The Company shall further have unlimited power to to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.

## Article III
The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:

*(Registered Agent Name & Address)*
Paul Johnie Nelson

Sandy, UT,

**ACCEPTANCE OF APPOINTMENT:**

**Registered Agent Signature**

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 1, April 2013 in the office of the Division and hereby issues this Certification thereof.

KATHY BERG
Division Director

## Article IV

*Name, Street address & Signature of all members/managers*
Member #1
Paul Johnie Nelson

Sandy, UT
Paul Johnie Nelson
Signature

**DATED** 1 April, 2013.

## Article V

Management statement
This limited liability company will be managed by its Members

## Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

### Article VI.1

A current list in alphabetical order of the full name
and address of each member and each manager.

### Article VI.2

A copy of the stamped articles of organization and all *certificates of amendments thereto.*

### Article VI.3

Copies of all tax returns and financial statements
of the company for the three most recent years.

### Article VI.4

A copy of the company's operating agreement and minutes of each meeting of members.

## Article VII

**The street address of the principal place of business is:**

11378 Willow Hill Drive
Sandy, UT 84092

## Article VIII

**The duration of the company shall be 99 years**

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



# State of Utah
**DEPARTMENT OF COMMERCE**
**Division of Corporations & Commercial Code**

## Summary of Online Changes



Business Name: BEDROCK PROTECTION AGENCY LLC

Entity number: 8628764-0160

Date of Filing: 03/26/2014

Principal Office Address:
**Street** .......................... 6076 S 900 East
                                    Suite 100
**City** ............................ Salt Lake City
**State** .......................... UT
**Zip** ............................. 84121

Registered Principals:
New Information (added or updated)
**Name** .......................... PAUL JOHNIE NELSON
**Position** ..................... Registered Agent
**Address** .................... 6076 S 900 East
                                    Suite 100
                                    Salt Lake City, UT 84121
Old Information (removed or updated)
**Name** .......................... Paul Johnie Nelson
**Position** ..................... Registered Agent
**Address** ....................
                                    Sandy, UT

03/26/2014

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



**State of Utah**
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

# Summary of Online Changes



Business Name: BEDROCK PROTECTION AGENCY LLC

Entity number: 8628764-0160

Date of Filing: 2/9/16

Registered Principals:
New Information (added or updated)
Name ........................... PAUL JOHNIE NELSON
Position ........................ Member
Address ........................ 6076 S 900 East
                                 Suite 100
                                 Salt Lake City, UT 84121
Old Information (removed or updated)
Name ........................... Paul Johnie Nelson
Position ........................ Member
Address ........................ ████████████
                                 Sandy, UT ████

, 2/9/16

Underr GRAMA [63-2-201], all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

# Summary of Online Changes



Business Name: BEDROCK PROTECTION AGENCY LLC

Entity number: 8628764-0160

Date of Filing: 03/25/2020

Principal Office Address:
**Street** .......................... 1633 W Innovation Way
5th Floor
**City** ............................. Lehi
**State** ........................... UT
**Zip** .............................. 84043
**Country** ....................... United States

Registered Principals:
New Information (added or updated)
**Name** ........................... PAUL JOHNIE NELSON
**Position** ....................... Registered Agent
**Address** ....................... 1633 W Innovation Way
5th Floor
Lehi, UT 84043 United States
Old Information (removed or updated)
**Name** ........................... PAUL JOHNIE NELSON
**Position** ....................... Registered Agent
**Address** ....................... 6076 S 900 EAST
STE 100
SALT LAKE CITY, UT 84121
New Information (added or updated)
**Name** ........................... PAUL JOHNIE NELSON
**Position** ....................... Member

**Address** .........................1633 W Innovation Way
                                     5th Floor
                                     Lehi, UT 84043 United States
Old Information (removed or updated)
**Name** ..............................PAUL JOHNIE NELSON
**Position** ..........................Member
**Address** .........................6076 S 900 EAST
                                     STE 100
                                     SALT LAKE CITY, UT 84121

Paul J Nelson, 03/25/2020

Underr GRAMA (63-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.



**Utah Department of Commerce**
**Division of Corporations & Commercial Code**
160 East 300 South, 2nd Floor, S.M. Box 146705
Salt Lake City, UT 84114-6705
Phone: (801) 530-4849
Toll Free: (877)526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

Registration Number: 11323062-0151     November 30, 2020
Business Name:    BEDROCK SPECIAL PROJECTS GROUP
Registered Date:   05/31/2019

# CERTIFIED COPY OF ENTIRE FILE

THE UTAH DIVISION OF CORPORATIONS AND COMMERCIAL CODE ("DIVISION") HEREBY CERTIFIES THAT THE ATTACHED IS TRUE, CORRECT, AND COMPLETE COPY OF THE ENTIRE FILE OF

BEDROCK SPECIAL PROJECTS GROUP

AS APPEARS OF RECORD IN THE OFFICE OF THE DIVISION.

Jason Sterzer
Director
Division of Corporations and Commercial Code

| Div. of Professional Licensing | Real Estate | Public Utilities | Securities | Consumer Protection |
|---|---|---|---|---|
| (801)530-6628 | (801)530-6747 | (801)530-6651 | (801)530-6600 | (801)530-6601 |



State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

File Number: 11323062

# Business Name Registration / DBA Application

Requested Business Name: **BEDROCK SPECIAL PROJECTS GROUP**
Entity Number: 11323062
Application Date: 05/31/2019
Approved Date: 05/31/2019
Expiration Date: 05/31/2022
Filer Electronic Signature: Jefferey McGuire

Business Information
Purpose: Other Professional, Scientific, and Technical Services
Address: 1633 West Innovation Way
  Suite 500
  Lehi, UT 84043
Female Owned: No
Minority Owned: No

Registered Agent
Name: Paul Johnie Nelson
Type: Regular
Address: 6076 S 900 E Suite 100
  Suite 100
  Salt Lake City, UT 84121

Applicant / Owner(s):
Name: BEDROCK PROTECTION AGENCY LLC
Entity Number: 8628764-0160
Address: 6076 S 900 E
  Suite 100
  Salt Lake City, UT 84121



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed
and approved on 31, May 2019 in the office of the
Division and hereby issues this Certification thereof.

Jason Sterzer
Division Director

Under GRAMA (63-2-201), all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.

SDKD-USS-0000000002_0003