# Exhibit D
# Wyoming Certified Corporate Registration Documents



# Wyoming Secretary of State

**Edward A. Buchanan**  
Secretary of State

**Karen L. Wheeler**  
Deputy Secretary of State

---

## Certified Copy

**Date:** 12/1/2020 11:27PM

**Through Date:** 12/1/2020 11:27PM

**Corporate Name:** Kinetic Marketing Systems Inc.

The undersigned filing officer hereby certifies that the attached copies are a true and complete copy of the document as filed in this office.

| Document Number | Description | Number of Pages |
|---|---|---|
| 2019-002573534 | RA Resignation – 6/14/2019 | 2 |
| 2015-000687537 | Profit Corporation Articles of Incorporation– 5/26/2015 | 8 |

Respectfully,

*Edward A. Buchanan*

Edward A. Buchanan  
Wyoming Secretary of State

Certified By: _Shawn Havel_____



1



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**WY Secretary of State**
**FILED: 06/14/2019 11:22 AM**
**Global Amendment ID: 20198**
**Affected Entities: 25**

# Statement of Resignation of Registered Agent

1. This change affects <u>every</u> entity that I represent.  ☐
   **OR**
   This change affects <u>only</u> the entities on the attached list.  ☑
   *(If attaching a list of business entities do <u>not</u> list more than 25 entities per filing.)*

2. I, [Capital Administrations LLC], hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on [05/07/2019] to an officer or controlling
   *(Date – mm/dd/yyyy)*
   member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address, a separate notice must be provided to change the mailing and/or principal office address to the last known address.

Signature: *Lindsay Moore*     Date: [06/10/2019]
*(Shall be executed by a person authorized by the registered agent.)*     *(mm/dd/yyyy)*

Print Name: Lindsay Moore on behalf of Capital Administrations LLC
(Authorized Agent)

Contact Person: [ ]

Title: Authorized Resigning Agent     Daytime Phone Number: [ ]

Email: tax@wyomingcompany.com
*(Email provided will receive filing evidence.)*
*May list multiple email addresses*

**RECEIVED JUN 12 2019 Secretary of State Wyoming**

Checklist
☐ **No Filing Fee**
☐ Please submit one **originally signed** document.
☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

RAResignation – Revised October 2015

**CAPITAL ADMINISTRATIONS LLC**

C&S Construction LLC

CALFACE I LLC

Cornerstone Group International

Creative Promotions LLC

Cristonme Inc

CZEKMAET, INC.

DATMIS EQUIPMENT CORP

E Doc Inc

Elite Affiliate Consulting LLC

Exceeding Expectations LLC

Fearless Leader Holdings LLC

Fidelity Media Solutions LLC

Five Stars Media Group LLC

Galaxy Realty LLC

Get Focused LLC

Gold Quality Trucking LLC

Gordon Industries LLC

Grizzly Peak Investments LLC

HNB Holdings Inc

HOHE LLC

Huckel Hat Company LLC

iMine LLC

Jon Enterprises LLC

K & L Financial LLC

Kinetic Marketing Systems Inc

Ed Murray, WY Secretary of State
FILED: 05/26/2015 04:29 PM
ID: 2015-000687537

## ARTICLES OF INCORPORATION

## OF

## Kinetic Marketing Systems Inc.

**FIRST.** The name of the corporation is:

### Kinetic Marketing Systems Inc.

**SECOND.** Its registered office in the State of Wyoming is located at 1712 Pioneer Ave., Suite 7000, Cheyenne, Wyoming 82001. This Corporation may maintain an office, or offices, in such other place within or without the State of Wyoming as may be from time to time designated by the Board of Directors, or by the By-Laws of said Corporation, and that this Corporation may conduct all Corporation business of every kind and nature, including the holding of all meetings of Directors and Stockholders, outside the State of Wyoming as well as within the State of Wyoming.

**THIRD.** The objects for which this Corporation is formed are:

(A) To do all things necessary or convenient to carry out its business and affairs, including without limitation power to:

(B) Sue and be sued, complain and defend in its corporate name;

(C) Have a corporate seal, which may be altered at will, and to use it, or a facsimile of it, by impressing or affixing it or in any other manner reproducing it;

(D) Make and amend bylaws, not inconsistent with its articles of incorporation or with the laws of this state, for managing the business and regulating the affairs of the corporation;

(E) Purchase, receive, lease, or otherwise acquire, and own, hold, improve, use, and otherwise deal with, real or personal property, or any legal or equitable interest in property, wherever located;

Received
MAY 19 2015
Secretary of State
Wyoming

(F) Sell, convey, mortgage, pledge, lease, exchange, and otherwise dispose of all or any part of its property;

(G) Purchase, receive, subscribe for, or otherwise acquire; own, hold, vote, use, sell, mortgage, lend, pledge, or otherwise dispose of; and deal in and with shares or other interests in, or obligations of, any other entity;

(H) Make contracts and guarantees, incur liabilities, borrow money, issue its notes, bonds, and other obligations which may be convertible into or include the option to purchase other securities of the corporation, and secure any of its obligations by mortgage or pledge of any of its property, franchises, or income;

(I) Lend money, invest and reinvest its funds, and receive and hold real and personal property as security for repayment;

(J) Be a promoter, partner, member, associate, or manager of any partnership, joint venture, trust, or other entity;

(K) Conduct its business, locate offices, and exercise the powers granted by this act within or without this state;

(L) Elect directors and appoint officers, employees, and agents of the corporation, define their duties, fix their compensation, and lend them money and credit;

(M) Pay pensions and establish pension plans, pension trusts, profit sharing plans, share bonus plans, share option plans, and benefit or incentive plans for any or all of its current or former directors, officers, employees, and agents;

(N) Make donations for the public welfare or for charitable, scientific, or educational purposes;

(O) Transact any lawful business; and

(P) Make payments or donations, or do any other act, not inconsistent with law, that furthers the business and affairs of the corporation.

**FOURTH.** The total number of voting common stock authorized that may be issued by the Corporation is 1,000,000 shares of common stock without nominal or par value. Said shares may be issued by the corporation from time to time for such considerations as may be fixed by the Board of Directors.

**FIFTH.** The governing board of this corporation shall be known as directors, and the number of directors may from time to time be increased or decreased in such manner as shall be provided by the By-Laws of this Corporation, providing that the number of directors shall not be reduced to fewer than one (1).

**SIXTH.** The capital stock, after the amount of the subscription price, or par value, has been paid in, shall not be subject to assessment to pay the debts of the corporation.

**SEVENTH.** The name and post office address of the Incorporator signing the Articles of Incorporation is as follows:

| **NAME** | **POST OFFICE ADDRESS** |
| --- | --- |
| Capital Administrations, LLC | 1712 Pioneer Ave. Suite 115<br>Cheyenne WY 82001 |

**EIGHTH.** The registered agent for this corporation shall be:

**Capital Administrations, LLC**

The address of said agent, and, the registered or statutory address of this corporation in the state of Wyoming, shall be:

1712 Pioneer Ave. Ste 115
Cheyenne, WY 82001

**NINTH.** The corporation is to have perpetual existence.

**TENTH.** In furtherance and not in limitation of the powers conferred by statute, the Board of Directors is expressly authorized:

Subject to the By-Laws, if any, adopted by the Stockholders, to make, alter or amend the By-Laws of the Corporation.

To fix the amount to be reserved as working capital over and above its capital stock paid in; to authorize and cause to be executed mortgages and liens upon the real and personal property of this Corporation.

By resolution passed by a majority of the whole Board, to designate one (1) or more committees, each committee to consist of one or more of the Directors of the Corporation, which, to the extent provided in the resolution, or in the By-Laws of the Corporation, shall have and may exercise the powers of the Board of Directors in the management of the business and affairs of the Corporation. Such committee, or committees, shall have such name, or names, as may be stated in the By-Laws of the Corporation, or as may be determined from time to time by resolution adopted by the Board of Directors.

When and as authorized by the affirmative vote of the Stockholders holding stock entitling them to exercise at least a majority of the voting power given at a Stockholders meeting called for that purpose, or when authorized by the written consent of the holders of at least a majority of the voting stock issued and outstanding, the Board of Directors shall have power and authority at any meeting to sell, lease or exchange all of the property and assets of the Corporation, including its good will and its corporate franchises, upon such terms and conditions as its board of Directors deems expedient and for the best interests of the Corporation.

**ELEVENTH.** No shareholder shall be entitled as a matter of right to subscribe for or receive additional shares of any class of stock of the Corporation, whether now or hereafter authorized, or any bonds, debentures or securities convertible into stock, but such additional shares of stock or other securities convertible into stock may be issued or disposed of by the Board of Directors to such persons and on such terms as in its discretion it shall deem advisable.

**TWELFTH.** No director or officer of the Corporation shall be personally liable to the Corporation or any of its stockholders for damages for breach of fiduciary duty as a director or officer involving any act or omission of any such director or officer; provided, however, that the foregoing provision shall not eliminate or limit the liability of a director or officer (i) for acts or omissions which involve intentional misconduct, fraud or a knowing violation of law, or (ii) the payment of dividends in violation of Section 17-16-833 of the Wyoming Statutes; (iii) for any breach of the director's duty of loyalty, as defined by the Wyoming Business Corporation Act, to the corporation or its shareholders; or (iv) for any transaction from which the officer or director derived an improper personal benefit. Any repeal or modification of this Article by the stockholders of the Corporation shall be prospective only, and shall not adversely affect any limitation on the personal liability of a director or officer of the Corporation for acts or omissions prior to such repeal or modification.

**THIRTEENTH.** This Corporation reserves the right to amend, alter, change or repeal any provision contained in the Articles of Incorporation, in the manner now or hereafter prescribed by statute, or by the Articles of Incorporation, and all rights conferred upon Stockholders herein are granted subject to this reservation.

**I, THE UNDERSIGNED**, being the Incorporator hereinbefore named for the purpose of forming a Corporation pursuant to the General Corporation Law of the State of Wyoming, do make and file these Articles of Incorporation, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this 18th day of May, 2015.

*Cara Kupec*

Cara Kupec,
Capital Administrations, LLC Incorporator
tax@wyomingcompany.com

SDKD-WSS-0000000001

## CONSENT TO
## APPOINTMENT BY REGISTERED AGENT

1. Capital Administrations, LLC, located at 1712 Pioneer Ave. Suite 115 Cheyenne, WY, 82001, voluntarily consent to serve as the registered agent for Kinetic Marketing Systems Inc. on the date shown below.

2. The registered agent certifies that he is: (circle one)

    (a) An individual who resides in this state and whose business office is identical with the registered office;

    **(b)** A domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office; or

    (c) A foreign corporation or not-for-profit foreign corporation authorized to transact business in this state whose business office is identical with the registered office.

3. I know and hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 18th day of May, 2015.

*Cara Kupec*
Cara Kupec, on behalf of
Registered Agent Capital Administrations, LLC

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD F. MURRAY, III, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**Kinetic Marketing Systems Inc.**

Accordingly, the undersigned, by virtue of the authority vested in me by the law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **26th** day of **May, 2015**.



Filed Date: 05/26/2015

Secretary of State

By: Jessica Cockrell

# STATE OF WYOMING ∗ SECRETARY OF STATE
# EDWARD A. BUCHANAN
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Kinetic Marketing Systems Inc.** |
| Filing ID | 2015-000687537 |
| Type | Profit Corporation |
| Status | Inactive - Administratively Dissolved (No Agent) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Delinquent |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 05/26/2015 4:29 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 08/22/2019 |

## Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 1,000,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

| **Principal Address** | **Mailing Address** |
|---|---|
| 1712 Pioneer Ave Ste 7000 | 1712 Pioneer Ave Ste 7000 |
| Cheyenne, WY 82001 | Cheyenne, WY 82001 |

**Registered Agent Address**

No Agent
No Office
Cheyenne, WY 82001

## Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Capital Administrations LLC |

## Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Kinetic Marketing Systems Inc.** |
| Filing ID | **2015-000687537** |
| Type | Profit Corporation |
| Status | Inactive - Administratively Dissolved (No Agent) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2019 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 03658147 |
| AR Date | 6/20/2018 12:41 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Secretary / Director | Susan Lee Scott ▬▬▬▬▬ Salt Lake City, Utah ▬▬ |

**Principal Address**

1712 Pioneer Ave Ste 7000
Cheyenne, WY 82001

**Mailing Address**

1712 Pioneer Ave Ste 7000
Cheyenne, WY 82001

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 02471210 | Original | 04/14/2016 | 2016 | $50.00 |
| 02782295 | Original | 04/24/2017 | 2017 | $50.00 |
| 03459804 | Original | 04/04/2018 | 2018 | $50.00 |
| 03658147 | Original | 06/20/2018 | 2019 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2019-002611845 | Dissolution / Revocation - RA | 08/22/2019 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (No Agent) | |
| | Inactive Date Changed  From: No Value  To: 08/22/2019 | |
| 2019-002573534 | RA Resignation | 06/14/2019 |
| See Filing ID | Initial Filing | 05/26/2015 |

# 2019 Profit Corporation Annual Report

Due on or Before: May 1, 2019
ID: 2015-000687537
State of Formation: Wyoming
License Tax Paid: $50.00
AR Number: 03658147

For Office Use Only
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

## Kinetic Marketing Systems Inc.

1: Mailing Address
1712 Pioneer Ave Ste 7000
Cheyenne, WY 82001

*Current Registered Agent:*
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

2: Principal Office Address
1712 Pioneer Ave Ste 7000
Cheyenne, WY 82001

Phone: (307) 778-4730
Email: tax@wyomingcompany.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

3: Officers and Directors

Secretary / Director    Susan Lee Scott -     [redacted]    Salt Lake City, Utah [redacted]

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Susan Lee Scott | Susan Lee Scott | June 20, 2018 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

### The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.