Exhibit E
Documents produced by Bedrock Protection
Agency



BPALLC000003

**Bedrock Protection Agency**

Employees Listed:  *Active, Inactive, Leave of Absence*
Hire Dates:  *All Dates*
Group By: *Employee*

BEDROCK
PROTECTION AGENCY

**Employee Master**

04/25/19     2:48:56 PM     Page 6 of 83

| Employee # | Employee Name | Address | Phone Number | Phone Description | Supervisor / E-mail Address |
|---|---|---|---|---|---|
| 456 | Beatty, Steven S  Benefit Class: | | | | Utah Supervisor |
| 26 | Beckes, Benjamin  Benefit Class: | | | | |
| 624 | Beckes, Seana  Benefit Class: | | | | |
| 625 | Beckes, Christopher Gary  Benefit Class: | | | | |
| 358 | Belew, Gregory G  Benefit Class: | | | | |
| 913 | Bell, Elizabeth  Benefit Class: | | | | |
| 684 | Beltran, Saul Edgardo  Benefit Class: | | | | Utah Supervisor |
| 392 | Belvin, Charles H  Benefit Class: | | | | Nevada Supervisor |
| 117 | Bender, Jasson M  Benefit Class: | | | | |
| 45 | Benefield, James  Benefit Class: | | | | Utah Supervisor |
| 577 | Benefield, William  Benefit Class: | | | | Utah Supervisor |
| 17 | Bennion, Daniel  Benefit Class: | | | | Utah Supervisor |
| 43 | Berge, Pamela  Benefit Class: | | | | Nevada Supervisor |

BPALLC000012

BPALLC000007

BEDR⊙CK
PROTECTION AGENCY

**Bedrock Protection Agency**

Employees Listed:    *Active, Inactive, Leave of Absence*
Hire Dates:    *All Dates*
Group By: *Employee*

**Employee Master**

04/25/19          2:48:56 PM          Page 41 of 83

| Employee # | Employee Name | Address | Phone Number | Phone Description | Supervisor E-mail Address |
|---|---|---|---|---|---|
| 192 | Laird, Randall J | | | | |
| | Benefit Class: | | | | |
| 390 | Lamm, Robert A | | | | |
| | Benefit Class: | | | | |
| 439 | Landero I I I, Rey Raleigh | | | | |
| | Benefit Class: | | | | |
| 374 | Lanier, Shabrea Shaquin | | | | Nevada Supervisor |
| | Benefit Class: | | | | |
| 984 | Lanier II, Jacques | | | | Nevada Supervisor |
| | Benefit Class: | | | | |
| 229 | Lapan, Rene Phillip | | | | |
| | Benefit Class: | | | | |
| 718 | Lara, Jared | | | | Utah Supervisor |
| | Benefit Class: | | | | |
| 79 | Larson, Hunter | | | | Utah Supervisor |
| | Benefit Class: | | | | |
| 391 | Larson, Todd P | | | | Utah Supervisor |
| | Benefit Class: | | | | |
| 427 | Lawson, Jordenn | | | | |
| | Benefit Class: | | | | |
| 196 | Lawton, Michael | | | | Utah Supervisor |
| | Benefit Class: | | | | |
| 202 | Lazaroff, Gregory | | | | |
| | Benefit Class: | | | | |
| 84 | Lee, Patricia T | | | | |
| | Benefit Class: | | | | |

BPALLC000047

BPALLC000007

BEDROCK
PROTECTION AGENCY

**Bedrock Protection Agency**

Employees Listed:   *Active, Inactive, Leave of Absence*
Hire Dates:   *All Dates*
Group By: *Employee*

**Employee Master**

04/25/19      2:48:56 PM      Page 48 of 83

| Employee # | Employee Name | Address | Phone Number | Phone Description | Supervisor E-mail Address |
|---|---|---|---|---|---|
| 53 | McDonald, Ian Eugene<br>Benefit Class: | ▮ | ▮ | ▮ | ▮ |
| 294 | McDonald, Euion<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 615 | McDonald, Maurice<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 386 | Mcgee-Chkhartishvili, Vernatta Nicole<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 644 | McGrath, William<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 573 | Mcgregor, Gavin<br>Benefit Class: | ▮ | ▮ | ▮ | Utah Supervisor |
| 5 | Mcguire, Jefferey T<br>Benefit Class: | ▮ | ▮ | ▮ | ▮ |
| 144 | McGuireNorth, Mary E<br>Benefit Class: | ▮ | ▮ | ▮ | ▮ |
| 631 | McKittrick, Thad<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 707 | McMurray, Troy<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 609 | McNair, Justin<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 366 | Means, Durrell<br>Benefit Class: | ▮ | ▮ | ▮ | Nevada Supervisor |
| 821 | Meddley, Jakia | ▮ | ▮ | ▮ | Nevada Supervisor |

BPALLC000054

BPALLC000007



**Bedrock Protection Agency**

Employees Listed:   *Active, Inactive, Leave of Absence*
Hire Dates:   *All Dates*
Group By: *Employee*

04/25/19        2:48:56 PM        Page 66 of 83

# Employee Master

| Employee # | Employee Name | Address | Phone Number | Phone Description | Supervisor E-mail Address |
|---|---|---|---|---|---|
| | **Benefit Class:** | | | | |
| 513 | **Saunders, Benjamin** | | | | Utah Supervisor |
| | **Benefit Class:** | | | | |
| 92 | **Schilleci, Peter C** | | | | |
| | **Benefit Class:** | | | | |
| 922 | **Schloesser, David** | | | | Utah Supervisor |
| | **Benefit Class:** | | | | |
| 824 | **Schomburg, E Timothy** | | | | Utah Supervisor |
| | **Benefit Class:** | | | | |
| 777 | **Schoonover, Cyrus** | | | | Nevada Supervisor |
| | **Benefit Class:** | | | | |
| 588 | **Schuh, Kailey E** | | | | Utah Supervisor |
| | **Benefit Class:** | | | | |
| 593 | **Schulenburg, Elizabeth** | | | | Nevada Supervisor |
| | **Benefit Class:** | | | | |
| 927 | **Schweiss, Michelle Lin** | | | | Utah Supervisor |
| | **Benefit Class:** | | | | |
| 110 | **Sciame, Vince** | | | | |
| | **Benefit Class:** | | | | |
| 216 | **Scofield, Mark N** | | | | |
| | **Benefit Class:** | | | | |
| 13 | **Scott, James D** | | | | |
| | **Benefit Class:** | | | | |
| 48 | **Scott, Susan L** | Provo                    UT   84604 | | | |
| | **Benefit Class:** | | | | |

BPALLC000072

BPALLC000007

**RET-00020**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | 18-CP-01299-01 |
| **Notes:** | BitCoin Payment: 5.90118815 BTC / $50,000<br>Fees: 0.0364 BTC / $306.26<br>Retainer: 5.86477616 BTC / $ 49,650.24 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Mar 26, 2018 | Added Funds - Cash (BitCoin Transaction) | $49,650.24 |
| Nov 7, 2018 | Draw - INV-01394 | ($25,108.15) |
| Nov 7, 2018 | Draw - INV-01395 | ($24,542.09) |

| | |
|---|---|
| **Total Retainer:** | $49,650.24 |
| **Funds Used:** | $49,650.24 |
| **Amount Remaining:** | $0.00 |

BPALLC000090

BPALLC000090

**RET-00021**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 11.07825 BTC @ $6850.02 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Apr 10, 2018 | Added Funds - Check (BTC payment to Gemini)   (Edit \| Delete) | $75,000.00 |
| Nov 7, 2018 | Draw - INV-01395 | ($75,000.00) |

| | |
|---|---|
| **Total Retainer:** | $75,000.00 |
| **Funds Used:** | $75,000.00 |
| **Amount Remaining:** | $0.00 |

BPALLC000091

BPALLC000090

**RET-00022**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 5 BTC @ $8222.22 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Apr 19, 2018 | Added Funds - Cash (5 BTC) | $40,905.60 |
| Nov 7, 2018 | Draw - INV-01407 | ($40,905.60) |

| | |
|---|---|
| **Total Retainer:** | $40,905.60 |
| **Funds Used:** | $40,905.60 |
| **Amount Remaining:** | $0.00 |

BPALLC000092

BPALLC000090

## RET-00023

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 10 BTC @ $8739.52 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Apr 25, 2018 | Added Funds - Cash  (Edit \| Delete) | $87,830.44 |
| Nov 7, 2018 | Draw - INV-01407 | ($87,830.44) |

| | |
|---|---|
| **Total Retainer:** | $87,830.44 |
| **Funds Used:** | $87,830.44 |
| **Amount Remaining:** | $0.00 |

BPALLC000093

BPALLC000090

## RET-00024

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 15 BTC @ $9313.78 |

### Funds History

| Date | Description | Amount |
|---|---|---|
| Apr 30, 2018 | Added Funds - Cash (For 15 BTC payment on 4/28) | $139,706.70 |
| Nov 7, 2018 | Draw - INV-01395 | ($3,026.56) |
| Nov 7, 2018 | Draw - INV-01407 | ($62,295.83) |
| Nov 7, 2018 | Draw - INV-01416 | ($74,384.31) |

| | |
|---|---|
| **Total Retainer:** | $139,706.70 |
| **Funds Used:** | $139,706.70 |
| **Amount Remaining:** | $0.00 |

BPALLC000094

BPALLC000090

**RET-00025**

|  |  |
|---|---|
| **Amount Remaining:** | $0.00 |
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 3 BTC @ $9100.27 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| May 2, 2018 | Added Funds - Cash (3 BTC received on May 2) | $27,300.81 |
| Nov 7, 2018 | Draw - INV-01416 | ($27,300.81) |

|  |  |
|---|---|
| **Total Retainer:** | $27,300.81 |
| **Funds Used:** | $27,300.81 |
| **Amount Remaining:** | $0.00 |

BPALLC000095

BPALLC000090

## RET-00026

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 9.9 BTC @ $9513.58 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| May 7, 2018 | Added Funds - Cash | $94,184.50 |
| Nov 7, 2018 | Draw - INV-01416 | ($94,184.50) |

| | |
|---|---|
| **Total Retainer:** | $94,184.50 |
| **Funds Used:** | $94,184.50 |
| **Amount Remaining:** | $0.00 |

BPALLC000096

BPALLC000090

## RET-00027

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 140 BTC @ $7500 retainer applied to Pacific Traveler Case. Remainder applied to Kenetic Traveler case. |

### Funds History

| Date | Description | Amount |
|---|---|---|
| Jun 8, 2018 | Added Funds - Cash (Part of 200 BTC retainer applied to Pacific Traveler Case. Remainder applied to Kenetic Traveler case. This has been adjusted to 140 BTC retainer because of 60 BTC tied up in the bots.) | $1,050,000.00 |
| Nov 7, 2018 | Draw - INV-01403 | ($329,605.39) |
| Nov 7, 2018 | Draw - INV-01416 | ($64,462.61) |
| Nov 7, 2018 | Draw - INV-01425 | ($130,378.15) |
| Nov 7, 2018 | Draw - INV-01437 | ($159,382.85) |
| Nov 7, 2018 | Draw - INV-01450 | ($94,373.73) |
| Nov 7, 2018 | Draw - INV-01451 | ($148,488.41) |
| Nov 7, 2018 | Draw - INV-01457 | ($123,308.86) |

| | |
|---|---|
| **Total Retainer:** | $1,050,000.00 |
| **Funds Used:** | $1,050,000.00 |
| **Amount Remaining:** | $0.00 |

BPALLC000097

BPALLC000090

# RET-00032

**Amount Remaining:** $0.00

**Client:** Kinetic Marketing Systems LLC

**Reference Number:**

**Notes:** 5.972 BTC @ $6260

## Funds History

| Date | Description | Amount |
|------|-------------|-------:|
| Aug 31, 2018 | Added Funds - Cash | $40,535.00 |
| Nov 7, 2018 | Draw - INV-01457 | ($21,411.37) |
| Nov 7, 2018 | Draw - INV-01462 | ($19,123.63) |

|  | |  |
|--:|--|-------:|
| **Total Retainer:** | | $40,535.00 |
| **Funds Used:** | | $40,535.00 |
| **Amount Remaining:** | | $0.00 |

BPALLC000098

BPALLC000090

## RET-00033

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 15 BTC @ $7042 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Aug 31, 2018 | Added Funds - Cash | $105,630.00 |
| Nov 7, 2018 | Draw - INV-01462 | ($105,630.00) |

| | |
|---|---|
| **Total Retainer:** | $105,630.00 |
| **Funds Used:** | $105,630.00 |
| **Amount Remaining:** | $0.00 |

BPALLC000099

BPALLC000090

**RET-00034**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 18 BTC @ $6430 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Sep 7, 2018 | Added Funds - Check   (Edit | Delete) | $115,740.00 |
| Nov 7, 2018 | Draw - INV-01462 | ($10,948.05) |
| Nov 7, 2018 | Draw - INV-01474 | ($104,791.95) |

| | |
|---|---|
| **Total Retainer:** | $115,740.00 |
| **Funds Used:** | $115,740.00 |
| **Amount Remaining:** | $0.00 |

BPALLC000100

**RET-00035**

|  |  |
|---|---|
| **Amount Remaining:** | $0.00 |

|  |  |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | 2.35 BTC / $15000 |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Nov 12, 2018 | Added Funds - Cash (2.35 BTC received = $15000 USD) | $15,000.00 |
| Mar 20, 2019 | Draw - INV-01474 | ($8,368.12) |
| Mar 20, 2019 | Draw - INV-01476 | ($6,631.88) |

| | | |
|---|---|---|
| **Total Retainer:** | | $15,000.00 |
| **Funds Used:** | | $15,000.00 |
| **Amount Remaining:** | | $0.00 |

BPALLC000101

BPALLC000090

**RET-00036**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | Googe Management |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Dec 12, 2018 | Added Funds - Check (17419) | $22,100.00 |
| Mar 20, 2019 | Draw - INV-01476 | ($22,100.00) |

| | |
|---|---|
| **Total Retainer:** | $22,100.00 |
| **Funds Used:** | $22,100.00 |
| **Amount Remaining:** | $0.00 |

BPALLC000102

**RET-00037**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | Deposit for Vehicle received on January 11. |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Jan 11, 2019 | Added Funds - Cash  (Edit \| Delete) | $5,000.00 |
| Mar 20, 2019 | Draw - INV-01476 | ($5,000.00) |

| | |
|---|---|
| **Total Retainer:** | $5,000.00 |
| **Funds Used:** | $5,000.00 |
| **Amount Remaining:** | $0.00 |

BPALLC000103

BPALLC000090

**RET-00040**

| | |
|---|---|
| **Amount Remaining:** | $0.00 |

| | |
|---|---|
| **Client:** | Kinetic Marketing Systems LLC |
| **Reference Number:** | |
| **Notes:** | $5000 received from KMS deposited into Chase operating account |

## Funds History

| Date | Description | Amount |
|---|---|---|
| Mar 22, 2019 | Added Funds - Check | $5,000.00 |
| Mar 22, 2019 | Draw - INV-01476 | ($5,000.00) |

| | | |
|---|---|---|
| | **Total Retainer:** | $5,000.00 |
| | **Funds Used:** | $5,000.00 |
| | **Amount Remaining:** | $0.00 |

BPALLC000104

BPALLC000090