Exhibit G - Part 1
Bedrock Special Projects Group website

**BEDROCK**

Contact Us Now

# Protection for your
# Life, Privacy and Assets

**Bespoke Security, Intelligence and Protection
for Corporations, Executives, Family Offices and
High Net Worth Individuals**

Contact Us Now

✓ Gain Peace of Mind

Knowing you are prepared
for unforeseen circumstances

✓ Take Back Your Time

While we handle the
day-to-day details

✓ Protect Your Legacy

With assurance that we are
monitoring your best interests



Because of your wealth and high-profile status, you are
constantly exposed to both physical and virtual threats

- An unsafe environment for yourself or your executives
- Uncertainty of operating in emerging markets
- Unforeseen emergencies, traffic accidents or medical complications
- Data breaches
- Intellectual property theft
- Public embarrassment

SDKD-CFTC-WEB-0000000077

# The security needs of high net worth individuals, family offices, corporations and executives are unique

### Executive Security - Close Protection

Be protected against loss, embarrassment, or harm



- VIP Secure Air and Ground Transportation
- Advance logistics and planning
- Specialist Security Drivers
- Executive Protection Agents
- Residential Security Teams
- Concierge-level support, facilitation and convenience

Learn more

### Corporate Security - Special Events

Create a secure environment at your office or next event



- Branded events
- Shareholder & board meetings
- Corporate gatherings
- Building construction insurance compliance
- Specialist Security Personnel
- Corporate Security Officers

Learn more

### Cybersecurity - Privacy Protection

Manage digital risk and gain peace of mind



- Insider threat detection
- Cyber awareness training
- Cyber liability insurance
- HIPAA and PCI compliance

Learn more

### Consulting - Investigations

Put us to work for you, so you can take back your time



- Private Investigation & Intelligence
- Surveillance Investigators
- Security Consulting & Training
- Workplace Violence Programs
- Security Risk and Vulnerability Assessments

- Security Action Plans

Learn more

Contact Us Now

# As security experts - we understand risk.

We also know how complex a proper security plan is.
That's why we do what we do: Keeping you safe, comfortable and successful.









Deer Valley

AAA

Hard Rock
Hotel & Casino

PacifiCorp



We believe security and safety is your right, and we're dedicated to making it easier to achieve peace of mind.

● In our 30 years, we have helped over a thousand elite organizations, including over 22 Fortune 500 companies, become more secure.

● We are the world-class company that will secure you from ALL physical and virtual threats.

Contact Us Now

SDKD-CFTC-WEB-0000000077

# How it Works



**1**

### Schedule your on-site Vulnerability Assessment

Our people are highly-trained, ultra-experienced security experts. Our Vulnerability Assessment takes everything into account: you, your schedule, your environment, virtual threats, and more.

**2**

### Activate your customized Security Action Plan

Informed by our assessments, and guided by decades of practice, we will develop your bespoke Security Action Plan. Once you're satisfied with the plan, we'll go to work for you.

**3**

### Live life in peace and security

Protected by Bedrock, you'll have confidence that you and your assets are safe; physically, virtually, and completely.

Contact Us Now

At Bedrock Special Projects, we know that you want the best protection for yourself and your assets, knowing the many potential threats and security issues you face are unique. In order to do that, you need a bespoke protection plan for your life, privacy and assets.

You are exposed to elevated personal risk because of your employment, high-profile status, net worth, affiliations or geographical location. You are constantly exposed to physical, cyber and virtual risk. The world is simply not a secure place. You are left worried that you may choose a protection and security firm that doesn't fully understand your needs, and the consequences may be dire.

We believe security and safety is your right, and we're dedicated to making it easier to achieve peace of mind. As security experts, we understand risk. We also know how complex a proper security plan is. That's why we do what we do: Keeping you safe, comfortable and successful.



| | | |
|---|---|---|
| Close Protection | Family Office | Investigation |
| Secure Travel | Cybersecurity | Consulting |
| Workplace Safety | About Us | Jobs-Apply |
| Blog | Contact Us | LOCATIONS ▾ |
| Privacy Policy | Articles | |

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS



This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree


Request a call

 **BEDROCK**

Contact Us Now

## Close Protection

### Protection Against Loss, Embarrassment or Harm

#### EXECUTIVE, VIP, DIGNITARY AND CELEBRITY PROTECTION

Discreet services designed to support your security, comfort, and success. Our bespoke specialist services are delivered according to industry best practices by service oriented professionals with global operating experience and extensive training.

#### SECURE TRAVEL AND PROTECTION ESCORTS

The **security driver** is the core element of most protection programs. Bedrock will facilitate your transportation efficiently, securely and in comfort. Airport pickup and delivery service available.

#### CORPORATE RESOURCE OFFICERS

A Corporate Resource Officer (CRO) provides the protection and concierge services of a Close Protection Agent shared across the entire an executive C-Suite. The CRO has completed specialized training in Crisis Management, Active-Shooter Interdiction, Deescalation and the protection of key individuals. Corporate Resource Officers are operational consultants that can be brought in quickly on a short term basis to defend against temporary threats or to "tune up" your existing corporate security.

### Secure Travel - Private Jet Charter

VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

### Secure Meetings and Events

Bedrock will match the correct tone and approach to suit each client's unique corporate culture and needs.

### Security Consulting

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

### Workplace Violence

Countering workplace violence to promote security, retention, productivity, and success.

 **BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

NV 2183 A & B | UT 8632154-6301 & P103495 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES AND CORPORATIONS

   

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree    📞 Request a call



**Contact Us Now**



## Secure Meetings - Special Events

Bedrock has proven experience in matching the correct tone and approach to suit each client's unique corporate culture and needs.

- Branded Events
- Shareholder & Board Meetings
- Corporate Gatherings
- Private Venues
- Single Family Office Gatherings
- Investor Meetings

### Close Protection - Executive Security

Executive protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

### Private Investigation & Intelligence

Investigators exclusively for the family office, legal, corporate and insurance sectors.

### Secure Travel - Private Jet Charter

VIP Secure Air and Ground Transportation for High Net Worth Persons, and Global Travelers

### Cybersecurity - Cyber Training

Managing digital risk and providing peace of mind through secure communications.

### Workplace Violence Programs

Countering workplace violence to promote security, retention, productivity, and success.

### Security Consulting & Training

Consulting services for threat, vulnerability, risk assessments, and planning of internal initiatives.



Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

NV 2183 A & B | UT 8632154-6301 & P103485 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree    📞 Request a call

SDKD-CFTC-WEB-0000000077

**BEDROCK**

Contact Us Now

# Cybersecurity & Cyber Defense

*We are not an IT company. Bedrock is a __security firm__ providing protection for your IT systems, networks, privacy and data.*

Our proactive approach provides organizations with an objective understanding of their current security risk and vulnerability and provides a solution to effectively mitigate the risk through the remediation of vulnerabilities and weaknesses.

**Our BedrockCyber team specializes in:**

- Cybersecurity strategy and culture through training;
- Developing heightened level of security awareness and vigilance;
- Protecting critical assets and applications;
- Ensuring only those who belong in your workplace have access;
- Make backups and avoid loss of info critical to operations; and
- Limit damage and restore normal operations quickly.

## Our Expertise









**Cyber Awareness Training**

Any organization's biggest vulnerability is first, and foremost, it's personnel. Improperly trained people can mismanage or misuse information systems creating major vulnerabilities for the network and infrastructure.

**Compliance**

Health information was the second most at-risk type of data in cyber incidents, making up a third of potentially compromised records.* Complex HIPAA and PCI regulations and deadlines demand third-party assistance to ensure the security of patient information.

**Insider Threat Detection**

Small and medium-sized businesses often lack the manpower needed to adequately address violations to their own security policies that could lead to an insider threat and/or leave them vulnerable to a breach.

**Cyber Liability Insurance**

Our Compliance Manager supports more than a dozen of the top cyber liability insurers out of the box and helps you simplify this process to increase your bottom line. Above all, lowering insurance risks for our clients, and helping them secure payouts in the event of a claim.

## Services

**Training**

SDKD-CFTC-WEB-0000000077

Compliance - Risk - Governance - Cybersecurity - Processes - Management -

Harassment

(to California and New York Standards)

## Implementation and Certification

CMMC - HITRUST - HIPAA - ISO - NIST - PCI - ITAR - FEDRAMP

## Forensics

Threat hunting and Eradication

## Configurations

Cyber defense - Most systems evaluation - Most systems implementation - Most

systems repair

## Management

Cybersecurity - Systems - Network - O/S - Support - Cloud

## Virtual CISO and Advisory Services



BEDROCK

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ⌄

BESPOKE SECURITY RISK SOLUTIONS FOR
HIGH NET WORTH INDIVIDUALS, FAMILY
OFFICES, EXECUTIVES and CORPORATIONS

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.   I agree

Request a call

SDKD-CFTC-WEB-0000000077



Contact Us Now



## Security Consulting

Our consulting team provides clients with a diverse line of consulting services to assist them in threat, risk and vulnerability assessments, security training, and planning of internal security initiatives. A Security Vulnerability Assessment (SVA) is an understanding of the threats, weaknesses, and probability of attack, which could impact a facility, person, system or event. Bedrock guarantees an in-depth analysis of the client's current security using a Qualitative Assessment Medthodology (QAM) or CARVER-TAVA, which is both a qualitative and a *quantitative* assessment of an asset's vulnerabilities.

We will establish a detailed plan to aid in ongoing and future security processes inline with the the client's workplace culture. Our consultants and subject matter experts utilize industry best practices and standards backed up by practical knowledge and real world experience.

Expertise and Capabilities: Executive Protection, Security Management, Crisis Management, All-Source Protective Intelligence, Business Continuity, Investigations, Surveillance, Hostile Extractions and Evacuations, Expedition Medical & Safety, Skills Development, Tactical Recovery of Assets and Personnel.

*"The CARVER Methodology is one of the most effective tools that a security professional can use."* - General James L. Jones, Former U.S. National Security Advisor

### Close Protection

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

### Secure Travel

VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

---

**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

| | | |
| --- | --- | --- |
| Close Protection | Family Office | Investigation |
| Secure Travel | Cybersecurity | Consulting |
| Workplace Safety | About Us | Jobs-Apply |
| Blog | Contact Us | LOCATIONS ▾ |
| Privacy Policy | Articles | |

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

   

NV 2183 A & B | UT 8632154-6301 & P103485 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.   I agree   Request a call



## SINGLE FAMILY OFFICE SUPPORT

### SOLUTION ORIENTED TRUSTED ADVISORS.

**Behind the scenes, out of sight, unobtrusive but always there.**

### Close Protection - Executive Security

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

### Cybersecurity & Cyber Defense

Managing digital risk and providing peace of mind through secure communications.

### Workplace Violence

Countering workplace violence to promote security, retention, productivity, and success.

### Secure Travel - Private Jet Charter

VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

### Security Consulting and Training

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.



Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

NV 2193 A & B | UT 8632154-6301 & P103485 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.   I agree   📞 Request a call

**BEDROCK**

Contact Us Now



## Investigations & Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

- Technical Surveillance Countermeasures (TSCM)
- Surveillance - Video, Photo Documentation
- Forensic Investigation
- Expert Witnesses
- SIU Insurance Fraud, Workers Compensation
- Missing Persons & Locates
- Background Checks
- Litigation Support & Intelligence
- Open Source Intelligence (OSINT) and Analysis
- Undercover & Deep Cover Operations
- Tribal Native American Indian Investigations
- Statements and Affidavits Collection
- Due Diligence Investigations

### Close Protection - Executive Security

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

### Workplace Violence

Countering workplace violence to promote security, retention, productivity, and success.

### Security Consulting

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

---



Close Protection    Family Office    Investigation
Secure Travel       Cybersecurity    Consulting
Workplace Safety    About Us         Jobs-Apply
Blog                Contact Us       LOCATIONS ▾
Privacy Policy      Articles

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989



NV 2183 A & B | UT 8632154-6301 & P103485 | CA PPO 11089 | AZ 1681447 | MT 29397 | WA 1216

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree     Request a call



**Contact Us Now**

## Global Travel - Secure Transportation

Bedrock provides secure transportation services in more than a thousand cities to support your safety, comfort, and productivity. You can focus on your business and leave the logistics to us.

## Ground Transportation

Let us coordinate the right mix of ground vehicles from a diverse fleet ranging from low-profile to luxury and armored vehicles.

## Aviation Service - Private Jet Charter

Our aviation partner is Han Geskes CTC, the master of customer service with style. The firm has over 50 Alliance Partners with all types of aircraft options. This includes Light, Medium and Large Cabin aircraft with seating from 4-19 passengers. Our firm also provides large commercial aircraft, with up to 160 seats for large groups.



Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

NV 2183 A & B | UT 8632154-6301 & P103485 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree    📞 Request a call



**BEDROCK**

Contact Us Now



## Workplace Violence

Countering violence, creating and assuring environmental conditions in the workplace that support retention, productivity, and engagement; This is one of our favorite missions.

### Hostile Terminations

It's inevitable that someone in your organization will be terminated, let go or fired against their wishes. Bedrock has a proven program that manages the process to prevent disruptions in the workplace.

Applicable Standards
Under the General Duty Clause, Section 5(a)(1) of the Occupational Safety and Health Act of 1970, employers are required to provide their employees with a place of employment that is "free from recognized hazards that are causing or are likely to cause death or serious harm."

An employer that has experienced acts of workplace violence, or becomes aware of threats, intimidation, or other indicators for violence, should implement a workplace violence prevention program and training.

### Close Protection

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

### Security Consulting

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

---



**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

NV 2183 A & B | UT 8632154-6301 & P103495 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

   

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.     I agree     🤙 Request a call

Contact Us Now

No matter whether the threat is physical, cyber or virtual, Bedrock has you covered. We're enterprise security risk specialists, offering first-class protection for all areas of your life.



**BEDROCK**

### The Bedrock Partners



**Paul J Nelson**

CEO / Partner

Legal and Compliance

Paul is responsible for legal and compliance issues plus serving as qualifying agent and licensee for the corporation. In 1992, he founded the original company in California, which grew to be the dominant provider of security services in North San Diego County. Between 1999 and 2014, Paul established operations in Los Angeles, Sacramento, Portland, Seattle, Phoenix, Las Vegas, and Denver.



**J Damien Scott**

COO / Partner

Operations and Consulting

Damien is responsible for daily operations and consults with UHNW Clients, Single Family Offices and Corporate leadership. He served as a Marine and former police officer with more than 25 years full-charge executive experience providing executive protection, security and crisis management, investigation and intelligence services for government, private, and international organizations.



**Todd McGuire**

President / Partner

Business and Finance

Todd is responsible for daily corporate business matters, human asset management, finances and marketing. After spending nearly a decade working in finance and marketing for multimillion-dollar brands and startups, Todd joined Bedrock and managed company growth recognized in 2017 and 2018 on the Inc. 5000 list of top growing companies in America. Todd holds a BA in Business Management from Utah Valley University.

> "One single vulnerability is all it takes to bring down a powerful organization."
>
> - Todd McGuire, President of Bedrock

## Industry Affiliations

| ASIS | PSC | ICQPOA | ISDA | NCISS | Intellenet |
|------|-----|--------|------|-------|------------|
| ASIS International is a global community of security practitioners, | Protective Security Council. Protecting People is the reason the PSC | The International Close Quarters Protection Operators Association is a | The International Security Driver Association (ISDA) is a group of protective | The prescient founders of National Council of Investigation and Security | The International Intelligence Network is a highly experienced |

**BEDROCK**

Contact Us Now

## Blog



16 Sep 2020

### Cybersecurity - NSA Advice - Top Ten Cyber Security Strategies

NSA'S Top Ten Cybersecurity Mitigation Strategies NSA's Top Ten Mitigation Strategies counter a broad range of exploitation...

 Bedrock Staff Contributor



25 Aug 2020

### What is a Cyber Security Risk Assessment and Why Have One Done?

What is a Cyber Risk Assessment? NIST describes cyber risk assessments as risk assessments that are used to classify, me...

 Bedrock Staff Contributor



6 Aug 2020

### Dave's Guide to PI-ing - Real Surveillance in the Field

A light hearted look at the Surveillance Game  By David Cook (Case Manager for Bedrock Investigations) When I tell people I ...

 Bedrock Staff Contributor



29 Jul 2020

### Tips for Safely Traveling Abroad

As the country begins to safely reopen and travel begins to pick up again, we thought an article with some of our favorite tips...

 Bedrock Staff Contributor



19 Jul 2020

### In My Opinion: The top 5 threats to global business travelers (COVID-19 Edition)

This brief is part of a series I'm producing for my Lifestyle Advisory and Concierge Facilitation series. As a global ...

 Bedrock Staff Contributor



15 Jul 2020

### 10 Best Cybersecurity Practices for Businesses

1 - Establish a Cybersecurity Policy Approximately 40% of businesses do not have a dedicated cybersecurity policy in place,...

 Bedrock Staff Contributor







SDKD-CFTC-WEB-0000000077

15 Nov 2019

## PACE yourself. Have a plan.

P. A. C. E. Project management, tactical and strategic success, personal achievement, and mission accomplishment all require a wel...

 Bedrock Staff Contributor

14 Mar 2019

## Vetting Vendors. Don't be left holding the bag.

Recently, I came across a local event planning company that had passed us over for the contract protective services contract at a ...

 Bedrock Staff Contributor

30 Jan 2019

## Surveillance Indicators - Is Somebody Watching You?

CAUTION: Always exercise extreme caution as individuals conducting surveillance may not only be involved in gathering information ...

 Bedrock Staff Contributor



25 Jan 2018

## Travel Anywhere Comfortably

Secure air and ground transportation yields productivity, privacy and comfort benefits. Recent natural disasters, world events and...

 Bedrock Staff Contributor



# Newsletter

Enter your email and receive the latest news and special offers.

Email

Subscribe

**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree

 Request a call

Contact Us Now

## Bedrock is dedicated to the holistic protection of your life and privacy.

Enterprise Grade Solutions for Single Family Office and Corporate Security Management



### Close Protection - Executive Security

Executive protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

Learn more



### Secure Travel - Private Jet Charter

VIP Secure Air and Ground Transportation for High Net Worth Persons, and Global Travelers

Learn more



### Workplace Violence Programs

Countering workplace violence to promote security, retention, productivity, and success.

Learn more



### Private Investigation & Intelligence

Investigators exclusively for the family office, legal, corporate and insurance sectors.

Learn more



### Cybersecurity - Cyber Training

Managing digital risk and providing peace of mind through secure communications.

Learn more



### Security Consulting & Training

Consulting services for threat, vulnerability, risk assessments, and planning of internal initiatives.

Learn more



# BEDROCK

### CLIENT FOCUSED, SOLUTION ORIENTED

#### Single Family Office and Private Client Services

Bedrock is a dedicated to the holistic protection of your life, reputation, assets, data and privacy. We go above and beyond to keep our clients secure, comfortable and successful.

We've worked with numerous clients, each requiring individual care and attention. The needs of UHNW families and family offices are unique. Their lives are extremely complex, and their needs are broad.

Behind the scenes, out of sight, unobtrusive but always there.

| 30 | 22+ | 20 |
|---|---|---|
| Years in Business | Fortune 500 Clients | Countries |

We Serve

SDKD-CFTC-WEB-0000000077

   

### Ultra High Net Worth Individuals & Families

Providing families and persons of high net worth with protection, facilitation and support.

### Global Family Offices and Corporations

Providing comprehensive Enterprise Security Risk Management Solutions.

### Investors, Entrepenuers, Start Ups and SMB's

Providing business leaders and disruptors with physical and cybersecurity in-depth.

### Distinguished Private Counsel and Law Offices

Surveillance and investigations are vital services for attorneys and insurance companies.

## Blog

  

### Cybersecurity - NSA Advice - Top Ten Cyber Security Strategies

NSA'S Top Ten Cybersecurity Mitigation Strategies NSA's Top Ten Mitigation Strategies counter a broad range of exploitation...

Bedrock Staff Contributor

### What is a Cyber Security Risk Assessment and Why Have One Done?

What is a Cyber Risk Assessment? NIST describes cyber risk assessments as risk assessments that are used to classify, me...

Bedrock Staff Contributor

### Dave's Guide to PI-ing - Real Surveillance in the Field

A light hearted look at the Surveillance Game  By David Cook (Case Manager for Bedrock Investigations) When I tell people I ...

Bedrock Staff Contributor

Read more    CONTACT US

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

   

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree

 Request a call

SDKD-CFTC-WEB-0000000077



**BEDROCK**

Contact Us Now

## Bedrock Security and Investigations - Nevada - Las Vegas - Reno

Enterprise Grade Solutions for Single Family Office and Corporate Security Management



### Close Protection - Executive Security

Executive protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

Learn more



### Private Investigation & Intelligence

Investigators exclusively for the family office, legal, corporate and insurance sectors.

Learn more



### Secure Travel - Private Jet Charter

VIP Secure Air and Ground Transportation for High Net Worth Persons, and Global Travelers.

Learn more



### Cybersecurity - Cyber Training

Managing digital risk and providing peace of mind through secure communications.

Learn more



### Workplace Violence Programs

Countering workplace violence to promote security, retention, productivity, and success.

Learn more



### Security Consulting & Training

Consulting services for threat, vulnerability, risk assessments, and planning of internal initiatives.

Learn more



# BEDROCK

### LAS VEGAS METRO AREA & RENO - SPARKS

**Single Family Office and Private Client Services**

Bedrock is a dedicated to the holistic protection of your life, reputation, assets, data and privacy. We go above and beyond to keep our clients secure, comfortable and successful.

Full spectrum, integrated security, investigations, intelligence and cyber.

Behind the scenes, out of sight, unobtrusive but always there.

| 30 | 22+ | 20 |
|---|---|---|
| Years in Business | Fortune 500 Clients | Countries |

SDKD-CFTC-WEB-0000000077

We Serve






**Ultra High Net Worth Individuals & Families**

Providing families and persons of high net worth with protection, facilitation and support.

**Global Family Offices and Corporations**

Providing comprehensive Enterprise Security Risk Management Solutions.

**Investors, Entrepenuers, Start Ups and SMB's**

Providing business leaders and disruptors with physical and cybersecurity in-depth.

**Distinguished Private Counsel and Law Offices**

Surveillance and investigations are vital services for attorneys and insurance companies.



**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS









This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.

I agree

Request a call

SDKD-CFTC-WEB-0000000077

**Contact Us Now**

## Bedrock is dedicated to the protection of your life and privacy.
## Security & Investigations - Utah - Salt Lake City - Park City

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS.

### Close Protection - Executive Security

Executive protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

### Private Investigation & Intelligence

Investigators exclusively for the family office, legal, corporate and insurance sectors.

### Secure Travel - Private Jet Charter

VIP Secure Air and Ground Transportation for High Net Worth Persons, and Global Travelers

### Cybersecurity - Cyber Training

Managing digital risk and providing peace of mind through secure communications.

### Workplace Violence Programs

Countering workplace violence to promote security, retention, productivity, and success.

### Security Consulting & Training

Consulting services for threat, vulnerability, risk assessments, and planning of internal initiatives.



**CLIENT FOCUSED, SOLUTION ORIENTED**

**BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS.**

Bedrock is a dedicated to the holistic protection of your life, reputation, assets, data and privacy. We go above and beyond to keep our clients secure, comfortable and successful.

We've worked with numerous clients, each requiring individual care and attention. The needs of UHNW families and family offices are unique. Their lives are extremely complex, and their needs are broad.

Behind the scenes, out of sight, unobtrusive but always there.

**BEDROCK**

| 30 | 22+ | 20 |
|----|-----|-----|
| Years in Business | Fortune 500 Clients | Countries |

We Serve






SDKD-CFTC-WEB-0000000077






**Ultra High Net Worth Individuals & Families**

Providing families and persons of high net worth with protection, facilitation and support.

**Global Family Offices and Corporations**

Providing comprehensive Enterprise Security Risk Management Solutions.

**Investors, Entrepenuers, Start Ups and SMB's**

Providing business leaders and disruptors with physical and cybersecurity in-depth.

**Distinguished Private Counsel and Law Offices**

Surveillance and investigations are vital services for attorneys and insurance companies.



**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS







This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree



Request a call

SDKD-CFTC-WEB-0000000077



## Bedrock Security Services Seattle - Tacoma Metro Area

Enterprise Grade Solutions for Single Family Office and Corporate Security Management



### Close Protection - Executive Security

Executive protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

Learn more



### Private Investigation & Intelligence

Investigators exclusively for the family office, legal, corporate and insurance sectors.

Learn more



### Secure Travel - Private Jet Charter

VIP Secure Air and Ground Transportation for High Net Worth Persons, and Global Travelers

Learn more



### Cybersecurity - Cyber Training

Managing digital risk and providing peace of mind through secure communications.

Learn more



### Workplace Violence Programs

Countering workplace violence to promote security, retention, productivity, and success.

Learn more



### Security Consulting & Training

Consulting services for threat, reliability, risk assessments, and planning of internal initiatives.

Learn more



## BEDROCK

CLIENT FOCUSED, SOLUTION ORIENTED

**Single Family Office and Private Client Services**

Bedrock is a dedicated to the holistic protection of your life, reputation, assets, data and privacy. We go above and beyond to keep our clients secure, comfortable and successful.

We've worked with numerous clients, each requiring individual care and attention. The needs of UHNW families and family offices are unique. Their lives are extremely complex, and their needs are broad.

Behind the scenes, out of sight, unobtrusive but always there.

| 30 | 22+ | 20 |
|----|-----|-----|
| Years in Business | Fortune 500 Clients | Countries |

SDKD-CFTC-WEB-0000000077

## We Serve









### Ultra High Net Worth Individuals & Families

Providing families and persons of high net worth with protection, facilitation and support.

### Global Family Offices and Corporations

Providing comprehensive Enterprise Security Risk Management Solutions.

### Investors, Entrepenuers, Start Ups and SMB's

Providing business leaders and disruptors with physical and cybersecurity in-depth.

### Distinguished Private Counsel and Law Offices

Surveillance and investigations are vital services for attorneys and insurance companies.

## Blog







### Cybersecurity - NSA Advice - Top Ten Cyber Security Strategies

NSA'S Top Ten Cybersecurity Mitigation Strategies NSA's Top Ten Mitigation Strategies counter a broad range of exploitation...

Bedrock Staff Contributor

### What is a Cyber Security Risk Assessment and Why Have One Done?

What is a Cyber Risk Assessment? NIST describes cyber risk assessments as risk assessments that are used to classify, me...

Bedrock Staff Contributor

### Dave's Guide to PI-ing - Real Surveillance in the Field

A light hearted look at the Surveillance Game  By David Cook (Case Manager for Bedrock Investigations) When I tell people I ...

Bedrock Staff Contributor

Read more      CONTACT US

---

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.   I agree

 Request a call

SDKD-CFTC-WEB-0000000077



# Privacy Policy

BEDROCK ("we" or "us") respects and understands concerns about confidentiality and privacy, and we take reasonable steps designed to protect your personal information. In this Privacy Policy, we describe the information that BEDROCK collects through its website (our "Website") and offline, as well as our use and disclosure of that information. This Privacy Policy applies only to BEDROCK; Specifically to this website.

Please be aware that this notice describes how we collect, use, and share personal data in our capacity as "controller" for our customers and vendors. When providing our services, we may collect certain personal information of other persons. We collect this data on behalf of our customers and solely for their purposes. Please review our customers' privacy policies for information on their data collection practices.

For our business in the UK and the European Union ("EU"), please see the section of this Privacy Policy entitled "Important Additional Privacy Information for our UK and Operations" ("the EU/UK section"), which discusses individual rights with respect to the personal information we collect. If any other section of this Privacy Policy can be read to be in conflict with the EU/UK Section, then the EU/UK Section controls with respect our UK/EU business. BEDROCK (privacy@aus.com) is the controller of the information collected as explained below and therefore is responsible for your personal information.

For California residents, please see the section at the end of this Privacy Policy entitled "Important Additional Privacy Information for California Residents" ("the California Section"), which discusses the forms of personal information that we collect about California residents not only through our Website, but also in any off-line interactions with such residents, how we use that information, and California residents' rights with respect to the personal information we collect. If any other section in this Privacy Policy can be read to be in conflict with the California Section, then the California Section controls with respect to California residents.

By visiting or using any of our services on our Website, you agree that your personal information will be handled as described in this Privacy Policy. We suggest that you refer to this Privacy Policy on a regular basis as it may change, at any time in our sole discretion. We will provide notice of material changes by noting that the Privacy Policy is new or otherwise notifying registered users to the extent required by applicable law. Your use of our Website, and any dispute over privacy, is subject to this Privacy Policy including its applicable limitations on damages and the resolution of disputes. The Terms of Use are incorporated by reference into this Privacy Policy.

The Information We Collect About You

We collect information about you directly from you, from other individuals and entities, and automatically through your use of our Website. As set forth below, we primarily collect the following information about you: name, contact information, and other identifiers; customer records/purchase history; usage data (e.g., information about how you use our services online); and professional/employment related information. Please note that our services are provided almost exclusively to business customers; and, as such, much of the information that we collect about you pertains to our business relationship with your employer. If you are applying for a position with us, please see our job applicant notice provided on our Website.

Information We Collect Directly From You: The type of information that we collect from you depends upon your interaction with us. In particular, we collect the following information from you during your interactions with our us:

Signing Up for Our Newsletter: we collect your email address, and, in some circumstances, your name.

Customer Service: if you contact us, whether through our Website, by phone, or other means, we collect your name, contact information, and information about the reason that you contacted us. If you call our call center, your call may be recorded for quality assurance and customer service purposes. We do not always associate a call recording with a particular customer's account.

Request a Quote/Consultation: we collect your name, professional or employment related information (such as your business contact information), service request, and any other information that you choose to provide to us.

Social Media: if you post to any of our social media accounts, we may comment on or contact you in response to your post. If you maintain an account with us, we do not typically associate this information with your account.

Trade Shows/Events: at certain trade shows, we offer the opportunity to provide us with your contact information

SDKD-CFTC-WEB-0000000077

to learn more about our services.

Make an Appointment/Contact Us Regarding Employment: you may create an appointment to meet with us at an upcoming job fair or similar event. You also may forward information about the job fair/employment to your friends. Our use of the information collected in the context of an employment inquiry is governed by our job applicant notice provided on our Website, not this one.

We collect additional information from our clients during the account creation process and throughout your relationship with us. The information may include:

Account creation/sign-up process: If you sign up for a service with us, we will collect information from you during the account creation process. Most of our services are offered to business customers; if your company obtains a service from us, then we will obtain the name of the designated representatives for the company (for payment, service, support), contact information for those persons, services purchased, information about trouble tickets submitted and resolution of the same, and any other information provided by your employer.

Customer Portal: we may offer customer portals on our Website; in some circumstances, we work with you offline to set up the portal credentials, and, for other accounts, you may set up your account access directly online. In doing so, we collect identifying information such as your business contact information and chosen password. We also collect user information about access to the portal, such as log in/out times and user IDs of persons logging in. Certain of our portals may permit persons who interact with our customers to access the portal. In those circumstances, any information that we collect about the end user is in our capacity as a service provider to our customer, and the customer controls the scope of the information that we collect from you.

Information We Collect About You from Other Sources: We collect information about you from your employers and your friends. For example, your employer may provide us with a list of employees authorized to use our services. If your friend forwards a job opportunity to you or information about a job fair, then we will collect your contact information. From time to time, we may purchase a list of prospective customers, which would contain business contact information.

Information We Collect Automatically: We automatically collect usage data regarding your use of our Website through cookies, web beacons, and other technologies (referred to generally as usage data); your domain name; your browser type and operating system; web pages you view; links you click; your IP address; the length of time you visit or use our Website; and the referring URL, or the webpage that led you to our Website. We may also collect your approximate city through collection of your IP address. Typically, we do not combine this information with other information that we have collected about you, including, other personal information. Please see the section "Cookies and Other Tracking Technologies" below for more information.

Information We Collect in Our Capacity as a Service Provider: Our services are provided predominantly to businesses. Our customer directs the scope of information that we collect about you and the purpose of that collection.


Our Use of Your Information

We use your information, including your personal information, for the following purposes:

For customer services purposes, including to respond to your inquiries, to make an appointment with you.

To provide our services to you, including to fulfil your orders, and to communicate with you about your use of our services.

Where permitted by applicable law or with your consent, to send you email communications, including email marketing about our products and services that we offer as well as the products and services of our affiliates.

To tailor the content and information that we may send or display to you, to offer location customization, and personalized help and instructions, and to otherwise personalize your experiences while using the Website.

To provide you with requested information, such as a copy of our newsletter or relevant case studies.

For marketing and promotional purposes. We use your email address to send you information about products and services that we think may be of interest to you, including information about our affiliates products and services, to the extent permitted by applicable law. We also may use the information that we learn about you to assist us in advertising our products and services on other websites.

To determine the relevance and success of our advertising campaigns. We may count ad impressions of unique visitors, verify quality of the ad impressions, and take similar measures to determine relevance and success of our online advertising.

To better understand how users access and use our Website (such as which pages users visit most); to improve our Website, and for other research and analytical purposes (such as evaluating product demand per market).

To administer surveys and questionnaires, such as for market research or customer satisfaction purposes.

Debugging to identify and repair errors and overall Website maintenance and improvement.

To comply with legal obligations, as part of our general business operations, and for other business administration purposes.

Where we believe necessary to detect, investigate, prevent or take action regarding security incidents, illegal activities, suspected fraud, situations involving potential threats to the safety of any person or violations of our Terms of Use or this Privacy Policy.


Our Disclosure of Your Information

We share your information, including your personal information, with the following persons and in the following circumstances:

Service providers: We disclose your personal information to service providers for a business purpose. These entities include service providers that host our website; assist us in advertising, measuring the success of our advertising campaigns; maintaining or improving our products and services; and for any other purpose as described in the section above regarding our use of your personal information. When providing such services, the external service providers have access to and process your personal information only for the necessary

SDKD-CFTC-WEB-0000000077

purposes for engaging their services.

Our affiliates: where such disclosure is necessary to provide you with our services or to manage our business. In addition, where permitted by applicable law or with your consent, we may share your information with our affiliated entities for their own marketing purposes. Click here for a list of affiliated companies. When necessary, we ensure that such transfers of data are governed by appropriate data transfer agreements, such as the EU model clauses.

Our customers: if you contact us online about a matter pertaining to one of our customers, then we may forward your information to the customer.

Business Transfers: if we are or may be acquired by or merged with another company, if any of our assets are transferred to another company, or as part of a bankruptcy proceeding, we may transfer the information we have collected from you to the other company.

In Response to Legal Process: we also may disclose the information we collect from you in order to comply with the law, a judicial proceeding, court order, or other legal process, such as in response to a court order or a subpoena. We may disclose this information to law enforcement, regulators, or other parties as required to satisfy these purposes.

To Protect Us and Others: we may disclose the information we collect about you where we believe it is necessary to investigate, prevent, or take action regarding illegal activities, suspected fraud, situations involving potential threats to the safety of any person, violations of our Terms or this Policy, or as evidence in litigation in which we are involved. We may disclose this information to law enforcement, regulators, or other parties as required to satisfy these purposes.

Our Use of Cookies and Other Tracking Technologies

We and entities we engage (to assist us with website analytics, marketing, evaluating the success of our marketing campaigns, and targeted advertising) use cookies and other tracking technologies to track information about your use of our Website. Typically, we do not combine this information with other personal information we collect from you.

Cookies. Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your web browser for record-keeping purposes. Some cookies allow us to make it easier for you to navigate our Website, while others are used to enable a faster log-in process or to allow us to track your activities at our Website. There are two types of cookies: session and persistent cookies.

Session Cookies. Session cookies exist only during an online session. They disappear from your computer when you close your browser or turn off your computer. We use session cookies to allow our systems to uniquely identify you during a session or while you are logged into the Website. This allows us to process your online transactions and requests and verify your identity, after you have logged in, as you move through our Website.

Persistent Cookies. Persistent cookies remain on your computer after you have closed your browser or turned off your computer. We use persistent cookies to track aggregate and statistical information about user activity, and to display advertising both on our Website and on sites operated by other entities.

Disabling Cookies. Most web browsers automatically accept cookies, but if you prefer, you can edit your browser options to block them in the future. The Help portion of the toolbar on most browsers will tell you how to prevent your computer from accepting new cookies, how to have the browser notify you when you receive a new cookie, or how to disable cookies altogether. Visitors to our Website who disable cookies will be able to browse certain areas of the Website, but some features may not function.

Clear GIFs, pixel tags and other technologies. Clear GIFs are tiny graphics with a unique identifier, similar in function to cookies. In contrast to cookies, which are stored on your computer's hard drive, clear GIFs are embedded invisibly on web pages. We may use clear GIFs (a.k.a. web beacons, web bugs or pixel tags), in connection with our Website to, among other things, track the activities of visitors to our Website, help us manage content, and compile statistics about Website usage. We and our vendors also use clear GIFs in HTML emails to our customers, to help us track email response rates, identify when our emails are viewed, and track whether our emails are forwarded.

Analytics. We use automated devices and applications, such as Google Analytics, to evaluate usage of our Website. We also may use other analytic means to evaluate the services offered on our Website. We use these tools to help us improve our services, performance, and user experiences. These entities may use cookies and other tracking technologies, such as web beacons or local storage objects (LSOs), to perform their services. To learn more about Google's privacy practices, please review the Google Privacy Policy at https://www.google.com/policies/privacy/. You can also download the Google Analytics Opt-out Browser Add-on to prevent their data from being used by Google Analytics at https://tools.google.com/dlpage/gaoptout.

Do-Not-Track. Currently, our systems do not recognize web browser "do-not-track" requests. You may, however, disable certain tracking as discussed in this section (e.g., by disabling cookies); you also may opt-out of targeted advertising by following the instructions in the Vendor Ad Network section.

Vendor Ad Networks. We use vendors such as network advertisers to serve advertisements on websites other than this Website or other media (e.g., social networking platforms). This enables us and these vendors to target advertisements to you for products and services in which you might be interested. Ad network providers, advertisers, sponsors and/or traffic measurement services may use cookies, JavaScript, web beacons (including clear GIFs), Flash LSOs and other tracking technologies to measure the effectiveness of their ads and to personalize advertising content to you. These cookies and other technologies are governed by each vendor's

SDKD-CFTC-WEB-0000000077

specific privacy policy, not this one. We may provide these advertisers with information, including personal information, about you.

Users in the United States may opt out of many vendor ad networks. For example, you may go to the Digital Advertising Alliance ("DAA") Consumer Choice Page for information about opting out of interest-based advertising and their choices regarding having information used by DAA companies. You may also go to the Network Advertising Initiative ("NAI") Consumer Opt-Out Page for information about opting out of interest-based advertising and their choices regarding having information used by NAI members.

Security

We cannot ensure that information will never be disclosed in ways not otherwise described in this Privacy Policy. By way of example (without limiting the foregoing), third parties may unlawfully intercept or access files, transmissions or private communications. Therefore, although we use industry standard practices to protect information, we do not promise, and you should not expect, that your personal information or private communications will always remain private.

Legal basis for using your personal information

We will only collect, use and share your personal information where we are satisfied that we have an appropriate legal basis to do this. This may be because:

the processing is necessary for the performance of a contract to which you are a party or in order to take steps at your request prior to entering into a contract. For example, where you purchase our security services, we will collect your payment information to process your payment and your site-specific details to be able to provide the service. We collect your email address and phone number to provide you with service updates and to answer any of your queries, we will also collect your username and password to allow you have access to the incident reporting system;

the processing is necessary for compliance with a legal obligation to which we are subject to. For example, in order to set you up as a business customer or business partner, we are obliged to carry out certain know-your-customer checks to prevent money laundering and fraudulent activities. This will involve the collection and verification of your personal information, checking your information against public sources in order to ensure that we are dealing with reputable businesses;

you have provided your consent to using your personal information, for example if you have agreed to receive marketing communications from us;

the processing is necessary for the purposes of our legitimate interests as a commercial organization, except where such interests are overridden by your interests or fundamental rights and freedoms. For example, we need certain personal and company information such as names and contact details of company representatives and officers, in order to assess your suitability as either a business partner or a customer, conduct due diligence on our customers and provide customers with our services.

Your personal information is not required by us to fulfil a statutory obligation. However, there will be instances where the provision of your personal information will be necessary to enter into a contract with BEDROCK or to receive our services as requested by you. In such situations, not providing your personal information may be likely to result in disadvantages for you, e.g. you may not be able to use the full functionalities of our website/ systems or receive the services requested by you.

However, unless otherwise specified, not providing your personal information will not result in legal consequences for you.

International data transfers

Your personal information may be transferred and stored in countries outside the EU or UK, (such as the US), that are subject to different standards of data protection.

We will take appropriate steps to ensure that transfers of personal information are in accordance with applicable law and carefully managed to protect your privacy rights and interests and transfers are limited to countries which are recognized as providing an adequate level of legal protection or where we can be satisfied that alternative arrangement are in place to protect your privacy rights.

To this end: we ensure transfers within the BEDROCK family outside the EU will include adequate mechanisms for transfer, such as the EU model clauses;

where we transfer your personal information outside of the BEDROCK family or to third parties who help provide our services, we obtain contractual commitments from them to protect your personal information. Some of these assurances are well recognized certification schemes like the EU/US Privacy Shield for the protection of personal information transferred from within the EU to the United States; or where we receive requests for information from law enforcement or regulators, we carefully validate these requests before any personal information are disclosed.

Legal rights available to you to help manage your privacy

Subject to certain exemptions, and in some cases dependent upon the processing activity we are undertaking, you have certain rights in relation to your personal information.

You can object to the use of your personal information, which has our legitimate interests as its legal basis including for the purpose of marketing

Click on the links below to learn more about each right you may have:

To access personal information

To rectify / erase personal information

SDKD-CFTC-WEB-0000000077

To restrict the processing of your personal information
To transfer your personal information
To object to the processing of personal information
To object to how we use your personal information for direct marketing purposes
To obtain a copy of personal information safeguards used for transfers outside your jurisdiction
To lodge a complaint with your local supervisory authority
If you wish to access any of the above-mentioned rights, we may ask you for additional information to confirm your identity and for security purposes, before disclosing personal information to you.

We reserve the right to charge a fee where permitted by law, for instance if your request is manifestly unfounded or excessive.
You can exercise your rights by contacting us using the details below.
Subject to legal and other permissible considerations, we will make every reasonable effort to honor your request promptly or inform you if we require further information in order to fulfil your request.
We may not always be able to fully address your request, for example if it would impact the duty of confidentiality we owe to others, or if we are legally entitled to deal with the request in a different way.

Right to access personal information
You have a right to obtain confirmation from us as to whether personal information concerning you is being processed, and to request that we provide you with a copy of your personal information that we hold. You have the right to be informed of; (a) the source of your personal information; (b) the purposes, legal basis, and methods of processing; (c) the data controller's identity; and (d) the entities or categories of entities to whom your personal information may be transferred.

Right to rectify or erase personal information
You have a right to request that we rectify inaccurate personal information and that we complete incomplete personal information. We may seek to verify the accuracy of the personal information before rectifying it. We will inform relevant third parties to whom we have transferred your personal information about the rectification and completion if we are legally obliged to do so.
You can also request that we erase your personal information in limited circumstances where:
it is no longer needed for the purposes for which it was collected; or
you have withdrawn your consent (where the data processing was based on consent); or
following a successful right to object (see right to object); or
it has been processed unlawfully; or
to comply with a legal obligation to which the Company is subject.
We are not required to comply with your request to erase personal information if the processing of your personal information is necessary:
for compliance with a legal obligation; or
for the establishment, exercise or defense of legal claims

Right to restrict the processing of your personal information
You can ask us to restrict your personal information. In this case, the respective data will be marked and only processed for certain purposes. This right can be exercised only where:
its accuracy is contested, to allow us to verify its accuracy; or
the processing is unlawful, but you do not want it erased; or
it is no longer needed for the purposes for which it was collected, but we still need it to establish, exercise or defend legal claims; or
you have exercised the right to object, and verification of overriding grounds is pending.
We can continue to use your personal information following a request for restriction, where:
we have your consent; or
to establish, exercise or defend legal claims; or
to protect the rights of another natural or legal person.

Right to transfer your personal information
You can ask us to provide your personal information to you in a structured, commonly used, machine readable format, or you can ask to have it transferred directly to another data controller, but in each case only where:
the processing is based on your consent or on the performance of a contract with you; and
the processing is carried out by automated means.

Right to object to the processing of your personal information
You can object to any processing of your personal information which has our legitimate interests as its legal basis, if you believe your fundamental rights and freedoms outweigh our legitimate interests.

If you raise an objection, we have an opportunity to demonstrate that we have compelling legitimate interests which override your rights and freedoms.

The right to object does not exist if the processing of your personal information is necessary to take steps prior to entering into a contract or to perform a contract already entered into.

Right to object to how we use your personal information for direct marketing purposes

SDKD-CFTC-WEB-0000000077

You can request that we change the way we contact you for marketing purposes.

You can request that we not transfer your personal information to unaffiliated third parties for the purposes of direct marketing or any other purposes.

Right to withdraw consent

If you have given us your consent for the processing of your personal information, you have the right to withdraw your consent at any time. Note that this will not affect the lawfulness of any processing of your personal information that we have carried out based on the consent before its withdrawal.

Right to obtain a copy of personal information safeguards used for transfers outside your jurisdiction

You can ask to obtain a copy of, or reference to, the safeguards under which your personal information is transferred outside of the European Union.

We may redact data transfer agreements to protect commercial terms.

Right to lodge a complaint with your local supervisory authority

You have a right to lodge a complaint with your local data protection agency if you have concerns about how we are processing your personal information.

We ask that you please attempt to resolve any issues with us first, although you have a right to contact your supervisory authority at any time.

To exercise your rights, please contact us using the contact information above. Subject to legal and other permissible considerations, we will make every reasonable effort to honor your request promptly or inform you if we require further information in order to fulfil your request.

We may not always be able to fully address your request, for example if it would impact the duty of confidentiality we owe to others, or if we are legally entitled to deal with the request in a different way.

Important Additional Privacy Information for California Residents

Under the California Consumer Privacy Act ("CCPA"), we are required to notify residents about the personal information that we collect about them, whether online or offline, and how we handle their personal information.

Except for the Right to Opt-Out and the Right of Non-Discrimination, this section does not apply to California residents with whom we communicate in the context of our business relationship (e.g., when we are providing a product or service to our customers). This section also does not apply to personal information we collect about job applicants, employees, or independent contractors with us.

Categories of Personal Information that We Collect, Disclose, and Sell. As stated above, we collect the following categories of personal information about you, much of which is collected in our capacity as a service provider to a business: name, contact information, and other identifiers; customer records/purchase history; usage data; audio data (e.g., if you call our call center, we may record the conversation); and professional or employment related information. With the exception of audio information, we disclose this information to service providers for business purposes, such as to assist us with maintaining our Website; to assist us with advertising and to determine the success of our advertising campaigns; for research and analytics purposes; for maintaining the security of our services, such as detecting security incidents; debugging and repairing our Website; and as otherwise described in the section Our Disclosure of Your Information. We also may disclose any of the information that we collect about you to law enforcement, advisors, and other entities where necessary to protect our rights and interests and the rights and interests of other persons, as described above. Although we do not monetize your information (e.g., we do not sell customer lists to other entities), we do make available your information in the following circumstances, which could be deemed to be a sale under CCPA: online advertising and analytics providers, e.g., we may permit such providers to place a cookie, tag, or other tracking tool on our Website to assist us with our own advertising. These providers also may use your information to assist other companies with advertising as well.

Notice at Collection. Under the CCPA, you have the right to be notified about the categories of personal information that we collect about you; if we collect additional information beyond what is described in this Policy, then we will provide an updated Policy or separate notice, as applicable.

California Resident Rights. With the exception of our use of business contact information in our capacity of providing services to you, you have the rights listed below. With regard to information that we obtain about you and use in furtherance or providing a service that you or your employer has purchased, you have the right to opt-out of the sale of your personal information and the right to non-discrimination.

Right to Opt-out of Sale of Personal Information. If you do not want us to share your information with advertising providers, please visit optout.aboutads.info and optout.networkadvertising.org.

Request to Delete. You may request that we delete your personal information; please note that exceptions apply to this request.

Request to Know/Access. You may request (up to two times per twelve-month period) and, subject to certain exemptions, a copy of the personal information that we have collected about you in the past twelve months. You

have the right to receive this information (at no cost to you) (a) by mail or (b) electronically in a portable and, to the extent technically feasible, readily useable format that you could provide to a different entity. California residents also have the right to request that we provide them certain information about how we have handled their personal information in the prior 12 months, including the: categories and sources of personal information collected; business and/or commercial purposes for collecting and selling their personal information; categories of third parties/with whom we have disclosed or shared their personal information for a business purpose; categories of third parties to whom the residents' personal information has been sold and the specific categories of personal information sold to each category of third party.

Submitting Requests. Requests to Opt-out of Sale of Personal Information may be exercised by following the instructions above. Requests to Know, and Requests to Delete may be submitted by going to our Contact Page. We will respond to verifiable requests received from California consumers as required by law.

Right to Non-Discrimination. The CCPA prohibits discrimination against California residents for exercising their rights under the CCPA. Discrimination may exist where a business denies or provides a different level or quality of goods or services, or charges (or suggests that it will charge) different prices, rates, or penalties on residents who exercise their CCPA rights, unless doing so is reasonably related to the value provided to the business by the residents' data.

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.     I agree





**BEDROCK**

Contact Us Now

## Articles



Bodyguard Las Vegas

Do you need the services of a professional bodyguard in Las Vegas? Bedrock can offer you the close protection and security you need at an affordable rate. If you're a celebrity or high-profile client, an ultra high net worth individual, or simply worry about your safety in a crowd, contact our team from Bedrock.

Read more



Bodyguard Whitney

Call on Bedrock's highly skilled security team when you need to hire a bodyguard in Whitney- we can meet your need for individual or family protection and security. Close protection is a service we specialize in, providing peace of mind to celebrities, VIPs, executives, and dignitaries. Call our office for more information.

Read more



Executive Protection Las Vegas

Bedrock has earned a reputation throughout the community for providing quality executive protection in Las Vegas. If you need close security for any reason whatsoever, you can have confidence that our security professionals have you covered in every situation. See our full range of protective services online.

Read more



Private Investigator Las Vegas

Hire an experienced private investigator from Bedrock when you need peace of mind that the best PIs are working on your case. We perform extensive background checks, offer surveillance services of many kinds, investigate insurance fraud, and perform undercover and deep cover operations for our clients.

Read more



Private Investigator Las Vegas NV

Speak with a private investigator in Dallas, Texas from Bedrock when you need a professional working on your behalf to uncover information you're unable to find on your own. Our investigative team performs thorough background checks, technical surveillance countermeasures, forensic investigations, deep cover operations, and more.

Read more



Private Investigator Salt Lake City UT

Before you hire a private investigator in Salt Lake City UT, speak with one of our PIs from Bedrock to see why we are the right choice for your investigation. Our extensive investigative experience and commitment to helping our clients achieve their goals make us the best PI agency to hire when results matter.

Read more



Private Investigator Utah

Hire a private investigator in Utah with the right skills and experience for your goals. Bedrock's investigators come highly recommended by the greater Utah community. You'll find a complete list of investigative and surveillance services we offer as you browse our website. Feel free to call our PIs with any questions.

Read more



Security Services Las Vegas

bedrock is pleased to offer holistic protection and security services to Las Vegas and its surrounds. If you need to hire individual or family security or protection, look no further than our experts for the peace of mind you deserve. Call us today for more information or browse our list of security services online.

Read more





SDKD-CFTC-WEB-0000000077



### Security Services
### Las Vegas NV

At Bedrock, we're known far and wide for our long list of security services in Las Vegas, NV; in fact, no other close protection agency can offer you as much as our team. For close protection, secure travel, corporate security, or celebrity bodyguard services, contact our staff at Bedrock with your questions.

Read more

### Security Services
### Utah

Compare our list of services at Bedrock with other security services in Utah to see why we are the first choice for ultra high net work individuals and families who need round-the-clock security and protection. Reach out to us with any questions about our services or continue to browse our website for more information.

Read more



**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.   I agree

Request a call



Contact Us Now

## Bedrock Las Vegas, Nevada

Secure transportation options for your safety, comfort and success!

### Luxury Global Travel – Secure Transportation

Bedrock provides secure transportation services in more than a thousand cities to support your safety, comfort, and productivity. You can focus on your business and leave the logistics to us.

### Ground Transportation

Let us coordinate the right mix of ground vehicles from a diverse fleet ranging from low-profile to luxury and armored vehicles.

### Aviation Service

Our aviation partner is Han Geskes CTC, the master of customer service with style. The firm has over 50 Alliance Partners with all types of aircraft options. This includes Light, Medium and Large Cabin aircraft with seating from 4-19 passengers. The firm also provides large commercial aircraft, with up to 160 seats for large groups.

CONTACT US



**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA
+1 (801) 997-0989

Close Protection
Secure Travel
Workplace Safety
Blog
Privacy Policy

Family Office
Cybersecurity
About Us
Contact Us
Articles

Investigation
Consulting
Jobs-Apply
LOCATIONS ▾

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

NV 2193 A & B | UT 8632154-6301 & P103485 | CA PPO 11088 | AZ 1681447 | MT 29397 | WA 1216

©2020 by Bedrock Special Projects Group

x1stripped-->

This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.   I agree

Request a call

Contact Us Now

## Las Vegas, Nevada

### Workplace Violence Prevention - Hostile Termination Security



### Workplace Violence

Countering violence, creating and assuring environmental conditions in the workplace that support retention, productivity, and engagement; This is one of our favorite missions.

**Hostile Terminations**

It's inevitable that someone in your organization will be terminated, let go or fired against their wishes. Bedrock has a proven program that manages the process to prevent disruptions in the workplace.

**Applicable Standards**

Under the General Duty Clause, Section 5(a)(1) of the Occupational Safety and Health Act of 1970, employers are required to provide their employees with a place of employment that is "free from recognized hazards that are causing or are likely to cause death or serious harm."

An employer that has experienced acts of workplace violence, or becomes aware of threats, intimidation, or other indicators for violence, should implement a workplace violence prevention program and training.



### Close Protection

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

Learn more



### Security Consulting

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

Learn more



### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

Learn more



### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

Learn more



### Secure Travel

VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

Learn more



### Workplace Violence

Countering workplace violence to promote security, retention, productivity, and success.

Learn more

## Bedrock Will Help

SDKD-CFTC-WEB-0000000077

**BEDROCK**

Contact Us Now

## Bedrock Las Vegas, Nevada

Security Consulting, Management and Design - Threat, Risk, Vulnerability Assessments



Security Consulting

*VEGAS STRONG!*

Expertise and Capabilities:
Executive Protection, Security Management, Crisis Management, All-Source Protective Intelligence, Business Continuity, Investigations, Surveillance, Hostile Extractions and Evacuations, Expedition Medical & Safety, Operator Skills Development

Our consultants and subject matter experts utilize industry best practices and standards backed up by practical real world experience.

A Security Vulnerability Assessment (SVA) is an understanding of the threats, weaknesses, and probability of attack, which could impact a facility, person, system or event. Bedrock guarantees an in-depth analysis of the client's current security using a Qualitative Assessment Medthodology (QAM) or CARVER-TAVA, which is both a qualitative and a *quantitative* assessment of an asset's vulnerabilities.

We'll establish a detailed plan to aid in ongoing and future security processes inline with the the client's workplace culture.

*"The CARVER Methodology is one of the most effective tools that a security professional can use."* - General James L. Jones, Former U.S. National Security Advisor



### Close Protection

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

Learn more



### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

Learn more



### Workplace Violence

Countering workplace violence to promote security, retention, productivity, and success.

Learn more



### Secure Travel

VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

Learn more



### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

Learn more



### Security Consulting

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

Learn more

SDKD-CFTC-WEB-0000000077



**BEDROCK**

Contact Us Now

# Bedrock Seattle - Tacoma Washington

Close Protection, Executive Protection, Celebrity Protection, Bodyguard & VIP Security



## Close & Executive Protection

### Protection Against Loss, Embarrassment or Harm.

**EXECUTIVE, VIP, DIGNITARY AND CELEBRITY PROTECTION**
Discreet services designed to support your security, comfort, and success. Our bespoke specialist services are delivered according to industry best practices by service oriented professionals with global operating experience and extensive training.

**SECURE TRAVEL AND PROTECTION ESCORTS**
The **security driver** is the core element of most protection programs. Bedrock will facilitate your transportation efficiently, securely and in comfort. Airport pickup and delivery service available.

**CORPORATE RESOURCE OFFICERS**
A Bedrock Corporate Resource Officer (CRO) provides the protection and concierge services of a Close Protection Agent across the entire an executive C-Suite. The CRO has completed specialized training in Crisis Management, Active-Shooter Interdiction, Deescalation and the protection of key individuals. Corporate Resource Officers are operational consultants that can be brought in quickly on a short term basis to defend against temporary threats or to "tune up" your existing corporate security.

### Secure Travel - Private Jet Charter
VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

### Security Consulting
Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

### Investigation and Intelligence
Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

### Cybersecurity & Training
Managing digital risk and providing peace of mind through secure communications.

### Secure Meetings and Events
Bedrock will match the correct tone and approach to suit each client's unique corporate culture and needs.

### Workplace Violence
Countering workplace violence to promote security, retention, productivity, and success.

CONTACT US



**BEDROCK**

Global Service Headquarters
Silicon Slopes, Utah USA

| | | |
|---|---|---|
| Close Protection | Family Office | Investigation |
| Secure Travel | Cybersecurity | Consulting |
| Workplace Safety | About Us | Jobs-Apply |
| Blog | Contact Us | LOCATIONS ▾ |
| Privacy Policy | Articles | |

BESPOKE SECURITY RISK SOLUTIONS FOR HIGH NET WORTH INDIVIDUALS, FAMILY OFFICES, EXECUTIVES and CORPORATIONS

**BEDROCK**

Contact Us Now

# Bedrock Seattle - Tacoma Washington

Active Shooter Training - Workplace Violence Prevention - Hostile Termination Security



## Workplace Violence

This is one of our favorite missions. Countering violence, creating and assuring environmental conditions in the workplace that support retention, productivity, and engagement.

### Hostile Terminations

It's inevitable that someone in your organization will be terminated, let go or fired against their wishes. Bedrock has a proven program that manages the process to prevent disruptions in the workplace.

**Applicable Standards**

Under the General Duty Clause, Section 5(a)(1) of the Occupational Safety and Health Act of 1970, employers are required to provide their employees with a place of employment that is "free from recognized hazards that are causing or are likely to cause death or serious harm."

An employer that has experienced acts of workplace violence, or becomes aware of threats, intimidation, or other indicators for violence, should implement a workplace violence prevention program and training.



### Close Protection

Protection against loss, embarrassment, or harm. Concierge-level support and facilitation.

Learn more



### Security Consulting

Providing a diverse line of consulting and training services to assist in threat and risk assessments, security training and planning of internal initiatives.

Learn more



### Investigation and Intelligence

Our services are provided exclusively to the family office, legal, corporate and insurance sectors.

Learn more



### Cybersecurity & Training

Managing digital risk and providing peace of mind through secure communications.

Learn more



### Secure Travel

VIP Air and Ground Transportation for High Net Worth Persons, Business Leaders and Global Travelers

Learn more



### Workplace Violence

Countering workplace violence to promote security, retention, productivity, and success.

Learn more

## Bedrock Will Help

SDKD-CFTC-WEB-0000000077



# Bodyguard Whitney

## Trust the Top Bodyguard in Whitney

A professional bodyguard company provides you with the necessary protection according to your needs. Best Whitney bodyguard services are tailored to your lifestyle and have a minimal level of disruption to you and your family. You may require assistance for a particular event, a trip, or for a long term need.

If you wish to hire a bodyguard or a private detective in Whitney, you will find various options. However, hiring the perfect security service is not a simple matter. That is why you must take into account certain key aspects to make the ideal selection.

What Do You Need to Know to Select and Hire the Ideal Bodyguard?

Threat Level

First, it is essential to determine the level of risk you have and the specific protection needs. To do this, you must precisely define the area of coverage to be monitored and the people and goods that need protection. In the case of travel, a risk analysis of the places where you will be must be done. A good strategy is to analyze the latest risk events that have occurred in recent weeks.

Type of Service

Whitney personal security companies provide a variety of protection services. These include personal security, property security, VIP security, and specialized drivers, among others. It is wise to select a company that provides comprehensive services, such as Bedrock. This way, you will have a one-stop solution for all your security needs.

Languages

Another aspect to take into account is the language requirements. If you select the bodyguard for a trip or protect a personality, you may need the bodyguard to speak a specific language. Keep in mind that fluent communication is vital for proper coverage.

Authorities

When selecting your Whitney private security company, you must ensure that they have the ideal communication channels with law enforcement. Keep in mind that in the event of an incident, immediate police action may be required.

Trajectory

When selecting and hiring your bodyguard in Whitney, it is preferable to choose a company with extensive experience. Keep in mind that your life and integrity are at stake, and you should not leave it to just anyone. Companies with more years in the market have the experience and knowledge necessary to provide excellent protection. You can check their certifications, licenses, liability insurance, and their success stories. You can also research in online forums about the experience of their previous customers.

Equipment

The personal security company in Whitney you choose should have everything they need to provide you with extraordinary service. Remember that depending on the circumstances, it could be necessary to use vehicles, weapons, and special devices.

Price

Finally, the company you choose must offer you reasonable prices. Keep in mind that this is a highly specialized service. Therefore a company that offers low prices may not be the best option. The best thing is that you choose a company that provides an excellent price/value ratio with a superior quality standard.

Trust the Experts

If you want Whitney's premier security service, you're in the right place. Bedrock is the region's reference company, with more than 30 years in the industry and presence in 20 countries. Allow the most experienced bodyguards in the country to provide the peace of mind you deserve. Contact Bedrock for a no-cost, no-obligation consultation.

# What Do You Need to Know to Select and Hire the Ideal Bodyguard?

## Threat Level

First, it is essential to determine the level of risk you have and the specific protection needs. To do this, you must precisely define the area of coverage to be monitored and the people and goods that need protection. In the case of travel, a risk analysis of the places where you will be must be done. A good strategy is to analyze the latest risk events that have occurred in recent weeks.

## Type of Service

Whitney personal security companies provide a variety of protection services. These include personal security, property security, VIP security, and specialized drivers, among others. It is wise to select a company that provides comprehensive services, such as Bedrock. This way, you will have a one-stop solution for all your security needs.

## Languages

Another aspect to take into account is the language requirements. If you select the bodyguard for a trip or protect a personality, you may need the bodyguard to speak a specific language. Keep in mind that fluent communication is vital for proper coverage.

## Authorities

When selecting your Whitney private security company, you must ensure that they have the ideal communication channels with law enforcement. Keep in mind that in the event of an incident, immediate police action may be required.

## Trajectory

When selecting and hiring your bodyguard in Whitney, it is preferable to choose a company with extensive experience. Keep in mind that your life and integrity are at stake, and you should not leave it to just anyone. Companies with more years in the market have the experience and knowledge necessary to provide excellent protection. You can check their certifications, licenses, liability insurance, and their success stories. You can also research in online forums about the experience of their previous customers.

## Equipment

The personal security company in Whitney you choose should have everything they need to provide you with extraordinary service. Remember that depending on the circumstances, it could be necessary to use vehicles, weapons, and special devices.

## Price

Finally, the company you choose must offer you reasonable prices. Keep in mind that this is a highly specialized service. Therefore a company that offers low prices may not be the best option. The best thing is that you choose a company that provides an excellent price/value ratio with a superior quality standard.

# Trust the Experts

If you want Whitney's premier security service, you're in the right place. Bedrock is the region's reference company, with more than 30 years in the industry and presence in 20 countries. Allow the most experienced bodyguards in the country to provide the peace of mind you deserve. Contact Bedrock for a no-cost, no-

SDKD-CFTC-WEB-0000000077



# Executive Protection Las Vegas

Bedrock provides Las Vegas Nevada executive protection services to high-profile individuals and businesses. All the members of our staff are trained, licensed, and experienced.

## Private executive security in LV NV

As a private security firm in Las Vegas, NV, we are happy to provide personalized security services to VIP clients. We sit down with clients to understand their needs and evaluate their requirements. This enables us to offer the exclusive security services our clients deserve.

## Licensed and trained personnel

The members of our security team are licensed and trained to provide quality VIP protection services. They are thoroughly vetted before hiring to ensure our clients work with the industry's best security personnel. Part of the recruitment and hiring process involves background checks and mandatory drug screening to ensure we only hire people we can trust. When we send our security personnel to you, we are confident they are fit for the job.

We continuously assess our security personnel while on the job. We will send a highly trained evaluation team to assess our security personnel's work and provide detailed reports on their progress.

## Specialized security firm

We are a renowned private security firm specializing in Las Vegas executive security services. By focusing on executive protection, we ensure our VIP clients receive the kind of security they deserve. Our years of experience in VIP protection allows us to provide quality and customized executive protection services. Your security detail will be with you at all times without compromising your ability to participate in your daily routines.

## Armed and unarmed officers

We provide armed security detail for your 24-hour protection. We understand that our clients are prominent people who need the particular security services we provide. Therefore, we make a point of being there for them whenever they need us and fulfilling all their security-related requirements. Our professional security personnel is trained to handle firearms and guarantee your protection at all times.

Our unarmed security details are ideal for a gun-restrictive environment.  They will protect you and respect the no-gun rules of your office or religious institution.

We have partnered with other security firms to provide security services outside our expertise. If you need a reputable Las Vegas private investigator, we will connect you to one. In addition, we can help you find the best company for CCTV installation and access control systems.

Need a chauffeur who will double as your bodyguard? Our VIP security personnel have valid driving licenses and clean traffic records. They are friendly and courteous enough to hold the door as you get into your car. Our VIP security experts will chauffeur you around while keeping you safe. We can also provide a chauffeur to drive and protect your entire family.

## Affordable services

We provide high-level executive protection at affordable rates. We take your security seriously and go the extra mile to offer value for money. Our security services are affordable and adapt to your lifestyle. In addition, we customize our services to suit your needs and lifestyle; you will feel safe in the company of our security detail.

SDKD-CFTC-WEB-0000000077



# Private Investigator Las Vegas

Ordinarily, the average Las Vegas private detective isn't bound by as many rules as those who are in the law enforcement part of the government. With a license and some insurance, they can get right to work and help you get what you want to know. However, this doesn't make them perfect.

In fact, it means that you need to put more care and attention in choosing the finest private investigator in Las Vegas. We say this because, without a lot of restrictions, there's nothing much stopping them from doing a shoddy job. Now that you know this, you should also know that our Las Vegas NV private investigator service is unsurpassed.

## Why we're the Best Private Investigator Service in Las Vegas

Saying that we have an unexcelled LV NV private investigator service might seem like a bold claim. But it isn't too farfetched. Here's why:

**1) We're Trustworthy**

The Las Vegas private investigator service requires a certain level of confidentiality for more than one reason. Even as we speak, we're sure you can think of a few reasons you'd rather your PI keep your business private.

Unfortunately, not all private detectives understand this. Some are so bad that they go as far as selling out information about their clients when a high-enough price is presented. We treat interactions and information from our clients with the utmost confidentiality. Unless you want another party to find out, we're keeping our lips sealed at all points in time.

**2) We're Responsive**

In the private investigator business, swiftness and efficiency are two important keys to solving a case. To help customers get only the finest services, we ensure that we provide those two keys. As often as is reasonable and required, we are there to help our clients get what they need. Even if it means being available round the clock, we're ready to put in that extra effort.

**3) We're Highly Professional**

While the same rules don't bind us as law enforcement agents, we still maintain an incredibly high amount of professionalism. This is one of the main reasons we consider our services supreme in the industry. We are undoubtedly committed to improving our skills at whatever turn.

Also, we have an up to date license that certifies our skill qualification to do the job. Above all, we take our integrity and reputation very seriously and continuously work to keep it at high standards.

**4) We're Experienced**

Every private detective in Las Vegas that works with us has several years of experience in the field. Altogether, we can confidently say we have a pool of several decades of knowledge and field experience. This is important if you're looking to get detective services that are second to none. After all, the experience is an indispensable part of any industry.

**5) We're Highly Driven**

Sometimes, it isn't particularly easy getting to the bottom of a case. Especially when clues seem to be scattered all over the place and you can hardly put them together. In these situations, our drive and passion for our work separate us from the rest. Rather than quitting and closing the case, we continue working to ensure you get all

SDKD-CFTC-WEB-0000000077

the answers you need.

At this point, it's really not hard to see that we're the ultimate private investigator service in Las Vegas. If you're interested in working with us and getting to the bottom of your case, contact Bedrock for a no-cost, no-obligation consultation: 1 (801) 997-0989.



This website uses cookies to provide you with the best user experience. For a complete overview of the cookies used, see our Privacy Policy.    I agree

Item: U.S.CFTC0000000027 (Preview)                                                                    Metadata



# Private Investigator Las Vegas NV

Are you looking to hire the best private investigator in Las Vegas, NV? If so, turn to our expert team at Bedrock for the best level of service and customer care.  Folks hire private investigators for lots of different reasons that go without judgment. Some people require undoubted evidence to believe hard truths about themselves or others. For the best results, only hire a Las Vegas private I from experienced providers like Bedrock.

## Five Questions to Ask a Las Vegas Private Investigator Before Hiring Them

A Las Vegas, NV, private investigator can potentially offer many benefits, but you have to research your options. It is unwise to hire the first private detective in Las Vegas that you come across. Please review the top five questions you should ask a Las Vegas private detective before you hire them. Asking straightforward questions will get truthful answers without delay.

**1) Experience –** Consider asking about the experience of a private investigator before hiring them. Poke into the work history of each individual or company that sparks your interest. A private investigator with extensive experience may have access to informational resources that a newbie wouldn't. Plus, an experienced provider should know the ins and outs of the industry that will provide the best results.

**2) Fees –** Educate yourself about all monetary rates expected before hiring a private investigator in Las Vegas. Read the fine print of all contracts before committing to ensure you don't experience surprise charges. Discuss the details of prices right off of the bat when interviewing private detectives. Ask the detective to check with you before conducting services that would result in additional fees.

**3) Previous Customers –** Probe into the client history of an investigator to gain insight into the quality of available services. Negative customer reviews and testimonials are large red flags that deserve your attention. If a detective cannot provide references, you might want to look elsewhere for an investigator.

**4) Privacy –** Confidentiality is essential when working with a private detective. Don't be afraid to ask about privacy protections offered by the agency. Learn about what measures the investigator will take to protect your identity, private information, and other details. People who need the services of a private detective don't typically want their business out in the open. Security and confidentiality are vital to creating a trusting business relationship.

**5) Training –** Not all private detectives have the same training, certifications, or work history. Some private detectives have experience working in law enforcement, but that isn't always the case. Individuals with cyber training are particularly appealing for digital investigations and tracking. Ask if the detective has won awards or is aligned with any professional organizations to learn about their history.

## No Obligation Consultations for the Best Private Investigator in Las Vegas, NV

Please dial 1-801-997-0989 to reach us at Bedrock for a no-obligation service consultation. Our company can help with due diligence investigations, surveillance measures, and many other intelligence services. Call now to explore your potential options with our trusted customer support at Bedrock!



| Close Protection | Family Office | Investigation | BESPOKE SECURITY RISK SOLUTIONS FOR |
| Secure Travel | Cybersecurity | Consulting | HIGH NET WORTH INDIVIDUALS, FAMILY |
| Workplace Safety | About Us | Jobs-Apply | OFFICES, EXECUTIVES and CORPORATIONS |
| Blog | Contact Us | LOCATIONS ▾ | |



**BEDROCK**

Contact Us Now

# Private Investigator Salt Lake City UT

For many people, the thought of an SLC private investigator brings back memories of movie scenes of people hiding in cars and taking photos in secret. For others, private investigators are professionals you call only when you have an emergency. The truth is the scope of work for private investigators goes beyond hiding and taking photos; they also help people deal with personal and business issues.

## Advantages of Hiring a Private Detective

### Business Affairs

Business people often have to verify employee information to ensure they only work with people they can trust. A Salt Lake City private investigator can help you determine the employees engaging in fraud, corporate espionage, theft, and non-disclosure agreements violations. Private investigators may also conduct surveillance to determine if employees are misappropriating company funds, providing services or goods for free, and other unwanted activities.

A private investigator could come in handy in case you want to expand your business venture. If you are looking to establish a business partnership with an individual, you may want to hire a private investigator to check the person's history and credentials. The PI's main job is to conduct a background check and brief you before you make a final decision.

Consider hiring a PI to verify the credentials of the company or organization you wish to invest in. The role of the PI is to research the information you need to make an informed decision.

Private investigators can help with workers' compensation. Although some employees have genuine workers' compensation claims, many use fraudulent means to make workers' compensation claims. Fraudulent claims can cost companies significant amounts of money. A Salt Lake City private I can conduct surveillance to verify the claimed injuries.

### Personal Matters

Private investigators can conduct surveillance to help individuals deal with personal issues. Some of the personal issues a PI can investigate include the background of a partner or whether a spouse is cheating. They can also investigate child custody cases to ensure kids are safe in their parents' custody and that the parent with the custody abides by the agreement placed by the courts. The evidence collected by private investigators in child custody cases can be presented in court to establish if the child's safety and welfare are upheld.

A private investigator may also help you locate another person. People often hire private investigators to locate their birth parents, long lost friends, employers, spouses, adopted children, and co-workers.

Today, people and businesses can be adversely affected by information posted about them online. An SLC private detective may help you locate information posted about you or your business online that could damage your reputation.

### Criminal Defense

Private investigators can conduct surveillance on behalf of lawyers and the accused. Law firms and defense teams may face challenges tracking down and interviewing witnesses. A private investigator can track down and interview the witnesses on behalf of the legal teams.

Whether you are looking for a PI for personal or business issues, Bedrock is here to serve you. Please call us today at 1 (801) 997-0989 for a free consultation.