Exhibit G - Part 2

Bedrock Special Projects Group website

Contact Us Now

# Private Investigator Utah

A distinct feature of our bespoke security services at Bedrock is a solid understanding of surveillance investigation fundamentals. This makes us one of the most sought after companies for clients looking for a private investigator in Utah. Our PIs have the basics down and can carry out excellent surveillance for our VIP clients.

## What is private surveillance?

One of the most notable aspects of a PI's work is private surveillance. This process involves watching someone or something to gather information. Private surveillance is designed to help PI's gather evidence for their cases, including missing persons, fraud, and child custody.

## Scope of work

When many people think of private investigation, they imagine PIs sitting in their vans waiting for subjects to emerge and take photos. This perception has some truth to it. However, the experienced private investigators at Bedrock go beyond just taking photos for evidence. They have been trained to remain patient and inconspicuous while they do their jobs. In addition, our PIs are equipped with the latest surveillance technologies.

Private investigators usually begin investigations by building profiles of the subjects. Once they have the subjects' profiles, the investigators determine the best forms of surveillance tools to use for the job.

## What is audio-visual surveillance?

Visual surveillance is probably the one element of private investigation that many people are aware about. It often involves taking photographs of subjects under surveillance and using hidden cameras to gather evidence. The most basic visual surveillance level may involve gathering evidence by observing and taking notes on a notepad. However, this level of visual surveillance often does not provide substantial physical evidence.

To gather additional evidence, our experts at Bedrock use equipment-based visual surveillance. This often involves using a wide range of gadgets, including smartphones and cameras, to gather evidence. In some cases, PIs use drones to collect evidence.

Audio Surveillance is just as important as visual surveillance. In many cases, audio surveillance can be quite damning. Like video surveillance, audio surveillance can be carried out without equipment. In such cases, the audio surveillance is undertaken to provide clues of upcoming events or activities. Some of the best evidence include a subject's own words incriminating himself.

The private investigators at Bedrock often use hidden microphones and recording devices to capture conversations between subjects. We have the latest audio recording devices, including small audio recorders that our PIs can easily fit into their pockets.

## Digital Surveillance

Apart from audio and video surveillance, a standard surveillance method in today's world is digital surveillance. PIs often leverage the power of social media to gather evidence. Digital surveillance means you can continue gathering evidence about subjects even when they disappear from view by picking their online activities.

Social media is an extremely powerful tool for surveillance. A subject's social media posts could provide clues about their activities, schedule, likes, dislikes, interests, friends, family, and location.

The work of a private investigator in Utah goes deeper than the methods and equipment they use. It depends



# Security Services Utah

Bedrock is a renowned Utah security company serving VIP clients. We have received many awards in the security industry thanks to the quality of our services. Our company has gained a reputation for providing premier VIP security services to business people and prominent personalities.

## Why should you choose us?

We are one of the best UT security companies offering quality VIP protection at some of the industry's best rates. Our security personnel receive the best training and have gained many years of experience in protecting VIP clients. In addition, we enroll our staff in continuous training programs so they can keep abreast of the latest techniques in personal security.

Our security personnel has received training in first aid, threat detection, self-defense, martial arts, and weapon use. Our VIP services include offering personal bodyguards and security detail for celebrities and high-profile individuals.

## Excellent customer care

Our security personnel has received the best training in combat as well as customer care. We realize that Utah's security companies offered security services, but their personnel did not possess customer care skills. Therefore, we stepped up to provide our clients with the kind of excellent customer service they expect from a personal protection firm. We value our clients, and we pair them with experienced personal security experts. Our team is available 24/7. We handle any matter that arises professionally and in the shortest time possible.

## Professional and Reliable

We hire professionals and give them extra training so that they can meet our standards. Their level of experience and knowledge makes them valuable to our clients. Our team consists of licensed security experts with certificates of good conduct.

In our industry, the client comes first; therefore, we always have to be reliable. Our clients can contact us every day, including holidays, and we will be available to serve them. Our staff works eight-hour shifts so that they can have time to recharge.

Our training does not end once we hire staff. Security services technology keeps changing, so we offer our staff continuous training to keep up with the changes.

## Affordable

We are a trusted VIP security company. Our rates are fair and do not come with hidden charges. In addition, we do not charge extra for overtime or for working during the holidays. You do not need to break the bank to afford our services. We understand that our clients have different security needs. Therefore, we offer tailor-made services to accommodate the needs of our clients. Come to us with your budget, and we will provide something that works for you.

## Insured, licensed, and bonded

In our line of work, we are always prepared for emergencies, which is why we are licensed and bonded. This ensures we safeguard our clients and staff from unforeseen issues. In addition, all members of our team are licensed. All the members of our staff abide by a strict code of professional conduct and ethics.

Our operations keep expanding and have now reached various states in the U.S., including Utah. A good