# Exhibit H
# James Damien Scott LinkedIn page

11/30/2020    J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn



Join now | Sign in

J Damien Scott



## J Damien Scott

COO, Family Office Advisor, Lifestyle Security Specialist. Close Protection, Investigation and Cybersecurity. MBA Candidate, UWTSD/Ducere 2021

Salt Lake City Metropolitan Area · 500+ connections

Join to Connect

 **Bedrock Special Projects Group**

 **University of Wales Trinity Saint David**

🔗 **Websites**

## About

J Damien Scott, COO Operations and Consulting, Bedrock Special Projects Group
Damien specializes in creating bespoke security and protection services for High Net Worth Individuals, Family Offices, Corporations and Executives. Damien is an honorably discharged United States Marine and Peace Officer with more than 25 years full-charge executive experience providing executive protection, security and crisis management services for government, private, and international organizations. worked in post-conflict development zones with host countries and multinational business partners. Damien has worked and Afghanistan, Lebanon, South Sudan, Mexico, Colombia, B

Expertise and Capabilities: Executive Protection, Security Management, All-Source Protective Intelligence, Business Hostile Extractions and Evacuations, Expedition Medical & Recovery of Assets and Personnel.



You're signed out

Sign in for the full experience

Sign in

Join now

SDKD-CFTC-0000000007-0001

11/30/2020                    J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn

LinkedIn                                                                Join now    Sign in

J Damien Scott

By **J Damien Scott**

October 26, 2019

### OS X is not invulnerable. Here's some tips for your Mac's data security.

By **J Damien Scott**

September 10, 2015

### Security Built on a Strong Foundation - Bedrock

By **J Damien Scott**

June 5, 2015

## Activity

I would like to extend my personal invitation to attend the Executive Office Risk Management Forum on Thursday, December 3. We have a globally...

Shared by **J Damien Scott**

IMMEDIATE FILL. Full-Time. Corpor… https://lnkd.in/efvMdBi

Shared by **J Damien Scott**

You're signed out

Sign in for the full experience

Sign in

Join now

Tune in to The Firefighter Deconstr… incredible breadth of knowledge of… coping with...

https://www.linkedin.com/public-profile/in/jdamienscott?challengeId=AQFgPnFB2YFqBwAAAXYagHEBAAiErGSomOd2JUsz_kYg6K0jSNsvoZx5jDFe…   2/10

SDKD-CFTC-0000000007-0002

11/30/2020                    J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn



J Damien Scott

## Experience

**Chief Operating Officer**

Bedrock Special Projects Group

May 2017 - Present · 3 years 7 months

Salt Lake City Metropolitan Area

Chief Operating Officer and Single Family Office advisor responsible for leadership and technology innovations within Bedrock's Special Projects Group providing: Close Protection, Investigations, Workplace Stability, Secure Transportation and Consulting.

**Executive Vice President Operations and Special Projects**

Bedrock Protection Agency

Jun 2014 - May 2017 · 3 years

Greater Salt Lake City Area

Executive Vice President Operations and Special Projects: Responsible for leadership, service integration and Intrapreneurship within Bedrock Protection's Special Projects Group. Executive Protection, Security and Crisis Management SME responsible for Project Management, Anti-Terrorism Consulting, Skills Development and Training, Quality Assurance, and All-Source Protective Intelligence.

Bedrock Protection is the preeminent full service consultancy and operational services provider based…

Show more

**Senior Consultant**

J Damien Scott LLC.

Sep 2003 - Jan 2017 · 13 years 5 months

United States of America

Independent contractor consulting on a broad ra terrorism, intelligence, investigation, surveillance mission accomplishment within post-conflict development zones and/or moderate to



SDKD-CFTC-0000000007-0003

11/30/2020   J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn

LinkedIn                                                                          Join now    Sign in

J Damien Scott

Project and Change...

Show more

### Confidential

9 years 9 months

### Security Manager

Dec 2007 - Feb 2013 · 5 years 3 months

Haiti, Afghanistan, South Sudan, Kurdistan

Security manager in moderate and high-risk environments.
Organized, trained and directed host country security forces responsible for total security of the personnel, facilities, brand name protection and proprietary assets of a major international telecommunications company operating multiple job sites in moderate to high-threat conditions. Executed two country evacuations in response to major civil unrest.

Survived a major earthquake in Haiti then managed disaster recovery...

Show more

### Security Manager

Jan 2005 - Dec 2007 · 3 years

Haiti

Security Manager responsible for the security of a Development Bank in Haiti. Responsible for executive protection of the expa... vulnerability assessments and providing project...

Additional responsibilities included: emergency... integration, vendor contract management, enfor... security programs, intelligence reporting, comm...

Show more

You're signed out

Sign in for the full experience

Sign in

Join now

11/30/2020                     J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn

  Join now  | Sign in |

J Damien Scott

### Detail Leader
Dec 2003 - Apr 2004 · 5 months

Personal Security Detail Leader for Rear Admiral Nash (USN) - Baghdad, Iraq

### Security Consultant
Nov 2003 - Dec 2003 · 2 months

Iraq

Independent Contractor. Personal Security, Physical Security Design for U.S. Army Corps of Engineers power projects in Iraq.

### Special Missions Security Officer
Jun 2003 - Nov 2003 · 6 months

Special Missions Security Officer for the Defense Threat Reduction Agency under a Raytheon Contract during the Iraq War.

### Operations Manager
Special Agency Services, Inc.

Jul 1996 - Aug 2002 · 6 years 2 months

Nevada

State Licensee and Operations Manager – Executive Protection, Risk Management, Investigations, Training, Fugitive and Asset Recovery.

Conducted numerous legal defense and deep background investigations for a major law firm. Produced client country advisory reports from open and private sources with analysis and advise. Completed missing persons investigations for a major insurance carrier to in asset recoveries.



### United States Marine
United States Marine Corps

Aug 1978 - Aug 1987 · 9 years 1 month

Parris Island, Okinawa, California, Hawaii

SDKD-CFTC-0000000007-0005

11/30/2020                    J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn

                                                                                    Join now    Sign in

J Damien Scott

## Education

### University of Wales Trinity Saint David
Master of Business Administration - MBA · Ducere, Business Administration

2020 - 2021

### Ducere Global Business School
University of Wales Online MBA

2020 - 2021

## Licenses & Certifications

### ASIS Member
ASIS International

Issued Jan 2020 · Expires Dec 2020

See credential

## Projects

### Special Projects Group
Jun 2014 - Jun 2014

Bedrock's Special Projects Unit provides highly trained p<br>
international network of operators to support our clients<br>
intelligence, operational security, executive protection, in

We are by design, uniquely designed to support other pr<br>
Utah with advance work, intelligence, investigations, logi

Other creators



You're signed out

Sign in for the full experience

Sign in

Join now

SDKD-CFTC-0000000007-0006

11/30/2020                    J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn

LinkedIn                                                                              Join now    Sign in

J Damien Scott

See project

## Recommendations

A preview of what LinkedIn members have to say about J Damien:

" Date: June 9, 2014 SUBJ: LETTER OF RECOMMENDATION - JAMES DAMIEN SCOTT. Sir/Madam, I have known Mr. Scott personally and professionally for the past 15 ½ years. Over this time period Mr. Scott has worked cooperatively with my company, Sayeret Group Inc. /Sayeret Training Group serving in upper management positions as a Project Manager, Training Coordinator and Tactical Training Instructor. I have developed training programs and presented tactical training instruction with Mr. Scott and without a doubt he is one of the most professional and knowledgeable instructors and program developers in the security related field. As a primary instructor Mr. Scott continually demonstrates his wealth of knowledge and real world expertise, proving to be an asset to whichever organization he is representing. He possesses the highest level of integrity and professionalism. His selfless dedication and professional approach to any task presented has with no doubt contributed to the success of this company. In closing, I give Mr. Scott the highest recommendation for employment with your organization. Please contact me with any questions. Respectfully, Duke Piper President P. O. Box 329 Silver Springs, Nevada 89429 Tel: 775-577-0808 Fax: 775-577-0809 www.sayeretgroup.org

" Damien pays attention to detail and is results orientedVDI in Haiti during troubling times and was responsib local staff, as well as physical assets. He is loyal and ca more than one instance his judgement and steadfastn danger. Damien moved on to his next position as a di recommendation from our CEO at the time. I would h for any job, particularly in security management or exe excels.

https://www.linkedin.com/public-profile/in/jdamienscott?challengeId=AQFgPnFB2YFqBwAAAXYagHEBAAiErGSomOd2JUsz_kYg6K0jSNsvoZx5jDFe…    7/10

SDKD-CFTC-0000000007-0007

    Join now   Sign in

J Damien Scott

## View J Damien's full profile

See who you know in common

Get introduced

Contact J Damien directly

Join to view full profile

## People also viewed


**Aris Duncan**
Training Coordinator at Triple Canopy (A Constellis Company)
Newport News, VA


**Antonio Guadagni**
Executive Protection
Las Vegas Metropolitan Area


**Chris Whalen**
EP SPECIALIST
Las Vegas, NV


**Anton Kalaydjian**
GUARDIAN PROFESSIONAL SECURITY
Miami-Fort Lauderdale Area


**Jaime Marmolejo**
Executive Security | Operations Manager
Dallas, TX


**Charles "Chuck" Simpson, C.P.S**
Owner/Instructor Advisor at Protect Consultant Inc.
Goodlettsville, TN



You're signed out

Sign in for the full experience

Sign in

Join now

https://www.linkedin.com/public-profile/in/jdamienscott?challengeId=AQFgPnFB2YFqBwAAAXYagHEBAAiErGSomOd2JUsz_kYg6K0jSNsvoZx5jDFe…   8/10

SDKD-CFTC-0000000007-0008

11/30/2020 J Damien Scott - Chief Operating Officer - Bedrock Special Projects Group | LinkedIn



Join now  Sign in

**J Damien Scott**

Chief Operating Officer at MPS Security & Protection
Los Angeles Metropolitan Area



**Earl Rhoden**
--Executive Protection
West Palm Beach, FL



**Greg Kennedy**
Executive Protection Agent / Covert Protection Agent, Security Driver, California CCW, BSIS Guard Card, BAIS Exposed Carry Permit.
Los Angeles Metropolitan Area

Show more profiles

## Add new skills with these courses

Learning Supply Chain Cybersecurity

How to Slow Down and Be More Productive

CISSP Cert Prep: 6 Security Assessment and Testing

See all courses

### J Damien's public profile badge
Include this LinkedIn profile on other websites

**J Damien Scott**
COO, Family Office Advisor, Lifestyle Security Specialist, Cybersecurity. MBA Candidate, UWTSD/Ducere 2021

You're signed out

Sign in for the full experience

Sign in

Join now

https://www.linkedin.com/public-profile/in/jdamienscott?challengeId=AQFgPnFB2YFqBwAAAXYagHEBAAiErGSomOd2JUsz_kYg6K0jSNsvoZx5jDFe…  9/10

SDKD-CFTC-0000000007-0009

Linkedin Join now Sign in

J Damien Scott

View profile badges

© 2020
About
Accessibility
User Agreement
Privacy Policy
Cookie Policy
Copyright Policy
Brand Policy
Guest Controls
Community Guidelines
Language

You're signed out
Sign in for the full experience
Sign in
Join now