# Exhibit J
# Email from James Damien Scott to CFTC dated Nov. 20, 2020

**To:** Karst, Danielle[DKarst@CFTC.gov]
**From:** J Damien Scott[jdamienscott@pm.me]
**Sent:** Fri 11/20/2020 5:16:17 PM (UTC-05:00)
**Subject:** [EXTERNAL] Civil Action 2:19-cv-1697-JAD-DJA / CFTC vs David Safron Circle Society

Danielle Karst -
In the matter of CFTC vs David Saffron and Circle Society

I was served a pile of papers and a subpoena. I engaged an attorney to represent me but he's too busy to handle this matter until next week. I will suppose that your office will hear from him then.

Meanwhile, in order to preserve my own right to privacy, I offer this:

1) I am not currently connected by employment or association with David Saffron, the man the CFTC is investigating. I haven't ever been directly employed by David Saffron.  I haven't spoken with that man since early 2019.

2) I don't have any business dealings with David Saffron or Circle Society. I'm not holding any BTC or Alt-Coins for him. I don't have anything like that or anything else of any value.

3) I don't know the whereabouts of David Saffron.

4) I am not a trader in BitCoin or any type of crypto-currency. I don't own any form of alt-coin investments.

5) I am 61 years of age and at high risk for COVID-19 due to age, obesity and pre-diabetes. I currently live in near-total seclusion, quarantined in my basement. I can't afford the risk to my health if forced to appear.

6) I have nothing of investigative value to offer to the CFTC. Regardless, anything I might know or anything about my prior relationship with him during the course of my employment with Bedrock Protection Agency, LLC, is subject to attorney-client privilege and a detailed non-disclosure agreement. The attorney-client privilege has been voiced by one David Saffron's attorneys.

7) I am not a shareholder nor a corporate officer of Bedrock Protection Agency LLC. I was an employee. My only contact with David Saffron was the direct result of my employment with Bedrock Protection Agency LLC.

8) My financial records are my private matter. I demand my right to privacy and reject any consent to open my bank records up to public or governmental review. I object strongly to being drawn into any matter involving David Saffron. I have done nothing wrong nor engaged in anything covered by the CFTC.