Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:    (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**PLAINTIFF CFTC'S ADDENDUM TO ITS OPPOSITION TO JAMES DAMIEN SCOTT'S MOTION TO QUASH SUBPOENA (ECF NO. 86)** |

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") respectfully submits this addendum to its opposition to James Damien Scott's ("Scott") motion to quash the CFTC's subpoena *duces tecum* to JP Morgan Chase Bank ("Opposition to Motion to Quash," ECF No. 87).  The CFTC filed its Opposition to Motion to Quash on December 7, 2020.

The CFTC notes that it did not receive the "Sworn Statement of Movant in Support of Motion to Quash" ("Sworn Statement," ECF No. 86-2) with the Motion to Quash via the CM/ECF system.  However, Scott's counsel sent a hard copy of the Sworn Statement with the Motion to Quash to the CFTC's unstaffed office in Washington, D.C. via the U.S. Postal Service.  The CFTC's mailroom did not receive the Sworn Statement until yesterday, December 7, 2020.

In light of the CFTC's receipt of the Sworn Statement, the CFTC withdraws the

1

following sentence in its Opposition: "The Motion to Quash . . . fails to attach an affidavit or sworn statement as required by 12 U.S.C. § 3410(a) (2018)." Opposition to Motion to Quash, ECF No. 87 at 1-2.  Other than withdrawing the sentence cited above, the CFTC's Opposition remains unchanged.[1]

Dated:  December 8, 2020                                  Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000

---

[1] The CFTC notes that the Sworn Statement (ECF No. 86-2) is similar in substance to Scott's email to the CFTC dated November 20, 2020 (Ex. J. to Malas Decl., SDKD-JDScott-1).  The CFTC's Opposition directly addresses Scott's claims in his November 20, 2020 email.  *See* Opp. to Mot. to Quash, ECF No. 87 at 8; Malas Decl., ECF No. 87-1 at ¶¶ 6-7.

# CERTIFICATE OF SERVICE

I certify that on December 8, 2020, I filed a copy of *Plaintiff CFTC's Addendum to Its Opposition to James Damien Scott's Motion to Quash Subpoena*, with the Clerk of the Court using the CM/ECF system. I also certify that on December 8, 2020, I sent the same to Defendants and counsel for James Damien Scott via United Parcel Service overnight mail and electronic mail at the following addresses:

**David Gilbert Saffron**
1037 S. Cloverdale Ave.
Los Angeles, CA 90019
davidsaffron@live.com; oversight2019@gmail.com

**Circle Society, Corp.**
c/o David Saffron
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
davidsaffron@live.com; oversight2019@gmail.com

**William O. Kimball (counsel for James Damien Scott)**
Pia Hoyt, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
bkimball@piahoyt.com

/s/ Danielle E. Karst
Danielle E. Karst