JOHN H. GUTKE
Nevada Bar No. 10062
JOHN P. WITUCKI
Nevada Bar No. 10800
**GUTKE LAW GROUP**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Phone/Fax: 702.766.1212
jgutke@gutkelaw.com
jwitucki@gutkelaw.com

Attorneys for Defendants
DAVID GILBERT SAFFRON and
CIRCLE SOCIETY, CORP.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　Plaintiff,<br>v.<br>DAVID GILBERT SAFFRON, a/k/a DAVID GILBERT, and CIRCLE SOCIETY, CORP.,<br><br>　　　　　Defendants, | Case Number 2:19-cv-1697-JAD-DJA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

　　　　The law firm of Gutke Law Group, PLLC, ("GLG") hereby gives notice of its appearance in this matter on behalf of defendants David Gilbert Saffron ("Saffron") and Circle Society, Corp. ("Circle Society").

. . .

. . .

. . .

. . .

. . .

. . .

1

In compliance with the Court's order entered in this matter on November 13, 2020 (ECF No. 85), Saffron and Circle Society hereby provide notice that they will be represented by GLG in this matter going forward.

Dated: December 13, 2020.

                                                **GUTKE LAW GROUP, PLLC**

                                                */s/ John H. Gutke*
                                                JOHN H. GUTKE, ESQ.
                                                JOHN P. WITUCKI, ESQ.
                                                552 E. Charleston Blvd.
                                                Las Vegas, Nevada 89104

                                                Attorneys for Defendants
                                                DAVID GILBERT SAFFRON and
                                                CIRCLE SOCIETY, CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December 2020, the foregoing *Notice of Appearance of Counsel* was electronically served on the counsel of record listed below, and on any other individuals registered to receive electronic service in this matter, by filing this document with the Clerk of Court using the CM/ECF system.

Danielle E. Karst
Timothy J. Mulreany
Commodities Futures Trading Commission
1155 21st Street NW
Washington, D.C. 20581
*Attorneys for Plaintiff*

/s/ John Gutke
An employee of Gutke Law Group