Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:    (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**PLAINTIFF CFTC'S NOTICE OF CORRECTED EXHIBIT F TO THE DECLARATION OF GEORGE H. MALAS IN SUPPORT OF THE CFTC'S OPPOSITION TO JAMES DAMIEN SCOTT'S MOTION TO QUASH SUBPOENA** |

On December 7, 2020, Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") filed its Opposition to James Damien Scott's Motion to Quash the CFTC's subpoena *duces tecum* to JP Morgan Chase Bank (ECF No. 87), with the supporting Declaration of George H. Malas and accompanying exhibits ("Malas Decl.," ECF No. 87-1; "Exhibits A-J," ECF Nos. 87-2 to 87-12).  The CFTC respectfully submits the attached, corrected Exhibit F to the Malas Declaration ("Corrected Exhibit F"), which bears the same Bates numbers as the initially-filed Exhibit F (ECF No. 87-7).

The Corrected Exhibit F is a complete copy of account opening documents and account statements for two digital currency exchange accounts at Gemini Trust Company, LLC in the names of Defendant Saffron (account****5697) and movant James Damien Scott

1

(account****1298) as described in the Malas Declaration ¶¶ 4f, 6 (ECF No. 87-1).[1]

Dated:  December 15, 2020

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000

---

[1] The documents in Exhibit F appear as they were produced to the CFTC by Gemini Trust Company, LLC.

2

## CERTIFICATE OF SERVICE

I certify that on December 15, 2020, I filed a copy of *Plaintiff CFTC's Notice of Corrected Exhibit F to the Declaration of George H. Malas in Support of the CFTC's Opposition to James Damien Scott's Motion to Quash Subpoena*, with the Clerk of the Court using the CM/ECF system, which will serve notice to all counsel of record below.

**John H. Gutke**
**John P. Witucki**
Gutke Law Group, PLLC
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
(Counsel for Defendants David Gilbert Saffron and Circle Society, Corp.)

**William O. Kimball**
Pia Hoyt, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
(Counsel for James Damien Scott)

                                                /s/ Danielle E. Karst
                                                Danielle E. Karst