# Corrected Exhibit F
# Gemini account documents for Saffron & James Damien Scott accounts

Search Cash Mgmt Compliance Wallet General Settings Sign out

email address

**DAVID SAFFRON**

- User [redacted]6204 Summary
- Go to Account [redacted]5697 Page
- Go to User [redacted]6204 Pending
- Quick Risk Review
- Auth Event History
- User Notes
- KYC / Blockscore
- KYC / FinScan
- KYC / Doc Uploads
  - Doc Upload Quick Switch View
  - Upload Docs
- AML View
- Account History (xlsx)
- Account GeoIP History (xlsx)
- Bank Setup
- Update User Settings
  - User Level/Role
  - User Email
  - User Address
  - User Phone
  - User Full Name
  - User Legal Name

# USER: DAVID SAFFRON

**User**

| | |
|---|---|
| Full Name | david saffron |
| User ID | [redacted]6204 |
| Admin Tags | EDD Performed |
| Signed Up | Aug 28 2017 5:06:15 AM EDT |
| Last Signed In | Dec 02 2018 7:32:13 PM EST<br>172.250.59.10, Chrome 70.0.3538.110 on Windows 10<br>City: Sherman Oaks<br>Country: United States<br>Region: California<br>Postal Code: 91423 |
| User Level | LowRisk |
| User Tier | Full |
| Advanced Trade UI Accessible | false |
| Advanced Trade UI Enabled | false |
| Next Risk Review Due | Jun 30 2020 12:11:32 AM EDT<br>(last User Risk Review completed 234 days ago) |
| User Restriction | None |
| User Role | Administrator |
| Last Password Change | Apr 24 2018 1:31:28 AM EDT |

**Names**

| | |
|---|---|
| Full Name | david saffron |
| Legal Name | david gilbert saffron |
| Bank Account Name | SUSAN L SCOTT |
| Plaid Account Name | SUSAN L SCOTT |

**User Info**

| | |
|---|---|
| Legal Name | david gilbert saffron |
| Email | davidsaffron@mail.com |
| Phone | +1 (310) 849-6408 (confirmed) |
| Phone Provider | AT&T Wireless (cellphone)<br>Caller ID: Name unavailable / Type unavailable |
| Address | [redacted]<br>los angeles, CA [redacted]S<br>Google Maps |
| Passport | [redacted]9324 (au) |
| SSN | [redacted]-0877 (us) |
| Occupation | marketing |
| Birth Date | 1972/[redacted] |

**KYC**

| | |
|---|---|
| Docs Approved | yes |
| Cognito Search | +13108496408 (Aug 28 2017 5:12:44 AM EDT) |

**Watchlist**

| | |
|---|---|
| Has Watchlist Record? | 1 linked watchlist record(s) |

**Directly Linked Users**

No linked users

**Source of Wealth**

| | |
|---|---|
| Last Modified | [never] |
| Source of Wealth | not entered |

**Account**

| | |
|---|---|
| Account Name | davidsaffron@mail.com's account |
| Account ID | [redacted]5697 |
| Company ID | none |
| Account Tier | Unknown |
| Account Address | not entered (check user address) |
| TIN | none |
| Block Trading | none |
| Admin Tags | (no tags) |
| Last Exchange Action | No deposits, withdrawals, or orders |
| Next Risk Review Due | Jun 30 2020 12:11:32 AM EDT<br>(last Account Risk Review completed 234 days ago) |

**Users for Account**

| | ID | Full Name | Level | Role |
|---|---|---|---|---|
| User 1 | [redacted]6204 EDD Performed | david saffron | LowRisk | Administrator |

**Directly Linked Accounts**

| First Account ID | Second Account ID | Same Identity? | Note |
|---|---|---|---|
| No linked accounts | | | |

**Additional Unique Identifiers**

| User/Account | CRD | MPID | NFA |
|---|---|---|---|
| david saffron [redacted]6204 | | | |

**Balances**

| | Total | On Hold | On Advance | Available for trading | Available for withdrawal |
|---|---|---|---|---|---|
| BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC |
| ETH | 0 ETH | 0 ETH | 0 ETH | 0 ETH | 0 ETH |
| ZEC | 0 ZEC | 0 ZEC | 0 ZEC | 0 ZEC | 0 ZEC |
| LTC | 0 LTC | 0 LTC | 0 LTC | 0 LTC | 0 LTC |
| BCH | 0 BCH | 0 BCH | 0 BCH | 0 BCH | 0 BCH |
| USD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Notional USD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Notional BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC |

**Bank: Chase Checking - 9059**

| | |
|---|---|
| Display Name | Chase Checking - 9059 |
| Name on Account | SUSAN L SCOTT |
| ACH Routing Number | 124001545 (Jpmorgan Chase) |
| ACH Account Number | [redacted]9059 |
| Verified | no |
| Type | Personal checking |
| Wire Approved | no |
| Plaid Account Name | SUSAN L SCOTT |
| Plaid Email | admin@kinetic-holdings.com (primary) |
| Plaid Phone Number | +1 (702) 996-7111 (work) |
| Plaid Address | [redacted]<br>CHEYENNE, WY [redacted] |

## USER/ACCOUNT NOTES

Show/Hide Change Logs

**User Note (Compliance-Only)** — Jun 30 2018 12:11:32 AM EDT
david saffron (User [redacted]6204) — AccountReviewRunner.completeReview
Remove Compliance-Only

```
[Completed User Risk Review]
Old Risk Level:   HighRisk
New Risk Level:   LowRisk
Total Points:     1
Marked Completed: true
Selected For QA:  false
Manual factors:   false
Has activity:     false
Risk Factors:
  UsCustomerWithForeignId: 1
Risk Metrics:
  No risk metrics for user.
```

**User Note (Compliance-Only)** — Jan 29 2018 11:26:55 AM EST
david saffron (User [redacted]6204) — sandra.erickson@projecticeland.net
Remove Compliance-Only

```
[Approved docs] KYC Info Review:
Cognito does match Legal Name
Cognito does match DOB
Cognito does match Phone
Cognito does match Address
Cognito does match SSN
Plaid N/A Legal Name
Plaid N/A Phone
Plaid N/A Address
FinScan Review:
FinScan Report #1: PEP No , OFAC No , World Check No
Clear Review (Screenshots):
Clear Report #1: SSN match, n/a
Clear Report #2: n/a
Clear Report #3: n/a
Clear Report #4: n/a
Clear Report #5: n/a
Clear Report #6: n/a
Clear Report #7: n/a
Clear Report #8: n/a
Clear Report: N/A
Risk:
Risk Indicators: US Customer with Foreign ID
Risk Score: +1 (LowRisk)

Additional Notes:
Completed EDD on this customer due to possibly material arrest record. Media search did not
reveal any negative media related to this customer, other than already pulled arrest record--some
articles were revealed that relate to person with similar name but lcoation did not match. Since
there is not criminal charge related to credit card fraud, On-boarding with high risk.
```

**User Note (Compliance-Only)** — Aug 28 2017 5:12:33 PM EDT
david saffron (User [redacted]6204) — sandra.erickson@projecticeland.net
Remove Compliance-Only

```
[Sent to L2]
Some(KYC Info Review:
Cognito does match Legal Name
Cognito does match DOB
Cognito does match Phone
Cognito does match Address
Cognito does match SSN
Plaid N/A Legal Name
Plaid N/A Phone
Plaid N/A Address
FinScan Review:
FinScan Report #1: PEP No , OFAC No , World Check No
Clear Review:
Clear Report #1: SSN match, n/a
Clear Report #2: n/a
Clear Report #3: n/a
Clear Report #4:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #5:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #6:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #7:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #8:  Criminal Hits: Immaterial - unspecified non-felony, traffic / parking / vehicle
code
Risk:
Risk Indicators: US Customer with Foreign ID
Risk Score: +1 (LowRisk)

Additional Notes:
EDD needed on Arrest hits, unsure of severity)
```

**User Note (Compliance-Only)** — Aug 28 2017 4:11:41 PM EDT
david saffron (User [redacted]6204) — michael@projecticeland.net
Remove Compliance-Only

```
Did not pass one or more of Finscan, Clear, Au10tix, OR user is international. Leaving in L1.
```

**New User Note**

None

Add a note (timestamp and email will be automatically included)

Compliance-Only Note

Add User Note

## RISK REVIEW SECTION

Show 50 entries — Search:

| Completed At | Admin | Risk Review ID |
|---|---|---|
| Jun 30 2018 12:11:32 AM EDT | Compliance Runner: Risk Score ID 268344 | 5b3702f4-bdfd-405b-831b-32f661ddfd04 |

Showing 1 to 1 of 1 entries — Previous 1 Next

**Complete New Risk Review**

496 days until the next Risk Review is due.

Complete Both User and Account Risk Reviews

Complete User Risk Review

## KYC / BLOCKSCORE

COGNITO SEARCHES

Show 50 entries — Search:

| Search Time | Phone Number | Cognito Search |
|---|---|---|
| Aug 28 2017 5:12:44 AM EDT | +13108496408 | idnsch_c8zn9aMrFkjbXEM |

Showing 1 to 1 of 1 entries — Previous 1 Next

## KYC / FINSCAN

FINSCAN WATCHLIST RECORDS

Show 50 entries — Search:

| Last Modified | FinScan Watchlist Record | Name | Active |
|---|---|---|---|
| Jan 29 2018 11:26:55 AM EST | 5a6f4b4f-47d9-47b7-8fed-d3af97f006fb | david gilbert saffron | true |

Showing 1 to 1 of 1 entries — Previous 1 Next

Create new watchlist record from this user

## KYC / DOCUMENT UPLOADS

**Ask for Documents**

Send a link to the Upload page to the user's activity feed

Send a link to the Upload page to the user's activity feed, and email the user

Upload documents from Zendesk ticket: URL of Zendesk ticket — Upload

Upload documents from computer / URL

| Uploaded | Size | Type | Preview | Tags | Legal ID Link | Filename (from user) |
|---|---|---|---|---|---|---|
| 1/29/18 4:25 PM | 511 KB | Compliance | Preview | EDD | Not linked | Screen Shot 2018-01-29 at 11.24.25 AM.png |
| 1/29/18 4:25 PM | 1 MB | Compliance | Preview | EDD | Not linked | EDD2.pdf |
| 1/29/18 4:25 PM | 9 MB | Compliance | Preview | EDD | Not linked | EDD.pdf |
| 2/19/19 9:02 PM | 2 MB | Compliance | Preview | EDD | Not linked | 2018-8-29-AMENDED-COMPLAINT.pdf |
| 2/19/19 9:02 PM | 4 MB | Compliance | Preview | EDD | Not linked | screencapture-dirtyscam-reviews-david-saffron-2-2019-02-19-15_55_32.png |
| 2/19/19 9:02 PM | 3 MB | Compliance | Preview | EDD | Not linked | screencapture-dirtyscam-reviews-david-saffron-2019-02-19-15_55_57.png |
| 8/28/17 8:10 PM | 275 KB | ClearReport | Preview | (no tags) | Not linked | CLEAR Results Table.png |
| 8/28/17 8:10 PM | 566 KB | ClearReport | Preview | (no tags) | Not linked | CLEAR Search Results.png |
| 8/28/17 8:10 PM | 157 KB | FinScan | Preview | (no tags) | Not linked | FinScan Search Results.png |
| 8/28/17 8:11 PM | 59 KB | ClearReport | Preview | (no tags) | Not linked | Criminal Record.pdf - 2.png |
| 8/28/17 8:11 PM | 60 KB | ClearReport | Preview | (no tags) | Not linked | Criminal Record.pdf - 1.png |
| 8/28/17 8:11 PM | 58 KB | ClearReport | Preview | (no tags) | Not linked | Arrest Record.pdf - 2.png |
| 8/28/17 8:11 PM | 60 KB | ClearReport | Preview | (no tags) | Not linked | Arrest Record.pdf - 1.png |
| 8/28/17 8:11 PM | 28 KB | ClearReport | Preview | (no tags) | Not linked | CLEAR Additional Phone Numbers.png |
| 8/28/17 9:11 PM | 3 KB | ClearReport | Preview | (no tags) | Not linked | export_report.pdf |
| 8/28/17 9:13 AM | 622 KB | Id | Preview | (no tags) | AU Passport | IMG_0272.JPG |

- Docs Approved: true
- Current User Level: LowRisk
- Current User Restriction: None

Doc Upload Quick Switch View

Revoke "Docs Approved" Status (does not notify user)

Search Cash Mgmt Compliance Wallet General Settings Sign out

email address

DAVIDSAFFRON@MAIL.COM'S ACCOUNT

- Account [redacted]5697 Summary
- Go to User [redacted]6204 Page
- AML View
- Account History (xlsx)
- Account GeoIP History (xlsx)
- BlockScore Watchlist Candidates
- FinScan Watchlist Records
- Bank Accounts
- Admin Credit/Debit
- ACH Deposit Limits
- FIX Management
- Withdrawal Whitelist
- Withdrawal Fee Overrides
- Update Account Settings
  - Name / Company ID
  - Account Address
  - Exchange Controls
  - IP Restrictions
  - Account Invites
  - Linked Accounts
  - Crypto Withdrawal Ban

# DAVIDSAFFRON@MAIL.COM'S ACCOUNT'S BANK SETUP

New Bank Account

**Account number**

**Name on account**

**Bank name***

* Display name will be displayed to the user. Leave this blank to auto-generate based on the routing number and account type.

**None** ○ Checking ○ Savings ○ Prepaid ○ Other

**None** ○ Corporate ○ Personal

Create Bank Account

## ACTIVE ACCOUNTS

Show 50 entries Search:

| ID | Ref ID | Created | Name on Account | Display Name | ACH Routing number | Account number | Type | Verified? | Primary? | Wire ABA/SWIFT | International? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 553376 | 555356 | 8/15/18 20:32 EDT | SUSAN L SCOTT | Chase Checking - 9059 | 124001545 | [redacted]9059 | Personal checking | Not verified, 0 attempts | Yes | N/A | No |

Showing 1 to 1 of 1 entries Previous 1 Next

## DELETED ACCOUNTS

Show 50 entries Search:

| ID | Ref ID | Created | Name on Account | Display Name | ACH Routing number | Account number | Type | Verified? | Primary? | Wire ABA/SWIFT | International? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No data available in table | | | | | | | | | | | |

Showing 0 to 0 of 0 entries Previous Next

| | | | |
|---|---|---|---|
| Eye Color: | BROWN | Hair Color: | BLACK |
| Skin Tone: | | Build: | |
| Height: | 6'3" | Weight: | 210 |
| Gender: | MALE | Age: | |
| AKA: | | | |
| Address: | Los Angeles, CA | | |
| Date of Arrest: | | Time of Arrest: | |
| Location of Arrest: | | Offense County: | FULTON |
| Arresting Agency: | | | |
| Booking Date: | 09/09/2015 | Booking Time: | |
| Booking Location: | | Booking Number: | |
| Statute/Code: | | Offense: | FINANCIAL TRANSACTION CARD FRAUD |
| Class of Offense: | | Offense Date: | |
| Charge Number: | | Offender Status: | |
| Charge Comments: | | | |
| Bail Amount: | $3,000.00 | Warrant Number: | |
| Docket Number: | | Case Number: | |
| Next Court Time: | | Next Court Date: | |
| Projected Release Date: | | Disposition: | |
| Actual Release Time: | | Actual Release Date: | |

(no tags)

Criminal Hits?
- None
- Immaterial
- Material REJECT
- Material, further review needed

View Full Size »

## Clear Report (08/28/2017) - Collapse

**Searched Subject: SAFFRON, DAVID**

**QUICK ANALYSIS FLAG: Criminal Record**

**Document 1**

| | | | |
|---|---|---|---|
| Name: | DAVID GILBERT SAFFRON | Name Type: | |
| DOB: | | Gender: | |
| SSN: | | SSN Fragment: | |

**ARREST & BAIL INFORMATION**

| | | | |
|---|---|---|---|
| Offender Sequence Number: | 1 | Citation Number: | |
| Case Number: | 87602LWDS | Docket Number: | |
| Case Title: | | Charges Filing Date: | 01/11/2010 |
| Statute Violated: | | Initial Criminal Offense: | I22356(B) VC |
| Class/Severity of Crime: | NOT SPECIFIED | Date of Crime: | |

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| Court Name: | | County Jurisdiction: | SAN BERNARDINO |

**Document 2**

View Full Size »

**USER-PROVIDED INFORMATION**
SSN: [redacted]0877

SSN Match?
- Yes
- No

Image Tags
(no tags)

Criminal Hits?
- None
- Immaterial
- Material REJECT
- Material, further review needed

## Clear Report (Screenshots) - Collapse

Rerun TR CLEAR

**USER-PROVIDED INFORMATION**
SSN: [redacted]0877

Drop files here Upload

## FinScan Report (08/28/2017) - Collapse

List Search › Name/Address Query - 00001

Search | Reset | Lists | Reporting

No records found.

| | | | |
|---|---|---|---|
| Search Style: Individual | Search Type: Full Name | | |
| Name: david gilbert saffron | Country: USA | National ID (secondary): [redacted]9324 | Notes |
| Address: [redacted] los angeles, CA [redacted] | Date of Birth: 1972[redacted] | | |
| | National ID: [redacted]-0877 | | |
| Client Id | Gemini ID | | |

Launch | Jump | Help | Log Out

View Full Size »

Image Tags
(no tags)

PEP?
- (•) No
- False Positive
- Yes

OFAC?
- (•) No
- False Positive
- Yes

World Check?
- (•) No
- False Positive
- Yes

## FinScan Report - Collapse

Search on FinScan

Drop files here Upload

## User/Account Notes

**User Note** Compliance-Only — June 30 2018 12:11:32 AM -04:00
david saffron — AccountReviewRunner.completeReview

[Completed User Risk Review]

Old Risk Level: HighRisk

New Risk Level: LowRisk

Total Points: 1

Marked Completed: true

Selected For QA: false

Manual factors: false

Has activity: false

Risk Factors:

UsCustomerWithForeignId: 1

Risk Metrics:
No risk metrics for user.

**User Note** Compliance-Only — January 29 2018 11:26:55 AM -05:00
david saffron — sandra.erickson@projecticeland.net

[Approved docs] KYC Info Review:
Cognito does match Legal Name
Cognito does match DOB
Cognito does match Phone
Cognito does match Address
Cognito does match SSN
Plaid N/A Legal Name
Plaid N/A Phone
Plaid N/A Address

FinScan Review:

FinScan Report #1: PEP No , OFAC No , World Check No

Clear Review (Screenshots):

## On-Boarding Summary - Collapse

### User-provided Information

Email: davidsaffron@mail.com
Occupation: marketing
Level/Restriction: LowRisk

This user has already been approved.

### Auto Summary ☑

1. KYC Info Review:
   Cognito does match Legal Name
   Cognito does match DOB
   Cognito does match Phone
   Cognito does match Address
   Cognito does match SSN
   Plaid does not match Legal Name
   Plaid does not match Phone
   Plaid does not match Address
2. FinScan Review:
   FinScan Report #1: PEP No , OFAC No , World Check No
3. Clear Review (Screenshots):
   Clear Report #1: SSN match, n/a
   Clear Report #2: n/a
   Clear Report #3: n/a
   Clear Report #4: n/a
   Clear Report #5: n/a
   Clear Report #6: n/a
   Clear Report #7: n/a
   Clear Report #8: n/a
4. Clear Report: N/A
5. Risk:
   Risk Indicators: US Customer with Foreign ID
   Risk Score: +1 (LowRisk)

DAVID SAFFRON

User[redacted]6204 Summary
Go to Account[redacted]697 Page
Go to User[redacted]6204 Pending
Quick Risk Review
Auth Event History
User Notes
KYC / Blockscore
KYC / FinScan
KYC / Doc Uploads
Doc Upload Quick Switch View
Upload Docs
AML View
Account History (xlsx)
Account GeoIP History (xlsx)
Bank Setup
Update User Settings
User Level/Role
User Email
User Address
User Phone
User Full Name
User Legal Name
User Birth Date
Legal IDs (SSN)
Linked Users
Account Name / Company
Exchange Controls

# FULL TIER VERIFICATION

Admin Ticket: N/A

david saffron
davidsaffron@mail.com

Current Risk Level: Low Risk | Tier Level: Full | Refresh

**Last Sign In**

December 2, 2018 7:32:13 PM EST, 172.250.59.10
Sherman Oaks, United States, California, 91423

- Ticket #287238 (Compliance L2 - EDD - Closed)

**Risk Level:** Low Risk

## Overview - Collapse

| Rule | User-Entered | Cognito | Plaid |
|---|---|---|---|
| User provided legal and full name match | ✔ | — | — |
| Plaid/Cognito result with legal name and phone matches exists | — | ✔ | ✘ |
| Plaid/Cognito result with legal name, phone, and state matches exists | — | ✔ | ✘ |
| If Plaid results exist, at least one with a legal or full name match | — | — | ✘ |

| | Full Name | Legal Name | DOB | Phone | Address | Social Security |
|---|---|---|---|---|---|---|
| User Provided | david saffron Exact Match | david gilbert saffron | 1972[redacted] | +1 (310) 849-6408 | [redacted], los angeles, CA [redacted] us | [redacted]0877 |
| Cognito | | See 2 Legal Name mismatches | See 1 DOB mismatches | +1 (310) 849-6408 Exact Match See 3 Phone mismatches | [redacted] Los Angeles, CA [redacted] us Exact Match [redacted] Los Angeles, CA [redacted] us Close Match See 5 Address mismatches | See 1 SSN mismatches |
| Cognito | | David Saffron Exact Match | | +1 (310) 849-6408 Exact Match See 1 Phone mismatches | [redacted] Los Angeles, CA [redacted] us Exact Match See 2 Address mismatches | See 1 SSN mismatches |
| Cognito | | David G Saffron Exact Match David Gilbert Saffron Exact Match David Saffron Exact Match See 1 Legal Name mismatches | 1972[redacted] Exact Match See 5 DOB mismatches | +1 (310) 849-6408 Exact Match See 14 Phone mismatches | [redacted] Los Angeles, CA [redacted] us Exact Match See 14 Address mismatches | [redacted]0877 Exact Match |
| Cognito | | David Saffron Exact Match | 1972[redacted] Exact Match | +1 (310) 849-6408 Exact Match See 6 Phone mismatches | [redacted], Los Angeles, CA [redacted] us Exact Match See 3 Address mismatches | See 1 SSN mismatches |
| Cognito - No Match | See no-matches | | | | | |
| Plaid | SUSAN L SCOTT No Match | SUSAN L SCOTT No Match | | See 1 Phone mismatches | See 1 Address mismatches | |

Send Biz/Third Party Bank Account Warning

Search/Upload from FinScan & Clear

- Current Clear files: 8
- Current FinScan files: 1

## User Uploaded Image - Collapse ✔




View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

**AU10TIX-PROVIDED INFORMATION**
**Name:** DAVID GILBERT SAFFRON Exact Match
**ID Number:** [redacted]9324 Exact Match
**Document Type:** Passport Exact Match
**Issuing Country:** au Exact Match
**DOB:** 1972[redacted] Exact Match

**AU10TIX-PROVIDED ANALYSIS**
**Result:** Passed (Passed)
**Document Details:**
- **issuingCountry:** au
- **documentType:** Passport
- **documentNumber:** [redacted]9324
- **issuingState:**
- **expiryDate:** 2020-02-11

**ID Details:**
- **fullName:** DAVID GILBERT SAFFRON
- **dateOfBirth:** 1972[redacted]
- **address:**

AU Passport
ID Type: Passport
ID Number: [redacted]9324
Issuing Country Code (e.g. us, ca, gb): au
Issuing State/Province (optional) (e.g. NY, PA, BC)
update
Image Tags: (no tags)
NEW DOCUMENTS NEEDED

## User Uploaded Image - Collapse ✘




View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

Not linked
ID Type
ID Number
Issuing Country Code (e.g. us, ca, gb)
Issuing State/Province (optional) (e.g. NY, PA, BC)
unlink
Image Tags: EDD
NEW DOCUMENTS NEEDED

## User Uploaded Image - Collapse ✘




View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

Not linked
ID Type
ID Number
Issuing Country Code (e.g. us, ca, gb)
Issuing State/Province (optional) (e.g. NY, PA, BC)
unlink
Image Tags: EDD
NEW DOCUMENTS NEEDED

## User Uploaded Image - Collapse ✘




View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

Not linked
ID Type
ID Number
Issuing Country Code (e.g. us, ca, gb)
Issuing State/Province (optional) (e.g. NY, PA, BC)
unlink
Image Tags: EDD
NEW DOCUMENTS NEEDED

## User Uploaded Image - Collapse ✘




View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

Not linked
ID Type
ID Number
Issuing Country Code (e.g. us, ca, gb)
Issuing State/Province (optional) (e.g. NY, PA, BC)
unlink
Image Tags: EDD
NEW DOCUMENTS NEEDED

## User Uploaded Image - Collapse ✘




View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

Not linked
ID Type
ID Number
Issuing Country Code (e.g. us, ca, gb)
Issuing State/Province (optional) (e.g. NY, PA, BC)
unlink
Image Tags: EDD
NEW DOCUMENTS NEEDED

## User Uploaded Image - Collapse ✘



COPY
CONFORMED COPY OF ORIGINAL FILED Los Angeles Superior Court
AUG 29 2018
Sherri R. Carter, Executive Officer/Clerk
By Shaunya Bolden, Deputy

BY FAX

Adam I. Miller (SBN 269990)
*Attorneys for Plaintiff*
MILLER MILLER GERBER LLP
1500 Quail Street - Suite 490
Newport Beach, California 92660
Telephone: (714) 450-3800
Facsimile: (714) 450-3800
E-mail: amiller@mmg-llp.com

David C. Silver, *pro hac vice forthcoming*
Jason S. Miller, *pro hac vice forthcoming*
*Attorneys for Plaintiff*
SILVER MILLER
11780 West Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-mail: DSilver@SilverMillerLaw.com
E-mail: JMiller@SilverMillerLaw.com

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF LOS ANGELES

HAYAN CHARLSTON, an individual; and CHIN SE KIM, an individual

Plaintiff,

v.

DAVID SAFFRON, an individual; DAVID L. KAGEL, an individual; KAGEL LAW, P.C., a California corporation; WONJAE KIM a/k/a WARREN KIM, an individual; and

CASE NO.: BC 708601 DEPT. 24

AMENDED COMPLAINT FOR:

(1) BREACH OF CONTRACT
(2) RESCISSION OF CONTRACT
(3) FRAUDULENT INDUCEMENT
(4) NEGLIGENT MISREPRESENTATION
(5) BREACH OF FIDUCIARY DUTY
(6) CONVERSION

View Full Size

**USER-PROVIDED INFORMATION**
**Name:** david gilbert saffron
**Address:** [redacted] los angeles, CA [redacted] us

Not linked
ID Type
ID Number
Issuing Country Code (e.g. us, ca, gb)
Issuing State/Province (optional) (e.g. NY, PA, BC)
unlink
Image Tags: EDD
NEW DOCUMENTS NEEDED

## Clear Report (02/19/2019) - Collapse ✘

Clear report has not been successfully run.

## Clear Report (08/28/2017) - Collapse ✘




View Full Size

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match? ◉ Yes ○ No
Image Tags: (no tags)
Criminal Hits?
○ None
○ Immaterial
○ Material REJECT
○ Material, further review needed

## Clear Report (08/28/2017) - Collapse ✘



VITAL STATISTICS

| | | | |
|---|---|---|---|
| Name: | SAFFRON, DAVID | AKA: | SAFFRON, DAVID SAFFRON |
| SSN: | [redacted]0877 | AKA: | SAFFARON, DAVID |
| DOB: | [redacted]1972 | AKA: | GILBERT, SAFFRON DAVID |
| DOB: | [redacted]1979 | AKA: | SAFFRON, DAVID G |
| DOB: | [redacted]1972 | AKA: | SAFFRON, DAVID GILBERT |
| Gender: | MALE | AKA: | SAFRON, DAVID G |
| | | AKA: | Saffron, David Gilbert |
| | | Email Address: | david@buycyberspace.com |
| | | Email Address: | NULPAJAD@HOTMAIL.COM |
| | | Email Address: | ulpart@aol.com |
| | | Employer: | ULP LLC |

| KNOWN ADDRESSES | SOURCE(S) | LAST CONFIRMED |
|---|---|---|
| [redacted] LOS ANGELES, CA [redacted] LOS ANGELES COUNTY • (310) 849-6408, (818) 716-0650 | Utility Listing, Experian, Phone Record, TransUnion, Household Listing | 06/11/2017 |
| [redacted] BEVERLY HILLS, CA [redacted] LOS ANGELES COUNTY | Experian | 01/18/2017 |
| [redacted] HOLLYWOOD, CA [redacted] LOS ANGELES COUNTY | Experian | 05/20/2016 |
| [redacted] LOS ANGELES, CA [redacted] | Utility Listing, Experian | 01/10/2016 |

View Full Size

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match? ○ Yes ○ No
Image Tags: (no tags)
Criminal Hits?
○ None
○ Immaterial
○ Material REJECT
○ Material, further review needed

## Clear Report (08/28/2017) - Collapse ✘



| ADDITIONAL PHONE NUMBERS | SOURCE(S) |
|---|---|
| (310) 849-6408 | Phone Record, Household Listing |
| (213) 453-6148 | Phone Record, Utility Listing, Email Records |
| (323) 868-7935 | Phone Record |
| (818) 716-0650 | Experian, TransUnion, Email Records |
| 453-1660 | TransUnion |
| (213) 748-5111 | Work Affiliations |

View Full Size

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match? ○ Yes ○ No
Image Tags: (no tags)
Criminal Hits?
○ None
○ Immaterial
○ Material REJECT
○ Material, further review needed

## Clear Report (08/28/2017) - Collapse ✘



| | | | |
|---|---|---|---|
| Offender Name: | DAVID GILBERT SAFFRON | DOB: | |
| FBI #: | | Offender ID: | 500024427218 |
| Race: | WHITE | Ethnicity: | |
| Eye Color: | BROWN | Hair Color: | BLACK |
| Skin Tone: | | Build: | |
| Height: | 6'3" | Weight: | 210 |
| Gender: | MALE | Age: | |
| AKA: | | | |
| Address: | LOS ANGELES, CA [redacted] | | |
| Date of Arrest: | | Time of Arrest: | |
| Location of Arrest: | | Offense County: | FULTON |
| Arresting Agency: | | | |
| Booking Date: | 09/09/2015 | Booking Time: | |
| Booking Location: | | Booking Number: | |
| Statute/Code: | | Offense: | FINANCIAL TRANSACTION CARD FRAUD |
| Class of Offense: | | Offense Date: | |
| Charge Number: | | Offender Status: | |
| Charge Comments: | | | |
| Bail Amount: | $3,000.00 | Warrant Number: | |
| Docket Number: | | Case Number: | |
| Next Court Time: | | Next Court Date: | |
| Projected Release Date: | | Disposition: | |
| Actual Release Time: | | Actual Release Date: | |

View Full Size

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match? ○ Yes ○ No
Image Tags: (no tags)
Criminal Hits?
○ None
○ Immaterial
○ Material REJECT
○ Material, further review needed

## Clear Report (08/28/2017) - Collapse ✘



| | | | |
|---|---|---|---|
| Offender Name: | Saffron, David Gilbert | DOB: | |
| FBI #: | | Offender ID: | 500024427218 |
| Race: | C | Ethnicity: | |
| Eye Color: | BROWN | Hair Color: | BLACK |
| Skin Tone: | | Build: | |
| Height: | 6'3" | Weight: | 210 |
| Gender: | MALE | Age: | |
| AKA: | | | |
| Address: | Los Angeles, CA | | |
| Date of Arrest: | | Time of Arrest: | |
| Location of Arrest: | | Offense County: | FULTON |
| Arresting Agency: | | | |
| Booking Date: | 09/09/2015 | Booking Time: | |
| Booking Location: | | Booking Number: | |
| Statute/Code: | | Offense: | FINANCIAL TRANSACTION CARD FRAUD |
| Class of Offense: | | Offense Date: | |
| Charge Number: | | Offender Status: | |
| Charge Comments: | | | |
| Bail Amount: | $3,000.00 | Warrant Number: | |
| Docket Number: | | Case Number: | |
| Next Court Time: | | Next Court Date: | |
| Projected Release Date: | | Disposition: | |
| Actual Release Time: | | Actual Release Date: | |

View Full Size

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match? ○ Yes ○ No
Image Tags: (no tags)
Criminal Hits?
○ None
○ Immaterial
○ Material REJECT
○ Material, further review needed

## Clear Report (08/28/2017) - Collapse ✘



| | | | |
|---|---|---|---|
| Offender Name: | DAVID GILBERT SAFFRON | DOB: | |
| FBI #: | | Offender ID: | 500024427218 |
| Race: | WHITE | Ethnicity: | |
| Eye Color: | BROWN | Hair Color: | BLACK |
| Skin Tone: | | Build: | |
| Height: | 6'3" | Weight: | 210 |
| Gender: | MALE | Age: | |
| AKA: | | | |
| Address: | LOS ANGELES, C[redacted] | | |
| Date of Arrest: | | Time of Arrest: | |
| Location of Arrest: | | Offense County: | FULTON |
| Arresting Agency: | | | |
| Booking Date: | 09/09/2015 | Booking Time: | |
| Booking Location: | | Booking Number: | |
| Statute/Code: | | Offense: | FINANCIAL TRANSACTION CARD FRAUD |
| Class of Offense: | | Offense Date: | |
| Charge Number: | | Offender Status: | |
| Charge Comments: | | | |
| Bail Amount: | $3,000.00 | Warrant Number: | |
| Docket Number: | | Case Number: | |
| Next Court Time: | | Next Court Date: | |
| Projected Release Date: | | Disposition: | |
| Actual Release Time: | | Actual Release Date: | |

View Full Size

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match? ○ Yes ○ No
Image Tags: (no tags)
Criminal Hits?
○ None
○ Immaterial
○ Material REJECT
○ Material, further review needed

## Clear Report (08/28/2017) - Collapse ✘

Offender Name: Saffron, David Gilbert
FBI #:
Race: C
DOB:
Offender ID: 500024427218
Ethnicity:

**USER-PROVIDED INFORMATION**
**SSN:** [redacted]0877

SSN Match?

Search | Cash Mgmt | Compliance | Wallet | General | Settings | Sign out

email address

**DAVID SAFFRON**

- User [redacted]6204 Summary
- Go to Account [redacted]5697 Page
- Go to User [redacted]6204 Pending
- Quick Risk Review
- Auth Event History
- User Notes
- KYC / Blockscore
- KYC / FinScan
- KYC / Doc Uploads
  - Doc Upload Quick Switch View
  - Upload Docs
- AML View
- Account History (xlsx)
- Account GeoIP History (xlsx)
- Bank Setup
- Update User Settings
  - User Level/Role
  - User Email
  - User Address
  - User Phone
  - User Full Name
  - User Legal Name

# USER: DAVID SAFFRON

**User**

| | |
|---|---|
| Full Name | david saffron |
| User ID | [redacted]6204 |
| Admin Tags | EDD Performed |
| Signed Up | Aug 28 2017 5:06:15 AM EDT |
| Last Signed In | Dec 02 2018 7:32:13 PM EST<br>172.250.59.10, Chrome 70.0.3538.110 on Windows 10<br>City: Sherman Oaks<br>Country: United States<br>Region: California<br>Postal Code: 91423 |
| User Level | LowRisk |
| User Tier | Full |
| Advanced Trade UI Accessible | false |
| Advanced Trade UI Enabled | false |
| Next Risk Review Due | Jun 30 2020 12:11:32 AM EDT (last User Risk Review completed 234 days ago) |
| User Restriction | None |
| User Role | Administrator |
| Last Password Change | Apr 24 2018 1:31:28 AM EDT |

**Names**

| | |
|---|---|
| Full Name | david saffron |
| Legal Name | david gilbert saffron |
| Bank Account Name | SUSAN L SCOTT |
| Plaid Account Name | SUSAN L SCOTT |

**User Info**

| | |
|---|---|
| Legal Name | david gilbert saffron |
| Email | davidsaffron@mail.com |
| Phone | +1 (310) 849-6408 (confirmed) |
| Phone Provider | AT&T Wireless (cellphone) Caller ID: Name unavailable / Type unavailable |
| Address | [redacted] los angeles, CA [redacted] US Google Maps |
| Passport | [redacted]9324 (au) |
| SSN | [redacted]-0877 (us) |
| Occupation | marketing |
| Birth Date | 197[redacted] |

**KYC**

| | |
|---|---|
| Docs Approved | yes |
| Cognito Search | +13108496408 (Aug 28 2017 5:12:44 AM EDT) |

**Watchlist**

| | |
|---|---|
| Has Watchlist Record? | 1 linked watchlist record(s) |

**Directly Linked Users**

No linked users

**Source of Wealth**

| | |
|---|---|
| Last Modified | [never] |
| Source of Wealth | not entered |

**Account**

| | |
|---|---|
| Account Name | davidsaffron@mail.com's account |
| Account ID | [redacted]5697 |
| Company ID | none |
| Account Tier | Unknown |
| Account Address | not entered (check user address) |
| TIN | none |
| Block Trading | none |
| Admin Tags | (no tags) |
| Last Exchange Action | No deposits, withdrawals, or orders |
| Next Risk Review Due | Jun 30 2020 12:11:32 AM EDT (last Account Risk Review completed 234 days ago) |

**Users for Account**

| | ID | Full Name | Level | Role |
|---|---|---|---|---|
| User 1 | [redacted]204 EDD Performed | david saffron | LowRisk | Administrator |

**Directly Linked Accounts**

| First Account ID | Second Account ID | Same Identity? | Note |
|---|---|---|---|
| No linked accounts | | | |

**Additional Unique Identifiers**

| User/Account | CRD | MPID | NFA |
|---|---|---|---|
| david saffron [redacted]6204 | | | |

**Balances**

| | Total | On Hold | On Advance | Available for trading | Available for withdrawal |
|---|---|---|---|---|---|
| BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC |
| ETH | 0 ETH | 0 ETH | 0 ETH | 0 ETH | 0 ETH |
| ZEC | 0 ZEC | 0 ZEC | 0 ZEC | 0 ZEC | 0 ZEC |
| LTC | 0 LTC | 0 LTC | 0 LTC | 0 LTC | 0 LTC |
| BCH | 0 BCH | 0 BCH | 0 BCH | 0 BCH | 0 BCH |
| USD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Notional USD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Notional BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC | 0 BTC |

**Bank: Chase Checking - 9059**

| | |
|---|---|
| Display Name | Chase Checking - 9059 |
| Name on Account | SUSAN L SCOTT |
| ACH Routing Number | 124001545 (Jpmorgan Chase) |
| ACH Account Number | [redacted]9059 |
| Verified | no |
| Type | Personal checking |
| Wire Approved | no |
| Plaid Account Name | SUSAN L SCOTT |
| Plaid Email | admin@kinetic-holdings.com (primary) |
| Plaid Phone Number | +1 (702) 996-7111 (work) |
| Plaid Address | [redacted] CHEYENNE, WY [redacted] |

## USER/ACCOUNT NOTES

Show/Hide Change Logs

**User Note (Compliance-Only)**
david saffron (User [redacted]6204)
Jun 30 2018 12:11:32 AM EDT
AccountReviewRunner.completeReview
Remove Compliance-Only

```
[Completed User Risk Review]
Old Risk Level:    HighRisk
New Risk Level:    LowRisk
Total Points:      1
Marked Completed:  true
Selected For QA:   false
Manual factors:    false
Has activity:      false
Risk Factors:
  UsCustomerWithForeignId: 1
Risk Metrics:
  No risk metrics for user.
```

**User Note (Compliance-Only)**
david saffron (User [redacted]6204)
Jan 29 2018 11:26:55 AM EST
sandra.erickson@projecticeland.net
Remove Compliance-Only

```
[Approved docs] KYC Info Review:
Cognito does match Legal Name
Cognito does match DOB
Cognito does match Phone
Cognito does match Address
Cognito does match SSN
Plaid N/A Legal Name
Plaid N/A Phone
Plaid N/A Address
Finscan Review:
Finscan Report #1: PEP No , OFAC No , World Check No
Clear Review (Screenshots):
Clear Report #1: SSN match, n/a
Clear Report #2: n/a
Clear Report #3: n/a
Clear Report #4: n/a
Clear Report #5: n/a
Clear Report #6: n/a
Clear Report #7: n/a
Clear Report #8: n/a
Clear Report: N/A
Risk:
Risk Indicators: US Customer with Foreign ID
Risk Score: +1 (LowRisk)

Additional Notes:
Completed EDD on this customer due to possibly matching arrest record. Media search did not
reveal any negative media related to this customer, other than already pulled arrest record--some
articles were revealed that relate to person with similar name but location did not match. Since
there is not criminal charge related to credit card fraud, On-boarding with high risk.
```

**User Note (Compliance-Only)**
david saffron (User [redacted]6204)
Aug 28 2017 5:12:33 PM EDT
sandra.erickson@projecticeland.net
Remove Compliance-Only

```
[Sent to L2]
Some(KYC Info Review:
Cognito does match Legal Name
Cognito does match DOB
Cognito does match Phone
Cognito does match Address
Cognito does match SSN
Plaid N/A Legal Name
Plaid N/A Phone
Plaid N/A Address
Finscan Review:
Finscan Report #1: PEP No , OFAC No , World Check No
Clear Review:
Clear Report #1: SSN match, n/a
Clear Report #2: n/a
Clear Report #3: n/a
Clear Report #4:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #5:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #6:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #7:  Criminal Hits: Material, Financial Transaction Card Fraud (2015)
Clear Report #8:  Criminal Hits: Immaterial - unspecified non-felony, traffic / parking / vehicle
code
Risk:
Risk Indicators: US Customer with Foreign ID
Risk Score: +1 (LowRisk)

Additional Notes:
EDD needed on Arrest hits, unsure of severity)
```

**User Note (Compliance-Only)**
david saffron (User [redacted]6204)
Aug 28 2017 4:11:41 PM EDT
michael@projecticeland.net
Remove Compliance-Only

```
Did not pass one or more of Finscan, Clear, AuthTx, OR user is international. Leaving in L1.
```

New User Note

Note

Add a note (timestamp and email will be automatically included)

Compliance-Only Note

Add User Note

## RISK REVIEW SECTION

Show 50 entries    Search:

| Completed At | Admin | Risk Review ID |
|---|---|---|
| Jun 30 2018 12:11:32 AM EDT | Compliance Runner: Risk Score ID 268344 | 5b37020d-bdfd-405b-831b-32f661ddfd04 |

Showing 1 to 1 of 1 entries    Previous 1 Next

Complete New Risk Review

496 days until the next Risk Review is due.

Complete Both User and Account Risk Reviews

Complete User Risk Review

## KYC / BLOCKSCORE

**COGNITO SEARCHES**

Show 50 entries    Search:

| Search Time | Phone Number | Cognito Search |
|---|---|---|
| Aug 28 2017 5:12:44 AM EDT | +13108496408 | idnsch_cRm9aMrFkJbKEM |

Showing 1 to 1 of 1 entries    Previous 1 Next

## KYC / FINSCAN

**FINSCAN WATCHLIST RECORDS**

Show 50 entries    Search:

| Last Modified | FinScan Watchlist Record | Name | Active |
|---|---|---|---|
| Jan 29 2018 11:26:55 AM EST | 5a6f4b4f-47d9-47b7-8fed-d3af97f006fb | david gilbert saffron | true |

Showing 1 to 1 of 1 entries    Previous 1 Next

Create new watchlist record from this user

## KYC / DOCUMENT UPLOADS

Ask for Documents

Send a link to the Upload page to the user's activity feed

Send a link to the Upload page to the user's activity feed, and email the user

Upload documents from Zendesk ticket: URL of Zendesk ticket  Upload

Upload documents from computer / URL

| Uploaded | Size | Type | Preview | Tags | Legal ID Link | Filename (from user) |
|---|---|---|---|---|---|---|
| 1/29/18 4:25 PM | 511 KB | Compliance | Preview | EDD | Not linked | Screen Shot 2018-01-29 at 11.24.25 AM.png |
| 1/29/18 4:25 PM | 1 MB | Compliance | Preview | EDD | Not linked | EDD2.pdf |
| 1/29/18 4:25 PM | 9 MB | Compliance | Preview | EDD | Not linked | EDD.pdf |
| 2/19/19 9:02 PM | 2 MB | Compliance | Preview | EDD | Not linked | 2018-8-29-AMENDED-COMPLAINT.pdf |
| 2/19/19 9:02 PM | 4 MB | Compliance | Preview | EDD | Not linked | screencapture-dirtyscam-reviews-david-saffron-2-2019-02-19-15_55_32.png |
| 2/19/19 9:02 PM | 3 MB | Compliance | Preview | EDD | Not linked | screencapture-dirtyscam-reviews-david-saffron-2019-02-19-15_55_57.png |
| 8/28/17 8:10 PM | 275 KB | ClearReport | Preview | (no tags) | Not linked | CLEAR Results Table.png |
| 8/28/17 8:10 PM | 566 KB | ClearReport | Preview | (no tags) | Not linked | CLEAR Search Results.png |
| 8/28/17 8:10 PM | 157 KB | FinScan | Preview | (no tags) | Not linked | FinScan Search Results.png |
| 8/28/17 8:11 PM | 59 KB | ClearReport | Preview | (no tags) | Not linked | Criminal Record.pdf - 2.png |
| 8/28/17 8:11 PM | 60 KB | ClearReport | Preview | (no tags) | Not linked | Criminal Record.pdf - 1.png |
| 8/28/17 8:11 PM | 58 KB | ClearReport | Preview | (no tags) | Not linked | Arrest Record.pdf - 2.png |
| 8/28/17 8:11 PM | 60 KB | ClearReport | Preview | (no tags) | Not linked | Arrest Record.pdf - 1.png |
| 8/28/17 8:11 PM | 28 KB | ClearReport | Preview | (no tags) | Not linked | CLEAR Additional Phone Numbers.png |
| 8/28/17 9:11 PM | 3 KB | ClearReport | Preview | (no tags) | Not linked | export_report.pdf |
| 8/28/17 9:13 AM | 622 KB | Id | Preview | (no tags) | AU Passport | IMG_0272.JPG |

- Docs Approved: true
- Current User Level: LowRisk
- Current User Restriction: None

Doc Upload Quick Switch View

Revoke "Docs Approved" Status (does not notify user)