

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523
*www.cftc.gov*

Division of
Enforcement

DANIELLE E. KARST
TRIAL ATTORNEY
(202) 418-6158 DIRECT
(202) 418-5124 FACSIMILE
DKarst@cftc.gov

January 4, 2021

**VIA Case Management/Electronic Case Filing (CM/ECF) System**
The Honorable Jennifer A. Dorsey
United States District Court
U.S. District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

**Re:**   ***CFTC v. David Saffron et al.,*** **Civil Action No. 2:19-cv-1697-JAD-DJA – Plaintiff's**
**Motion for Default Judgment (ECF No. 61) and Motion for Sanctions (ECF No. 62)**

Dear Judge Dorsey:

Pursuant to Local Rule IA 7-1, counsel for Plaintiff CFTC is writing to inquire as to the status of its *Motion for Default Judgment Against Defendants* ("Motion for Default Judgment," ECF No. 61) and *Motion for Sanctions in Furtherance of Defendants' Non-Compliance with Civil Contempt Order* ("Motion for Sanctions," ECF No. 62).

The CFTC filed the Motion for Default Judgment on March 9, 2020, and Defendants' responses were due by March 23, 2020 pursuant to Local Rule 7-2(b).  Defendants did not file any response.[1]  The CFTC filed the Motion for Sanctions on March 12, 2020, which was fully briefed on April 2, 2020 (ECF Nos. 62, 68, 70).

The CFTC appreciates that the Court continues to operate under difficult circumstances at this time.  In the event the Court deems it appropriate to hold a hearing on the relief requested in its two pending motions, the CFTC is available to participate in person or telephonically at the Court's convenience.

Sincerely,

*Danielle E. Karst*

Danielle E. Karst

cc:  Counsel for Defendants (1) John Gutke (via email at jgutke@gutkelaw.com); (2) John Witucki (via email at jwitucki@gutkelaw.com)

---

[1] Defendants filed a motion to set aside the Clerk's entries of default against them on March 20, 2020 (ECF No. 63). The Court denied Defendants' motion on June 9, 2020 (ECF No. 77).