Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:   (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                          Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>                          Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CFTC'S MOTION TO STRIKE DEFENDANTS' RESPONSE TO THE CFTC'S LETTER TO THE COURT** |

Plaintiff Commodity Futures Trading Commission ("Plaintiff" or "CFTC") filed a Letter to the Court pursuant to Local Rule IA 7-1 on January 4, 2021 (ECF No. 93).  Defendants filed a Response to the CFTC's Letter on January 5, 2021 (ECF No. 94).

Good cause having been shown, **IT IS HEREBY ORDERED** that the CFTC's Motion to Strike Defendants' Response to the CFTC's Letter to the Court (ECF No. 95) **is GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall strike Defendants' Response to the CFTC's Letter to the Court (ECF No. 94).

**IT SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   _____

1