# EXHIBIT A

Excerpts from Saffron's personal Wells Fargo Bank account ****3959



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Rachel Finn, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and
- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.
- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24361866

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX3959 | 13 | 13 |
| Statements | XXXXXX2409 | 142 | 142 |
| Signature Cards | XXXXXX3959 | 2 | 2 |
| Statements | XXXXXX3959 | 51 | 51 |
| Wire Automated | XXXXXX2409 | 76 | 76 |
| Checks/Debits | XXXXXX2409 | 13 | 13 |
| Signature Cards | XXXXXX2409 | 7 | 7 |
| Deposits with offsets | XXXXXX2409 | 254 | 254 |
| Checks/Debits | XXXXXX3959 | 2 | 2 |
| Wire Automated | XXXXXX3959 | 20 | 20 |
| | **Total Copies Delivered:** | | **580** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Nevada that the foregoing is true and correct according to my knowledge and belief. Executed on this 3rd day of December, 2020, in the City of Tempe, State of ARIZONA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 24361866; Agency Case No: 219CV1697JADDJA

# WELLS FARGO

Online Security

# Review Application -

Account number

## Application Status

Signed & Complete

eSigned 12/08/2019

## About you

Save/Print

Personal information

**Name**
DAVID G SAFFRON

**Social Security number**
-0877

**Date of birth**
1972

**Citizenship**
Resident Alien

**Country of citizenship**

Contact information

**Email address**
davidsaffron@live.com

**Mailing address**

LOS ANGELES CA

Employment information

## Occupation
Manager, Owner, Office

## Employer
runway

## Job title
cfo

## Account options

### Wells Fargo Everyday Checking

 Wells Fargo Debit Card

## Funding

### Wells Fargo Everyday Checking
$50

### Funding source
Credit or debit card ███████████ 2618



Privacy, Cookies, Security & Legal    Ad Choices

© 1999 - 2019 Wells Fargo. All rights reserved. NMLSR ID 399801

# Wells Fargo Everyday Checking

January 8, 2020 ▪ Page 1 of 3



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | |
| Online Bill Pay | ✓ | Auto Transfer/Payment | |
| Online Statements | | Overdraft Protection | |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/9 | $0.00 |
| Deposits/Additions | 50.00 |
| Withdrawals/Subtractions | - 40.00 |
| **Ending balance on 1/8** | **$10.00** |

Account number: ███████8959
**DAVID G SAFFRON**
California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Everyday Checking

February 7, 2020 ■ Page 1 of 3



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/9 | $10.00 |
| Deposits/Additions | 500.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 2/7** | **$510.00** |

Account number:    8959

**DAVID G SAFFRON**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Everyday Checking

March 6, 2020 ∎ Page 1 of 3



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288  (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | |
| Online Bill Pay | ✓ | Auto Transfer/Payment | |
| Online Statements | | Overdraft Protection | |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/8 | $510.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 491.13 |
| **Ending balance on 3/6** | **$18.87** |

Account number: ▇▇▇▇ 8959
**DAVID G SAFFRON**
California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Everyday Checking

April 7, 2020 ■ Page 1 of 3



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/7 | $18.87 |
| Deposits/Additions | 1,830.00 |
| Withdrawals/Subtractions | - 1,718.05 |
| **Ending balance on 4/7** | **$130.82** |

Account number: ████████959
**DAVID G SAFFRON**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Everyday Checking

May 7, 2020 ■ Page 1 of 4



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語  1-800-288-2288  (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number:  ▇▇▇▇3959

**DAVID G SAFFRON**

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

## Activity summary

| | |
|---|---|
| Beginning balance on 4/8 | $130.82 |
| Deposits/Additions | 6,010.00 |
| Withdrawals/Subtractions | - 5,698.19 |
| **Ending balance on 5/7** | **$442.63** |

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Everyday Checking

June 5, 2020 ■ Page 1 of 6



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

Online: wellsfargo.com

Write:   Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/8 | $442.63 |
| Deposits/Additions | 21,649.00 |
| Withdrawals/Subtractions | - 21,200.10 |
| **Ending balance on 6/5** | **$891.53** |

Account number:  ▇959
**DAVID G SAFFRON**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Everyday Checking

July 7, 2020 ▪ Page 1 of 6



DAVID G SAFFRON

LOS ANGELES CA

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/6 | $891.53 |
| Deposits/Additions | 46,700.00 |
| Withdrawals/Subtractions | - 44,318.00 |
| **Ending balance on 7/7** | **$3,273.53** |

Account number: ▮▮▮▮8959

**DAVID G SAFFRON**

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Everyday Checking

August 7, 2020 ▪ Page 1 of 9



DAVID G SAFFRON

LOS ANGELES CA

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 **IMPORTANT ACCOUNT INFORMATION**

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/8 | $3,273.53 |
| Deposits/Additions | 49,978.48 |
| Withdrawals/Subtractions | - 53,165.78 |
| **Ending balance on 8/7** | **$86.23** |

Account number:  3959
**DAVID G SAFFRON**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Everyday Checking

September 8, 2020 ■ Page 1 of 5



DAVID G SAFFRON

LOS ANGELES CA

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

 **IMPORTANT ACCOUNT INFORMATION**

Please review an important message about changes we are making to your Everyday Checking account below your transaction detail.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/8 | $86.23 |
| Deposits/Additions | 631.79 |
| Withdrawals/Subtractions | - 687.01 |
| Ending balance on 9/8 | $31.01 |

Account number: ████ 8959
**DAVID G SAFFRON**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.