# EXHIBIT C

Excerpts from Wells Fargo Bank documents for Runway Beauty, Inc. account ****2409



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Rachel Finn, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

   A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

   B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

   C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 24361866

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Deposits with offsets | XXXXXX3959 | 13 | 13 |
| Statements | XXXXXX2409 | 142 | 142 |
| Signature Cards | XXXXXX3959 | 2 | 2 |
| Statements | XXXXXX3959 | 51 | 51 |
| Wire Automated | XXXXXX2409 | 76 | 76 |
| Checks/Debits | XXXXXX2409 | 13 | 13 |
| Signature Cards | XXXXXX2409 | 7 | 7 |
| Deposits with offsets | XXXXXX2409 | 254 | 254 |
| Checks/Debits | XXXXXX3959 | 2 | 2 |
| Wire Automated | XXXXXX3959 | 20 | 20 |
| | **Total Copies Delivered:** | | **580** |

Additional comments:

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Nevada that the foregoing is true and correct according to my knowledge and belief.  Executed on this 3rd day of December, 2020, in the City of Tempe, State of ARIZONA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 24361866; Agency Case No: 219CV1697JADDJA

# Addendum To Certificate Of Authority

For Changes To Authorized Signers On Business Deposit Accounts



**Host Status:**
Host Update Successful

| Bank Name: | | Store Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | RIVERSIDE & MARIOTA | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| KEVIN FIGUEROA | | C3241 | 07/24/2019 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 818/980-4505 | 04839 | 0065823 | E3150-010 |

Use this Addendum when Authorized Signers are being added or deleted to a Certificate of Authority currently on file for a business customer and a new, signed Certificate of Authority has not been obtained.

## Business/Account Information

| Business Name: | COID: | Product: | Account Number: |
|---|---|---|---|
| RUNWAY BEAUTY, INC. | 114 | DDA | ▆▆▆▆2409 |

## Authorized Signers

| Authorized Signer Name(s): | Relationship Status: | | |
|---|---|---|---|
| VINCENT A MAZZOTTA JR | [X] Existing/Remaining | [ ] New | [ ] Delete |
| DAVID G SAFFRON | [ ] Existing/Remaining | [X] New | [ ] Delete |

## Addendum to Certificate of Authority

| Original Certificate of Authority Dated: | Addendum to Certificate of Authority Dated: |
|---|---|
|  | 07/24/2019 |

Each person signing in the "Certified/Agreed To" section below:

- directs the Bank that the additional Authorized Signers shall have all of the authority granted to the persons identified as Authorized Signers on the Certificate of Authority, including without limitation the authority to instruct the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services;
- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;
- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.



2W02-001241829312-01

SDKD-WFB-0000000007

**Certified/Agreed To**

Owner/Key Individual 1 Name: VINCENT A MAZZOTTA JR
Position/Title: PRESIDENT

Owner/Key Individual 1 Signature: VINCENT A MAZZOTTA JR [signature]
- [ ] Submit manually
- [ ] Signature not required

Date: 07/24/2019

**Signature Capture - New Authorized Signers**

New Authorized Signer 1 Name: DAVID G SAFFRON
Position/Title: KEY EXECUTIVE

New Authorized Signer 1 Signature: DAVID G SAFFRON [signature]
- [ ] Submit manually
- [ ] Signature not required

Date: 07/24/2019



2W02-001241829312-02

# Addendum To Certificate Of Authority
For Removal of an Authorized Signer On a Business Deposit Account



**Bank Name:**
Wells Fargo, N.A.

| Business Name: | COID: | Product: | Account Number: |
|---|---|---|---|
| RUNWAY BEAUTY, INC. | 00114 | DDA | ▮2409 |

## Authorized Signer to be Removed

| Name: | Enterprise Customer Number (ECN): |
|---|---|
| DAVID G SAFFRON | 147170531948311 |

The person signing in the eSignature section below:

- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;
- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.

## Certified/Agreed To

| Electronically signed through Business Online Banking by: | Date: |
|---|---|
| VINCENT A MAZZOTTA JR | 08/26/2020 |

# Business Account Application



| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | RIVERSIDE & MARIOTA | |
| **Banker Name:** | | **Officer/Portfolio Number:** | **Date:** |
| KEVIN FIGUEROA | | C3241 | 06/14/2019 |
| **Banker Phone:** | **Branch Number:** | **Banker AU:** | **Banker MAC:** |
| 818/980-4505 | 04839 | 0065823 | E3150-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only    [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1: | |
|---|---|---|---|---|
| Wells Fargo Simple Business Checking | | | General Operating Account | |
| **COID:** | **Product:** | **Account Number:** | **Opening Deposit:** | **Type of Funds:** |
| 114 | DDA | ▮▮▮▮2409 | $25.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bc-006864398 | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| RUNWAY BEAUTY, INC. | |
| **Enterprise Customer Number (ECN):** | **Account Relationship:** |
| 294699972314517 | Sole Owner |
| **Customer 2 Name:** | |
| VINCENT A MAZZOTTA JR | |
| **Enterprise Customer Number (ECN):** | **Account Relationship:** |
| 37566452335419 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| RUNWAY BEAUTY, INC. | 3616 BARHAM BLVD APT X111 | |
| | **Address Line 2:** | |
| | | |
| | **City:** | **State:** |
| | LOS ANGELES | CA |
| | **ZIP/Postal Code:** | **Country:** |
| | 90068-1137 | US |



2W02-001215852178-01

Business Account Application

## Customer 1 Information

| Field | Value |
|---|---|
| Customer Name: | RUNWAY BEAUTY, INC. |
| Enterprise Customer Number (ECN): | 294699972314517 |
| Street Address: | 4413 N SADDLEBAG TRL STE 1 |
| Address Line 2: | |
| Account Relationship: | Sole Owner |
| Taxpayer Identification Number (TIN): | 0664 |
| TIN Type: | EIN |
| Address Line 3: | |
| Business Type: | Corporation Type S |
| City: | SCOTTSDALE |
| State: | AZ |
| Business Sub-Type/Tax Classification: | Corporation |
| Non-Profit: | No |
| ZIP/Postal Code: | 85251-3445 |
| Country: | US |
| Date Originally Established: | 03/13/2006 |
| Current Ownership Since: | |
| Number of Employees: | 1 |
| Business Phone: | 480/570-4012 |
| Fax: | |
| Annual Gross Sales: | $250,000.00 |
| Year Sales Reported: | 01/01/2010 |
| Fiscal Year End: | |
| Cellular Phone: | |
| Pager: | |
| Primary Financial Institution: | |
| Number of Locations: | 1 |
| e-Mail Address: | |
| Primary State 1: | |
| Primary State 2: | |
| Primary State 3: | |
| Website: | |
| Primary Country 1: | |
| Primary Country 2: | |
| Primary Country 3: | |
| Sales Market: | LOCAL |
| Industry: | Information/Media |
| Description of Business: | Runway Magazine |
| Major Suppliers/Customers: | |

## Bank Use Only

| Field | Value |
|---|---|
| Name/Entity Verification: | Articles of Incorporation |
| Address Verification: | PERSONAL |
| BACC Reference Number: | 6191650002429 |
| Document Filing Number/Description: | 12699385 |
| Filing Country: | US |
| Filing State: | AZ |
| Filing Date: | 03/13/2006 |
| Expiration Date: | |
| Country of Registration: | US |
| State of Registration: | AZ |
| International Transactions: | |
| Check Reporting: | NO RECORD |



2W02-001215852178-02

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| **Customer Name:** VINCENT A MAZZOTTA JR | **Residence Address:** ▓▓▓ |
| **Business Relationship:** Key Executive with Control of the Entity | **Address Line 2:** |
| **Position/Title:**    **Date of Birth:** ▓▓/1971    **Percent of Ownership:** 0.0 | **Address Line 3:** |
| **Enterprise Customer Number (ECN):** 37566452335419 | **City:** SCOTTSDALE    **State:** AZ |
| **Taxpayer Identification Number (TIN):** ▓▓-9144    **TIN Type:** SSN | **ZIP/Postal Code:** ▓▓    **Country:** US |
| **Primary ID Type:** DLIC    **Primary ID Description:** ▓▓5914 | **Country of Citizenship:** US    **Permanently Resides in US:** |
| **Primary ID St/Ctry/Prov:** CA    **Primary ID Issue Date:** 03/01/2018    **Primary ID Expiration Date:** 04/13/2023 | **Check Reporting:** NO RECORD |
| **Secondary ID Type:** OTHR    **Secondary ID Description:** SSC 9144 | |
| **Secondary ID State/Country:** US    **Secondary ID Issue Date:**    **Secondary ID Expiration Date:** | |



2W02-001215852178-03

BBG2307 (12-18 SVP)

Page 3 of 4
Wells Fargo Confidential

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| VINCENT A MAZZOTTA JR | |

Owner/Key Individual 1 Signature

VINCENT A MAZZOTTA JR  *(signature)*

☐ Submit manually
☐ Signature not required

Date: 06/14/2019

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| VINCENT A MAZZOTTA JR | |

Authorized Signer 1 Signature

VINCENT A MAZZOTTA JR  *(signature)*

☐ Submit manually
☐ Signature not required

Date: 06/14/2019



2W02-001215852178-04

BBG2307 (12-18 SVP)

Page 4 of 4
Wells Fargo Confidential

SDKD-WFB-0000000009

# Wells Fargo Simple Business Checking

October 31, 2019 ■ Page 1 of 10



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 10/1 | $9,391.62 |
| Deposits/Credits | 95,845.64 |
| Withdrawals/Debits | - 102,974.03 |
| **Ending balance on 10/31** | **$2,263.23** |
| Average ledger balance this period | $16,600.78 |

Account number: ▮▮▮▮ 2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Simple Business Checking

November 30, 2019 ■ Page 1 of 7



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 11/1 | $2,263.23 |
| Deposits/Credits | 3,660.00 |
| Withdrawals/Debits | - 5,729.93 |
| **Ending balance on 11/30** | **$193.30** |
| Average ledger balance this period | $603.36 |

Account number: ▇▇▇▇ 2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Simple Business Checking

December 31, 2019 ■ Page 1 of 9



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |



## IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $193.30 |
| Deposits/Credits | 33,998.18 |
| Withdrawals/Debits | - 28,003.71 |
| **Ending balance on 12/31** | **$6,187.77** |
| | |
| Average ledger balance this period | $2,759.29 |

Account number: ▉▉▉▉▉2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

# Wells Fargo Simple Business Checking

January 31, 2020 ■ Page 1 of 9



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $6,187.77 |
| Deposits/Credits | 81,639.05 |
| Withdrawals/Debits | - 70,480.01 |
| **Ending balance on 1/31** | **$17,346.81** |
| Average ledger balance this period | $3,136.51 |

Account number: ▮▮▮▮2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Simple Business Checking

February 29, 2020 ■ Page 1 of 11



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $17,346.81 |
| Deposits/Credits | 39,779.94 |
| Withdrawals/Debits | - 54,727.53 |
| **Ending balance on 2/29** | **$2,399.22** |
| Average ledger balance this period | $5,717.43 |

Account number: ███████2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Simple Business Checking

March 31, 2020 ■ Page 1 of 10



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $2,399.22 |
| Deposits/Credits | 40,447.04 |
| Withdrawals/Debits | - 42,555.40 |
| **Ending balance on 3/31** | **$290.86** |
| Average ledger balance this period | $1,375.82 |

Account number: ▮▮▮▮ 2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Simple Business Checking

April 30, 2020 ■ Page 1 of 9



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $290.86 |
| Deposits/Credits | 40,299.45 |
| Withdrawals/Debits | - 27,566.77 |
| **Ending balance on 4/30** | **$13,023.54** |
| Average ledger balance this period | $2,800.15 |

Account number: ▮▮▮▮ 2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo Simple Business Checking

May 31, 2020 ▪ Page 1 of 12



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ✓ |
|---|---|
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $13,023.54 |
| Deposits/Credits | 85,786.59 |
| Withdrawals/Debits | - 89,411.05 |
| **Ending balance on 5/31** | **$9,399.08** |
| | |
| Average ledger balance this period | $6,640.56 |

Account number: ▮▮▮▮2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Simple Business Checking

June 30, 2020 ■ Page 1 of 13



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $9,399.08 |
| Deposits/Credits | 48,581.16 |
| Withdrawals/Debits | - 56,734.96 |
| **Ending balance on 6/30** | **$1,245.28** |
| Average ledger balance this period | $3,962.09 |

Account number: █████2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Simple Business Checking

July 31, 2020 ■ Page 1 of 12



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $1,245.28 |
| Deposits/Credits | 122,237.93 |
| Withdrawals/Debits | - 117,675.26 |
| **Ending balance on 7/31** | **$5,807.95** |
| Average ledger balance this period | $7,297.73 |

Account number: ▓▓▓▓2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Simple Business Checking

August 31, 2020 ■ Page 1 of 8



RUNWAY BEAUTY, INC.
3616 BARHAM BLVD APT X111
LOS ANGELES CA 90068-1137

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |



## IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $5,807.95 |
| Deposits/Credits | 9,783.11 |
| Withdrawals/Debits | - 14,933.57 |
| **Ending balance on 8/31** | **$657.49** |
| Average ledger balance this period | $665.27 |

Account number:  ▮▮▮▮2409
**RUNWAY BEAUTY, INC.**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248