**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 2:19-cv-1697-JAD-DJA |
| Plaintiff, | |
| v. | |
| DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF CFTC'S THIRD MOTION FOR AN ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATIONS OF THE COURT'S ASSET FREEZE**

This Court, having considered "Plaintiff CFTC's Third Motion for an Order to Show Cause as to why Defendants Should Not Be Held in Civil Contempt for Violations of the Court's Asset Freeze" and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

**IT IS THEREFORE ORDERED**:

The Motion is GRANTED.  Defendants David Saffron and Circle Society, Corp. are ordered to appear in this Court on_____, at _____, and to then and there show cause:

Why Defendants should not be held in civil contempt of court for their violations of the Preliminary Injunction Order ("PI Order") dated December 6, 2019 (including the asset freeze provisions) and the Civil Contempt Order dated January 30, 2020; and

1

Why such other relief as this Court may deem just and proper and should not be imposed against Defendants to redress their violations of the PI Order (including the asset freeze provisions) and the Civil Contempt Order.

**IT SO ORDERED**:

_____

UNITED STATES DISTRICT JUDGE

DATED: _____