Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:    (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON<br>a/k/a DAVID GILBERT and<br>CIRCLE SOCIETY, CORP.,<br><br>                    Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**PLAINTIFF CFTC'S NOTICE OF CORRECTED EXHIBIT B TO THE DECLARATION OF GEORGE H. MALAS IN SUPPORT OF THE CFTC'S THIRD MOTION FOR AN ORDER TO SHOW CAUSE AS TO WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR VIOLATIONS OF THE COURT'S ASSET FREEZE (ECF NO. 98-3)** |

On February 16, 2021, Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") filed its Third Motion for an Order to Show Cause as to Why Defendants Should Not Be Held in Civil Contempt for Violations of the Court's Asset Freeze (ECF No. 98), with the supporting Declaration of George H. Malas and accompanying exhibits ("Malas Decl.," ECF No. 98-1; "Exhibits A-C," ECF Nos. 98-2 to 98-4).  The CFTC respectfully submits the attached, corrected Exhibit B to the Malas Declaration ("Corrected Exhibit B"), which contains redacted corporate JP Morgan Chase bank account records in the name of Kagel Law, A Professional Corporation, and bears the same Bates numbers as the initially-filed Exhibit

1

B (ECF No. 98-3).[1]

Dated:  March 3, 2021

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000

## CERTIFICATE OF SERVICE

I certify that on March 3, 2021, I filed a copy of *Plaintiff CFTC's Notice of Corrected Exhibit B to the Declaration of George H. Malas in Support of the CFTC's Third Motion for an Order to Show Cause as to Why Defendants Should Not Be Held in Civil Contempt for Violations of the Court's Asset Freeze*, with the Clerk of the Court using the CM/ECF system, which will serve notice to all counsel of record below.

**John H. Gutke**
**John P. Witucki**
Gutke Law Group, PLLC
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
(Counsel for Defendants David Gilbert Saffron and Circle Society, Corp.)

**William O. Kimball**
Pia Hoyt, LLC
136 E. South Temple, Suite 1900
Salt Lake City, UT 84111
(Counsel for James Damien Scott)

/s/ Danielle E. Karst
Danielle E. Karst

---

[1] As soon as the CFTC learned that its filing of Exhibit B included some unredacted bank transactions for the Kagel Law corporate bank account (*see* Defs.' Opp. to CFTC's Third Motion for an Order to Show Cause, ECF No. 101), the CFTC contacted the Clerk's Office to request restriction of the public viewing of the initially-filed Exhibit B until such time as the CFTC could file this Notice and Corrected Exhibit.

2