# Corrected EXHIBIT B to Malas Declaration dated Feb. 16, 2021

Excerpts from JP Morgan Chase account ****6073

**DECLARATION**

Case No. : 2:19-CV-1697-JAD-D; A7189

Chyanna J Outlaw, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.


Dated: 11/17/2020

By: *Chyanna J Outlaw*
Chyanna J Outlaw
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.


SB1177921-F1

SUBP10a

**CHASE**

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
KAGEL LAW, A PROFESSIONAL CORPORATION
IOLTA TRUST ACCOUNT

**ACCOUNT NUMBER** ▮073
**ACCOUNT TYPE** IOLTA Account
**TAXPAYER ID NUMBER** ▮385
**DATE OPENED** 08/22/2017
**FORM OF BUSINESS** S-Corporation
**ISSUED BY** JPMorgan Chase Bank, N.A ( 703 )
Wilshire and Beverly - 132073
MICHAEL KIAMZON
(310) 858-8825
08/22/2017

**BUSINESS ADDRESS**
LOS ANGELES, CA ▮
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | C2490043 | CA | 12/30/2002 | |
| **SECONDARY ID TYPE** | **SECONDARY ID NUMBER** | **ISSUER** | **ISSUANCE DATE** | **EXPIRATION DATE** |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) INA CLARIE KAGEL | **(310) 503-5387 | ▮423 | Secretary | 8/22/17 | Ina Claire Kagel |
| 2) DAVID LEE KAGEL | **(310) 993-2129 | ▮434 | President | 8/22/17 | |
| 3) | | | | | |
| 4) | | | | | |

Page 1 of 1



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2020 through July 31, 2020

Account Number:  6073

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00439491 DRE 703 210 21420 NNNNNNNNNNN  1 000000000 61 0000
KAGEL LAW, A PROFESSIONAL CORPORATION
IOLTA TRUST ACCOUNT

LOS ANGELES CA



### CHECKING SUMMARY — IOLTA Account

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,158.27 |
| Deposits and Additions | 12 | 759,038.02 |
| Electronic Withdrawals | 36 | -757,550.00 |
| Other Withdrawals | 2 | -10,038.02 |
| Ending Balance | 50 | $9,608.27 |
| Interest Paid This Period | | $38.02 |
| Interest Paid Year-to-Date | | $2,431.38 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|



Page 1 of 4

# CHASE 🔵

July 01, 2020 through July 31, 2020
Account Number: ▮▮▮▮6073

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| ▮ | ▮ | ▮ |

**Total Deposits and Additions**   **$759,038.02**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | 07/02 Online Domestic Wire Transfer A/C: Shumway VAN LLC IOLTA Trust Account Las Vegas NV 89123-4852 US Ref: Fbo David Saffron Trn: ▮ | 15,000.00 |

Page 2 of 4

## CHASE

July 01, 2020 through July 31, 2020
Account Number: 6073

### ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/22 | 07/22 Online Domestic Wire Transfer Via: Wells Fargo NA/ Los Angeles CA 90068 US Ref: Marketing/Time/15:37 Imad: A/C: Runway Beauty Inc Trn: | 15,000.00 |
| 07/23 | 07/23 Online Domestic Wire Transfer Via: Wells Fargo NA/ Los Angeles CA 90068 US Ref: Marketing/Time/13:58 Imad: A/C: Runway Beauty Inc Trn: | 15,000.00 |
| 07/24 | 07/24 Online Domestic Wire Transfer Via: Wells Fargo NA/ Los Angeles CA 90068 US Ref: Marketing/Time/16:51 Imad: A/C: Runway Beauty Inc Trn: | 10,000.00 |
| 07/27 | 07/27 Online Domestic Wire Transfer Via: Wells Fargo NA/ Los Angeles CA 90068 US Ref: Marketing/Time/14:30 Imad: A/C: Runway Beauty Inc Trn: | 20,000.00 |
| 07/28 | 07/28 Online Domestic Wire Transfer Via: Wells Fargo NA/ Los Angeles CA 90068 US Ref: Marketing/Time/16:45 Imad: A/C: Runway Beauty Inc Trn: | 30,000.00 |

**Total Electronic Withdrawals** $757,550.00

### OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Total Other Withdrawals** $10,038.02

### DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $15,658.27 | 07/08 | 58.27 | 07/16 | 205,058.27 |
| 07/02 | 658.27 | 07/13 | 43,058.27 | 07/17 | 98,558.27 |
| 07/06 | 30,058.27 | 07/14 | 1,058.27 | 07/20 | 83,058.27 |
| 07/07 | 5,058.27 | 07/15 | 207,058.27 | 07/21 | 280,058.27 |

Page 3 of 4

SB1177921-F1

211

SDKD-JPMC-0000000007_0216