William O. Kimball
Nevada Bar No. 9301
649 E South Temple, 2nd Floor
Telephone: (801) 359-3333
Email: bkimball@kimballanderson.com
 or
840 Pinnacle Court, Suite 202
Mesquite, Nevada 89027

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID GILBERT SAFFRON, et al.,<br><br>Defendants. | **MOTION TO WITHDRAWAL AS COUNSEL**<br><br>Case No. 2:19-cv-1697-JAD-DJA |

Pursuant to U.S. District of Nevada, Local Rule IA-11-6, William O. Kimball hereby moves this Court for an order to withdraw as counsel for Interested Party James Damien Scott. Mr. Scott's Motion to Quash Subpoena was denied and there are no hearings associated with his involvement in this matter. Mr. Scott can be contacted through his attorney as follows:

>James Damien Scott
>c/o John Mertens
>PIA HOYT, LLC
>136 E. South Temple, Suite 1900
>Salt Lake City, UT 84111
>Telephone: (801) 350-9000
>jmertens@piahoyt.com

Notice has been provided to the parties by way of this motion, as set forth in the attached Certificate of Service.

DATED on this 1st day of March, 2021.

>*/s/ William O. Kimball*
>William O. Kimball

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2021, I filed the foregoing Motion to Withdrawal as Counsel with the Clerk of the Court using the CM/ECF system which will serve notice to all counsel of record.

Additionally, a copy was served via email to the following:

> James Damien Scott
> c/o John Mertens
> PIA HOYT, LLC
> jmertens@piahoyt.com

*/s/Stephanie Hamilton*
Paralegal

## ORDER

**IT IS SO ORDERED.**

DATED: March 3, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2