**Index to Exhibits**

| Document | Page Number |
|---|---|
| Exhibit 1 – Certified David Kagel disciplinary records by State Bar of California | 1 |
| Exhibit 2 – Letter from David Kagel dated January 7, 2018 | 26 |
| Exhibit 3 – Runway Beauty magazine, RunwayCoin website and Facebook excerpts | 27 |
| Exhibit 4 – CFTC Letter to JPMC dated November 9, 2020 | 32 |
| Exhibit 5 – Email from CFTC to JPMC dated November 19, 2020 | 34 |
| Exhibit 6 – CFTC Letter to FirstView dated November 9, 2020 | 35 |
| Exhibit 7 – Emails to/from CFTC and J. Gutke dated Mar. 1 and 3, 2021 | 37 |
| Exhibit 8 – Declaration of Tashieka Taylor dated March 9, 2021 | 40 |