# EXHIBIT 3

Runway Beauty magazine, RunwayCoin website and
Facebook page excerpts



Editor-in-Chief
VINCENT MIDNIGHT

Financial Director
AZIZ MOHABBAT

Fashion Director
JULIA PERRY

Location Director
JACOB MEIR

LA Event Director
KYLE GRAHAM

Graphic Design
JAMES KNEE

Managing Editor
CASSIDY TORREY

Chief Fashion Correspondent
MANDI PIMENTAL

Video Editor
JEFF SECORSKI

Legal Counsel
BRAD AXELROD

Sales East Coast
JONATHAN LEWKOWICZ

Sales West Coast
STEPHANIE DAVIDSON
ANTHONY DEL CAMPO

Distribution Manager
BOB PETERSON @ KABLE

Advertising Inquiries
844-240-2250

PHOTOGRAPHERS
Kobi Gulianni
Bela Raba
Morgan Pierre Susser
Mike Gonzalez
Francis Gum
Robert Sebree
Michael Haase

CONTRIBUTING WRITERS
Mandi Pimental
Melissa Farley
Kelli Kickham
Mila Grass

SPECIAL THANKS

Cathy Mazzotta
Michael Cohen
COHEN LAW GROUP
For The Stars Staff
Dr. Scott Keith
Catherine Pyle Mazzotta
Anderson Group
William Goldstein



**BLUE NILE**
Infinity Twist Micropavé Diamond Engagement Ring in Platinum (1/4 ct. tw.)
with Round 3.00 - 3.15 ct. Diamond

# RUNWAY


RUNWAYLIVE.COM



*on the cover*

Model: Mya

Photography :  Kobi Guilianni :
@kgstudios
Fashion Director/Styling :
Julia Perry : @juliaperrystyle
Hair/Makeup :
Michelle Vanderhule :
@beautybymichellev

**A Letter from the Editor-in-Chief**



In this quarter at RUNWAY we launched RUNWAYCOIN and crypto and fashion officially came together. We are proud to announce our new form of currency mainly for use in our app is being minded and has been steadily sold since conception. The art behind the technology as always is breath taking. This seasons color stunned the market just like the coin. Check out the great interviews, stole the Runway and take in the glamour or our talented artist spreads.

We are about to relaunch RUNWAY LUX now partnered with Google Fire chat and Google maps to give you the best geolocation talent appointments on the globe. Remember you can book one of our amazing Runway talent anywhere in LA simply by going on the app.

Download our app free on the stores using keyword RUNWAY LUX.

Thank you again!

Vincent Midnight



Home - RUNWAY® COIN - Couture Cryptocurrency

   DOWNLOAD WALLET    RUNWAY LUX    BUY    WHITEPAPER    CART    ☐    JOIN US



**RUNWAY**coin
A Utility **Cryptocurrency**

Why invest in security coins when
RUNWAY Coin is the labor currency of the future.

THE FUTURE

**RUNWAYCOIN** is simple to understand, simply buy the coin in the ICO and when the app wallets go live contact customer support and we will activate your coins so you can use them for services of your choice.  Depending on our talent rates our users can use the coins to pay RUNWAY talent. You basically prepaying for your hair cut or makeup or whatever of the other 10 services you like. The miners back it up by sending their staff out to do the work.

**RUNWAY NEWS (APRIL 17th, 2018)**: Google signs FireChat deal with RUNWAY which will allows for the integration of Firechat into the LUX platform for user and talent to communicate in a encrypted stream. RUNWAY's engineering team is expecting the new LUX app to to go out around the 1st of MAy 2018. This will be the second contract with Google including the deal with Google Maps to provide access to satellites around the planet.

**RUNWAY NEWS (MAY 4th, 2018)**: RUNWAYCOIN was presented today to a multitude of investors in Hollywood California today. The event was hosted by international investor David Safron and it was glamorous. A full bar, chefs from around the world and art from everywhere was enjoyed as a handful of engineers showed off their new technology.

PURCHASE

Companies come and go all the time. RUNWAY is 20 years old this summer and its been in international newsstand circulation and audited since 2007. RUNWAY TV has been on the air since 2014 and now is on APPLE TV, ROKU and GOOGLE TV apps worldwide. Plus RUNWAY offers

https://web.archive.org/web/20180512021222/https://www.runwaycoin.org/[3/5/2021 2:34:54 PM]

**29**

RunwayCoin | John | Home | Find Friends | Create

Like | Follow | Share | ···

Send Message

in India .

Like Comment Share

RunwayCoin
@runwaycoin

- Home
- **Posts**
- Reviews
- Photos
- About
- Community

Create a Page

**RunwayCoin**
March 12, 2019 ·

The RWC API is now available.

Like Comment Share

**RunwayCoin**
March 4, 2019 ·

Thank you David Saffron for all your help with runway develop , from coin to API . We launch soon, again thanks to David . Stay tuned!

1

Like Comment Share

Write a comment...

Press Enter to post.

**RunwayCoin**
January 13, 2019 ·

Search for posts on this Page

**Visitor Posts**

Be the first to add a post.

Create Post

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2020

RunwayCoin | John | Home | Find Friends | Create

Like | Follow | Share | ··· | Send Message

RunwayCoin
@runwaycoin

- Home
- **Posts**
- Reviews
- Photos
- About
- Community

Create a Page

Search for posts on this Page

**Visitor Posts**

Be the first to add a post.

Create Post

**Create Post**

Write a post...

Photo/Video | Tag Friends | Get Messages

**RunwayCoin**
January 25 ·

Runway coin is a minimum value crypto with 3 users. It's an experiment in linear crypto , showing all coins are based on human value. First thing learned is do not trust India on any tech jobs, you will eventually have to start over like us. Let's see if round 2 shows humans from first world countries have ethnicity values unlike India.

Like | Comment | Share

**RunwayCoin**
December 15, 2019 ·

A new coin is around the Corner as soon as David gets rife of his immoral clients. The coin is private , invite only.

Like | Comment | Share

**RunwayCoin**
June 23, 2019 ·

Delays, delays ,delays .. India has the world slowest and least efficient engineers on Earth , save 50% lose years .

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020



