# EXHIBIT 5

Email from CFTC to JPMC dated November 19, 2020

| | |
|---|---|
| From: | Malas, George |
| To: | sandra.l.miller@jpmchase.com |
| Cc: | Karst, Danielle; Van Tassel, Hillary |
| Subject: | CFTC RFPA Subpoenas Re: David Saffron |
| Date: | Thursday, November 19, 2020 9:38:48 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Hi Sandra,

Per our telephone conversation from earlier today, I wanted to confirm the following regarding the RFPA subpoenas you received concerning the David Saffron matter.

1. We will be able to provide you a certificate of compliance no later than Monday November 23rd for James Damien Scott and P. Sterling Kerr as they were both served with our subpoenas on November 12, 2020.  We are still in the process of attempting service on Vincent Mazzotta and will let you know as soon as he has been served.

2. Your request for an extension until December 17, 2020 is granted, and we understand that you will provide the relevant records sooner if possible.

Thanks again for your assistance and please let me know if you have any questions or need further information.

Best regards,
George



**George H. Malas, CAMS, CFE**
Investigator
Division of Enforcement
**Commodity Futures Trading Commission**
1155 21st St., NW, Washington, DC 20581
Ph:   202-418-5249
Fax: 202-818-3129
gmalas@cftc.gov

34