# EXHIBIT 7

Emails to/from CFTC to J. Gutke dated
March 1 and March 3, 2021

| | |
|---|---|
| **From:** | John Gutke |
| **To:** | Karst, Danielle |
| **Cc:** | jwitucki@gutkelaw.com; Mulreany, Timothy J. |
| **Subject:** | [EXTERNAL] Re: CFTC v. Saffron and Circle Society (2:19-cv-1697) - CFTC Production to Defs. |
| **Date:** | Wednesday, March 3, 2021 11:36:12 PM |
| **Attachments:** | image002.png |
| | image004.png |
| | image006.png |
| | image008.png |
| | image010.png |
| | image012.png |
| | image014.png |
| | image016.png |
| | image018.png |
| | image020.png |

Update: I downloaded Mozilla Firefox to try a different browser, and it actually worked. The "CFTC Production to Counsel" folder, when clicked on in the Firefox browser, had the zip folders available for download. Those files have now been downloaded. Thank you.

**John H. Gutke**
**GUTKE LAW GROUP**

On Wed, Mar 3, 2021 at 8:09 PM John Gutke <jgutke@gutkelaw.com> wrote:

Ms. Karst,

Thanks for following up. I appreciate your efforts to help address this issue.

I did log into the site multiple times over the past two days using the login information you provided. I tried again right now, but with the same results as the previous logins over the past two days: two folders appear, one entitled "CFTC Production to Counsel" and another entitled "Counsel Production to CFTC." When I click on the CFTC Production to Counsel, there is only a blank page. When I click on the "Counsel Production to CFTC" folder, an upload icon appears with a message to the effect of "drag (or drop) files to upload here." So I think I was logged in properly. I logged in using Microsoft Edge per the instructions provided, and also tried Google Chrome for good measure, but no luck. We didn't reach out to your office to because by the time the link was received on Monday afternoon (3/1), there was not going to be time to do anything with the documents prior to our response deadline (3/2) anyway. Perhaps someone from your office can call our office line below to help us figure out why nothing is appearing when we click on the folder.

Thanks,

**John H. Gutke**
**GUTKE LAW GROUP**

On Wed, Mar 3, 2021 at 4:23 PM Karst, Danielle <DKarst@cftc.gov> wrote:

Counsel:

I write in regards to the CFTC documents made available to you on March 1, 2021.  As previously noted, these documents include your client's own Wells Fargo Bank records which you could have obtained directly from your clients.

The CFTC provided you with FTP instructions and credentials for accessing the third-party subpoena records, and we never received any follow-up communication from you stating that you could not open the link, or that the folder with documents was empty. Although you did not contact the CFTC with any issues, you allege in your Opposition that you tried to access the documents, but the "link provided on March 1 contained no documents, only an empty folder" (ECF No. 101 at p. 12).  The CFTC, however, did upload the documents to the FTP site (under the folder "CFTC Production to Counsel") as you requested and made these documents available to you on March 1.  In fact, CFTC personnel researched the issue today and found no record of anyone externally accessing the site.

Nevertheless, I am re-attaching the FTP instructions previously provided to you.  As previously noted, please access the link https://cftcftp.cftc.gov using Internet Explorer (or Microsoft Edge).  As always, you are welcome to contact me if you have questions or would like additional assistance from our litigation support group.

Best regards,

Danielle

---

**From:** Karst, Danielle
**Sent:** Monday, March 1, 2021 1:40 PM
**To:** John Gutke <jgutke@gutkelaw.com>
**Cc:** jwitucki@gutkelaw.com; Mulreany, Timothy J. <tmulreany@CFTC.gov>
**Subject:** Re: CFTC v. Saffron and Circle Society, (D. NV), Case No. : 2:19-cv-01697-JAD-DJA - CFTC Production to Defs.

Counsel:

As you requested, third-party documents obtained pursuant to the Court's October 29, 2020 Order (ECF No. 80) are available for downloading on the FTP site previously sent to you by the CFTC.  I attach the FTP information again for your convenience (please use Internet Explorer or Microsoft Edge to access the files at https://cftcftp.cftc.gov).

The CFTC's production includes Saffron's Wells Fargo bank records, records which you could have obtained directly from your clients.  The Court ordered your clients to produce these and other documents to the CFTC well over a year ago.  Because your clients have refused to produce any documents in violation of the Court's orders, the CFTC sought and obtained leave of court to issue third-party subpoenas.

To date, the CFTC has received neither any documents nor an accounting from Defendants as ordered by the Court in its Temporary Restraining Order, Preliminary Injunction Order, and Civil Contempt Order.

Best regards,

Danielle