JOHN H. GUTKE
Nevada Bar No. 10062
JOHN P. WITUCKI
Nevada Bar No. 10800
**GUTKE LAW GROUP**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Phone/Fax: 702.766.1212
jgutke@gutkelaw.com
jwitucki@gutkelaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Plaintiff,<br>v.<br>DAVID GILBERT SAFFRON, a/k/a DAVID GILBERT, and CIRCLE SOCIETY, CORP.,<br><br>　　　　　　Defendants, | Case Number 2:19-cv-1697-JAD-DJA<br><br>**[PROPOSED] ORDER GRANTING GUTKE LAW GROUP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

　　　　This matter is before the Court on Gutke Law Group, PLLC's ("GLG") Motion to Withdraw as Counsel for Defendants (ECF No. ___), filed on March 22, 2021 ("Motion"). Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." LR IA 11-6(b). Having reviewed the Motion, the Court finds that the requirements of LR IA 11-6(b) have been met.

　　　　On review of the papers and pleading on file, including the Declaration of John H. Gutke, Esq. included within GLG's Motion, and for good cause appearing, the Court hereby orders as follows:

　　　　**IT IS HEREBY ORDERED** that Gutke Law Group PLLC's Motion to Withdraw as

1

1  Counsel for Defendants (ECF No. __) is **GRANTED**.

2      **IT IS FURTHER ORDERED** that GLG shall serve a copy of this order on each of the

3  Defendants and file a notice of completion of service along with a notice providing the

4  Defendants' last known address by no later than _____.

6                                               IT IS SO ORDERED.

8                                  _____

9                                   UNITED STATES MAGISTRATE JUDGE

10                                 DATED: _____

13  Respectfully submitted by:

14  **GUTKE LAW GROUP, PLLC**

15  */s/ John H. Gutke*
   JOHN H. GUTKE, ESQ.
16  JOHN P. WITUCKI, ESQ.
   552 E. Charleston Blvd.
17  Las Vegas, Nevada 89104

GUTKE LAW GROUP
552 E. Charleston Blvd.
Las Vegas, Nevada 89104