JOHN H. GUTKE
Nevada Bar No. 10062
JOHN P. WITUCKI
Nevada Bar No. 10800
**GUTKE LAW GROUP**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Phone/Fax: 702.766.1212
jgutke@gutkelaw.com
jwitucki@gutkelaw.com

Attorneys for Defendants
DAVID GILBERT SAFFRON and
CIRCLE SOCIETY, CORP.

GUTKE LAW GROUP
552 E. Charleston Blvd.
Las Vegas, Nevada 89104

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case Number 2:19-cv-1697-JAD-DJA |
| Plaintiff, | |
| v. | **NOTICE OF COMPLETION OF SERVICE OF: (1) GUTKE LAW GROUP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS (ECF NO. 108); AND (2) ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 109)** |
| DAVID GILBERT SAFFRON, a/k/a DAVID GILBERT, and CIRCLE SOCIETY, CORP., | |
| Defendants, | |

I certify that on March 22, 2021 I served a copy of *Gutke Law Group's Motion to Withdraw as Counsel for Defendants* (ECF No. 108), and that on March 24, 2021 I served a copy of the Court's *Order* (ECF No. 109), which granted the motion to withdraw, on defendants David Saffron and Circle Society, Corp., via electronic mail and U.S. Mail priority mail to the following addresses:

1

1

2 Defendants' last-known mailing address:

3

4     David Saffron                     Circle Society, Corp.
      P.O. Box 279                      c/o David Saffron
5     Pomona, California 91769          P.O. Box 279
                                        Pomona, California 91769
6

7

8 And delivered via email to:

9     David Saffron: oversight2019@gmail.com

10    Circle Society: oversight2019@gmail.com

11

12

13    Dated: March 22, 2021.            **GUTKE LAW GROUP, PLLC**

14                                      */s/ John H. Gutke*
                                        JOHN H. GUTKE, ESQ.
15                                      JOHN P. WITUCKI, ESQ.
                                        552 E. Charleston Blvd.
16                                      Las Vegas, Nevada 89104

17

18

19

20

21

22

23

24

25

26

27

28

**GUTKE LAW GROUP**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GUTKE LAW GROUP**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March 2021, the foregoing *Notice of Completion of Service* was electronically served on all persons registered to receive electronic service in this matter by filing this document with the Clerk of Court using the CM/ECF system.

/s/ John Gutke
An employee of Gutke Law Group