## **Index to Exhibits**

**Document**                                                                                                          **Page Number**

Exhibit A – Emails between the CFTC and J. Gutke dated March 22 and 23, 2021.......................1

Exhibit B – Emails from USAO (D. Nev) to CFTC dated March 24, 2021 ....................................6

Exhibit C – Emails between the CFTC and J. Gutke dated March 25, 2021...................................8