# EXHIBIT B

Email from U.S. Attorney's Office (D. Nev.) to CFTC
dated March 24, 2021

| | |
|---|---|
| **From:** | Villalpando, Angelina (USANV) |
| **To:** | Malas, George; Flake, Troy (USANV) |
| **Cc:** | Karst, Danielle; Mulreany, Timothy J. |
| **Subject:** | [EXTERNAL] RE: CFTC v. Saffron (2:19-cv-1697): Document delivery to USAO |
| **Date:** | Wednesday, March 24, 2021 3:14:47 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Good morning Mr. Malas,

We have not received any documents as of this morning.

Thank you,

*Angel Villalpando*
Legal Assistant
US Attorney's Office | District of Nevada
501 Las Vegas Blvd. S., Suite 1100
Office: 702-388-6336 | Fax 702-388-6787
angelina.villalpando@usdoj.gov

**From:** Malas, George <GMalas@CFTC.gov>
**Sent:** Wednesday, March 24, 2021 8:35 AM
**To:** Flake, Troy (USANV) <Tflake@usa.doj.gov>; Villalpando, Angelina (USANV) <AVillalpando@usa.doj.gov>
**Cc:** Karst, Danielle <DKarst@CFTC.gov>; Mulreany, Timothy J. <tmulreany@CFTC.gov>
**Subject:** CFTC v. Saffron (2:19-cv-1697): Document delivery to USAO
**Importance:** High

Dear Ms. Villalpando & Mr. Flake,

I'm following up on the telephone conversation I had with you all earlier this week regarding defense counsel delivering documents to your office in our CFTC v. Saffron litigation in the U.S. District Court for the District of Nevada (2:19-cv-1697).

Can you please confirm whether you received any documents from attorney John Gutke in this

matter yesterday (March 23, 2021)?  Many thanks for your assistance.

Best regards,
George



**George H. Malas, CAMS, CFE**
Investigator
Division of Enforcement
**Commodity Futures Trading Commission**

1155 21st St., NW, Washington, DC 20581
Ph:   202-418-5249
Fax: 202-818-3129
gmalas@cftc.gov