# EXHIBIT C

Emails between CFTC and J. Gutke
dated March 25, 2021

| | |
|---|---|
| From: | Mulreany, Timothy J. |
| To: | John Gutke |
| Cc: | Karst, Danielle; Malas, George |
| Subject: | Re: [EXTERNAL] Re: CFTC v. Saffron: Order |
| Date: | Thursday, March 25, 2021 4:03:49 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image020.png |
| | image021.png |
| | image022.png |
| | image023.png |
| | image024.png |
| | image025.png |

Counsel,

The CFTC has made two good faith attempts to meet and confer with regarding purging your contempt.   We cannot meet and confer with someone who refuses to participate.  We will advise the court accordingly.

If you require a transcript,  it is respectfully suggested that you purchase one.  Failing that, it is anticipated one will be attached to our show cause motion.

Thank you for your attention to this matter.

-------- Original Message --------
From: John Gutke <jgutke@gutkelaw.com>
Date: Thu, March 25, 2021 3:33 PM -0400
To: "Mulreany, Timothy J." <tmulreany@CFTC.gov>
CC: "Karst, Danielle" <DKarst@CFTC.gov>, "Malas, George" <GMalas@CFTC.gov>
Subject: [EXTERNAL] Re: CFTC v. Saffron: Order

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Mr. Mulreany,

I am seeing these emails for the first time right now. I was on the line at 11 a.m. pacific by myself, then I was not aware you sent your emails below so any attempt to say that I "failed to participate" beyond my initial mistake of missing the 8 a.m. call is not accurate or fair at all.

Do you have a transcript of the hearing that I could review, or the Court's entered order? That would certainly be helpful if we are to have any type of productive discussion on this issue, and would be helpful to have prior to involving counsel on my behalf -- which I would hope is

8

unnecessary.

Thanks,

**John H. Gutke**
**GUTKE LAW GROUP**

On Thu, Mar 25, 2021 at 12:17 PM Mulreany, Timothy J. <tmulreany@cftc.gov> wrote:

> Counsel,
>
> We have attempted numerous times to meet and confer with you regarding purging your contempt of the court's order rendered on the record during our Friday, March 19, 2021 hearing; however, you have failed to participate.
>
> Please note that we will file a Notice of Non-Compliance with the court today.
>
> If you wish to have your personal counsel contact us prior to the Court opening Monday, we will make ourselves available to discuss purging your contempt with your counsel, prior to filing a motion to show cause.
>
> **Timothy J. Mulreany**
>
> Chief Trial Attorney
>
> HQ/Division of Enforcement
>
> **Commodity Futures Trading Commission**
>
> 202-418-5306
>
> tmulreany@cftc.gov
>
> 
>
> This message is and all attachments are a private U.S. Government communication intended only for the use of the individual or entity to whom it is addressed and may be confidential or protected by privilege. If you are not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

**From:** Mulreany, Timothy J.
**Sent:** Thursday, March 25, 2021 3:07 PM
**To:** 'John Gutke' <jgutke@gutkelaw.com>
**Cc:** Karst, Danielle <DKarst@CFTC.gov>; Malas, George <GMalas@CFTC.gov>
**Subject:** RE: CFTC v. Saffron: Order


Counsel,

We are waiting for you on the conference call number now.

If you do not pick up by 3:08 pm EST, we will assume you have no interest in meeting and conferring.




**Timothy J. Mulreany**

Chief Trial Attorney

HQ/Division of Enforcement

**Commodity Futures Trading Commission**

202-418-5306

tmulreany@cftc.gov


This message is and all attachments are a private U.S. Government communication intended only for the use of the individual or entity to whom it is addressed and may be confidential or protected by privilege. If you are not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

10

**From:** Mulreany, Timothy J.
**Sent:** Thursday, March 25, 2021 2:53 PM
**To:** 'John Gutke' <jgutke@gutkelaw.com>
**Cc:** Karst, Danielle <DKarst@CFTC.gov>; Malas, George <GMalas@CFTC.gov>
**Subject:** CFTC v. Saffron: Order


Counsel,

We will make ourselves available to you now.

Please call the conference call number now. I have set forth the number again below.

Thank you for your prompt attention to this matter.


**Passcodes:**

Participant: 7777865

Dial in numbers*:

| Country | Local/Toll Number | Freephone/Toll Free Number |
|---|---|---|
| USA | 1-210-234-0377 | 877-518-3056 |


**Timothy J. Mulreany**

Chief Trial Attorney

HQ/Division of Enforcement

**Commodity Futures Trading Commission**

202-418-5306

11



tmulreany@cftc.gov

This message is and all attachments are a private U.S. Government communication intended only for the use of the individual or entity to whom it is addressed and may be confidential or protected by privilege. If you are not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.