AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Commodity Futures Trading Commission,

                Plaintiff,

   v.

David Gilbert Saffron a/k/a David Gilbert
and Circle Society, Corp.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01697-JAD-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of the Commodity Futures Trading Commission and against David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp., jointly and severally, in the total amount of $32,141,375. Post-judgment interest on the entire amount of the judgment will run at the rate of 0.07%, compounded annually, from March 29, 2021, until satisfied.

IT IS FURTHER ORDERED that Permanent Injunction is entered against David Gilbert Saffron a/k/a David Gilbert and Circle Society, Corp. and their agents, holding companies, alter egos, including any of their successors, and those persons in active concert or participation with them.

  3/29/2021                                                          DEBRA K. KEMPI
Date                                                                Clerk

                                                                               /s/ H. Magennis
                                                                              Deputy Clerk