Danielle E. Karst (D.C. Bar No. 481881)
Timothy J. Mulreany (Maryland Bar No. 8812160123)
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:   (202) 418-6158 (Karst)
Telephone:   (202) 418-5306 (Mulreany)
Facsimile:    (202) 418-5523
dkarst@cftc.gov
tmulreany@cftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID GILBERT SAFFRON a/k/a DAVID GILBERT and CIRCLE SOCIETY, CORP.,<br><br>                    Defendants. | Case No.  2:19-cv-1697-JAD-DJA<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE OF CFTC'S RESPONSE IN OPPOSITION TO DEFENDANT SAFFRON'S MOTION TO AMEND OR ALTER THE FINAL JUDGMENT (ECF NO. 116)** |

The CFTC submits this Supplemental Certificate of Service of the *CFTC's Response in Opposition to Defendant Saffron's Motion to Amend or Alter the Final Judgment* (ECF No. 116 at p. 17).  The CFTC previously attempted to serve Defendants at the address[1] provided by Saffron in the caption of his "Motion to Amend or Alter the Judgment" (ECF No. 115); however, United Parcel Service notified the CFTC that there is an issue with the delivery due to an incorrect receiver name.

---

[1] It appears as though Defendant Saffron is in violation of L.R. I.A. 3-1 for failing to provide the Court with "written notification of any change of mailing address."  The CFTC attempted to serve Defendants using the most recent address Saffron provided in the caption of his Motion to Amend or Alter the Judgment (ECF No. 115), which is a different address from Defendants' P.O. Box address existing on the docket.

1

Accordingly, I certify that on May 13, 2021, I served an additional copy of the *CFTC's Response in Opposition to Defendant Saffron's Motion to Amend or Alter the Final Judgment* (ECF No. 116) upon Defendants David Saffron and Circle Society, Corp. via electronic mail as described below.

**David Gilbert Saffron**
*Via Electronic Mail to:*
ovetsite2019@gmail.com;[2]
oversight2019@gmail.com

**Circle Society, Corp.**
c/o David Saffron
*Via Electronic Mail to:*
ovetsite2019@gmail.com;
oversight2019@gmail.com

Dated:  May 13, 2021

Respectfully submitted,

By: /s/ Danielle E. Karst
Danielle E. Karst
Timothy J. Mulreany
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5000
Facsimile:  (202) 418-5523

---

[2] Saffron provided this email address in the caption of his Motion to Amend or Alter the Judgment (ECF No. 115).