```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

              JUN - 1 2021

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: **Nevada**

U.S. District Court case number: **2:19-cv-01697-JAD-DJA**

Date case was first filed in U.S. District Court: **September 30, 2019**

Date of judgment or order you are appealing: **March 29, 2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

DAVID GILBERT SAFFRON
a/k/a
DAVID GILBERT

Is this a cross-appeal? ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

3600 Barham Blvd

Unit X111

City: **Toluca Lake**   State: **CA**   Zip Code: **90068**

Prisoner Inmate or A Number (if applicable):

**Signature** David Gilbert Saffron   **Date** 05/28/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                        Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> DAVID GILBERT SAFFRON
> a/k/a
> DAVID GILBERT

Name(s) of counsel (if any):

> Pro Se

Address: 3600 Barham Blvd, Unit X111, Toluca Lake, Ca 90068

Telephone number(s): 323-977-4257

Email(s): oversite2019@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> COMMODITY FUTURES TRADING COMMISSION

Name(s) of counsel (if any):

> Danielle E. Karst
> Timothy J. Mulreany

Address: Three Lafayette Center, 1511 21st street N.W., Washington DC 20581

Telephone number(s): 202-418-6158 (Karst), 202-418-5306 (Mulreany)

Email(s): dkarst@cftc.gov, tmulreany@cftc.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

| Form 6 | *1* | New 12/01/2018 |

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   2                              *New 12/01/2018*