```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS075709
Cashier ID: jcallo
Transaction Date: 06/02/2021
Payer Name: David Gilbert Saffron
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: David Gilbert Saffron
 Amount:         $505.00
----------------------------------
CHECK/MONEY ORDER
 Remitter: Junes Legal Service Inc
 Check/Money Order Num: 5915
 Amt Tendered: $505.00
----------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00

19cv1697

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```