

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523
www.cftc.gov

Division of Enforcement

DANIELLE E. KARST
TRIAL ATTORNEY
(202) 418-6158 DIRECT
(202) 418-5124 FACSIMILE
DKarst@cftc.gov

January 5, 2022

**VIA Case Management/Electronic Case Filing (CM/ECF) System**
The Honorable Jennifer A. Dorsey
United States District Court
District of Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

**Re:** *CFTC v. David Saffron et al.,* Civil Action No. 2:19-cv-1697-JAD-DJA – Defendant's Pending Motion to Amend or Alter the Judgment (ECF No. 115)

Dear Judge Dorsey:

Pursuant to Local Rule IA 7-1, counsel for Plaintiff CFTC is writing to inquire as to the status of Defendant David Saffron's *Motion to Amend or Alter the Judgment under Rule 59(e), or in the Alternative to Correct Errors Arising from Oversight or Omission Pursuant to Rule 60(a)* ("Motion to Amend the Judgment," ECF No. 115).

Following the March 19, 2021 hearing on the merits of the CFTC's motion for default judgment (Minutes of Proceedings, ECF No. 107) and the Court's March 29, 2021 Final Judgment (ECF No. 112), Defendant filed his Motion to Amend the Judgment on April 26, 2021 (ECF No. 115). The CFTC filed its Response to the Motion to Amend the Judgment on May 10, 2021 (ECF No. 116), and Defendant's reply was due by May 17, 2021. Defendant did not file any reply. Therefore, Defendant's Motion to Amend the Judgment was fully briefed on May 10, 2021.

The CFTC appreciates that the Court continues to operate under difficult circumstances at this time. In the event the Court deems it appropriate to hold a hearing on Defendant's pending motion, the CFTC is available to participate in person or telephonically at the Court's convenience.

Sincerely,

Danielle E. Karst

cc: Defendants David Saffron and Circle Society, Corp. (via United Parcel Service to 6075 Rodgerton Drive, Los Angeles, CA 90068)