

**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 23 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Circle Society, Corp.
C/O David Saffron
PO Box 279
Pomona, CA 91769

NIXIE    910 SE 1       7203/20/22
RETURNED TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 89101706934    *8952-00683-20-09

**Gavel - Order on Motion**
2:19-cv-01697-JAD-DJA
Commodity Futures Trading
Commission v. Saffron et al

APPEAL

United States District Court

District of Nevada



**Notice of Electronic Filing**

The following transaction was entered on 3/16/2022 at 11:00 AM PDT and filed on 3/16/2022
**Case Name:** Commodity Futures Trading Commission v. Saffron et al
**Case Number:** 2:19-cv-01697-JAD-DJA
**Filer:**
**Document Number:** 123

**Docket Text:**
ORDER. IT IS THEREFORE ORDERED that Saffron's motion to alter or amend judgment [ECF No. [115]] is GRANTED in part and DENIED in part. See Order for additional information. Signed by Judge Jennifer A. Dorsey on 3/16/2022.(Copies have been distributed pursuant to the NEF - cc: Copy of Order to 9th Cir. re Case No. Case No. 21-15952 - YAW)


**2:19-cv-01697-JAD-DJA Notice has been electronically mailed to:**

Timothy James Mulreany   tmulreany@cftc.gov

Danielle Edward Karst   dkarst@cftc.gov, GMalas@cftc.gov, cbrescia@cftc.gov, hvantassel@cftc.gov, phayeck@cftc.gov

**2:19-cv-01697-JAD-DJA Notice has been delivered by other means to:**

Circle Society, Corp.
C/O David Saffron
PO Box 279
Pomona, CA 91769

David Gilbert Saffron
3600 Barham Blvd Unit XIII
Toluca Lake, CA 90068

John Mertens
Pia Hoyt, LLC
136 E South Temple Ste 1900
Salt Lake City, UT 84111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=3/16/2022] [FileNumber=10611523-0] [5014a2b59bfc9da39da73114972d92eaa8d80844707a88e6501676e8eb965a63648bd6d4237404aea048e11f0685b4f3b7f3d506fe6b413ce50727014af35f3c]]

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| Commodity Futures Trading Commission, | | Case No.: 2:19-cv-01697-JAD-DJA |
| Plaintiff | | |
| v. | | **Order Granting in Part Defendant's Motion to Amend Judgment** |
| David Gilbert Saffron a/k/a/ David Gilbert and Circle Society, Corp., | | [ECF No. 115] |
| Defendants | | |

In March 2021, I granted plaintiff Commodity Futures Trading Commission's motion for default judgment against defendants David Gilbert Saffron and Circle Society, Corp. for violations of the Commodity Exchange Act arising out of a ponzi scheme involving the cryptocurrency Bitcoin.[1] I ordered the defendants to pay restitution, disgorgement, and a civil penalty, and I issued a permanent injunction prohibiting defendants from all commodity trading. Pro se defendant Saffron moves to amend the permanent-injunction portion of the judgment.[2] He contends that the judgment must be amended for two reasons: (1) it is overly broad as it applies to him because it would ban him from owning or trading cryptocurrency; and (2) it harms innocent third-parties that may have been Saffron's agents but were not in active concert with his fraudulent schemes.[3] Saffron moves for relief under Federal Rule of Civil Procedure (FRCP) 59(e) or FRCP 60(a).

Based on the content of his arguments, I liberally construe his challenge to the third-party reach of the judgment as one raised under FRCP 60(a) and his challenge to the judgment as it

---

[1] ECF No. 112 (order and judgment); ECF No. 114 (transcript of hearing and oral ruling).
[2] ECF No. 115.
[3] *Id.* at 4–7.