FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 18 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

David Gilbert Saffron
6075 Rodgerton Drive
Los Angeles, CA 90068
Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COMMODITY FUTURES
TRADING COMMISSION,

        Plaintiff,

vs.

DAVID GILBERT SAFFRON
A/K/A DAVID GILBERT AND
CIRCLE SOCIETY, CORP.

        Defendants.

Case No. 21-cv-01697 JAD-DIA

**MOTION TO AMEND OR
ALTER THE JUDGMENT
UNDER RULE 59(e), OR IN THE
ALTERNATIVE TO CORRECT
ERRORS ARISING FROM
OVERSIGHT OR OMISSION
PURSUANT TO RULE 60(a)**

Judge:   Hon. Jennifer Dorsey

1

**MOTION TO ENLARGE TIME TO APPEAL PURSUANT TO frap 4(A)**

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure Saffron moves to enlarge the time to file an appeal of the Court's March 16, 2022 order granting, in party, and denying in part, the previous judgement and order.   The Motion to Amend was pending for more than one year.  Movant was pro se during that time.  Movant does not have ECF access and could not check and see continually during that year time period when and if the Court would rule on the Motion.  Movant also does not get mail at the addresses listed, as evidence by the returned mail on the Court's docket.  Movant has discovered the order and is filing an appeal on April 18, 2022, however, that will likely be considered one day late since March has 31 days and the 30th day fell on Friday, April 16.

Movant requests this because there is good cause in this instance, with both bad addresses, the long delay and movant's non-receipt of the mail sent.  A request for an enlargement of only 14 days is request, by which time the notice of appeal will already have been filed, since movant is filing that on or before April 18, 2022.

Dated: April 16, 2021

By: */s/  David Gilbert Saffron*

MEMORANDUM OF POINTS AND AUTHORITIES

## DECLARATION OF DAVID GILBERT SAFFRON

I, David Gilbert Saffron, declare:

1.      I am pro se in this action.  I make this declaration based on my own knowledge.

2.      I did not receive in the mail the order dated March 16, 2022 because the two addresses that are on file with the Court are not good addresses for me.  My address is now listed at the top of this motion.  Also, I do not have access to the Court's electronic notice system.  I have been waiting over a year for the decision, and wondered if it would ever be decided upon.  Now that the Court has issued it, I finally learned of it, but apparently, a day late.  The order was dated March 16, which means that 30 days would be April 15.  I am filing the Notice of Appeal now, but would like the Court to give me the 14 days under Rule 4(a) so that my appeal can be heard on the merits at the Ninth Circuit without any procedural issues.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on April 16, 2021 in Los Angeles, California.

/s/ David Saffron

_____

David Saffron