RECEIVED
ENTERED                SERVED ON
COUNSEL/PARTIES OF RECORD

APR 18 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Nevada

### Form 1. Notice of Appeal from a Judgment ~~or Order of a~~ United States District Court

U.S. District Court case number: 19:1697-JAD-DJA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: June 30, 2019

Date of judgment or order you are appealing: March 16, 2022

Docket entry number of judgment or order you are appealing: 123

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

David Gilbert Saffron, Circle Society Inc.

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⦿ Yes   ○ No

If yes, what is the prior appeal case number? 21-15952

Your mailing address (if pro se):

David Saffron

6075 Rodgerton Drive

City: Los Angeles    State: CA    Zip Code: 90068

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ David Saffron    **Date** 4/16/2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2021*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

David Gilbert Saffron, Circle Society Corp.

Name(s) of counsel (if any):

None

Address: 6075 Rodgerton Drive, Los Angeles, CA 90068

Telephone number(s): (323) 238-9095

Email(s): davidsaffron@live.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

CFTC

Address: Three Lafayette Centre 1155 21st Street NW Washington, DC 20581

Telephone number(s): 202-418-6158

Email(s): dkarst@cftc.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Form 6 | *1* | *New 12/01/2018* |

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                           New 12/01/2018