1 | David Gilbert Saffron
2 | 6075 Rodgerton Drive
  | Los Angeles, CA 90068
3 | Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**   2:19-cv-01697-JAD-DJA

| COMMODITY FUTURES TRADING COMMISSION, | Case No. 21-cv-01697 JAD-DIA |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA AS TO CAPTION ON FILING OF APRIL 18, 2022** |
| vs. | Judge: Hon. Jennifer Dorsey |
| DAVID GILBERT SAFFRON A/K/A DAVID GILBERT AND CIRCLE SOCIETY, CORP. | |
| Defendants. | |

[Clerk's filing stamp: APR 20 2022, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]

1

**MOTION TO ENLARGE TIME TO APPEAL PURSUANT TO frap 4(A)**

# ERRATA

On the filing filed on April 18, 2022, Saffron inadvertently NAMED the document the wrong thing. The Motion should have been called a Motion to Enlarge Time to Appeal Pursuant to FRAP 4(a), but the caption inadvertently used the caption from the Motion to Amend filed more than a year ago. Saffron regrets this error and asks that the Court read the substance of the motion, keeping in mind that Saffron is representing himself pro se and is requesting only a short extension to the time to appeal given his status and that he is not an EFC registrant as he is not an attorney.

Dated: April 20, 2022

By: /s/ *David Gilbert Saffron*

---

1

MEMORANDUM OF POINTS AND AUTHORITIES

1
SAFFRON DECLARATION