19cv1697

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS080790
Cashier ID: hmagenni
Transaction Date: 04/27/2022
Payer Name: David Saffron
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: David Saffron
 Case/Party: D-NVX-2-19-CV-001697-001
 Amount:         $505.00
------------------------------------
CHECK/MONEY ORDER
 Check/Money Order Num: 962
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."