**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

LAS VEGAS NV 890
2 JUN 2022 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.53
043M

US POSTAGE

XRAYED US MARSHALS SERVICE

David Gilbert Saffron
3600 Barham Blvd Unit XIII
Toluca Lake, CA 90068

NIXIE    910    FE 1    0006/06/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 89101706934    *0679-06612-02-42

FILED / ENTERED
JUN - 8 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

SERVED ON
COUNSEL/PARTIES OF RECORD

**Judgments, Minute Orders/Orders & Writs**
2:19-cv-01697-JAD-DJA
Commodity Futures Trading
Commission v. Saffron et al
**CASE CLOSED on 03/28/2022**

CLOSED,APPEAL



United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 6/2/2022 at 1:59 PM PDT and filed on 6/2/2022
**Case Name:** Commodity Futures Trading Commission v. Saffron et al
**Case Number:** 2:19-cv-01697-JAD-DJA
**Filer:**
**WARNING: CASE CLOSED on 03/28/2022**
**Document Number:** 132

**Docket Text:**
**IT IS ORDERED that David Saffron's motion to enlarge the appeal deadline, erroneously captioned as a motion to amend judgment [ECF No. [125]] is DENIED.**
**IT IS FURTHER ORDERED that the Commodity Futures Trading Commission's motion to strike Saffron's motion [ECF No. [127]] is DENIED.**
**Signed by Judge Jennifer A. Dorsey on 6/2/2022. (Copies have been distributed pursuant to the NEF - KF)**

2:19-cv-01697-JAD-DJA Notice has been electronically mailed to:

Timothy James Mulreany     tmulreany@cftc.gov

Danielle Edward Karst     dkarst@cftc.gov, GMalas@cftc.gov, cbrescia@cftc.gov, hvantassel@cftc.gov, phayeck@cftc.gov

2:19-cv-01697-JAD-DJA Notice has been delivered by other means to:

Circle Society, Corp.
C/O David Saffron
PO Box 279
Pomona, CA 91769

David Gilbert Saffron
3600 Barham Blvd Unit XIII
Toluca Lake, CA 90068

John Mertens
Pia Hoyt, LLC